IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY GEORGE ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 05-31E |
| v. ) | |
| ) | Judge Sean J. McLaughlin |
| UNITED STATES OF AMERICA, ) | Magistrate Judge Susan Paradise Baxter |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, and upon further consideration of any response thereto,

IT IS FURTHER ORDERED that the Complaint heretofore filed by Plaintiff is hereby dismissed, with prejudice.

_____
UNITED STATE DISTRICT JUDGE