# Document 1a

Case 1:05-cv-00031-SJM-SPB   Document 11-3   Filed 07/07/2005   Page 2 of 3



U.S. Department of Justi

**Federal Bureau of Prisons**

*Federal Correctional Institution*
*McKean*

Bradford, Pennsylvania 16701-0950

Number : MCK      1640.03

Date    :      June 21, 2002

Subject   :      **SMOKING AND NON-SMOKING AREAS**

# Institution Supplement

1. **PURPOSE**: To establish smoking and non-smoking areas for staff and inmates at the Federal Correctional Institution, (FCI), and Federal Prison Camp, (FPC), McKean.

2. **DIRECTIVES REFERENCED**:

   a. Directives Referenced:
   P.S. 1640.03, Smoking/No Smoking Areas

   b. Directives Rescinded:
   I.S. 1640.03 Smoking/No Smoking Areas, dated December 8, 1997

3. **PROCEDURE**:

   a. Staff: FCI, McKean and FPC, McKean have been designated as non-smoking institutions. Staff are prohibited from smoking inside of buildings or entrance-ways of the camp facility or main institution.

   b. Inmates:

      (1) Camp: All buildings at FPC, McKean are designated as non-smoking. Smoking is prohibited in the entrance ways of all buildings. Housing unit A and unit B are also designated as non-smoking.

      (2) Main Institution:

         (a) Housing Units: Smoking is only permitted in inmate rooms as designated by the unit manager of each unit. In the event that the inmate room is assigned to one inmate smoker and one non-smoker, the room will be designated a non-smoking room.

**DISTRIBUTION:**
Master File, Warden's Staff, Department Heads, AFGE Local

MCK 1640.3
Page 2

There is no smoking in the common areas, other multi-purpose areas, or entrance-ways of the housing units.

(b)   Other Buildings: All other institution buildings and entrance-ways to these building are designated as non-smoking.

(3)   UNICOR: Smoking in UNICOR is prohibited except in a clearly marked area at the east end of the factory.

4.   OPI:   Health Services

John J. LaManna, Warden