**Document 2c**

```
NERH4              *           PUBLIC INFORMATION           *     05-09-2005
PAGE 001           *              INMATE DATA               *     15:52:19
                              AS OF 05-09-2005

REGNO..: 40428-053 NAME: ALLEN, ANTHONY GEORGE
                   RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 814-362-8900    FAX: 814-363-6821
                                            RACE/SEX...: BLACK / MALE
FBI NUMBER.: 712893HA9                      DOB/AGE....: 05-02-1964 / 41
PROJ REL MT: LIFE                           PAR ELIG DT: N/A
PROJ REL DT: LIFE                           PAR HEAR DT:
-------------------------- ADMIT/RELEASE HISTORY --------------------------
 FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP   DATE/TIME
 MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 02-02-2004 1759 CURRENT
 4-U    RELEASE     RELEASED FROM IN-TRANSIT FACL 02-02-2004 1759 02-02-2004 1759
 4-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-02-2004 1335 02-02-2004 1759
 SPG    TRANSFER    TRANSFER                      02-02-2004 1235 02-02-2004 1235
 SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-18-2003 1020 02-02-2004 1235
 B11    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-18-2003 1120 12-18-2003 1120
 B11    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-18-2003 0535 12-18-2003 1120
 OKL    HLD REMOVE  HOLDOVER REMOVED              12-18-2003 0435 12-18-2003 0435
 OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 12-15-2003 1800 12-18-2003 0435
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-15-2003 1900 12-15-2003 1900
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-15-2003 0954 12-15-2003 1900
 LEW    HLD REMOVE  HOLDOVER REMOVED              12-15-2003 0954 12-15-2003 0954
 LEW    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 12-11-2003 1242 12-15-2003 0954
 3-N    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-11-2003 1242 12-11-2003 1242
 3-N    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-11-2003 0930 12-11-2003 1242
 MCK    TRANSFER    TRANSFER                      12-11-2003 0930 12-11-2003 0930
 MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-01-2003 2335 12-11-2003 0930
 MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 11-01-2003 2045 11-01-2003 2335
 MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 10-27-2003 1205 11-01-2003 2045
 MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 10-27-2003 1010 10-27-2003 1205
 MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 08-25-1994 1200 10-27-2003 1010
 S03    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-25-1994 1200 08-25-1994 1200
 S03    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-25-1994 0615 08-25-1994 1200
 LEW    HLD REMOVE  HOLDOVER REMOVED              08-25-1994 0615 08-25-1994 0615
 LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-22-1994 1728 08-25-1994 0615
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-22-1994 1728 08-22-1994 1728
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-22-1994 0650 08-22-1994 1728
 ERE    HLD REMOVE  HOLDOVER REMOVED              08-22-1994 0550 08-22-1994 0550
 ERE    A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-12-1994 1635 08-22-1994 0550
 B04    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-12-1994 1735 08-12-1994 1735
 B04    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-12-1994 1300 08-12-1994 1735
 FTW    HLD REMOVE  HOLDOVER REMOVED              08-12-1994 1200 08-12-1994 1200
 FTW    A-PRE       PRE-SENTENCE ADMISSION        07-15-1994 2030 08-12-1994 1200
 FTW    ADM CHANGE  RELEASE FOR ADMISSION CHANGE  07-15-1994 2029 07-15-1994 2030
 FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-15-1994 2028 07-15-1994 2029
 FTW    COURT       COURT APPEARANCE W/SCHED RETRN 07-15-1994 0800 07-15-1994 2028




G0002       MORE PAGES TO FOLLOW . . .
```

Case 1:05-cv-00031-SJM-SPB    Document 11-7    Filed 07/07/2005    Page 2 of 5

```
NERH4              *         PUBLIC INFORMATION        *       05-09-2005
PAGE 002           *             INMATE DATA           *       15:52:19
                              AS OF 05-09-2005

REGNO..: 40428-053 NAME: ALLEN, ANTHONY GEORGE

                         RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                         PHONE..: 814-362-8900    FAX: 814-363-6821
FTW     A-PRE        PRE-SENTENCE ADMISSION          06-10-1994 1445 07-15-1994 0800
CDA     UNCOMT RMV   UNCOMMITTED CASE REMOVED        03-10-1994 1006 06-10-1994 1445
CDA     A-UNCOMMIT   UNCOMMITTED PERSON              03-10-1994 0952 03-10-1994 1006
P93     RELEASE 03   RELEASED FROM IN-TRANSIT, MAR   03-10-1994 1052 03-10-1994 1052
P93     A-ADMIT 02   ADMITTED TO IN-TRANSIT, FEB     02-27-1993 0510 03-10-1994 1052
I-T     RELEASE      RELEASED FROM IN-TRANSIT FACL   02-27-1993 0510 02-27-1993 0510
I-T     A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL  10-30-1992 0342 02-27-1993 0510
B04     RELEASE      RELEASED FROM IN-TRANSIT FACL   10-30-1992 0342 10-30-1992 0342
B04     A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL  10-29-1992 0620 10-30-1992 0342
ERE     HLD REMOVE   HOLDOVER REMOVED                10-29-1992 0520 10-29-1992 0520
ERE     A-HLD        HOLDOVER, TEMPORARILY HOUSED    10-22-1992 2100 10-29-1992 0520
NYM     PRE REMOVE   PRE SENT DETAINEE REMOVED       10-22-1992 1032 10-22-1992 2100
NYM     A-PRE        PRE-SENTENCE ADMISSION          10-15-1992 1844 10-22-1992 1032




G0002       MORE PAGES TO FOLLOW . . .
```

```
NERH4              *         PUBLIC INFORMATION        *     05-09-2005
PAGE 003           *            INMATE DATA            *     15:52:19
                             AS OF 05-09-2005

REGNO..: 40428-053 NAME: ALLEN, ANTHONY GEORGE

                   RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 814-362-8900   FAX: 814-363-6821
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  LIFE

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: TEXAS, NORTHERN DISTRICT
DOCKET NUMBER...................: 3:92-CR-365-D(01)
JUDGE...........................: FITZWATER
DATE SENTENCED/PROBATION IMPOSED: 07-15-1994
DATE COMMITTED..................: 08-25-1994
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:    $50.00         $00.00           $3,000.00      $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 - CONSP./PWID COCAINE BASE

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.: LIFE
  TERM OF SUPERVISION............:      5 YEARS
  CLASS OF OFFENSE...............: CLASS A FELONY
  DATE OF OFFENSE................: 06-28-1991




G0002        MORE PAGES TO FOLLOW . . .
```

```
NERH4              *        PUBLIC INFORMATION       *    05-09-2005
PAGE 004 OF 004    *           INMATE DATA           *    15:52:19
                              AS OF 05-09-2005

REGNO..: 40428-053 NAME: ALLEN, ANTHONY GEORGE

                   RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 814-362-8900    FAX: 814-363-6821
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-08-1994 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-15-1994
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 06-28-1991

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    10-29-1992     07-14-1994

TOTAL PRIOR CREDIT TIME.........: 624
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: LIFE


PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```