# Document 4a

MEDICAL RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrine
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: HTN

SUBJECTIVE: (Chief Complaint)

1/20/05
1030A
feel ok — works unicor

Med. Compliance:

OBJECTIVE: (Review System) Age: 40yr Sex: Male Race:

B/P: 120/70 P: 70 Wt: 205 T: R/R: SO2%: Peak Flow:

HEENT: OU Last Op / Opth. Eval.: —
Heart: 8va
Lungs: Cl

Abdomen:

Genital / Rectal:

Extremities:

Neuro:

Recent Lab Results:
ASSESSMENT(S):

DSM IV Classification

Axis I:                          Axis IV:

Axis II:                         Axis V: GAF Score:

Axis III: BPOX

Preventive Care:     Diet: until     Exercise: yr

Tobacco Use: no     Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name — last, first, middle;
No. or SSN; Sex; Date of Birth; Rank / Grade)

Anthony Allen

REGISTER NO. 48928-053   WARD NO.
CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE: | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

Pain Level:  1  2  3  4  5  6  7  8  9  10

PLAN:

Patient Education:
( ✓ ) Discussed Test Results  ( ✓ ) Discussed Tx Plan
( ✓ ) Etiology, Complications, Prognosis, Prevention
( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  ( ) No Smoking
( ✓ ) Medication Dosage / Administration / Compliance / Side Effects
( ✓ ) Patient Understood Topics  ( ✓ ) Verbalized Understanding
( ✓ ) Instructed If Problems or if running our of medication, should sign up for sick-call or
      send cop-out.

Diagnostic Studies: ( ) CBC / Dif ( ) U / A ( ) LFT ( ) Chem. Profile ( ) Lipids ( ) HgAlc
                    ( ) PSA ( ) Viral Load ( ) CD4 ( ) Toxo Igg. ( ) Hepatitis Panel
                    ( ) CXR ( ) EKG ( ) Others:

Consultations: ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon
               ( ) Others:

Referral for Vaccination: ( ) Influenza ( ) Pneumococal ( ) Other:

Return to Clinic for routine Follow-Up on: 5 mo

Treatments(s):

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

11/29/04
1030 h — Admin. Note — ↑BP's c̄ ↓ Hx Meds on HTN

RTC — BP ✓

feels well — Exercising & adjusti. diet ↓ ↓ salt

(VSS) 147/93, 74, 12    Mechanical Auto DINAMAP
      132/92, 72, 12    Manual Rt. Arm
      134/88, 74, 12    Manual Lt. Arm

RTC Per Schedule & F/U c̄ CCC of Appop

Couns./educate. Understood /agree

Robert E. Piotrowski, PA-C
FCI McKean

12-6-04
1115 h — Admin Note — Elev. BP c̄ ∅ Med.

RTC — BP ✓    Wt. 202#

Continues Diet Rx — ∅ Sodium ⊕ Exercise

DINAMAP    136/88
Manual     138/90

Refer CCC — HTN — RTC Per Schedule
                              PRN

Edu./undest/agree

Robert E. Piotrowski
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

Allen, Anthony

REGISTER NO. 40428-053    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
| 12/27/04 0800 | No show for scheduled appt must reschedule |

J. Glenn, FNP-C

AUTHORIZED FOR LOCAL REPRODUCTION

N 7640-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 2/4/04 | Intake Screening, EHM<br>J. Fleming, EMT-P<br>FCI McKean<br>Review: D/D. Olson, MD<br>Dated 2-10-04 |
| 2/3/04 | Non PCN<br>Rx ① PCN 500g Q10 #12<br>*(signed)* Steven Labrozzi, RPh Pharmacist    D. Olson, MD Clinical Director |
| 3/31/04<br>0835 | Inmate requested H&P, completed Hx. st. inguinal hernia repair ō problems. EHM  J. Glenn FNP-c<br>J. Glenn, FNP-C<br>FCI McKean |
| 7/1/04<br>1000 | ⑤ Wants information on kidney failure, states saw people in hospital ē kidney failure, he has no symptoms<br>⑥ exam deferred no symptoms<br>Ⓐ requests information<br>Ⓟ Educated on kidneys & failure<br>J Glenn FNP-c |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
|  |  |  |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO.<br>40428-053 | WARD NO. |
|---|---|---|

Allen, Anthony

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 9/24/04 0800 | S: Requests Bisacodyl. States one in commissary does not work well enough for him. States vitamins cause him constipation. States fiber is too slow. O: NAD Heart: RRR Lungs: CTA bilateral Abd: soft, nontender A: medicine requests P: ① Education — don't take vitamins, ↑ fluids, ensure pt understands ② Plu PRN |

Eric Asp, PA-C
FCI McKean

| 10-18-04 0810 | S: WANTS EKG … worried about C-V disease (⊕ Fam Hx) O: NAD   BP= 120/85      HR=60     SaO₂ = 99% 135/85 A: Suspected condition, nothing found. Cardiovascular ✓ P: 1. EKG 2. Lipids already done "6 wks ago" (not yet on record) 3. PT ED: CV health, diet, smoking, exercise, ↓ salt 4. Pt understands. 5. LFC prn 6. BP rev ×2 at  _____ 3 wk intervals |

| 11/8/04 1100 | Admin note: BP ✓  140/80  sitting (R) arm |

Eric Asp
PA-C

USMCFP SPRINGFIELD          MEDICATION SUMMARY              PAGE: 1
01/30/2004          THRU ▓ZZZ              06:44
USMCFP - SPRINGFIELD          SPRINGFIELD, MO

ALLEN, ANTHONY, 40428-053, SPG, S03-013L

Active Prescriptions

PENICILLIN VK 500 MG TAB
TAKE ONE TABLET BY MOUTH FOUR TIMES DAILY FOR 10  DAYS
Dr: MCDERMOTT DS
ORDERED: 01/27/2004   EXP: 02/05/2004              40.0 TAB in 3 day(s)
RENEWED:          EXP: 02/05/2004          13.3 / 24 hours

*[handwritten]* Rx For Tra-stor
*[handwritten signature]*
*[handwritten]* 1/30/04

*[handwritten]* Transfer MCK
Via Air
2-2-04

7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

Date 1/27/04  Inmate Name Allen, Anthony    Register Number 40428-053

Time 0820

S  C̄o painful dry, cracking, peeling soles of feet; no relief c̄ vaseline products

chart N/A

O

**FAXED**
Pharm 503
DATE: 1-27-04  INIT: 𝒟
0821

A

P  A+D ointment: apply to areas BID × 7d

Provider KEVIN J. KELLY, PA-C

Federal Bureau of Prisons

MCFP - SPFD        BP-355(60) January 1981

USP LVN

---

01-28-04   ADMINISTRATIVE NOTE:  Copies were made per patient request, excluding

0945       HIV results.   These copies include:  Labs 12-29-03 to 12-22-03;  Surgical

Consultation 12-23-03;  Operation Report 01-09-04.  A total of 9 pages

Copied. Chip Hendon, RHIT  Chip Hendon, RHIT, Medical Records Administration Specialist

