

40428053

27-Oct-2004   08:49:22       ALLEN
40 Years                     Male

Rate   68      · NORMAL SINUS RHYTHM, RATE    68....................normal P axis, PR, rate & rhythm
PR    176
QRSD   92
QT    350
QTc.  372

--Axis--
P      71
QRS    25                                    –  NORMAL ECG  –
T      45

aVR                          V1

aVL                          V2

aVF                          V3

II                           V5

III                          V6

V4

Unconfirmed diagnosis.

Reviewed by D. Olson, MD
Date: 10/28/04

FCI MC KEAN

Operator: JTF

25 mm/s   10 mm/mV   4  0.15 Hz — 100 Hz  HP 709  02326

| BRADFORD REGIONAL MEDICAL CENTER EMERGENCY DEPARTMENT | FIN. CL. | ADMIT BY | | TIME | NAME OF ADMIT | | AGE | |
|---|---|---|---|---|---|---|---|---|
| | 4361609 | 11 | KRY | 11/01/03 | 21:19 | AMBL | 05/02/64 | 39 | 000223187 |
| | | CERT | | | | | | |

| ALLEN | | ANTHONY | | | | PATIENT MIDDLE NAME | SEX | M/S | RACE | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | M | | B | |

| PATIENT ADDRESS | CITY | STATE | ZIP CODE | COUNTY | A/C TELEPHONE NO. | ACCIDENT DATE & TIME | | CODE |
|---|---|---|---|---|---|---|---|---|
| BOX 500 | BRADFORD | PA | 18701 | MCK | 814 362-8900 | 11/01/03 | 09:00pm | 11 |

| GUARANTOR NAME | | GUARANTOR ADDRESS | | GUARANTOR TELEPHONE | GUARANTOR S/S NO. |
|---|---|---|---|---|---|
| FCI MCKEAN | | BOX 500 BRADFORD, PA 16701 | | 814 362-8900 | |

| EMERGENCY CONTACT NAME/NEAREST RELATIVE | RELATIONSHIP | ADDRESS | EMERGENCY TELEPHONE |
|---|---|---|---|
| FCI MCKEAN | GUARDIAN | BRADFORD, PA 16701 | 814 362-8900 |

| EMPLOYER OF PATIENT | EMPLOYER ADDRESS | EMPLOYER TELEPHONE | |
|---|---|---|---|
| FCI MCKEAN INM | PO BOX 5000 BRADFORD, PA 16701 | 814 362-8900 | NOTIFIED: ☐ POLICE   ☐ CORONER  ☐ RELATIVE |
| EMPLOYER OF GUARANTOR | EMPLOYER ADDRESS | EMPLOYER TELEPHONE | TIME: _____ |
| FCI MCKEAN INM | PO BOX 5000 BRADFORD, PA 16701 | 814 362-8900 | |

| INSURANCE NAME | SUBSCRIBER NAME | REL | POLICY/CERTIFICATE ID | GROUP NO. |
|---|---|---|---|---|
| FCI MCKEAN INMATE | MCKEAN, FCI | GU | INMATE # 40428 | |

| | REFERRING PHYSICIAN | PVT | SERVICE | E R # |
|---|---|---|---|---|
| DR. GLENN IRWIN | | E | EMERGE | |

| FAN NO. | FAMILY PHYSICIAN | PRE CERTIFICATION |
|---|---|---|
| | | |

| ADM DIAG | DIAG DESC |
|---|---|
| | |

**STATUS**

☐ OP Discharged                                    **MEDICAL RECORD**

☐ IP Admission

Admitting Physician _____    *Please do not admit to "Covering" phy.*

Admitting Diagnosis _____

Room Number [_____]   Status

| | |
|---|---|
| | ☐ Inpatient Admit |
| | ☐ Telemetry |
| Nursing Supervisor Notified ☐ Yes ☐ No | ☐ Isolation |
| Patient Transported to ☐ Yes ☐ No | ☐ Infection |
| | ☐ O2 Needs |
| Patient is able to sign ☐ Yes ☐ No | ☐ Patient Request Private |
| Family Member Available ☐ Yes ☐ No | ☐ Outpatient - SDS |
| *Please route family to the Admitting Office* | ☐ Outpatient - Observation |

Comments [_____]

*(handwritten:)* 9928 ps
1) 787.03
2) 558.9

**AUTHORIZATION TO RELEASE INFORMATION** - I hereby authorize the above named hospital to release the medical information to my insurance company for the services rendered this date _____,

SIGNED

**ASSIGNMENT OF INSURANCE BENEFITS** - I hereby authorize payment directly to the above named hospital for benefits herein specified and otherwise payable to me but not to exceed the hospital's regular charges for this period of hospitalization. I understand that these benefits will be applied to these charges and any other balance due the hospital. I also understand that a COPY of this authorization is as valid as the original. Date _____

SIGNED

BRMC 13

Case 1:05-cv-00001-SJM-SPB    Document 11-2    Filed 07/07/2005

FCI MC KEAN



| Rate | 69 |
| --- | --- |
| PR | 0 |
| QRSD | 114 |
| QT | 365 |
| QTc | 391 |

--Axis--
P
QRS      23
T        43

AGE NOT ENTERED. ASSUMED TO BE 50 YEARS FOR PURPOSE OF ECG INTERPRETATION
POSSIBLE ATRI FLUT/FIB, A-RATE 444 V-RATE 69................multiple P's
ANTERIOR Q WAVES, POSSIBLY DUE TO LVH...........................Q>30mS V1 V2 & LVH

— ABNORMAL ECG —                                              Unconfirmed diagnosis.



