U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

TRANSFER SUMMARY

ALLEN, Anthony
Reg. No. 40428-053
January 20, 2004
WARD: S03

REASON FOR ADMISSION: Right inguinal hernia.

SIGNIFICANT FINDINGS: This is a 39-year-old Jamaican male referred to the U.S. Medical Center for Federal Prisoners (USMCFP), Springfield, Missouri, from the Federal Correctional Institution (FCI), McKean, Pennsylvania, with a six to seven year history of a right inguinal hernia, which gradually has been getting larger and more problematic for the individual. He was consequently referred to USMCFP for evaluation and treatment.

History and physical examination dated December 23, 2003, gives a diagnosis of a right inguinal scrotal hernia; otherwise, essentially healthy male.

LABORATORY: Dated 12-29-03 gives a profile A of a BUN of 6 (7-22), and the remainder essentially within normal limits. CBC was within normal limits. Urinalysis was within normal limits. RPR was positive at 1:1, with an MHA-TP of being nonreactive. HIV status was negative.

TREATMENT RENDERED: Patient was evaluated by Consultant Surgeon, Dr. Brent Rotton, on December 23, 2003, and scheduled for a right inguinal hernia repair with plug and patch, which was carried out on January 9, 2004. Postoperatively, the patient did well. On final evaluation done January 20, 2004, staples were removed with the wound being well-healed and the patient instructed on postoperative care.

PROCEDURES: On January 9, 2004, right inguinal hernia repair.

CONDITION ON DISCHARGE: Improved.

FINAL DIAGNOSES:
1. Status post right inguinal hernia repair.
2. Positive RPR at 1:1 ratio, with MHA-TP negative.
3. Essentially healthy male.

MEDICATIONS: None.

Kevin J. Kelly, Certified Physician Assistant                January 20, 2004

ALLEN, Anthony                                               Reg. No. 40428-053

SENSITIVE - LIMITED OFFICIAL USE

Page 2 - Transfer Summary
USMCFP - Springfield, MO

RECOMMENDATIONS (to include Instructions to Patient):

1. Patient was instructed to continue with limited weightlifting of approximately 10-15 pounds over the next 5 weeks.
2. Physical activity as tolerated.
3. Regular diet.
4. Follow-up care on a prn basis per local institution's medical policy.
5. Duty work status: weightlifting limitation of approximately 10-15 pounds for the next 5 weeks.
6. No special appliances needed.
7. Transfer per the usual custodial means.

_____
Kevin J. Kelly, PA-C

_____
Thomas E. Hare, D.O.
Staff Physician

KJK/TEH/jh
D: 01/20/04
T: 01/23/04

Kevin J. Kelly, Certified Physician Assistant                             January 20, 2004

ALLEN, Anthony                                                            Reg. No. 40428-053

SENSITIVE - LIMITED OFFICIAL USE

# U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
## SPRINGFIELD, MISSOURI

## INITIAL HISTORY / PHYSICAL ADMISSION DATA SHEET

Inmate Name: Allen, Anthony
Number: 40428-053   DOB: 5-2-64
Date: 12/15/03   Time: 1030

Institution: McKean   BP149 Reviewed ✓   N/A ___
Prior Medical Record Available   Yes ___   No ___
Prior NON-BOP Incarceration   Yes ___   No ✓

### Have you had or now have?

| Condition | Yes | No |
|---|---|---|
| Bleeding Disorder | | No |
| Cancer | Yes | |
| Diabetes | | No |
| Heart Disease | Yes | |
| High Blood Pressure | Yes | |
| Lung Disease (see below) | Yes | |
| Seizure Disorder | | No |
| Stroke | Yes | |
| Thyroid Disease | | No |
| Mental Illness | | No |
| Suicide Attempt/Year | | No |
| Currently Suicidal | Yes | |
| Other | | No |

| | Yes | No |
|---|---|---|
| Hx of Hepatitis | | No |
| Liver Disease | | No |
| HIV Test Date | | No |
| Date ___ Results | Pos | Neg |
| Sexual Contact - Heterosexual | Yes | |
| Sexual Contact - Homosexual | | No |
| Hx Blood Transfusion | | No |
| If Yes, what Year ___ | | |
| Hx STD's | Yes | |
| Hx of TB Exposure (circle one) | | No |
| Family Hx of TB | | No |
| Results of last PPD  0 mm | | |
| Date of Last PPD  9/5/3 | | |
| If POS, Treated ___ Months | | |

| | Yes | No |
|---|---|---|
| Recent Weight Loss | | No |
| Fever | | No |
| Chills/Night Sweats | | No |
| Chest Pains/SOB/N&V | | No |
| Difficulty Eating | | No |
| Unusual Headaches | | No |
| Urinary Tract Infection Symptoms | | No |
| Fatigue | | No |

| | Yes | No |
|---|---|---|
| Last CXR ___ Date | | No |
| Cough > 2 weeks | | No |
| Coughed up Blood | | No |
| Black / Bloody Stools | | No |
| Unusual Skin Sores / Lesions | | No |
| Hx of Smoking | | No |
| #pks/day ___ #of Years ___ | | |
| Quit Smoking ___ Year | | |