---

Date 1/27/04  Inmate Name Allen, Anthony    Register Number 40428-053

Time 1450

S  Swelling buccal #5

O  Fistula #5

**FAXED**
DATE: 1/27/04  INIT: BM

A  Periapical abscess #5    ProVT every g.i.d × 10 days

P  Will call for endo procedure
E. Hummel above

Provider PAT D. McDERMOTT D.D.S.
CHIEF DENTAL OFFICER

HOSP

SPON

USP LVN

Federal Bureau of Prisons        BP-355(60) January 1981

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle, ID No or SSN, Sex; Date of Birth; Rank/Grade.)  | REGISTER NO | WARD NO

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-54

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR 41 CFR) 201-9.202-1

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/2/04 0710 | S - POD # 3   N₁ C/O still draining Drak Rt
D - T-97°  Inc. C, D + I   no current
drainage   noted   Rt RIH   intact
A - S/P RIH
P ① May RTD
② Percocet Tylenol #3 i-ii p.o. flex 48° prn
③ Convalescence - No heavy lifting > 10# x 4 wks
④ F/U in Dr Brent Rotton clinic          KEVIN J. KELLY, P.A.-C
1/20/04                                              KJ Kelly PA |
| 1/12/04 1315 | Adm Note
Refill Tylenol #3 i-ii PO
TID prn x 14 days
THOMAS HARE, D.O.
USMCFP
AU 717890 TEH |

FAXED
PHARM 503
DATE: 1-12-04  INT: 41ω
1332

| 1-13-04 1000 | Conv Surg
doing well using Surbey pain controlled
Tucson OK 1⁰ F/u next wk
B Rotton
David Brent Rotton, DO
Consultant |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION  (For typed or written entries, give  Name  last, first, middle; ID No or SSN; Sex;
Date of Birth, Rank/Grade.)   | REGISTER NO   | WARD NO

ALLEN, ANTHONY
40429-053
MCFP SPG MO
DOB 05-02-64

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIP    (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|----------------|

1/14/04
1230

SOAP Colace 100g — ℞ p.o. qd x 7d

FAXED
PHARM SD3
DATE: 1-14-04 INIT: njw
1315

K. KELLY. P.A.C _(signature)_

1-20-04
0920

Exen Surg

Pt Doing very well

Excision looks great ∅ evidence of
hernia recurrence.
Will DC staples this am

Orders (1) DC skin staples

David Brent Rotton, DO
Consultant
_(signature)_

P: Transfer + Discharge Summary Dictated
RTC prn

KEVIN J. KELLY P.A.-C
_(signature)_

1/21/04
1000

SOA: C/o constipation 2° meds
P (1) Dulcolax 5mg — ℞ p.o. qd prn x 3d #
E- ⊕ ↑ fluids

KEVIN J. KELLY, P.A.-C
_(signature)_

FAXED
PHARM SD3
DATE: 1-21-04 INIT: njw
1017

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176                                                 AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1/10/04 cont'd 0730 | ART surgical procedure s/p RIH POD #1. Pt. to monitor for changes & monitor pain response. B. Colton R. / B. COLTON, RN |
| 1/10/04 0600 | S) No c/o voiced. O) Awake, resting quietly in bed, reports being pain free, VSS, assessment essentially unchanged. A) Stable c̄ Ⓐ pain intervention. P) Cont to monitor. B. Colton R / B. COLTON, RN |
| 1-10-04 0800 | D/c q̄ 4 hr vital signs. Noted 1-10-04 1520 A. Wilkening ✗→T.O. Dr. Hare / A. Wilkening Ⓡ  A. WILKENING, RN  THOMAS HARE, D.O. USMCFP AU 7178901TEH |
| 1-10-04 1100 | S: No complaints voiced. O/A: Alert + oriented x 3. Up ad lib ambulating on unit. Skin W/D Color WNL. Resp regular + nonlabored. Ⓡ ing. hernia drsg c̄ sm amt pink drng to drsg. Instructed to shower today. Had last dose of MSO4 4mg IVP @ 0955 + heplock D/c'd c̄ cath intact. NAD noted. P: Cont to monitor. A. Wilkening Ⓡ  A. WILKENING, RN |
| 1-10-04 1400 | S: No complaints voiced. O/A: No change in assessment. NAD noted. P: Cont to monitor. A. Wilkening Ⓡ  A. WILKENING, RN |
| 1-10-04 1700 | S: No complaints voiced. O/A: No change in assessment. NAD noted. Showered. P: Cont to monitor. A. Wilkening Ⓡ  A. WILKENING, RN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give   Name - last, first, middle, ID No or SSN, Sex;*
*Date of Birth; Rank/Grade )*           REGISTER NO.             WARD NO

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Pres'd by GSA/ICMR
FIF    41 CFR) 201-9.202-1

| DATE | SYMPTONS : GNOSIS, TREATMENT, TREATING ORG ZATION(Sign each entry) |
|------|--------------------------------------------------------------------|
| 1-10-04 2100 | SOAP: Resp even/nalabored. A+O x 3. Quiet voice is hard to hear. Primapore x2 dry & intact to (R) ↓ abdomen. Took po pain meds. Cont to monitor. lw—— N. WELLS RN |
| 1-11-04 | —— 24°L —— |
| 1-11-04 0015 | SOAP: Resting quietly. No changes. Over |
| 1-11-04 0600 | SOAP: Resp even/nonlabored. A+O x 3, Primapore x2 C/D/I to (R) ↓ abdomen. Cooperative. Cont to monitor. lw |
| 1-11-04 1100 | S: No complaints voiced. O/A: Alert & oriented x3. Up ad lib ambulating on unit. Skin W/D. Color WNL Resp regular & nonlabored. (B) IH drsg C/D/I (R) LE neurovascular status WNL. Instructed to shower & change drsg. Verbalized understanding. NAD noted. P: Cont to monitor. —— A.Wilkening RN    A. WILKENING, RN |
| 1-11-04 1400 | S: No complaints voiced. O/A: No change in assessment. NAD noted. P: Cont to monitor. A.Wilkening RN    A. WILKENING, RN |
| 1-11-04 1700 | S: No complaints voiced. O/A: No change in assessment. NAD noted. P: Cont to monitor. A.Wilkening RN    A. WILKENING, RN |
| 1-11-04 2100 | SOAP: Resp even/nalabored. A+O x 3, Polite. Dsg C/D/I to (R) ↓ Abdomen. Cont to monitor. lw    N. WELLS RN |
| 1-12-04 | —— 24°L —— |
| 1-12-04 0015 | Resting quietly. No changes noted. lw    N. WELLS RN |
| 1-12-04 0600 | SOAP: Resp even/ nolabored. A+O x 3, Dsg C/D/I to (R) ↓ Abdomen. Cooperative. Cont to monitor. lw    N. WELLS RN |

ALLEN, ANTHONY
40428-053
MCFP SPG MO

NSN 7540-00-634-   AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

1-9-04

1030     STAY ASSESSMENT

Mode of Arrival  gurney

T 98³  P 161  R 20  BP 136/77  SaO₂ 97% RA

REASON FOR ADMISSION: S/p ® ing. hernia repair

ALLERGIES: NKA

REACTIONS: N/A

↳ MEDICAL/SURGICAL HISTORY See chart.