40428 053

01-Nov-2003  20:07:17    ALLEN
39 Years                 Male

Operator: SL

FCI MC KEAN

| Rate | 65 |
| PR | 169 |
| QRSD | 101 |
| QT | 361 |
| QTc | 375 |

--Axis--
P    89
QRS  34
T    36

NORMAL SINUS RHYTHM, RATE 65................................normal P axis, PR, rate & rhythm
BORDERLINE LEFT ATRIAL ABNORMALITY..................................P>30mS, <-.10mV V1
CONSIDER ANTEROSEPTAL INFARCT...................................Q>30mS, S>30mS, V1 V2

- ABNORMAL ECG -

Unconfirmed diagnosis.

Case 1:02-cv-02881-SJM-JFG    Document 41-1    Filed 07/07/2005    Page 5 of 24



40428 053

01-Nov-2003  20:10:05   ALLEN
39 Years    Male

Operator: SL

FCI MC KEAN

| Rate | 65 |
|------|-----|
| PR | 160 |
| QRSD | 109 |
| QT | 419 |
| QTc | 436 |

--Axis--
| P | 65 |
| QRS | 15 |
| T | 22 |

IRREG RHYM OF UNCERT ORIGIN,VAR'D RATE 58- 79...................V-rate variations>10%
BORDERLINE LEFT ATRIAL ABNORMALITY.............................P>30mS, <-10mV V1
INCOMPLETE RIGHT BUNDLE BRANCH BLOCK.................QRS>110, terminal axis(90,270)
PROBABLE LEFT VENTRICULAR HYPERTROPHY..............LVH voltage with LAA or LAD
ANTERIOR Q WAVES, POSSIBLY DUE TO LVH.........................Q>30mS V1 V2 & LVH

- ABNORMAL ECG -

Unconfirmed diagnosi

Case 1:04-cv-00293-IMK-JSK

BRADFORD NURSING PAVILION

| DATE | Note progress of case, complication, consultations, change in diagnosis, condition on discharge, instructions to patient |
|---|---|



ECG HR:  67  BPM       SpO2:  ---  %         Resp:  17  RPM

NIBP:  ---  /  ---  ( --- )  mmHg          Interval:  OFF

IBP1:  ---  /  ---  ( --- )  mmHg

min          Temp:  ---  °F   IBP2:  ---  /  ---  ( --- )  mmHg

**PROGRESS RECORD**

124

6000-124   10/01

**BRADFORD REGIONAL MEDICAL CENTER**
**EMERGENCY DEPARTMENT**
INSTRUCTIONS FOR FOLLOW-UP CARE

**1**

EMERGENCY ROOM
PHONE (814) 362-8274

Name *Anthony Allen*

THANK YOU FOR CHOOSING BRMC EMERGENCY DEPARTMENT FOR YOUR MEDICAL NEEDS. WE HOPE YOU ARE SATISFIED WITH THE CARE YOU RECEIVED. PLEASE CALL THE EMERGENCY ROOM AT (814) 362-8274 OR THE PATIENT REPRESENTATIVE AT (814) 362-8670 IF THERE IS ANY PROBLEM. YOU HAVE RECEIVED CARE FOR AN ACUTE CONDITION. DIAGNOSIS IS NOT ALWAYS CLEAR-CUT UNDER THESE CIRCUMSTANCES AND INDIVIDUAL RESPONSE TO ILLNESS, INJURY AND TREATMENT IS UNPREDICTABLE AT TIMES. THEREFORE, SHOULD ANY OF THE FOLLOWING OCCUR, PLEASE CONTACT OR REPORT TO THE EMERGENCY ROOM OR YOUR PRIVATE PHYSICIAN.

Your current symptoms persist or worsen
New symptoms develop particularly _____
You feel you are having difficulty with medication
You have any questions that **you** feel are important,

☐ card given

**Other Instructions:**

① Diet as tolerated

② Nothing but small amts of clear liquids tonight

③ Follow up with regular MD

④ Return if any problem

☐ **MEDICATION**
   • The medication you have been prescribed may cause drowsiness. Do not drink alcohol, operate machinery or drive a vehicle while using.
   ☐ medication information sheet given.

☐ **CULTURE REPORTS**
   • You will be contacted if your culture results indicate that a change in your treatment will be needed.

☐ **X-RAY REPORTS**
   • Your x-rays have been read by the Emergency Room physician. They will also be interpreted by a radiologist tomorrow. Should there by a significant change in diagnosis, you will be notified.