MAJOR SURGERIES: ∅

Allergies to Medications or Foods  NKA ✓   Yes ___   List ___
MEDICATIONS (Side effects Reactions) ___
FOODS (Side Effects Reactions) ___
Current Medications (See A-Sheet Doctor's Orders) ___

Height: 64   Weight: 196   B/P: 145/90
Pulse: 74   Respirations ___   Temp ___
Apparent Signs of Distress Yes* ___   No ✓
Restricted Mobility: NR

STATUS: Medical ___   Surgical ✓
Psych ___   D&O ___   Forensic ___
Work Cadre ___
Holdover ___

Lice/Other Parasites: Yes ___ None Seen ✓
Acute Skin Sores/Lesions: Yes ___ None Seen ✓
Religion: NC   Housing ___

Hx. Of Abuse/Neglect/Victimization: Yes* ___  No ✓
Hx. Of Substance/Alcohol Abuse:  Yes* ___  No ✓
Type? ___   Date Last Used? ___

Are you Having Pain?  Yes ___   No ✓
Location ___
Frequency ___
Intensity  0  2  4  6  8  10
Duration ___

Dx and comments: 39 y/o m. (R) inguinal hernia red.

Signature of PA/RN: ___
Additional Comments on Reverse Side

Note any items should have a Comment)  SHADED ITEMS PLACE PATIENT AT GREATER RISK DURING RESTRAINT, SUICIDE PRECAUTIONS OR SECLUSION
Health Record - White, Central File - Yellow, Infection Control - Pink
SPG-74
Revised Mar 2002/jdd

U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

SURGICAL CONSULTATION

ALLEN, Anthony
Reg. No. 40428-053
December 23, 2003
WARD: S03

ATTENDING PHYSICIAN: Dr. Hare

The patient was examined and chart reviewed.

IMPRESSION:   1. Large right inguinal hernia, easily reducible, nonincarcerated.

RECOMMENDATIONS: Right inguinal herniorrhapy with Bard mesh place system. The risks and benefits were discussed with the patient to include bleeding, infection, abscess, injury to other cord structures which could possibly result in loss of the testicle, and hernia recurrence. Patient understands and agrees and is willing to proceed.

HISTORY: This is a black male who presents with a large right inguinal hernia that has been present for approximately six years. He denies any signs or symptoms of bowel obstruction. He moves his bowels without problems or difficulties. On examination today, there is a large right inguinal hernia. There is no hernia noted on the left. Testes are descended bilaterally and normal appearing male external genitalia.

For further past medical and surgical history, please refer to the chart as it was reviewed and essentially unchanged as well as the remainder of his physical examination. This will be scheduled.

Thank you for the referral.

D. Brent Rotton, D.O.
Consultant General Surgeon

DBR/eb
D: 12-23-03
T: 12-31-03

D. Brent Rotton, D.O., Consultant General Surgeon                December 23, 2003

ALLEN, Anthony                                                    Reg. No. 40428-053

SENSITIVE - LIMITED OFFICIAL USE

**U.S. MEDICAL CENTER FOR FEDERAL PRISONERS**
**SPRINGFIELD, MISSOURI**

**HISTORY AND PHYSICAL**

ALLEN, Anthony George
Reg. No. 40428-053
December 23, 2003                                       Birthdate: 05/02/64
Ward: S03                                               Admission Date: 12/18/03

## HISTORY - PART I

CHIEF COMPLAINT: Right inguinal hernia.

HISTORY OF PRESENT ILLNESS: This is a 39-year-old Jamaican male referred to Springfield from FCI McKean, Pennsylvania, with a 6-7 year history of a right inguinal hernia which he states has been getting larger and getting worse. Patient is referred to Springfield for further evaluation and treatment.

## REVIEW OF SYSTEMS

SURGICAL HISTORY: Denied.

MEDICAL ILLNESSES: Denied.

HISTORY OF INJURIES: Denied.

Patient is a nonsmoker. Denies alcohol or drug use.

CURRENT MEDICATIONS: None.

ALLERGIES: None.

Generally patient states his weight is stable. Denies any chronic HEENT complaints.

CARDIOVASCULAR: Denies any history of asthma, pneumonia, bronchitis, shortness of breath, chest pain, heart disease, or palpitations.

GASTROINTESTINAL: Denies any chronic nausea, vomiting, diarrhea, bloody stools, hepatitis, or history of gallbladder disease.

GENITOURINARY: Denies any history of STDs, hematuria, kidney stones.

MUSCULOSKELETAL: Denies any chronic muscle aches or lower back pain.