VP. COMMENTS Alert + oriented x3. Resting in bed. Skin w/d. Color WNL.
Resp. regular + nonlabored. ® ing drsg C/D/I. ® LE neurovascular status.
Ice pack in place. ∅ void @ this time. Monitor.
E (EDUCATION Oriented to unit policy, call light, bed controls + post-op
orders. Verbalized understanding.

A. WILKENING. RN
A Wilkening RN

1-9-04 1330   S: No complaints voiced. O/A: No change in assessment. VAD
noted. ® groin drsg c̄ scant amt pink drng. showing thru
drsg. Ice pack relieved & in place. No void yet. P: Cont
to monitor.   A Wilkening RN   A. WILKENING, RN

1/9/04 1700   S) "Can I have something for the pain?" O/A) Resting in
bed. Resp eupneic on RA. Skin w/d, color WNL.
① hand heplock intact - flushes easily c̄ brisk
blood return - site s̄ redness, edema or drainage.
Abd. dsg (Primapore) intact - scant amt ① pink
drainage noted thru dsg. SR↑ x2, call light in

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN-ID NO | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION *(For typed or written entries, give  Name  last, first, middle; ID No or SSN; Sex;  Date of Birth, Rank/Grade.)*

| | REGISTER NO | WARD NO |
|---|---|---|

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIR'   11 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----|

1/9/04 1700 reach. Urinal @ bedside c̄ approx 200cc of clear yellow urine. P) Med for c/o pain - see MAR & pain mgmt. flowsheet for times et responses. —D Spaulding RN
D. SPAULDING, RN

1/9/04 2100 S) "I'm alright." O/A) Resting in bed. Essentially no Δ in prior assessment. Declines need for pain Rx @ present. Voiding s̄ difficulty, adeq. amts. of clear yellow urine via urinal. NAD noted @ this time. P) Cont. to monitor —
—D Spaulding RN    D. SPAULDING, RN

1/10/04 0055  24° chart ✓ et  **MEDICATION AUDIT** 1/9-1/10/04   B Colton, RN
B. COLTON, RN

1/10/04 0310 S) No c/o voiced. O) Awake, alert during count, pt. asked if he was in pain to which he shakes his head in a "yes" fashion. Offered choice of pain med to which he requested the injection. After retrieving the requested med, @ bedside he denies having pain, mes withheld. Heplock to R hand c̄ dsg C/D/I, et s̄ S/S of infection. Respers unlabored, skin w/d, color WNL, NAD noted. A) Communication mis-understanding P) Will cont. to monitor for changes
B Colton RN /    B. COLTON, RN

1/10/04 0430 S) "Can I get my pain medicine - the shot." O) Dozing @ intervals s̄ acute distress; heplock flushed per protocol c̄ (+) bld return noted, mes 4mg given SIVP et flushed per protocol. See pain management flow sheet for pain assessment. Dsg to R inguinal area c̄ sm amt. of pink drainage noted to dsg. A) Pain

Allen, Anthony
40428-053
STANDARD FORM 600 (REV. 6-97) BACK

NSN 7840-00-834-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1-9-04 | *(handwritten)* Pt here for RIH |
| 0820 | *(handwritten)* P/B Desturb All Q's Answered |
| | *(handwritten)* Hx/permit on Chart |
| | *(handwritten)* Site Signed |
| | *(handwritten)* Ready for Surg |
| 1-9-04 | OPERATIVE NOTE: |
| | PRE-OP RIH |
| | POST-OP RIH |
| | OPERATION RIH |
| | ANESTHESIA Gen |
| | SURGEON *(handwritten)* Brent Rotton |
| | FINDINGS *(handwritten)* |
| | CONDITON *(handwritten)* |
| | PROGNOSIS |
| | PLAN *(handwritten)* |
| 1-9-04 | POST-OP ORDERS |
| 0915 | 1) To Rd S/P RIH |
| | 2) VS q 4° |
| | 3) Ice to incision x 24 Hrs |
| | 4) Cleanse incision daily c Soap / H2O |
| | 5) Phenergan 12.5 g IV q 4° prn N/V |
| | 6) MS 4mg IV q 1° prn Breakthru pain |
| | 7) Percocet 1-2 po q 6° prn pain |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)   | REGISTER NO. | WARD NO. |

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRM 41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|------|

1-9-04
0915
noted
Plainter
1/9/04
OPD

⟨ Cont⟩ ⌐ op orders

8) Resume prev meds (orders)

9) F/u Clinic next wk.

~signature~

1-9-04
0920

S/ Amenemia pt wish suspend

O/ BP 136/80    HR 46    Sw₂ 100

#/ Tolerated ⨍ trauma ⌐ apparent complication

P/ Release from PACU

S/ Above discussed ⌐ pts apparent understanding
J. HIPSKIND D.O.    ~signature~ D.O.

1/9/04

Give MS as previously ordered X 24 hrs

Give Percocet as previously ordered X 7 days

TO BRotton/BPainter R

noted
BPainter R
4/9/04  0930

**FAXED**
to Pharm
DATE: 1/16  INIT: ~~

~signature~

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

**1-4**

PHARMACY COPY
STANDARD FORM 600 (REV. 6-97) BACK

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

### R & D ORDERS

**12/18/03**
**1030**

Assigned to _Surg._                     Service

Admission Diagnosis:

(R) Inguinal hernia.

### INSTITUTION ADMISSION ORDERS:

**Profile A, CBC, RPR, TSH (Mental Health Only), UA, and Drug Screen if Self-Surrender,**

**Hepatitis Markers B & C (unless positive) *HIV (unless Positive),**

**EKG (regardless of age - 10 Building/Mental Health) and (over 40 years of age Medical/Surgical)**

**Chest X-ray (if over 50 y/o)**

**To be done by next working day after admission.**

   ***[HIV & HbsAg are tested if: break in service or greater than 30 days old]**

Diet: _No Meat_

**Medication/Procedures:** _NKA_

_1- Dulcolax 5 mg   ii P.O. H.S. x 1_

_T. Albuquerque_
Physician Assistant

| PATIENT'S IDENTIFICATION (Use this space for Mechanical imprint) | RECORDS MAINTAINED AT | | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| ALLEN, ANTHONY 40428-053 MCFP SPG MO DOB 05-02-64 | ALLEN ANTHONY GEORGE   40428-053 B/M/0/05-02-1964  HR/BK   EY/BN HT/511   WT/200 CUSTODY/IN | | RANK/GRADE |
| | | | IZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