☐ **TETANUS TOXOID**   ☐ **DIPTHERIA TETANUS**
☐ **DIPTHERIA, PERTUSSIS, TETANUS**
☐ **VACCINE INFORMATION GIVEN**
Lot # _____   Manufacturer _____

Physician Signature _____
Nurse Signature _____
I understand the instructions given to me by the physician.
Patient Signature _____

Date *11-01-03*

6780-431 4/99

431

MC 90-436 Rel'd 11/03/03 09:35 From RADT To ER  4361609-3

```
              *** BRADFORD REGIONAL MEDICAL CENTER ***
                    116 INTERSTATE PARKWAY
                    BRADFORD, PA  16701

              *****  DIAGNOSTIC IMAGING DEPARTMENT *****
```

```
Patient   FC  Admit      Birth Dt  Age Sex SSN           Room   PT   MR Number
================================================================================
4361609   11  11-01-03   05-02-64   39  M                              000223187
                                                                  E
ALLEN,ANTHONY                              Phone#: (814) 362-8900
BOX 500                    BRADFORD                              Date: 11/01/03
Ref Phys:                  PA  16701                             Time: 21:51
Att Phys: IRWIN,GLENN,,DR.
Adm Phys:                              Adm Dx:
Procedure: 0865   DX - Chest                               Tech: AY/SG

    Req Phys: IRWIN,GLENN,,DR.          Explained to Pt: Y
     Reason: ILLNESS                    Preg: NA       Shielded: Y
    Priority: ASAP                      2nd Chk LMP: MALE
Date to do: 11-01-03                    AP ERECT CXR PORTABLE
Preg Status: Patient is Male
LMP Status:                             # Views: 1
    Portable: Y                         Student:
    Comments:                           AP: MAS 5     KvP 76    SID 60
                                        PA: MAS       KvP       SID
    Handicap:                           LAT: MAS      KvP       SID
Resucitate:                  High Risk Falls: OTH: MAS  KvP     SID
Radiologist: Mark J. Welch, MD
==================== R A D I O L O G Y   R E S U L T ====================
0865 DX - Chest
```

Date Typed: 11/2/2003     Date Dictated: 11/2/2003

CHEST:

The heart is not enlarged.  Hyperaeration is noted.  No failure or
pneumonia is seen.

IMPRESSION:

No acute disease.

kte

Electronic verification by  Mark J. Welch, MD

BRADFORD REGIONAL MEDICAL CENTER
116-156 Interstate Parkway Bradford PA 16701
**LAB REPORT**

# ALLEN, ANTHONY

BIRTHDATE:    05/02/1964 M 39
PATIENT #:    000223187
PT PHONE#:    (814)362-8900
COLLECTED:    11/01/03  21:40
REPORT TO:    IRWIN JR, GLENN J

REQ.PHYSICIAN: IRWIN JR, GLENN J

| TEST NAME | RESULTS | REFERENCE VALUES | UNITS | TS |
|-----------|---------|------------------|-------|-----|

### CPK MB'S AND ISOENZYMES

| | | | |
|---|---|---|---|
| CPK | 185 | 5-202 | U/L |
| CPK MB | 1.0 | 0.0-5.0 | ng/mL |

A value greater than 5.0 ng/ml or a % ratio of MB to total CK greater than
2.5 is suggestive of an M.I. when the total CPK exceeds 100.

Interpretation should be based on a MINIMUM of 2 samples collected 4 to 6
hours apart.

| | | | |
|---|---|---|---|
| CPK/MB RATIO | 0.5 | 0.0-2.5 | % |
| TROPONIN-I | 0.00 | 0.00-1.50 | ng/mL |

EMERGENCY DEPARTMENT

LAB #D1010172
PRINTED 11/01/03 22:47 Page: 1

BRADFORD REGIONAL MEDICAL CENTER
116-156 Interstate Parkway Bradford PA 16701
**LAB REPORT**

# ALLEN, ANTHONY

BIRTHDATE:    05/02/1964 M 39
PATIENT #:    000223187
PT PHONE#:    (814)362-8900
COLLECTED:    11/01/03  21:40
REPORT TO:    IRWIN JR, GLENN J