LYMPHATICS: Denies any chronic lymphadenopathy.

NEUROVASCULAR: Denies any chronic radicular symptoms.

Kevin J. Kelly, Certified Physician Assistant                December 23, 2003

ALLEN, Anthony George                                        Reg. No. 40428-053

SENSITIVE - LIMITED OFFICIAL USE

Page 2 - History and Physical
USMCFP - Springfield, MO

## PHYSICAL EXAMINATION

HEIGHT: 6'1"
WEIGHT: 196
TEMPERATURE: 97.5
PULSE: 80
BLOOD PRESSURE: 1445/90

| | |
|---|---|
| EARS: | Canals and TMs are clear bilaterally. |
| EYES: | PERRLA, peripheral vision intact. Sclera and conjuctiva are clear. |
| NOSE: | patent bilaterally. |
| MOUTH: | Clear. Teeth in fair repair. Posterior pharynx is clear. |
| NECK: | Supple. |
| LUNGS: | Clear to auscultation. |
| CARDIOVASCULAR: | Heart is regular rate and rhythm without murmurs. |
| ABDOMEN: | Soft, flat, normal bowel sounds. |
| EXTREMITIES: | Grossly equal and symmetrical appearing with full range of motion. |
| GENITALIA: | Uncircumcised adult male. Testicles descended bilaterally. Large right inguinal scrotal hernia is noted which is partially reducible at this time. |
| RECTAL/PROSTATE: | Not examined at this time. |
| NEUROLOGICAL: | Cranial nerves II-XII grossly intact. DTRs 2+/4. No tremors noted. |

**IMPRESSION:**
1. Right inguinal scrotal hernia.
2. Essentially healthy male.

**PLAN:**
1. Initiate appropriate medical care.
2. Refer to appropriate services as needed to include consultation with general surgeon for surgical repair.

_____
Kevin J. Kelly, PA-C

_____
Thomas E. Hare, D.O.
Staff Physician

KJK/TEH/ch   D: 12/23/03   T: 12/24/03

Kevin J. Kelly, Certified Physician Assistant                                December 23, 2003

ALLEN, Anthony George                                                         Reg. No. 40428-053

SENSITIVE - LIMITED OFFICIAL USE

# FEDERAL BUREAU OF PRISONS
## MCFP Springfield, MO
## NURSING DISCHARGE SUMMARY

DATE: 1/12/04
WARD: SO4
PHYSICIAN: Dr. Hare
DIAGNOSIS: S.P RIH

**DISCHARGED TO:**
___ BOP INSTITUTION
___ STATE INSTITUTION
___ COMMUNITY HOME
_X_ OUTPATIENT
___ OTHER

**FOLLOW-UP REFERRAL**
___ NONE NEEDED
___ INSTITUTION P. A.
___ CHRONIC CARE
___ COMMUNITY
_✓_ CLINIC APPOINTMENT 1/20/04

**MOBILITY**
_X_ AMBULATORY
___ WHEELCHAIR
___ WALKER / CRUTCHES
___ CART / GURNEY
___ RESTRICTIONS

**PATIENT TEACHING**
- MEDICATION REGIME: YES _X_ NO ___
- PROPER DIET: YES _X_ NO ___
- SELF-CARE: YES _X_ NO ___
- FOOD/DRUG INTERACTION: YES _X_ NO ___

| MEDICATIONS | DOSAGE | HOW OFTEN | Rx | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|
| Tylenol #3 | i-ii | Three x a day | | |

DIET: Regular

SUPPLEMENTAL NOURISHMENTS: 

PAIN CONTROL: (circle one)   IMPROVED   (CONTROLLED/STABLE)   NO CHANGE   WORSENED

TREATMENT / WOUND CARE: (e.g. RT, PT) 

I acknowledge that I have been instructed on the above and understand what I am to do following discharge.

Interpreter to Patient: _X_ Yes ___ No      Date: 1/12/04

Signature: Anthony [signature]
Signature: DMcLanahan RN

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

OPERATION REPORT

ALLEN, Anthony
Reg. No. 40428-053
January 9, 2004
WARD: S03

**ATTENDING PHYSICIAN:** Dr. Hare

**PREOPERATIVE DIAGNOSIS:** Right inguinal hernia.

**POSTOPERATIVE DIAGNOSIS:** Same.

**OPERATION PERFORMED:** Right inguinal herniorrhaphy with insertion of mesh plug and patch system. Estimated blood loss minimal. Complications none. Drains none.