MCFP Springfield, Missouri

CHRONOLOGICAL RECORD OF MEDICAL C

STANDARD FORM 600 (REV.5-84)
Prescribed by GSA and ICMR

FIRMR (41 CFR) 201-454.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 12/23/03 0920 | S. 39 y/o Jamaican ♂ c̄ RIH x 6-7 yrs partially reducible, getting larger O-1A Ⓡ RIH Ⓡ Ess. H.M.                    Hx unydoteed P̄ⓐ Admit to Surg. Service ② Routine Lab ③ Consult to Consultant surgeon : eval for RIH repair |
|  | THOMAS HARE, D.O. MEDICAL OFFICER          KEVIN J. KELLY, P.A.-C MCFP - SPFD |
| 12/22/03 1030 | SOA- See consultation sheet by Dr. Pollon P̄ⓐ Schedule c̄ Dr. Brent Pollon on 1-4 for RIH repair c̄ plug + patch |
|  | THOMAS HARE, D.O. MEDICAL OFFICER          KEVIN J. KELLY, P.A.-C MCFP - SPFD |
| 1/7/04 0845 | Adm Note Anesthesia preop 39 yo o-o for RIH repair PH HTN Hemorrhoids Lab Hct 6(old) room ASA II adequate risk IV General ⊖ TT    NKDA ① NPO p̄ 12 mn 1/8 for 1/9 surgery ② Demerol 25 mg ⊕ ⊕, 25 mg IM 1° preop |
|  | noted Blankenburg 1/7/03 1400          J Hipskind D.O. |

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

SN7540-00-634-4176                                                              600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

### INITIAL NURSING NOTE

12/16/03
7830

S:    Reason for admission (in patient's own words)  (pt has (R) inguaral hernial
      " Hernic surgery"

Medication/treatment(s):

Previous Hospitalization/Surgery(s):

O:    TPR  98 - 18       B/P 124/76    Height/weight 6'1" 1196

**Pain Assessment**

Are you Having Pain?    Yes    (No)        0  1  2  3  4  5  6  7  8  9  10

Location        Intensity        Frequency        Duration

**FALL RISK ASSESSMENT**

[  ]History of falls, #'s    [  ]Dizziness/imbalance, [  ]General Weakness, [  ]Incontinence, [  ]Decreased mobility

**SKIN INTEGRITY RISK ASSESSMENT**

[  ]Bed/Chair confined, [  ]Inability to move, [  ]Incontinent, [  ]Poor Nutrition (intake), [  ]Lowered mental

### ALLERGIES:

Foods:    (NKA) (List)

Medications:  NKA  (List)

*(Continued on back side)*

| PATIENT'S IDENTIFICATION (Use this space for Mechanical imprint) | RECORDS MAINTAINED AT | |
|---|---|---|
| Allen, Anothy 40478-053 5/2/64 | PATIENT'S NAME (Last, First, Middle initial) | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE          STANDARD FORM 600 (REV.5-84)
                                              Prescribed by GSA and ICMR
                                              FIRMR (41 CFR) 201-454.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|
|  | **A:**     (check one) |
| 12/14/02 | _____ Notify Doctor of Admission |
| 1620 | _____ Notify MOD for Further Orders |
|  | __✓__ Notify appropriate Clinic on next duty day |
|  |  |
|  | **P:**     Orient to the following: (check off when completed) |
|  | __✓__ Call light |
|  | __✓__ Smoking Policy |
|  | __✓__ Unit Orientation |
|  |  |
|  | **E:** |
|  |  |

BP-S659.60 **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TB Clearance Yes X No __ <br> 1. PPD Completed: 9/3/03 <br> Date <br> Results: OXO mm <br> 2. CXR Completed: ____ Date <br> Results: ____ <br> 3. Health Authority <br> Clearance: *cleared* <br> *[sig]* 12/9/03 <br> Sign / Date <br> **Note:** <br> Dates listed above must be within one year of this transfer. | **Name** Allen, Anthony   **Prisoner/Alien** Reg.# 40428-053   **D.O.B.** 3/2/64 <br> **Departed From** McKean   **Date Departed** 12/11/03 <br> **Destination** SPG ms   **Reason for Transfer** SPG mS (Medical) <br> **Dist. Name**   **Dist.#**   **Date in Custody** __/__/__ <br> Current   1. (R) Inguinal Hernia <br> Medical   2. Recurrent Abscessed tooth <br> Problems   3. Fct Bowel Synd   URI |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** (7AM, 12:00, 7pm) | |
| | | | CTM 4mg 1 po tid #15 Then Discontinue | |
| | | | Simethacone 80 mg 1 po tid #30 Then Discontinue | |
| | | | (7am, 12:00, 7pm) | |
| | | | no meds needs en route | |
| | | | | |
| | | | *[signature]* <br> Ivan Navarro, P.A. | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? | |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason | |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? | |

| Sign and Print Name - Certifying Health Authority <br> *[signature]* | Phone Number <br> 814-362-8900 | Date Signed <br> 12/9/03 |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

AUTHORIZED FOR LOCAL REPRODUCTION

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine |
| | ( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General |
| | ( )Other: ® Inguinal hernia |
| 12/9/03 | SUBJECTIVE: (Chief Complaint) |
| 1245 | Still draw ® upper incisor on ABX Hernia stable - ambivalent about having tooth pulled |
| | OBJECTIVE: (Review System) Age: 39   Sex: Male   Race: |
| | B/P: 120/70 P: 70   Wt: 202   T:   R/R:   SO2%:   Peak Flow: |
| | HEENT: OK   Last Op/Opht. Eval: |
| | Heart: SW   less redness ® upper |
| | Lungs: Clear   incisor |
| | Abdomen: |
| | Genital/Rectal: |
| | Extremities: |
| | Neuro: |
| | Recent Lab Results: |
| | ASSESSMENT(S): DSM IV Classification |
| | Axis I: |
| | Axis II: |
| | Axis III: ® Ing. Hernia   Abscessed tooth |
| | Preventative Care: Diet   cafeteria   Exercise   some |
| | Tobacco use? no   Medication Side Effects: nil |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. 40420-053 | WARD NO. |

Anthony Allen

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

Pain Level:  1    2    3    4    5    6    7    8    (9)    10

PLAN:

Patient Education:

( ✓ )Etiology, Complications, Prognosis, Prevention ( ✓ )Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes ( ✓ )No Smoking ( ✓ )Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( ✓ )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgA1c

( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel

( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on:

Treatment(s):

H. BEAM, MD
FCI MCKEAN

FPI. LEX    Printed on Recycled Paper

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 12/1/03 | (S) c/o abscess in gumline... is seeing Dr. Beam for |
| 1200 | follow up next week. Needs doxy refill until then. |

(O) NAD   bluish white lesion upper white (R) gumline

(A) R/o Mucocele

(P) PER DR. BEAM:
1. Doxycycline 100mg     I po BID × 10d    #20 NR

2. F/u with Dr. Beam per Dr. Beams call-outs next week.

3. Pt understands Tx plan.

                                    Steven Labrozzi, PA-C
                                    Physician Assistant

Reviewed By
V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| 428-053 | |

Anthony Allen

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |

NSN 7640-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**11-1-03**
**2015**

(S) Emergency → called to UNICOR by LT Glenn.