REQ.PHYSICIAN: IRWIN JR, GLENN J

| TEST NAME | | RESULTS | REFERENCE VALUES | UNITS | TS |
|-----------|---|---------|------------------|-------|----|

## ROUTINE CHEMISTRY

### ROUTINE CHEMISTRY

| TEST NAME | | RESULTS | REFERENCE VALUES | UNITS |
|-----------|---|---------|------------------|-------|
| GLUCOSE | | 104 | 70-120 | mg/dl |
| BUN | L | 7.0 | 8.0-20.0 | mg/dl |
| CREATININE | | 1.3 | 0.7-1.5 | mg/dl |
| SODIUM | | 139 | 135-147 | mEq/l |
| POTASSIUM | | 4.2 | 3.5-5.5 | mEq/L |
| CHLORIDE | | 100 | 98-108 | mEq/L |
| CARBON DIOXIDE | | 27.4 | 24.0-30.0 | mEq/L |
| ANION GAP | | 12 | | |
| CALCIUM | | 9.7 | 8.4-10.7 | mg/dl |
| TOTAL PROTEIN | | 8.0 | 6.0-8.0 | g/dl |
| ALBUMIN | | 4.4 | 3.0-5.0 | g/dl |
| CHOLESTEROL | | 165 | 110-200 | mg/dl |
| TRIGLYCERIDES | | 53 | 35-230 | mg/dl |
| BILIRUBIN, TOTAL | | 0.9 | 0.0-1.0 | mg/dl |
| AST | | 22 | 10-42 | U/L |
| CPK | | 185 | 5-202 | U/L |
| STAT - CPK MB | | ORDERED | | |
| ALK PHOSPHATASE | | 112 | 17-120 | U/L |
| ALT | | 36 | 10-60 | U/L |
| AMYLASE | | 81 | 20-140 | U/L |
| LIPASE | H | 291 | 114-286 | U/L |
| MAGNESIUM | | 2.1 | 1.3-2.4 | mg/dL |



EMERGENCY DEPARTMENT

LAB #D1010172
PRINTED 11/01/03 22:47 Page: 1

BRADFORD REGIONAL MEDICAL CENTER
116-156 Interstate Parkway Bradford PA 16701
**LAB REPORT**

**ALLEN,   ANTHONY**

| | |
|---|---|
| BIRTHDATE: | 05/02/1964 M 39 |
| PATIENT #: | 000223187 |
| PT PHONE#: | (814)362-8900 |
| COLLECTED: | 11/01/03  21:40 |
| REPORT TO: | IRWIN JR, GLENN J |

REQ.PHYSICIAN: IRWIN JR, GLENN J

| TEST NAME | RESULTS | REFERENCE VALUES | UNITS | TS |
|---|---|---|---|---|

## HEMATOLOGY

**CBC WITH AUTOMATED DIFFERENTIAL**

| TEST NAME | | RESULTS | REFERENCE VALUES | UNITS |
|---|---|---|---|---|
| WBC | | 10.7 | 4.8-10.8 | |
| RBC | | 5.25 | 4.70-6.10 | X 1 millio |
| HEMOGLOBIN | | 16.4 | 14.0-18.0 | g/dl |
| HEMATOCRIT | | 46.5 | 42.0-52.0 | % |
| MCV | | 88.6 | 80.0-94.0 | fL |
| MCH | H | 31.3 | 27.0-31.0 | pg |
| MCHC | | 35.3 | 33.0-37.0 | g/dl |
| RDW | | 13.6 | 11.5-14.5 | % |
| PLATELET COUNT | | 280 | 130-400 | X 1000/uL |
| NEUTROPHILS | H | 75.6 | 40.0-74.0 | % |
| LYMPHOCYTES | L | 13.1 | 19.0-48.0 | % |
| MONOCYTES | | 6.2 | 5.6-11.6 | % |
| EOSINOPHIL | | 3.1 | 0.0-7.0 | % |
| BASOPHILS | | 0.9 | 0.0-1.5 | % |
| LUC | | 1.1 | 0.0-4.0 | % |

EMERGENCY DEPARTMENT

LAB #D1010172

PRINTED 11/01/03 21:51 Page: 1

BRADFORD REGIONAL MEDICAL CENTER
116-156 Interstate Parkway Bradford PA 16701
**LAB REPORT**

# ALLEN, ANTHONY

BIRTHDATE:      05/02/1964 M 39
PATIENT #:      000223187
PT PHONE#:      (814)362-8900
COLLECTED:      11/01/03  21:40
REPORT TO:      IRWIN JR, GLENN J

REQ.PHYSICIAN: IRWIN JR, GLENN J

| TEST NAME | RESULTS | REFERENCE VALUES | UNITS | TS |
|-----------|---------|------------------|-------|-----|

### COAGULATION / SEROLOGY

**COAGULATION**

| | | | |
|---|---|---|---|
| APTT | 22.1 | | |
| PROTIME CONTROL | 11.7 | 0.0-40.0 | seconds |
| PROTHROMBIN TIME | 12.4 | | seconds |
| INR | 1.1 | 10.0-13.0 | seconds |
| | | 0.0-4.5 | |

Recommended Ranges for Coumarin Using INR
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | INR | Target |
|---|-----|--------|
| 1. Preoperative oral anticoagulant started two weeks before surgery | | |
|   Non-hip surgery | 1.5-2.5 | 2 |
|   Hip surgery | 2-3 | 2.5 |
| 2. Primary and secondary prevention of deep vein thrombosis | 2-3 | 2.5 |
| 3. Prevention of recurrent deep vein thrombosis (two or more episodes) | 2.5-4.0 | 3 |
| 4. Prevention of arterial thrombosis including patients with mechanical heart valves | 3.0-4.5 | 3.5 |

EMERGENCY DEPARTMENT

LAB #D1010172

PRINTED 11/01/03 22:21 Page: 1



4340 1604

| Rate | 75 |
| PR | 167 |
| QRSD | 101 |
| QT | 341 |
| QTc | 381 |

--Axis--
P   56
QRS  -10
T    47

01-Nov-2003  21:26:18
39 Years

ANTHONY ALLEN
Male

Normal sinus rhythm, rate 75.
Early transition.