**SURGEON:** Dr. D. Brent Rotton

**ASSISTANT SURGEON:** None

**ANESTHESIA:** General

**SPECIMENS REMOVED:** Right inguinal hernia sac

**DATE OF OPERATION:** 01-09-04

**DESCRIPTION OF OPERATION:** The patient was taken to the OR room and placed in the supine position. He was administered general anesthesia. He was prepped and draped in the usual sterile fashion. Oblique incision overlying internal ring was carried through the skin and subcutaneous tissue to the level of the external oblique fascia which was sharpened and excised parallel to his fibers and extended through the external ring. The underlying ilioinguinal nerve was identified and kept out of harms way. The cord structures were elevated with a Babcock and allowed for blunt distal dissection circumferentially which allowed for passage of a Penrose drain per appropriate countertraction. There was a large hernia sac identified on anterior and medial aspect of the cord. This was carefully separated from the chord structures. The vas deferens and testicular vessels were very densely adhered to the hernia sac, however these were freed and the hernia sac was dissected high to the level of preperitonal fat. It was ligated doubly with 0 Vicryl suture. Redundant hernia sac was excised. Large mesh plug was secured to the stump of the hernia sac and inverted into the internal ring and circumferentially secured in the usual manner with several interrupted sutures. Overlay patch was then tailored, placed in the floor of the canal, and keyholed around the cord structures. The tail secured with



D. Brent Rotton, D.O., Consultant General Surgeon

ALLEN, Anthony

January 9, 2004

Reg. No. 40428-053

Page 2 - Operation Report
USMCFP - Springfield, MO

one stitch and the tail was placed slightly in fascia plane of external oblique. The area was irrigated. Hemostasis was noted. The external oblique fascia was closed with a running suture of 0 Vicryl starting at the external ring. 0.25% Marcaine was injected subfascially and around the incision. Scarpa fascia was closed with a running suture of 3-0 Vicryl and the skin was closed with a skin stapling device. Patient tolerated the procedure well and was transported to the recovery room in stable and satisfactory condition.


_____
D. Brent Rotton, D.O.
Consultant General Surgeon

DBR/eb
D: 01-09-04
T: 01-14-04



D. Brent Rotton, D.O., Consultant General Surgeon                   January 9, 2004

ALLEN, Anthony
                                                                    Reg. No. 40428-053

SENSITIVE - LIMITED OFFICIAL USE

**NOTES**

0920 Received pt post-op inguinal hernia repair. Pt arousable on calling pt, responds to verbal stimuli. Non-to slurred SB in 40s. Pulse 80. 10% on O2 @ 10 liter per mask. Resp. deep

0935 Pt still resting quietly. Resp deep even & unlabored. Arousing to pain stimuli. Resp. deep even & unlabored.

1020 Encouraged pt to wake up. HOB ↑ O2 45°. Pt denies need H2O this time O2 mask removed. O2 sat @ 99% on room air. 1020 O2 sat A – pt. Orders Pt claims of instructions given to pt verbalized understanding Discharged from PACU VS remain stable

---

**POST OPERATIVE INSTRUCTIONS**

Dressings: Dry gro.n

Discharge Notes

Drains: Ø

Tubes: Ø

I.V.'S: Saline lock

IV / OR 450 / PACU 100   PO Ø   INTAKE/OUTPUT Void Ø

Medications: Percocet 1–ii PO q 6° for pain

Wound Care: Ice to incision × 24°

Intake/Output

Activity: Ambulate c assist as tolerated

Diet: Resume pre-op

Other

Safety Measures

Patient's Statement of Understanding: Verbalized Understanding

---

**DISPOSITION OF PATIENT**

☑ PATIENT ROOM 504
☐ TRANSFER TO LOCAL HOSPITAL
☐ OTHER

☑ DISCONTINUED RECOVERY

REPORT GIVEN TO: A. Wilkens RN

## PACU RECORD

**MEDICAL CENTER**
**FEDERAL PRISONERS**
**SPRINGFIELD, MISSOURI**

PATIENT IMPRINT: 40428-055 / DOB 3-2-64

PRE-OP DIAGNOSIS: Hernia
ANESTHETIST: Hipskind
SURGEON/ASSTS: Rotton, D.
OPERATION: Repair Right Inguinal Hernia w/ Plug & Patch
PATIENT HISTORY: HTN, Hemorrhoids

AGE: 39  SEX: M  SaO₂: 99  BP: 138/  T: 96  P: 70  R: 20
PS: 1 (2) 3 4 5 E
ALLERGY: NKDA

MD/CRNA: Hipskind   RECEIVED BY: Scott Coffin, R.N.

| POST-ANESTHESIA RECOVERY SCORE | | IN | 15 | 30 | 45 | HR | OUT |
|---|---|---|---|---|---|---|---|
| ACTIVITY | 4 EXTREMITIES / 2 EXTREMITIES / 0 EXTREMITIES (Able to move voluntarily or on command) | (2) 1 0 | (2) 1 0 | (2) 1 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| RESPIRATION | Able to deep breathe and cough freely / Dyspnea, shallow, or limited breathing / Apnea | 2 (1) 0 | (2) 1 0 | (2) 1 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| CIRCULATION (Pre-Op BP 138/81) | BP ± 20mm of Preanesthesia Level / BP ± 20-50mm / BP ± 50mm | (2) 1 0 | (2) 1 0 | (2) 1 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| CONSCIOUSNESS | Fully Awake / Arousable on calling / Not Responding | 2 (1) 0 | 2 (1) 0 | 2 (1) 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| COLOR | Normal / Pale, Dusky, Blotchy, Jaundiced, Other / Cyanotic | (2) 1 0 | (2) 1 0 | (2) 1 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| TOTAL | | 8 | 9 | 9 | 10 | | |