IM c/o abdominal pain, profuse sweating, many episodes of vomiting.
See J. Glenn's SOAP note earlier today
(11-1-03  1240)

No complaints of chest pain

(O) IM in UNICOR on stretcher. Not very responsive.
Sweating profusely. Does not respond 100% to vocal commands.   Later on: IM awake + fully responsive

T = 97.7°F    HR = 60    BP = 113/72    SaO₂ = 99%

ECGs, serial: multiple abnormalities, including
        " Possible Afib A flutter
        " LVH
        Anterior Q waves
        Consider Anteroseptal infarct
        Incomplete (R) Bundle branch block

(A) Abnormal ECG findings. Abd pain; N/V, Diaphoresis.

(P) 1. Consulted Dr. Olson: Send IM out

2. IM sent by paramedics/ambulance to BRMC

3. BRMC ER notified.

REVIEWED BY:
H. BEAM, MD
FCI McKEAN

Steven Labrozzi, PA-C
Physician Assistant

**11-2-03**
**1600**

ADMIN NOTE: IM returned from ER last night after 11 PM.  ER report not yet available
to duty PA's. Per LT's office: EKGs in ER were normal. IM treated for adverse
drug reactions. Penicillin + Flagyl contributed + submitted to Pharmacy. Dr. Collins notified
+ asked to check IM + devise new Tx plan. IDLE given thru midnight 11-3-03

S. Labrozzi
Steven Labrozzi, PA-C
Physician Assistant

REVIEWED BY:
H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  (For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

REGISTER NO.  40428-053       WARD NO.

Allen, Anthony

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|-------------------------------------------------------------------------|
| | *Chart back from hospitalization* |
| 11/3/03 0940 | S/39 y/o ♂ ↓↓ upset - when all said & done |
| | © Ca Gral - side effect of Erythromycin |
| | O Looks well. feels well. belly |
| | HEENT: ulcers pointing ® upper maxilla |
| | chest clear heart ○ RRR Abd soft BSA⊕ |
| | A) Resolved SE's from Erythromycin |
| | Dental ulcer care |
| | P) PTed. med a's - |
| | Doxycycline 100 mg; N Bid #20 |
| | CB ~ 1 mo |
| | Consult for Collins |
| | ~ 04 followout |
| | *Reviewed By:* *H. BEAM, MD* *FCI MCKEAN* |
| | V. Geza, PharmD |
| 11/24/03 1600 | Adm need to reschedule |
| | *H. BEAM, MD* *FCI MCKEAN* |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

Check back Surgical consult R/A

S/ 39408²³ in good condition – saw
Dr Strahan, Surgeon/ yesterday
who believes Hernia needs to be
fixed, a mesh plug will be used
& I'm here about Tooth which
should be quieted down before
Surgery

T 96⁸
BP 110/80
P 60
NKDA

O/ pointy Abscess ® upper incisor
Tooth is filled & good.

Hernia ® Ing not examined today

A/ Abscessed Tooth ; R Ing Hernia

P) PT ed– med compliance, plan for Tx
Pen VK 500 mg ; po Q'id #40 RF ō
metronidazole 250 mg ; po tid #30 RFō
CBI mo & PRN Sign obstruction
& dental F/U

Reviewed By:
V. Geza, PharmD

H. Beard MD
FCI McKean
REVIEWED

RECORD MAINTAINED AT
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE |
|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| 40428-053 | |

Anthony Allen

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

11/1/03
1240

(S) Admin. Note - called by unit
officer inmates states cant come
to HSU "too ill", officer states
inmate was walking around
earlier s̄ problem. Brought
inmate to HSU for exam via
ambulance (cart), inmate states
had stomach pains earlier now
at this time ambulates s̄ problem
pain 2 on 1-10 scale  no vomiting

(O) NAD  976-70-16  118/76
abd. soft, non-tender ⊕ BS
Taking flagyl & PCN at this
time

(A) Abd. discomfort 2° to antibiotic
use

(P) 1) D/C Flagyl cont. PCN
2) ↑ fluids
3) F/U 11/3/03 sick call
                        J Glenn FNP-C
                        J Glenn FNP-C

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/27/13 | Adm Note |
| 0700 | I would on township for surg. appt |

D. Olson, MD
Clinical Director

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Allen, Anthony

| REGISTER NO. | WARD NO. |
|---|---|
| 40428-053 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |

NSN 7840-00-634-4176                                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/25/03 1445 | S: c/o hemorroids. wants refill of suppositorid |
| | O: deferred |
| | A: hemorroids. |
| | P: ① Education - f/u PRN - Pt understands |
| | ② annusol HC supp. insert t rectally BID dispense #12 R-0 |
| | Eric Asp PA-C |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  (For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 4/428-053     WARD NO.

Allen, Anthony

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|----------------------------------------------------------------------------|
| | |



SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine

( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

( )Other: H+HTN   ® Inguinal hernia

1/22/03

1240

SUBJECTIVE: (Chief Complaint)

He's using hemorrhoid belt but the hernia won't stay reduced. Also c/o rectal pain also c/o hemorrhoids   c/o constipation

OBJECTIVE: (Review System) Age: 39   Sex: Male   Race: ® Brown Scaly

B/P: 116/80 P: 70   Wt: 201   T:   R/R:   SO2%: ___ sleep

HEENT: OK   Last Op/Opht. Eval:

Heart: ∅ m

Lungs: Clear

Abdomen: soft, NBS®   ® Inguinal hernia – large
partially reducible

Genital/Rectal:

Extremities:

Neuro:   folliculitis back of neck

Recent Lab Results:

ASSESSMENT(S): No HTN   ® Inguinal hernia only partially
reducible – hemorrhoids
folliculitis

Preventative Care: Diet watches diet  Exercise walks a lot

Tobacco NO   Medication Side Effects: ∅

| OUR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| 'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 40428-053   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Anthony Allen

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

Pain Level:  1   2   3   4   5   6   7   (8)  (9)   10

PLAN:

Patient Education:

( ) Etiology, Complications, Prognosis, Prevention ( ) Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes ( ) No Smoking ( ) Medication Dosage/Administration/

Compliance/Side Effects ( ) Patient Understood Topics ( ) Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgA

( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Pane

( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:   util renew

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on:  3 mos

Treatment(s):

Fibertabs → 2 tid # 90 RF 2

Hydrocortisone Suppos → Bid # 20 RF 2

Bacitracin ont ue bid # 1 RF 2

Steven Labrozzi, RPh
Pharmacist

H. BEAM, MD
FCI MCKEAN

HYPERTENSION CLINIC

Subjective Findings:

a. Medical complaints or concerns of patient:

6/23/03   39 y o feels well          c/o hernia ® inguinal
                                      for years
1 st  b. Health Promotion/Disease Prevention Assessment:  never had hernia before

   1. Cessation of smoking:  no

   2. Diet:  wather diet

   3. Activity:  daily

   4. Medications:

      (1) Drug side effects:  no meds

      (2) Drug interactions:

   5. Patient Compliance with Therapeutic Regimen:

c. Impact of Condition on Activities of Daily Living:

d. Need for special accommodations:

Objective Findings:

a. Temp:    Pulse: 70   Resp:    BP: 134/80  Weight: 202

b. Fundoscopic Examination:

| Thick, Dull Vessels | Localized or Generalized |
|---|---|
| (Copper Wire) | Narrowing of Arterioles |
| Present    Absent | Present    Absent |
| A-V Nicking | Flame Shaped Hemorrhages |
| Present    Absent | Present    Absent |
| Cotton-wool patches | Optic Disk Swelling |
| Present    Absent | Present    Absent |

'S IDENTIFICATION (Use this space for
 l Imprint)

Anthony Allen

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | 40128 - 053 | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

SYMPTOMS, DIAGNOSIS, TREATMENT PLAN    EVALUATION (Sign each entry)

c.  Cardiac Examination:

Loud Aortic Second Sound                    Left Ventricular Heave        *large*

Present        Absent                        Present        Absent        *common sign*

                                                                          *R in long*
Ejection Click                              P  systolic Gallop.           *not curable,*
                                                                          *never bl.*
Present        Absent                        Present        Absent        *but not risky*

d.  Lungs:    Clear        Wheezes        Rales        Ronchi

e.  Thyroid Gland:

f.  Diagnostic Studies            Result                Date of Exam      */c/b waiting*
                                                                          *+ starting*
        CBC                    WML        Abnormal                        *year*

        UA                     WML        Abnormal

        SMA 20         WML        Abnormal

        Lipids         WML        Abnormal

        EKG                    WML        Abnormal

        CXR                    WML        Abnormal

        Optometry Consult        WML        Abnormal

Assessment:

a.  Diagnosis:  *No evidence Htn on exam & chart review*

b.  Disease Progression or Complications:  *① UGI Sx  ② Drug remd*
                                                                 *not tol. bec.*
c.  Therapeutic Efficacy:                                         *adverse*

Plan:

a.  Medications:  *Hernia bel.*

*6/24/05 Sharon??*
Reviewed By:                    *CTM 4 yr - notd # 15 P-0*
V. Geza, PharmD)

b.  Next Diagnostic Studies Due:

c.  Return to Clinic:  *3 mo - hernia chk*

d.  Patient Education: (Check Topics Discussed)

        ( )  Complications of Hypertension

        ( )  Diet

        ( )  Exercise                                *[signature]*

        ( )  Avoidance of Tobacco
                                                      H. BEAM, MD
        ( )  Therapeutic Compliance                   FCI MCKEAN

        ( )  Drug Interactions

        ( )  Target bl.

7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/15/02 0905 | S: IS here to request BD, cholesterol + fue toenail fungus |
| | O: BP 116/78. Heart reg rhythm. Rate 72. feet - toenails #2 + 8 on bil, feet discolored + hypertrophic |
| | A: Onychomycosis |
| | Lamisil ... appt to ... lipid profile. ... Use meds as directed. RTC prn. Pt understands |
| | *Gracia Fairbanks PA* |

GRACIA FAIRBANKS
Physician Assistant

Reviewed by D. Olson, MD
Date 7/15/02

| 10/30/02 1300 | Admin. Note - Inmate requests gas pills until sick call appt. Rx simethicone tabs ii po QID prn #30 NR |

10/31/02
Violette Geza, PharmD. RPh
Chief Pharmacist

D. GLENN, FNP-C
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|

Allen Anthony
40428-083

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

12/4/02
1030

Ⓢ c/o dry nose, and H/A x > 1 wk. Pain
3 on 1-10 scale.

Ⓞ NAD ⊕ sinus tenderness
nose - clear drainage, pink membranes
throat - erythema ⊝ exudate
lungs - CTA ⊝ wheeze

Ⓐ sinus pressure / H/A

Ⓟ 1) CTM 4 mg ⅰ po TID prn #15 NR
2) Tylenol 500 mg ⅱ po TID prn
#20 NR
3) ↑ fluids
4) Educated on Rx, plan of care & F/U
5) F/U prn c sick call

_____ J Glenn FMP-C

12/5/02
V. Geza, PharmD
**Violette Geza, PharmD, RPh**
**Chief Pharmacist**

6/12/03
0850

S: C/o hemorroids,
States gets them off and on. States that the suppositories
work best.

O: NAD        BP
rectal deferred.
Rest of exam wnl

A: hemorroids.

P: ① Education - diet - Pt understands
② Pt PRN
③ Annual HC supp insert ⅰ rectally BID dispense #12 R-O

_____ Eric Asp
PA-C

Reviewed By E Pharm D   6/12/03
V. Geza, PharmD

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

============================================================

### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT

============================================================

Register Number : 40428-053
Name          : ALLEN, ANTHONY
Location      : FCI MCKEAN (MCK)
Admit. Physician: BEAM, MD
Order. Physician: BEAM, MD
Collected     : 08/04/04 @  06:25 by:  REFE

Age              : 40yr
Sex              : M
Room             :
Accession Number : 2701

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| Collection Cmt. | Fasting | | | RY |
| COMP. METABOLIC | | | | |
| Glucose | 81 | | 70 - 110 mg/dL | KS TE |
| Urea Nitrogen | 10 | | 7 - 22 mg/dL | KS TE |
| Creatinine | 1.2 | | 0.6 - 1.6 mg/dL | KS TE |
| SodiumI | 142 | | 137 - 148 mmol/L | KS TE |
| Potassium | 4.2 | | 3.5 - 5.0 mmol/L | KS TE |
| ChlorideI | 104 | | 99 - 114 mmol/L | KS TE |
| CalciumI | 9.1 | | 8.5 - 10.9 mg/dL | KS TE |
| Total Protein | 7.8 | | 6.0 - 8.2 g/dL | KS TE |
| Albumin | 4.2 | | 3.6 - 5.1 g/dL | KS TE |
| Alkaline Phos. | 92 | | 41 - 133 U/L | KS TE |
| AST(SGOT) | 33 | | 11 - 55 U/L | KS TE |
| Total Bilirubin1 | 1.1 | | 0.2 - 1.3 mg/dL | KS TE |
| Cholesterol | 164 | | 140 - 200 mg/dL | KS TE |
| ALT1(SGPT) | 37 | | 11 - 66 U/L | KS TE |
| CBC | | | | |
| White Blood Cell | 6.0 | | 4.3 - 11.1 10~3/uL | RS RY |
| Red Blood Cells | 5.02 | | 4.46 - 5.78 10~6/uL | RS RY |
| Hemoglobin | 15.5 | | 13.6 - 17.6 g/dL | RS RY |
| Hematocrit | 46.9 | | 40.2 - 51.4 % | RS RY |
| MCV | 93.3 | | 82.5 - 96.5 fL | RS RY |
| MCH | 30.8 | | 27.1 - 34.3 pg | RS RY |
| MCHC | 33.0 | | 33.0 - 35.0 g/dL | RS RY |
| RDW | 12.6 | | 12.0 - 14.0 % | RS RY |
| PLT | 220 | | 130 - 374 10~3/uL | RS RY |
| MPV | 10.3 | | 6.9 - 10.5 fL | RS RY |
| AUTODIFF | | | | |
| Neutrophils | 35.6 | LO | 43.0 - 67.0 % | RS RY |
| Lymphocytes | 50.1 | HI | 21.0 - 45.0 % | RS RY |
| Monocytes | 10.9 | | 5.0 - 13.0 % | RS RY |
| Eosinophils | 3.2 | | 0.0 - 7.0 % | RS RY |
| Basophils | 0.2 | | 0.0 - 1.0 % | RS RY |
| Neutrophil # | 2.1 | | 1.9 - 6.7 10~3/uL | RS RY |
| Lymphocyte # | 3.0 | | 1.3 - 3.7 10~3/uL | RS RY |
| Monocyte # | 0.7 | | 0.3 - 1.1 10~3/uL | RS RY |
| Eosinophil # | 0.2 | | 0.0 - 0.5 10~3/uL | RS RY |