SINUS RHYTHM WITH NORMAL EKG.

INTERPRETED BY: Q. JAMIL. OTHERWISE NORMAL ECG -

Normal sinus rhythm, rate 75.

Normal P axis, PR, rate & rhythm

QRS positive in V2

BRADFORD REGIONAL MEDICAL CENTER
Department: ER
Room: 2
Operator: AMB

Requested by:
IRWIN / Jamil

Unconfirmed MD must review.

25 mm/s   10 mm/mV   F $\sim$ 0.5 Hz - 40 Hz W   HP708   31669



609

BRADFORD REGIONAL MEDICAL CENTER
Department: ER
Room: 2
Operator: AMB

01-Nov-2003    21:26:18
39 Years

ANTHONY ALLEN
Male

| | | |
|---|---|---|
| Rate | 75 | |
| PR | 167 | |
| QRSD | 101 | |
| QT | 341 | |
| QTc | 381 | |
| --Axis-- | | |
| P | 56 | |
| QRS | -10 | |
| T | 47 | |

· Normal sinus rhythm, rate 75.......................Normal P axis, PR, rate & rhythm
· Early transition...............................................QRS positive in V2

SINUS RHYTHM WITH NORMAL EKG

INTERPRETED BY O. JAMIL OTHERWISE NORMAL ECG –

Requested by:
IRWIN JR

Unconfirmed MD must review.

01-Nov-2003  20:02:57

| Rate | 62 |
|------|-----|
| PR | 0 |
| QRSD | 101 |
| QT | 366 |
| QTc | 372 |

--Axis--
P
QRS   27
T     35

- AGE NOT ENTERED, ASSUMED TO BE 50 YEARS FOR PURPOSE OF ECG INTERPRETATION
- POSSIBLE ATRI FLUT/FIB. A-RATE 431 V-RATE 62............. multiple P's
- PROBABLE LEFT VENTRICULAR HYPERTROPHY................. LVH voltage with (LAA LAD)
- ANTERIOR Q WAVES. POSSIBLY DUE TO LVH................. Q>30mS V1 V2 (LVH)
- MINIMAL ST ELEVATION. INFERIOR LEADS................. ST>.06mV II III aVF

- ABNORMAL ECG -

Unconfirmed diagnosis.

REVIEWED BY:

H. BEAM. MD
FCI

FCI MC KEAN

25 mm/s  10 mm/mV  ~ 0.15 Hz — 40 Hz  IIP709



01-Nov-2003  20:02:57

AGE NOT ENTERED, ASSUMED TO BE 50 YEARS FOR PURPOSE OF ECG INTERPRETATION
POSSIBLE ATRI FLUT/FIB, A-RATE 431 V-RATE 62.................... Multiple P's
PROBABLE LEFT VENTRICULAR HYPERTROPHY.............LVH voltage with LAA of LAD
ANTERIOR Q WAVES, POSSIBLY DUE TO LVH....................Q>30mS V1 V2 & LVH
MINIMAL ST ELEVATION, INFERIOR LEADS.....................ST>.06mV II III aVF

- ABNORMAL ECG -

Unconfirmed diagnosis.

| | |
|---|---|
| Rate | 62 |
| PR | 0 |
| QRSD | 101 |
| QT | 366 |
| QTc | 372 |
| --Axis-- | |
| P | 27 |
| QRS | 35 |
| T | |

PCI MC KEAN

# PROBLEM LIST

| APPROX. DATE ONSET | NO. | ACTIVE PROBLEMS | DATE NOTED | INACTIVE/RESOLVED PROBLEMS | DATE IF RESOLVED |
|---|---|---|---|---|---|
| | 1 | ? HTN — ∂ evidence found | | | |
| | 2 | hx of ⊕ PPD | | | |
| | | Neg PPD on 6/10/94 | | | |
| | 3 | NKDA | | | |
| | 4 | ↑ Gentic Hcrd ERROR APTB 7-11-95 A. GUNTHER, MD | 3/95 | | |
| 6/7/01 | 4 | Hemorrhoids | | | |
| 11/20/01 | 5 | R I H | | | |
| 1-27-04 | | Right inguinal hernia Positive RPR at 1:1 ratio, with NHA-TA negative | | Repair of right inguinal hernia | 1-9-04 |
| | | Care Level I | | | |

NAME  Allen, Anthony

BIRTH DATE  40428-053

SS/REG. NO.