Other ☐
IV Sed. ☐
E.T.T. ☐  None
@ 10 l/min
LR

R groin

| Route | Time | Given By | Medication/Dose | Route | Time | Given By |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Times: 0930  0945  1000  1015

Pulse Oximeter: 100  100  100  100
Temperature: 95.7
Urine:
NG:
Drains:
Other:

MONITORS: BP, EKG, ALARM
R / L

SPG-51 Revised 06/00-jdd

U. S. MEDICAL CENTER for FEDERAL PRISONERS
Springfield, Missouri

## INDIVIDUAL EVALUATION/TREATMENT/MANAGEMENT PLAN

Goal Statement #1: Recovery from anesthesia.

1. The patient recovers from anesthesia without untoward effects.

Objectives:

1. The patient will remain free of respiratory distress.
2. Maintain stable Vital Signs (VS).
3. Maintain control of bleeding and dysrythmias.
4. Maintain adequate urinary output.
5. Maintain a reasonable level of comfort and be discharge instructions.
6. Able to express an understanding of discharge instuctions.

Action Plan: (Include staff name and title)   S. GRIFFITH, RN, C

1. Maintain airway. Suction prn. Assess respirations and monitor SaO$_2$. Give O$_2$ per anesthesia.
2. VS every 5-15 minutes. Continuous cardiac monitor. I&O.
   - ❏ IV fluids: _____
   - ❏ Blood: _____
   - ❏ Medications: _____
3. Assess level of consciousness (LOC) and ability to move extremities. Turn, cough, and deep breathe (TCDB) on command.
4. Gag and swallowing reflexes returned
5. Assess comfort measures:
   - ❏ Positioning: _____
   - ❏ Elevation: _____
   - ❏ Ice bag: _____
   - ❏ Medictions per anesthesia: _____
5. Briefly explain to the patients subject related to the; treatment, plan, medications, diet, activity, and tubes. Answer questions.
6. Discharge when criteria met to ward of residence or 1-4.
7. Assess special needs: _____

Target Date: 1/9/07    Treatment Review: _____

NAME/REGISTER NUMBER   ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 3-2-54

USMCFP-Springfield, MO/jdd

**U.S. Medical Center for Federal Prisoners**
SPG-52 (Rev. 91)

# ANESTHESIA RECORD

**Date:** 1-9-04
**OR No.:** 1
**Page:** 1 of 1
**Diagnosis:** RIH
**Procedure:** Repair RIH plug & mesh
**Surgeon(s):** Rotton

| | START | STOP |
|---|---|---|
| Anesthesia | 0920 | 0920 |
| Procedure | 0832 | 0910 |

**RECOVERY**
Location: PACU   Time: 0920
B/P: 130/80   O2 Sat: 100
P: 46   R: 18   T: 95.2

**PRE-PROCEDURE**
- ☒ Identified ☒ ID Band ☒ Questioning
- ☒ Chart Reviewed ☒ Permit Signed
- ☒ NPO Since ___

**Pre-anesthetic State:**
- ☒ Calm ☐ Awake
- ☐ Apprehensive ☐ Asleep
- ☐ Uncooperative ☐ Confused
- ☐ Unresponsive

**PATIENT SAFETY**
- ☒ Anes. Machine checked
- ☒ Safety Belt on ☒ Roll
- ☒ Armboard Restraints ☒ Axillary tucked
- ☒ Pressure points checked and padded ☒ Arms T
- ☒ Eye Care ☒ Ointment ☒ Saline
- ☒ Taped ☒ Pads ☒ Goggles

**MONITORS AND EQUIPMENT**
- ☐ Steth: ☐ Precord ☐ Esoph ☐ Other
- ☒ Non-invasive B/P: ☐ Left ☒ Right
- ☒ Continuous EKG
- ☒ V Lead EKG
- ☒ Pulse Oximeter ☐ Oxygen Sensor
- ☒ End Tidal CO2 ☐ Gas Analyzer
- ☐ Temp. ☐ Nerve Stimulator
- ☐ Warming Blanket ☒ EEG ☐ Doppler
- ☐ Airway Humidifier ☐ Fluid Warmer
- ☐ NG/OG Tube ☐ Foley Catheter
- ☐ Art.Line ___
- ☐ CVP ___
- ☐ PA Line ___
- ☒ IV(s) 22 ga (hand)