LO=Low   AL=Alarm Low   EL=Elevated Low   HI=High   AH=Alarm High   EH=Elevated High   AB=Abnormal        Legend

Name            : ALLEN, ANTHONY
Register Number : 40428-053
Printed         : 08/06/2004 @ 09:06

Location :
Page     : 1 of 2

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

=====================================================================
*** SENSITIVE-LIMITED OFFICIAL USE ***
FINAL REPORT
=====================================================================

| | | |
|---|---|---|
| Register Number | : 40428-053 | |
| Name | : ALLEN, ANTHONY | Age : 40yr |
| Location | : FCI MCKEAN (MCK) | Sex : M |
| Admit. Physician | : BEAM, MD | Room : |
| Order. Physician | : BEAM, MD | Accession Number : 2701 |
| Collected | : 08/04/04 @  06:25 by:  REFE | |

| Test # | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| | 0.0 | | 0.0 - 0.1 10^3/uL | RS RY |

*S. Czekai, mT*

S. Czekai, Med Tech.

Legend
EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

| | |
|---|---|
| Name : ALLEN, ANTHONY | |
| Number : 40428-053 | Location : MCK |
| : 08/06/2004 @ 09:06 | Page : 2 of 2 |

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

=================== F I N A L   R E P O R T ===================

```
Register Number: 40428-053                    Age              : 39
Name            : ALLEN, ANTHONY              Sex              : M
Location        : S03                         Accession Number : 4219
Physician       : DR. HARE                    "X" if Complete  : [X]
Collection Date : 12/29/2003
Collection Time : 12:01
Tests ¦ MHATP
Ordered¦
```

---

```
Test Name            Result        Flag      Reference Range              Tech

Collection Cmt.
                     RPR 1:1
MHATP                Non-Reactive                        NR              JE RY
                  -- End of Laboratory Report --
```



Allen, Anthony
40428-053

FCI McKean
P.O. Box 5000
Bradford, PA 16701

SPECIMEN/LAB RPT NO

URINALYSIS

| URGENCY | PATIENT STATUS | |
|---|---|---|
| ☐ ROUTINE | ☐ BED | ☐ AMB. |
| TODAY ☑ | ☑ OUTPATIENT | |
| | ☐ NP | ☐ DOM. |
| ☐ PRE-OP | SPECIMEN SOURCE | |
| STAT ☐ | ☑ ROUTINE | |
| | ☐ OTHER (Specify) | |

PATIENTS MED. RECORD

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD | DATE | LAB. ID NO. |
|---|---|---|---|---|
| Dr. Beam | S. Czekai  (TECH) | | 8/5/04 | |

REMARKS

S. Czekai, Med Tech.

| DATE SPECIMEN TAKEN | TIME | REQUESTED ROUTINE | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH. CELLS | RBC | HYALINE | GRANULAR | BACTERIA | CRYSTALS | MUCUS | YEAST SPERMATOZOA | BENCE JONES PROTEIN | HEMOSIDERIN | HCG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/4/04 | 7:30 P.M. [X] | Routine | Yellow/Clear | 1.025 | Normal | Neg | Neg | trace | Neg | Neg | 5.5 | | | | | | | | | | neg | neg | | | |

ATTACH ALL TEST REPORTS TO THIS SHEET

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. 40428-053 | WARD NO. |
|---|---|---|

Allen, Anthony

LABORATORY REPORTS
Standard Form 514
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201–45.505
October 1975          514–108

GPO : 1996 O – 169–817

MEDICAL CENTER FOR FEDERAL PRISON, KS
LABORATORY,  1900 W. SUNSHINE
SPRINGFIELD,  MISSOURI  65808
(417) 862-7041, EXT. 454

=============== F I N A L   R E P O R T ===============

Register Number: 40428-053                    Age           : 39
Name        : ALLEN, AHTHONY                  Sex           : M
Location    : S03                             Accession Number: 2535
Physician   : ALBURQUERQUE P. A.              "X" if Complete : [X]
Collection Date: 12/22/2003
Collection Time: 06:50
Tests  | KOD. PANEL; TSH; CBC; ROUTINE URINE; RPR
Ordered|

====================================================================

| Test Name | Result | Flag | Reference Range | Tech |
|---|---|---|---|---|
| Collection Cmt. | Drawn by PB | | | |
| | New Admit Lab | | | |
| KOD. PANEL | | | | |
| Glucose | 81 | | mg/dL 70 – 110 | SY RY |
| Urea Nitrogen | 8 | | mg/dL 7 – 22 | SY RY |
| Creatinine | 1.3 | | mg/dL 0.6 – 1.6 | SY RY |
| Uric Acid | 5.7 | | mg/dL 3.7 – 8.6 | SY RY |
| Sodium1 | 141 | | mmol/L 137 – 148 | SY RY |
| Potassium | 4.0 | | mmol/L 3.5 – 5.0 | SY RY |
| Chloride1 | 103 | | mmol/L 99 – 114 | SY RY |
| Phosphorus | 3.2 | | mg/dL 2.5 – 4.5 | SY RY |
| Calcium1 | 8.7 | | mg/dL 8.5 – 10.9 | SY RY |
| Total Protein | 6.7 | | g/dL 6.0 – 8.2 | SY RY |
| Albumin | 3.8 | | g/dL 3.6 – 5.1 | SY RY |
| Alkaline Phos. | 83 | | U/L 41 – 133 | SY RY |
| AST(SGOT) | 28 | | U/L 11 – 55 | SY RY |
| LDH | 439 | | U/L 354 – 705 | SY RY |
| Total Bilirubin1 | 0.80 | | mg/dL 0.20 – 1.30 | SY RY |
| Cholesterol | 144 | | mg/dL 140 – 200 | SY RY |
| Triglycerides | 90 | | mg/dL 30 – 200 | SY RY |
| Carbon Dioxide1 | 29 | | mmol/L 22 – 30 | SY RY |
| A/G Ratio | 1.31 | | 1.00 – 2.30 | TX RY |
| Globulin | 2.9 | | 2.0 – 3.7 | TX RY |
| TSH | 4.02 | | uIU/mL 0.30 – 7.00 | SY RY |
| CBC | | | | |
| White Blood Cell | 6.3 | | 10^3/uL 4.3 – 11.1 | WL RY |
| Red Blood Cells | 4.82 | | 10^6/uL 4.46 – 5.78 | WL RY |
| Hemoglobin | 14.7 | | g/dL 13.6 – 17.6 | WL RY |
| Hematocrit | 44.9 | | % 40.2 – 51.4 | WL RY |
| MCV | 93.1 | | fL 82.5 – 96.5 | WL RY |
| MCH | 30.6 | | pg 27.1 – 34.3 | WL RY |
| MCHC | 32.8 | LO | g/dL 33.0 – 35.0 | WL RY |
| RDW | 12.1 | | % 12.0 – 14.0 | WL RY |
| PLT | 250 | | 10^3/uL 130 – 374 | WL RY |
| MPV | 8.9 | | fL 6.9 – 10.5 | WL RY |
| MANUAL DIFF | | | | |

Name     : ALLEN, AHTHONY              Doctor  : ALBURQUERQUE P. A.
Register#: 40428-053                   Location: S03
Printed  : 12/22/2003 @ 13:45          . . . . . . . . .
                                       Sensitive L.O.U.

MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

```
============================ F I N A L   R E P O R T ============================
Register Number: 40428-053                      Age              : 39
Name         : ALLEN, AHTHONY                   Sex              : M
Location     : S03                              Accession Number : 2535
Physician    : ALBURQUERQUE P.A.                "X" if Complete     [X]
Collection Date: 12/22/2003
Collection Time: 06:50
Tests  ¦ KOD. PANEL; TSH; CBC; ROUTINE URINE; RPR
Ordered¦
================================================================================
```

| Test Name | Result | Flag | Reference Range | | | Tech |
|-----------|--------|------|------|---|---|------|
| Neutrophils | 39 | LO | % | 50 | – 70 | WL RY |
| Lymphocytes | 43 | HI | % | 20 | – 40 | WL RY |
| Monocytes | 11 | HI | % | 2 | – 8 | WL RY |
| Eosinophils | 5 | HI | % | 1 | – 3 | WL RY |
| Basophils | 2 | HI | % | 0 | – 1 | WL RY |
| Morphology | Platelets Appear Adequate | | | | | WL RY |
| | Hypochromia 1+ | | | | | |
| ROUTINE URINE | | | | | | |
| Color | Yellow | | | | Strw/Ylw | KS RY |
| Appearance | Clear | | | | Clear | KS RY |
| Glucose | Negative | | | | Negative | KS RY |
| Bilirubin | Negative | | | | Negative | KS RY |
| Ketone | Negative | | | | Negative | KS RY |
| Specific Gravity | 1.020 | | | | Less1.03 | KS RY |
| pH | 6.5 | | | 5.0 | – 8.0 | KS RY |
| Protein | Negative | | | | Negative | KS RY |
| Urobilinogen | 0.2 | | | | 0.2-1.0 | KS RY |
| Nitrite | Negative | | | | Negative | KS RY |
| Blood | Negative | | | | Negative | KS RY |
| Leuk. Esterase | Negative | | | | Negative | KS RY |
| RPR | Non-Reactive | | | | NR | KS RY |

```
                    -- End of Laboratory Report --
```

```
Name      : ALLEN, AHTHONY          Doctor  : ALBURQUERQUE P.A.
Register#: 40428-053                Location: S03
Printed  : 12/22/2003 @ 13:45       . . . . . . . . .
                                    Sensitive L.O.U.
```

```
                           F I N A L   R E P O R T
                      LABORATORY,  1900 W. SUNSHINE
                      SPRINGFIELD,  MISSOURI  65808
                         (417) 862-7041, EXT. 454
```

Register Number: 40428-053                    Age              : 39
Name          : ALLEN,AHTHONY                 Sex              : M
Location      : S03                           Accession Number : 2536
Physician     : ALBURQUERQUE P. A.            "X" if Complete  [X]
Collection Date: 12/22/2003
Collection Time: 06:50
Tests │ HBsAg; HBsAb; HBcAb; Anti-HCV
Ordered│

| Test Name | Result | Flag | Reference Range | Te== |
|-----------|--------|------|-----------------|------|
| Collection Cmt. | Drawn by PB | | | |
| | New Admit Lab | | | |
| HBsAg | Negative | | Negative | SY RY |
| HBsAb | Negative | | Negative | SY RY |
| HBcAb | Negative | | Negative | SY RY |
| Anti-HCV | Negative | | Negative | SY RY |

```
                   -- End of Laboratory Report --
```

Name     : ALLEN,AHTHONY          Doctor  : ALBURQUERQUE P. A.
Register#: 40428-053              Location: S03
Printed  : 12/22/2003 @ 14:38     . . . . . . . . .
                                  Sensitive L. O. U.

MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

=============== F I N A L   R E P O R T ===============

| | |
|---|---|
| Register Number: 40428-053 | Age : 39 |
| Name : ALLEN, AHTHONY | Sex : M |
| Location : S03 | Accession Numb : 2537 |
| Physician : ALBURQUERQUE P.A. | "X" if Complete [X] |
| Collection Date: 12/22/2003 | |
| Collection Time: 06:50 | |
| Tests : HIV | |
| Ordered: | |

============================================================

| Test Name | Result | Flag | Reference Range | T=== |
|---|---|---|---|---|
| Collection Cmt. | Drawn by PB | | | |
| | New Admit Lab | | | |
| HIV | Negative | | NR | SY C. |

DO NOT REMOVE REPORT FROM PATIENT CHART
-- End of Laboratory Report --

| | |
|---|---|
| Name : ALLEN, AHTHONY | Doctor : ALBURQUERQUE P.A. |
| Register#: 40428-053 | Location: S03 |
| Printed : 12/23/2003 @ 15:19 | ......... |
| | Sensitive L.O.U. |

U. S. Medical Center for Federal Prisoners
Laboratory, 1900 W. Sunshine
Springfield, Missouri  65808
417-862-7041 Ext. 454

Patient: ALLEN,AHTHONY                    Doctor: ALBURQUERQUE P.A.
Register No: 40428-053                        DOB: 5 -2 -1964
  Location: S03                              Sex: M
  SENSITIVE L.O.U.

------------------------------------------------------------------------
                            HIV SCREENING
------------------------------------------------------------------------

X   The above patient has tested NEGATIVE for the Human Immunodeficiency
    Antibody (HIV).

Projected Release Date: _____.

========================================================================

_____The above inmate has tested POSITIVE for the Human Immunodeficiency
    Antibody (HIV).

Per Bureau of Prisons policy, this inmate has received repeat Human
Immunodeviciency Antibody testing and confirmatory antibody testing.

Initial HIV Specimen Date: _____    Result: _____

Repeat HIV Specimen Date:  _____    Result: _____

Western Blot Date:        _____    Result: _____

Laboratory Comments:


PEND = PENDING
NEG  = NEGATIVE
POS  = POSITIVE
UNK  = UNKNOWN

------------------------------------------------------------------------

   Date Drawn:          |  Test Completion Date  |  Performed by
    12/22/03            |      12/22/03          |
                        |                        |  Reviewed by:
------------------------------------------------------------------------

2537