IHS-126 (REV. 01/89)

3/2/64

PROBLEM LIST

# Medication Summary Sheet

| Ord.Date 08/19/03 | ALLEN, ANTHONY GEORGE    W. COLLINS |
| Exp.Date 10/17/03 | 40428-053    (1)Refills |
| | TAKE TWO TABLETS EVERY TWELVE HOURS |
| Rx # 153309 | PENICILLIN VK 800 MG TAB    #30 |

| Ord.Date 08/19/03 | ALLEN, ANTHONY GEORGE    W. COLLINS |
| Exp.Date 10/17/03 | 40428-053    (1)Refills |
| | TAKE ONE TABLET EVERY EIGHT HOURS AS NEEDED |
| Rx # 153310 | !BUPROFEN 800 MG TAB    #20 |

| Ord.Date 09/22/03 | ALLEN, ANTHONY GEORGE    H. BEAM,MD |
| Exp.Date 12/20/03 | 40428-053    (2)Refills |
| | TAKE 1 TABLET WITH A FULL GLASS OF WATER 3 TIMES DAILY. IMPORTANT: INCREASE YOUR DAILY FLUID AND WATER INTAKE. |
| Rx # 155292 | FIBER TABLET    #90 |

| Ord.Date 09/22/03 | ALLEN, ANTHONY GEORGE    H. BEAM,MD |
| Exp.Date 12/20/03 | 40428-053    (2)Refills |
| | UNWRAP AND INSERT 1 SUPPOSITORY INTO YOUR RECTUM 2 TIMES DAILY. |
| Rx # 155293 | HYDROCORTISONE ACET. SUPPS, 24 25 MG SUPP    #20 |

| Ord.Date 09/22/03 | ALLEN, ANTHONY GEORGE    H. BEAM,MD |
| Exp.Date 12/20/03 | 40428-053    (2)Refills |
| | APPLY VERY SMALL AMOUNT TO THE AFFECTED AREA(S) 2 TIMES DAILY. |
| Rx # 155294 | BACITRACIN OINT    #1 |

| Ord.Date 10/28/03 | ALLEN, ANTHONY GEORGE    H. BEAM,MD |
| Exp.Date 11/10/03 | 40428-053    (0)Refills |
| | TAKE ONE TABLET THREE TIMES DAILY |
| Rx # 157572 | *nochart* METRONIDAZOLE 250 MG TAB    #30 |

| Ord.Date 10/28/03 | ALLEN, ANTHONY GEORGE    H. BEAM,MD |
| Exp.Date 11/10/03 | 40428-053    (0)Refills |
| | TAKE ONE TABLET FOUR TIMES DAILY |
| Rx # 157571 | *nochart* PENICILLIN VK 500 MG TAB    #40 |

| Ord.Date 11/03/03 | ALLEN, ANTHONY GEORGE    H. BEAM,MD |
| Exp.Date 11/17/03 | 40428-053    (0)Refills |
| | TAKE ONE CAPSULE TWICE DAILY UNTIL FINISHED |
| Rx # 157849 | DOXYCYCLINE 100 MG CAP    #20 |

| Ord.Date 12/01/03 | ALLEN, ANTHONY GEORGE    S. LABROZZI |
| Exp.Date 12/14/03 | 40428-053    (0)Refills |
| | TAKE ONE CAPSULE TWICE DAILY FOR 10 DAYS |
| Rx # 159449 | DOXYCYCLINE 100 MG CAP    #20 |

| Ord.Date 12/10/03 | ALLEN, ANTHONY GEORGE    H. BEAM,MD |
| Exp.Date 12/17/03 | 40428-053    (0)Refills |
| | TAKE ONE TABLET AT 7 AM, 12:00, AND 7 PM |
| Rx # 160137 | SIMETHICONE (QUAL) 80 TAB    #30 |

| Ord.Date 12/10/03 | ALLEN, ANTHONY GEORGE    H. BEAM,MD |
| Exp.Date 12/17/03 | 40428-053    (0)Refills |
| | TAKE ONE TABLET AT 7 AM, 12:00, 7 PM THEN DISCONTINUE |
| Rx # 160136 | CHLORPHENIRAMINE 4 MG TAB    #15 |

| Ord.Date 02/03/04 | ALLEN, ANTHONY GEORGE    D. OLSON |
| Exp.Date 03/03/04 | 40428-053    (0)Refills |
| | TAKE 1 TABLET 4 TIMES DAILY. DO NOT SKIP DOSES. (ANTIBIOTIC) |
| Rx # 162851 | PENICILLIN VK 500 MG TAB    #12 |

| Ord.Date 09/03/04 | ALLEN, ANTHONY GEORGE    W. COLLINS |
| Exp.Date 11/01/04 | 40428-053    (1)Refills |
| | TAKE TWO CAPSULES EVERY TWELVE HOURS |
| Rx # 172632 | AMOXICILLIN 500 MG CAP    #30 |

| Ord.Date 09/03/04 | ALLEN, ANTHONY GEORGE    W. COLLINS |
| Exp.Date 11/01/04 | 40428-053    (1)Refills |
| | TAKE ONE TABLET EVERY 8 HOURS WITH FOOD AS NEEDED |
| Rx # 172633 | !BUPROFEN 800 MG TAB    #20 |