**ANESTHETIC TECHNIQUE**
- General: ☒ Pre-Oxygenation ☐ L.T.A.
- ☐ Rapid Sequence ☐ Cricoid Pressure
- ☐ Intravenous ☐ Inhalation
- ☐ Intramuscular ☐ Rectal
- Regional: ☐ Spinal ☐ Epidural
- ☐ Axillary ☐ Bier Block ☐ Ankle Block
- ☐ Position ___
- ☐ Prep ___ ☐ Local ___
- ☐ Needle 25% Marcaine
- ☐ Drug(s) 10ml
- ☐ Dose ___ ☐ Attempts x ___
- ☐ Site ___ ☐ Level ___
- ☐ Catheter ___ ☐ See Remarks
- ☐ Other: ☐ M.A.C.

**AIRWAY MANAGEMENT**
- Intubation: ☒ Oral Tube size 8
- ☐ Stylet used ☐ Nasal ☒ Regular
- ☐ Magill's ☒ Direct ☐ RAE
- ☐ Fiber optic ☐ Blind ☐ Armored
- ☐ Blade ___ ☐ LMA ☐ Laser
- ☒ Secured at 22 cm ☐ Endobronch.
- ☐ Attempts x 1 ☒ ET CO2 present
- ☐ Breath sounds ___
- ☐ Uncuffed, leaks at ___ cmH2O
- ☒ Cuffed ☒ Min. occ. pres. ☒ Air ☐ NS
- Airway: ☐ Oral ☐ Nasal ☐ Difficult,
- Circuit: ☒ Circle ☐ NRB see Remarks
- ☐ Mask Case ☐ Nasal Cannula
- ☐ Via Tracheostomy ☐ Simple O2 mask

**Recovery Notes:** Responds

**FLUID TOTALS**
Crystalloid: 450   EBL: —
Blood: —   Urine: —

**PRE-OP PATIENT EVAL:**
ASA 1 ☒2 3 4 5 E
AGE: 39   HT: 6'1
WT: 196   KG: ___
ALLERGIES: NKDA
Hgb 15.6   Hct 42.3
K+ 5   PLT 234

**REMARKS**
Machine Monitor
Supply ved
(1) Pt in room
Monitors positioned
(2) Pre O2 induct
& FAS Difficulty
(3) ___ 3.5
Spont Resp
Extubated
Responds to
PAR

| Time | | | | | | | | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxygen | 0-2 | 2 | 2 | 090 | x | | | | | | |
| N2O | 1/0 | 1/0 | 0/1 | | | | | | | | |
| | 0/4 | 0/4.9 | 0/45 | | | | | | | | |

Fluids/Agents:
Versed
Curare ___
Fentanyl 100/50
Robin 2 __ / 1:1000 / 200 Syringe 50/50   4
LR 1000

450

Urine ___
EBL ___

Monitors:
EKG: SR 30 SR 30 SR
% O2 Inspired: 100 100 100
O2 Saturation: 77 77 77
End Tidal CO2: 37 36 35
Temp °C/°F: 36.7 36.7 36.6
BIS: 52 42 37

Baseline Values: 130/77, 61P, 18R

Tidal Volumes: 750 750 750 800
Resp. Rate: 9 9 9 9
Peak Pressure: 15 16 16 16
PEEP: (5) (5) (4)

**Symbols:**
X Anesthesia
◉ Operation
∨∧ B/P Cuff Pressure
⊤ Arterial Line Pressure
▲ Mean Arterial Pressure
● Pulse
○ Spont Resp
∅ Assisted Resp
⊠ Controlled Resp
T Tourniquet

All Rx's REC. IN "ML"

TOURNIQUET #1
↑ ___ HRS. ___ TORR
↓ ___ HRS. ___ MIN

TOURNIQUET #2
↑ ___ HRS. ___ TORR
↓ ___ HRS. ___ MIN

**PATIENT IDENTIFICATION:**
Allen, Anthony
40428-053

**Anesthesia Provider:** J Hipskind DO

White - Chart Copy • Pink - Department Copy

DO NOT THIN

FPI-LOM

Developed by the American Association of Nurse Anesthetists - 1991

# PREANESTHESIA EVALUATION

| Age | Sex | Filed | Height | Weight |
|---|---|---|---|---|
| 39 | M | 07/07/2005 | 69 in | 196 lb |