ALLEN, ANTHONY GEORGE
40428-053
MCKEAN HOUSING FACILITY - C01
08/19/2003

**FCI McKean**

BP-S619.060
AUG 96
**IMMUNIZATION RECORD**  CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|------------|----------|-------------|
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |
|      |       |       |           |      |            |          |             |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ROUTE | PROVIDER/INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|------------|----------------------|-----------|--------------|---------|
| 8/20/97 | Conn | 2460.11 | Nov. 25.98 | L.F | 0.1cc 1D | W. HAMANDI FCI MCKEAN | 8/22/97 | 0×0 mm | 0012 |
| 8/4/98 | Conn | 2478-11 | 7-7-99 | L FA | 0.1/1D | Mirken FCI McKean R.N | 8/6/98 | 0×U | MG |
| 8/3/99 | Connaught | 2493.11 | 1/12/00 | L FA | 5TH IA | C. Seymore R.N. FCI McKean | 8/5/99 | 0×0 | W Howard |
| 8/30/00 | Connaught | CU144AA | 9/01 | L FA | 0.1/1D | Sunny McKean | 9-1-00 | 0×U | Sunny |
| 9/5/01 | Aventis | C0835AA | 9/01/04 | L FA | 0.1cc 1D | Kathna belser FCI McKean | 9/7/01 | 0×U | Lundberg |
| 9/10/02 | Aventis | C0984AA | 5/4/04 | L FA | 0.1cc 1D | C Lundberg McKean | 9/12/02 | 0×0 | MILSMith |
| 9/9/03 | Park. | 0U113P | 5/04 | L FA | 0.1cc | MKE McKean | 9-11-03 | 0×0 | W.LSmith |
| 9/13/04 | Park | 30154P | 8/05 | L FA | 0.1cc I.D | mcutenedy McKean | 9/15/04 | Ø |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Patient Identification
(Name, Reg #)                                    (This form may be replicated via WP)

Allen, Anthony

44428-053

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 3-31-04 |
| --- | --- | --- |

**1. LAST NAME–FIRST NAME–MIDDLE NAME** *Allen, Anthony*

**2. IDENTIFICATION NUMBER** 40428-053

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP code)
1175 Pinch Place
Brooklyn

**5. EMERGENCY CONTACT** (Name and address of contact)
1175 Pinch Place
Brooklyn ny 11213

| 6. DATE OF BIRTH 3-2-64 | 7. AGE 40 | 8. SEX ☐ FEMALE ☑ MALE | 9. RELATIONSHIP OF CONTACT wife |
| --- | --- | --- | --- |

**10. PLACE OF BIRTH** Kingston Jamaica

**11. RACE** ☐ WHITE ☑ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOPDOJ

**12b. ORGANIZATION UNIT** FCI McKean

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY
b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
P.O. Box 5000
Bradford, PA 16701

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** A+0  Bi-Annual

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
| --- | --- | --- | --- | --- | --- |
| ✓ | A. HEAD, FACE, NECK AND SCALP | | ✓ | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | ✓ | P. TESTICULAR | |
| | | | ✓ | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | C. DRUMS (Perforation) | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | D. NOSE | | | S. G-U SYSTEM | |
| ✓ | E. SINUSES | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | F. MOUTH AND THROAT | | ✓ | U. FEET | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | I. PUPILS (Equality and reaction) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | | BB. BREASTS | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | N/A | CC. PELVIC (Females only) | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

X - tattoo x1

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| | 0  1 2 3 | Restorable Teeth | 1 2 3 | Non-restorable teeth | 1 2 3 | Missing Teeth | X X X 1 2 3 | Replaced by Dentures | X 1 2 3 | Fixed Partial Dentures | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 32 31 30 | | 32 31 30 | | 32 31 30 | | 32 31 30 | | 32 31 30 | | |
| | 0 | | / | | X | | X | | X | | |
| R I G H T | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 | | | | | | | | | | L E F T |
| | 32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 | | | | | | | | | | |

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
| --- | --- | --- |
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

NSN 7540-00-634-4038
88-126

STANDARD FORM 88  (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

BP-S354.060  **INTAKE SCREENING (MEDICAL)**   CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution  McKean | Date of Arrival  2/2/04 | Time of Arrival |
|---|---|---|

| Inmate's Name  Allen, Anthony | Register Number  40428-053 |
|---|---|

### M E D I C A L   C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

5. Disabilities? ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

   EHM , NKDA

| Medical Staff Signature  *J. Fleming, EMT-P* | Date  2/2/04 | Time  1800 |
|---|---|---|

Medical Staff Title   FCI McKean
   Paramedic

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994



NAME Allen, Anthony

IDENTIFICATION NUMBER 40428-053

NO. OF SHEETS ATTACHED

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | 25. TEMPERATURE |
|---|---|---|---|---|---|
| 6'1" | 204 | Black | Brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | 95.4 |

### 26. BLOOD PRESSURE (Arm at heart level)

| | | | | 27. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 134 DIAS. 82 | B. RECUMBENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING 70 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

### 28. DISTANT VISION / 29. REFRACTION / 30. NEAR VISION

| | 28. DISTANT VISION | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 70 | CORR. TO 20/ | Forget BY | S. | CX | | CORR. TO | BY |
| LEFT 20/ 70 | CORR. TO 20/ | Myopic BY | S. | CX | | CORR. TO | BY |