**Proposed Procedure:** 1/9 RIH Repair

**Pre-Procedure Vital Signs:** B/P 145/90  P 80  R __  T 97.5

**Previous Anesthesia / Operations:** None ☐

**Current Medications:** None ☐

**Family History of Anesthesia Complications:** None ☐

**Allergies:** NKDA ☑

## AIRWAY / TEETH / HEAD & NECK

**History From:**
- ☑ Patient
- ☐ Significant Other
- ☐ Parent / Guardian
- ☐ Chart
- ☐ Communication / Language Problems
- ☐ Poor Historian

| SYSTEM | WNL | COMMENTS | DIAGNOSTIC STUDIES |
|---|---|---|---|
| **RESPIRATORY** (Asthma, Bronchitis, COPD, Dyspnea, Orthopnea, Pneumonia, Productive Cough, Recent URI, SOB, Tuberculosis) | ☐ | Tobacco Use: ☐ Yes ☐ No ___ Packs/Day for ___ Years | EKG 11/03 NSR @ 75 / Chest X-ray |
| **CARDIOVASCULAR** (Abnormal EKG, Angina, ASHD, CHF, Dysrhythmia, Exercise Tolerance, Hypertension, MI, Murmur, Pacemaker, Rheumatic Fever, Valvular Disease) | ☐ | HTN & Tx'ment | Pulmonary Studies |
| **HEPATO / GASTROINTESTINAL** (Bowel Obstruction, Cirrhosis, Hepatitis/Jaundice, Hiatal hernia/Reflux, Nausea & Vomiting, Ulcers) | ☐ | Ethanol Use: ☐ Yes ☐ No Frequency ___  "Street Drug" Use: ☐ Yes ☐ No Frequency ___  RIH  Hemorrhoids | Other |
| **NEURO / MUSCULOSKELETAL** (Arthritis, Back Problems, CVA/Stroke/TIAs, DJD, Headaches/↑ICP, Loss of Consciousness, Muscle Weakness, Neuromuscular Dis., Paralysis, Paresthesia, Syncope, Seizures) | ☐ | | **LABORATORY STUDIES** Hgb/Hct/CBC 12/29/03  13.6/47.3/7.3/234 / Electrolytes |
| **RENAL / ENDOCRINE** (Diabetes, Renal Failure/Dialysis, Thyroid Disease, Urinary Retention, Urinary Tract Infection, Weight Loss/Gain) | ☐ | | 144/104/6 / 5/29/1.2/85  Urinalysis |
| **OTHER** (Anemia, Bleeding tendencies, Cancer, Chemotherapy, Dehydration, Hemophilia, Immunosuppressed, Pregnancy, Sickle Cell Dis./Trait, Recent Steroids, Transfusion History) | HIV Ⓝ  HEP Ⓝ | | Other |

**Problem List / Diagnoses:** RIH

**Physical Status:** 2

**Planned Anesthesia / Special Monitors:** IV Gen ETT religious

**Pre Anesthesia Medications Ordered:** above

**PATIENT PRE OP Evaluation Completed – Date:** 1/5/04  **Time:** 0730

pts appraised & understanding; consent for planned Anesth.

Demerol 75
Phen 25 1 gr

**Evaluator Signature:** J. HIPSKIND DO  **Date:** 1/7/04  **Time:** 0645

# U.S. MEDICAL CENTER SPRINGFIELD, MISSOURI
## PERIOPERATIVE NURSING ASSESSMENT AND CARE PLAN

*Check or circle the appropriate answer.*

| PRE-OP ASSESSMENT | INTRA-OP ASSESSMENT | POST-OP ASSESSMENT |
|---|---|---|
| Date 1-9-04  Time 0730 | | |

Patient's Statement of Procedure: "Fix my hernia - right Inguinal"

### VERIFICATION OF
Patient by: ☒ Picture
☒ ID Band
☒ Consent   ☒ Surgical Site

### POSITIONS
Positioned by: Self to Bed
☒ Supine   ☐ Prone
☐ Lithotomy   ☐ Jacknife
Other: ☐ L   ☐ R  Lateral
Placement of Safety Strap: Thighs

### TRANSFERRED BY: Dr Hipskind / Ray
TO: ☒ PACU   VIA: ☒ OR Cart
☐ 1-4   ☐ Bed
☐ Qtrs. 0920   ☐ Other:
Report Given To: B. Painter RN

### PRE-OP TEACHING
Date 1-9-04  Time 0730
Interpreter: ∅

### ARM POSITION

| L | R | |
|---|---|---|
| | | along side |
| X | X | armboard |
| | | across chest |

### SKIN INTEGRITY
☒ Same as Pre-Op
☒ Grounding Pad Site Checked
Other:

### MENTAL/EMOTIONAL STATUS
☒ Alert   ☐ Sedated
☐ Confused   ☐ Comatose
☐ Apprehensive
☒ Oriented by person, place, time

### POSITIONING AIDS
☐ Ax. Roll   ☐ Pillows
☐ Chest Roll   ☐ Shoulder Roll
☐ Stirrups   ☐ Heel/Elbow Pads
☒ Gel Pads
Other:

### RESPIRATORY STATUS
☒ Spontaneous   ☐ Assisted
☐ Oral Airway   ☐ ET Tube
☐ Trach   ☐ Ambu Bag
☒ Oxygen @ 10   l/min

### SKIN
Intact ☒ yes  ☐ no
COLOR: ☒ Pink  ☐ Pale
☐ Flushed  ☐ Jaundiced  ☐ Cyanotic
TEMPERATURE/CONDITION:
☐ Cool  ☒ Warm  ☐ Hot
☒ Dry  ☐ Diaphoretic

### LINES/DRAINS  ☐ NA
☒ Peripheral IV   ☐ NG Tube
☐ CVP   ☐ Foley Catheter
☐ J-P Size:   ☐ Penrose

### RESPIRATORY
☒ Unlabored   ☐ Labored
☐ Minimal Distress   ☐ Ambu Bag
☐ Trach   ☐ ET Tube
☐ Oxygen @ _____ l/min

### PREP
Betadine ☐ Gel  ☐ Soap  ☒ Solution
Other:
Shave/☒ Clippers  ☐ N/A
by: Ray
area: Right Inguinal area

Location:
Other:

### CATHETERS/DRAINS/IVS
Present ☒ yes  ☐ no
Describe: IV left hand

### CATHETER  ☒ N/A
Size:
Inserted by:
Color/Amount:
COMMENTS:

### DRESSINGS/PACKINGS
☐ NA
Type: Primapore
Tape:

### NPO  ☐ NA  ☒ yes  ☐ no
Since: 2400 per patient
Allergies: None Known

### LOCAL ANESTHESIA
DISCHARGE INSTRUCTIONS  ☒ N/A
Instructions as per physician's orders discussed with
pt.   ☐ yes   ☐ no

### AGE SPECIFIC ASSESSMENT
☒ Young Adult   ☐ Older Adult
☐ Middle Adult

COMMENTS:

COMMENTS:

COMMENTS:
No Dentures
Operative Site marked
by Dr Rotton

R.N. Signature
L Ray RN (Linda Ray)

ADDRESSOGRAPH:
ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 3-2-54

R.N. Signature
L Ray RN (Linda Ray)

R.N. Signature
L Ray RN (Linda Ray)

USP LVN

SPG - 80
Revised December 1998



# U.S. MEDICAL CENTER SPRINGFIELD, MISSOURI
## INTRAOPERATIVE REPORT

Date: 1-9-04   OR #: 1   Wound Class: I

| TIMES: | Pt. In | Induction | Incision | Closure | Pt. Out |
|---|---|---|---|---|---|
| Procedure #1 | 0820 | 0820 | 0832 | 0910 | 0920 |
| Procedure #2 | | | | | |

Pre-Operative Dx.: Right Inguinal hernia

Procedure: Repair of right Inguinal hernia with insertion of mesh Plug and patch

Post-Operative Dx.: Same

Anesthesia Type: General  X    Regional ____    ☐ IV Sed.    ☒ Local    ☐ None
Anesthesia Staff: Dr Hipskind                                    ☐ Topical
Surgeon: D. Bottom        First Assistant: S. Slous RN
                          Second Assistant: _____

Circulator: L. Ray RN        Relief: _____    In: _____   Out: _____
Scrub: M. Crom ST            Relief: _____    In: _____   Out: _____

Other Persons Present: _____     Title: _____

| COUNTS | Correct | Incorrect | NA |
|---|---|---|---|
| Sponge | X | | |
| Sharps | X | | |
| Instr. | | | X |
| Verified by: M. Crom ST / L Ray RN | | | |

ESU   ☐ Bipolar   ☐ NA
Serial #: CW18711
Coag @ 30    Cut @ 30

TOURNIQUET   ☒ NA
Applied by: _____
L  R  Arm ___ Leg ___  MM/Hg ___
L  R  Arm ___ Leg ___  MM/Hg ___

SPECIMENS   Source: Right Inguinal hernia sac
Pathology  ☐ NA
Cytology   ☒ NA
Culture    ☒ NA   ☐ Routine   ☐ Aerobic
           ☐ Fungus  ☐ AFB   ☐ Anaerobic
Site: _____

INDICATORS
EKG Lead   o
ESU Pad    ▭
IV  x
Safety Strap  +
Elbow Pads  ○

X-ray / C-arm During Procedure
☐ Yes   ☒ NO   X-ray Staff: _____

COMMENTS: _____

IMPLANTS:
Bard®Mesh PerFix® Plug,
Large, Monofilament
Knitted Polypropylene
Size: Large Plug
REF 0112770
LOT 43CN0094

Right Inguinal
Exp 3-2008

| MEDICATIONS | ☐ NA | | |
|---|---|---|---|
| Medication | Dose | Route | |
| Bacitracin 50,000u / 1000cc saline | | Irrigation | |
| Marcaine 0.25% Plain 10cc | | Injection | |

ADDRESSOGRAPH
ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 3-2-34

USP LVN                                    SPG-79
Revised December 1998