### 31. HETEROPHORIA (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|

### 32. ACCOMMODATION / 33. COLOR VISION / 34. DEPTH PERCEPTION

| 32. ACCOMMODATION | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | |
|---|---|---|---|
| RIGHT WNL  LEFT WNL | ⑭ passed | UNCORRECTED | |
| | | CORRECTED | |

### 35. FIELD OF VISION / 36. NIGHT VISION / 37. RED LENS TEST / 38. INTRAOCULAR TENSION

| 35. FIELD OF VISION | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|
| RIGHT WNL  LEFT WNL | | | RIGHT | LEFT |

### 39. HEARING / 40. AUDIOMETER / 41. PSYCHOLOGICAL AND PSYCHOMOTOR

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| | | | LEFT | | | | | | | | |

### 42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

Fam. Hx - none

Med/Surg Hx - rt. inguinal hernia repair 1/04

*(Use additional sheets if necessary)*

### 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

EHM  no medical concerns

Rt. inguinal hernia repair ō problems

### 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

None at this time

### 45A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

### 46. EXAMINEE (Check)

A. ☒ IS QUALIFIED FOR  Reg. housing, duty,

B. ☐ IS NOT QUALIFIED FOR

### 45B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

### 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| J. Glenn, FNP-C  FCI McKean | J. Glenn FNP-C |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| | |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which)  Clinical Director | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

STANDARD FORM 88 (Rev. 10-94) BACK

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 11-20-01 |
|---|---|---|

| 1. LAST NAME–FIRST NAME–MIDDLE NAME Allen, Anthony | 2. IDENTIFICATION NUMBER 40428-053 | 3. GRADE AND COMPONENT OR POSITION |
|---|---|---|

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP code)
Same

**5. EMERGENCY CONTACT** (Name and address of contact)
305 legion St
Brooklyn N.Y 11212
Vyvonne Allen mother
Teddy Allen brother

| 6. DATE OF BIRTH 5-2-64 | 7. AGE 37 | 8. SEX ☐ FEMALE ☒ MALE | 9. RELATIONSHIP OF CONTACT Mother or brother |
|---|---|---|---|

**10. PLACE OF BIRTH** JAMAICA WI

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

| 12a. AGENCY BOP DOJ | 12b. ORGANIZATION UNIT McKean | 13. TOTAL YEARS GOVERNMENT SERVICE |
|---|---|---|

| | | a. MILITARY N/A | b. CIVILIAN |

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
Box 5000
Bradford, PA

**15. RATING OR SPECIALTY OF EXAMINER**
HIV - blood sugar - or necessaries

**16. PURPOSE OF EXAMINATION**
Bi Annual

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | N/E | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | N/E | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | N/E | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | ① | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ② |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | ③ | N/A | BB. BREASTS | |
| | | | N/A | CC. PELVIC (Females only) | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

① - missing teeth ↑ + ↓

③ pt has extremely large inguinal hernia (R) which extends down into scrotal sac. Pt. states it causes no problems unless he eats spicy foods which causes pain in this area.

② - L Knee scar → bike accident
R elbow
-facial scars from childhood
Tattoo ① chest

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| Restorable teeth | Non-restorable teeth | Missing teeth | Replaced by Dentures | Fixed Partial Dentures |
|---|---|---|---|---|

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

B. CHEST X-RAY OR PPD (Place, date, film number and result)

STANDARD FORM 88 (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|
| Allen Gregory | 40428-053 | |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 72 ½ | 210 lbs | Brown | Brown | SLENDER ☐ MEDIUM ☑ HEAVY ☐ OBESE ☐ | | | | 97° |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | | 27. PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. DIAS. | B. RECUM-BENT | SYS. DIAS. | C. STANDING (5 mins.) | SYS. DIAS. | A. SITTING | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
| | | | | | | 72 RxR | | R- 76 | | |

| 28. DISTANT VISION | | | | 29. REFRACTION | | | 30. NEAR VISION | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ | 20+ | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |
| LEFT 20/ | 20+ | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |

| 31. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 inches ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT WNL | LEFT WNL | Snellen Pass | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT WNL | LEFT WNL | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | | |

**42. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

E. H. 37 yr old c̄ no major health concerns or recurrent problems.

*(Use additional sheets if necessary)*

**43. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)

- Pt. is non-smoker. Normally wears glasses to correct 20/100 vision bil.

- Extremely large, asymptomatic ® inguinal hernia

- Pt. is concerned about a reported ⊕ PPD from 1994. IM states this was an error and would like it corrected.

| 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |
| N/A | | | | | | |

| 46. EXAMINEE (Check) | 45B. PHYSICAL CATEGORY |
|---|---|
| A. ☑ IS QUALIFIED FOR — Full duty | |
| B. ☐ IS NOT QUALIFIED FOR | |

| 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | | | | | |
|---|---|---|---|---|---|
| N/A | A | B | C | | E |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Bonnie A Saylor, NP | Bonnie A Saylor, NP    Bonnie Saylor, NP |

| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| | |

| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
|---|---|
| D. Olshefski, MD Clinical Director | |

| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |
|---|---|
| | |