## A. IDENTIFICATION

1. OPERATION OR PROCEDURE

REPAIR OF Right Inguinal HERNIA with plug and patch

## B. STATEMENT OF REQUEST

1. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that not guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be:

*(Description of operation or procedure in layman's language)*

The surgical procedure of repairing a protrusion of an organ or tissue through an abnormal opening

which is to be performed by or under the direction of Dr. Bolton, D.

On as scheduled (date)

2. I request the performance of the above - named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below - named medical facility, during the course of the above - named operation or procedure.

3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below - named facility.

4. Exceptions to surgery or anesthesia, if any, are:_____
   *(If none, so state)*

5. I request the disposal by authorities of the below - named medical facility of any tissues or parts which it may be necessary to remove.

6. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions.

   a. The name of the patient and his\her family is not used to identify said pictures.
   b. Said pictures be used only for purposes of medical/dental study or research.

*(Cross out any parts above which are not appropriate)*

## C. SIGNATURES

*(Appropriate items in Parts A and B must be completed before signing)*

1. COUNSELING PROVIDER: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

*(Signature of Counseling Provider)*

2. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

| Signature of Witness, excluding members of operating team | (Signature of Patient) | 1/9/04  0700 (Date and Time) |

SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent): I, sponsor/guardian of understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

Signature of Witness, excluding members of operating team | (Signature of Sponsor or Legal Guardian) | (Date and Time)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle, grade; date; hospital or medical facility)
FULL NAME & REGISTRATION NO.

** Mire el reverso para el espanol **

"This is a translation of an English-language document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language document."
"La siguiente es una traduccion de un documento en ingles que se provee como cortesia a los que no hablan o son fluentes en ingles. Si existe alguna deferencia o mal entendido, el documento original en ingles el el valido."

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 3-2-54

DO NOT THIN

Institution Form No. SPG-8
Revised 1-30-97
Medical Center for Federal Prisoners, Springfield, Mo.

DOCUMENTO  
MEDICO

CARTA DE SOLICITUD  
PARA LA ADMINISTRACION DE ANESTHESIA, PARA OBTENER TRATAMIENTOS  
QUIRURGICOS, O PARA OTROS PROCEDIMIENTOS MEDICOS

A. IDENTIFICACION
  Operacion a Procedimiento (Tratamiento)
  (Ver al reverso)

B. DECLARACION DE SOLICITUD

1. Me han explicado completamente la necesidad y el caracter (clase) de tal operacion (procedimiento quirurgico) o tratamiento medico (procedimeinto). Igualmente, me han explicado metodos alternativos de tratamiento; y entiendo los riesgos y las complicaciones que pueden ocurir. estoy de acuerdo, que no se me ha hecho ninguna garantia con respecto a los resultados de tal operacion o procedimiento. Entiendo que la operacion o tratamiento medico es el siguiente.

La cual sera ejecutada por/con la dirrection del Dr. __(Ver al reverso)_____

En __(Ver al reverso)_____ fecha

2. Solicito la operacion o tratamiento medico, mencionado anteriomente, y ademas, cualguier otra wperacion o procedimiento que se encuentre necesario o deseable, conforme la opinion del cuerpo medico de la institucion medica, aqui nombrada; mientras que se ejecute tal operacion a tratamiento.

3. solicito la administraciion de cual anestesia se considere necesaria o recomendable, conforme la opinion de los medicos profesionistas de la institution medica, aqui nombrada.

4. Contradicciones o exclusiones, a esta cirugia o adminstracion de anestesia son, (si las hubiera): __(Ver al reverso)__
   (si ninguna, declarelo así)

5. Solicito que las autoridades de la institucion medica, dispongan el destino final de los tejidos, o partes/miembros del cuerpo, que sea necesario extirpar (remover).

6. Entiendo que es posible, que tomen fotografias y peliculas de esta operacion; y que se pueden usar por raxones de entrenamiento o instuuccion, con estudiantes y empleados nuevos de esta o otra institucion. Doy permiso para que tomen estas fofografias y peliculas durante la operacion; y para que personas autorizadas puedan observar la operacion, de acuerdo con las siguientes condiciones:
   a. Esta prohibido, usar el nombre del paciente o do su familia, para identificar tal pelicula o fotos.
   b. dichas peliculas y fotos, se usaran unicamente por razones de estudio medico/dental y para investigaciones escolares de la medicina.

C. FIRMAS (Ver al reverso)

1. CONSEJERO: He consejado a este paciente sobre la necesidad y el caracter del procedimiento(s) anticipado, los riesgos, y el resultado posible de tal procedimiento(s), segun como esta aqui escrito anteriormente.

2. PACIENTE: Comprendo la necesidad y el caracter del procedimiento(s) anticipado, los riesgos, y el resultado posible de tal procedimiento, segun como esta aqui escrito anteriormente; y solicito tal operacion o procedimiento(s).

3. TUTOR O PERSONA RESPONSABLE: (Cuando el paciente sea menor de edad, o no sea capaz de dar su consentimiento): Yo, (Ver al reverso)  Tutor/Person Responsable por   Ver al reverso)  entiendo la necesidad y el caracter del procedimiento(s).

(FIRMA  - VER AL REVERSO)

NSN7540-00-634-4176                                                                                          600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

## SAME DAY SURGERY ASSESSMENT

**1/9/04**
**0705**

Mode of Arrival:   Ambulatory ✓   Wheelchair ___   Gurney ___

Reason for Admission: Repair of (R) Inguinal Hernia w/ plug & patch

Medical/Surgical History: See H+P

Allergies: NKDA

If Allergic, Reaction:

NPO since 1-08-04 VS: BP 139/81 P 70 R 20 T 96.1 SaO2 99 % RA

Height 6'1    Weight 198

**Pain Assessment**

Are you Having Pain?   Yes ___   No (circled)    0  1  2  3  4  5  6  7  8  9  10

Location        Intensity        Frequency        Duration

Pre-op Teaching: Handout given: ✓   Post-op Teaching: Handout given: ✓

Verbalizes understanding of pre and post-operative teaching:

Permit Signed: ✓   Bracelet identification ✓   To OR via gurney

Discharge from PACU: (See PACU Record)   Signature S. Robinson CNA

## DISCHARGE FROM 1-4:

Mode of Transportation:   Ambulatory ___   Wheelchair ___   Gurney ___

Condition on Discharge:

Post op Teaching: (see Discharge Summary)

Admission to 1-4: (see Nurses Note)

INDIVIDUAL EVALUATION/TREATMENT/MANAGEMENT PLAN (see on back)

PATIENT'S IDENTIFICATION (Use this space for Mechanical imprint)

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 3-2-54

RECORDS MAINTAINED AT

PATIENT'S NAME (Last, First, Middle initial)    SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV.5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-454.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---|
| | **INDIVIDUAL EVALUATION/TREATMENT/MANAGEMENT PLAN** |
| | **CONTINUATION SHEET** |
| | Goal Statement: PATIENT EDUCATION/DISCHARGE PLANNING for SAME-DAY SURGERY:(*name of procedure*) |
| | The patient will verbalize/communicate an understanding of the pre-operative procedure and any medications/treatments and discharge plan before discharge from the hospital as by: |
| | 1. Patient will be able to communicate basic concepts taught. |
| | 2. Patient will demonstrate self-care skills prior to discharge. |
| |     Action Plan: (Include staff name and title) |
| |     A. Assess Educational Level upon Admission. |
| |     B. Collaborate with Other Health Care Members on Educational Needs (Lab, Xray, Pt, Rehab, Physicians) |
| |     C. Encourage and Answer Questions about Procedures and Test. |
| |     D. Evaluate Ability to Perform Self Care. |
| | **3. Post Procedure Pain Assessment** |
| | Are you Having Pain?    Yes    No    0  1  2  3  4  5  6  7  8  9  10 |
| | Location        Intensity        Frequency        Duration |
| | |
| | |
| | Target Date: |
| | |
| | Treatment Review: |
| | |
| | Nurses Signature: |
| | |
| | |
| | |
| | |

MEDICAL RECORD | CONSULTATION SHEET

## REQUEST

| TO: Dr Rotton | FROM: Kelly | DATE OF REQUEST: |

REASON FOR REQUEST:
39 y/o ♂ c̄ large Lt scrotal-inguinal hernia partially reducible

PROVISIONAL DIAGNOSIS:

| DOCTOR'S SIGNATURE *Kelly* | APPROVED | PLACE OF CONSULT ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ TODAY ☐ 72-HRS ☐ EMERGENCY |

## CONSULTATION REPORT

EXAMINATION:

Pt examined Chest [illegible]

Temp RSH

Rec RSH

Dictated

12 2303

| SIGNATURE AND TITLE | DATE |

| IDENTIFICATION NO. | ORGANIZATION MCFP Springfield, MO | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION
Allen, Anthony
40425-053

CONSULTATION SHEET
STANDARD FORM 513

# NATHANIEL D. GRAHAM, M.D., F.A.C.S. 
## BOARD CERTIFIED, AMERICAN BOARD OF SURGERY

| | |
|---|---|
| SURGICAL ASSOCIATES OF BRADFORD<br>51 BOYLSTON STREET<br>BRADFORD, PA 16701 | OFFICE TELEPHONE (814) 368-7125<br>OFFICE FAX (814) 368-9156 |

ANTHONY ALLEN 10/27/03

**CHIEF COMPLAINT:** Large right inguinal hernia.

**HISTORY:** Mr. Allen is a 39-year old, Jamaican man who has had a slowly enlarging right inguinal hernia for a number of years. It is getting larger. It is no longer fully reducible and has been giving him more pain. He is referred appropriately for hernia evaluation and repair. He moves his bowels well, has no signs of constipation or bowel obstruction. No nausea, vomiting, diarrhea, or any other GI symptoms. He eats well and has maintained a stable weight. He has no difficulty with urination. He also does not have a chronic cough. Source of the history is the patient is the patient and records from FCI McKean.

**PAST MEDICAL HISTORY:**

**MEDICATIONS:** None.

**ALLERGIES:** None.

**PREVIOUS SURGERY:** None.

**MEDICAL PROBLEMS:** None.

**REVIEW OF SYSTEMS:** IN GENERAL: No acute change in weight in the last six months, no change in energy level, no recent fall, and no depression. HEAD: No head injuries, chronic headaches, or seizures. EYES: No difficulty with vision, floaters, or bright lights. EARS: No tinnitus or decreased hearing acuity. THROAT: No difficulty with swallowing, difficulty speaking, or thyroid problems. PULMONARY: No chronic cough, phlegm production, hemoptysis, or shortness of breath. CARDIAC: No chest pain, angina, or history of myocardial infarction. GASTROINTESTINAL: No history of peptic ulcer disease, hematemesis, nausea, or vomiting. COLON: No rectal bleeding, change in bowel habits, or colitis. HEPATOBILIARY: No cholecystitis, cholelithiasis, jaundice, hepatitis, or pancreatitis. RENAL: No nephrolithiasis or hematuria. MUSCULOSKELETAL: No decrease in exercise tolerance or focal weakness. EXTREMITIES: No lateralizing weakness or changes in endurance. HEMATOLOGIC: No easy bleeding, bruising, or serious infections. VASCULAR: No amaurosis fugax, TIA, stroke, no history claudication, skin ulcers, rest pain, or tissue loss.

**SOCIAL HISTORY:** Patient is at FCI McKean and does not smoke.

**PHYSICAL EXAM:** GENERAL: Patient is a medium height, large boned, muscular male who is in no acute distress. He weighs 200 lbs. HEENT: He a crew cut and does not wear glasses. EARS, EYES, NOSE, and THROAT have no lesions. NECK: No adenopathy. LUNGS: Clear. HEART: Regular rhythm and rate with no murmurs,

Evaluation/A. Allen
October 27, 2003
Page 2

gallops, or rubs. ABDOMEN: Soft and nontender with no masses. Normal bowel sounds. GENITALIA: Normal uncircumcised penis, two descended testes, and a large soft partially reducible right inguinal hernia, which is inguinoscrotal. It extends down covering the testicle. Testicular atrophy cannot be well evaluated because of the bowel loops, which are around this, cannot be completely removed for full evaluation.

**IMPRESSION:** (1) Large right inguinoscrotal hernia, which should be repaired. Procedure, risks, and benefits are explained to the patient including, but not limited to bleeding, infection, testicular loss or atrophy, recurrence, and pain. He gives informed consent.

(2) He has been having some pain in the teeth along the right side. This is possibly a dental abscess. This needs to be evaluated and corrected if there is an abscess prior to placement of a prosthetic permanent mesh, which could get contaminated by bacterial seeding at the time of manipulation of the dental abscess.

Thank you very much for the consult.

Nathaniel L. Graham, M.D.

NLG/pl

cc: Dr. Beam

Reviewed by D. Olson, MD
Date: 11/25/03

## ST. JOHN'S REGIONAL HEALTH CENTER
1235 E. Cherokee ~ Springfield, Mo. 65804-2263

### ANATOMIC PATHOLOGY

| | | | |
|---|---|---|---|
| Name: | ALLEN, 40428-053 | Location: | SJ LAB |
| SJRHC EMR: | 090122235 | Client: | H MCFP Sensitive L.O.U. |
| Pt. Fin No: | 12857325 | Collected: | 01/09/2004 |
| Age: | 39 Years | Received: | 01/10/2004 |
| Birthdate: | 03/02/1964 | Printed: | 02/18/2004 |
| Sex: | Male | Order Physician: | Rotton, D. Brent |
| | | Copy To: | |
| | | Admit Physician: | Rotton, D. Brent |

### SURGICAL PATHOLOGY FINAL REPORT

**PATHOLOGY NO:**
S-04-000614

### Specimen Source
A     Hernia Sac, Inguinal, Right

**MCFP-#8162**
**Dr. Rotton**

### Clinical Information
Right inguinal hernia.

### Gross Description
Part A. Submitted in a container of formalin labelled "right inguinal hernia" is a tan membranous fragment of tissue measuring 5.4 x 2.2 x 0.4 cm. Representative sections are submitted in A1.

PR /SDC

### Microscopic Description
Microscopic examination was performed.

### Diagnosis
Hernia sac, right, inguinal, herniorrhaphy
- fibroadipose tissue consistent with hernia sac.

DeFlorio, Daniel, M.D.
(Electronically signed by)
Verified: 01/12/04
DD /AGS

---

St. John's Regional Health Center      ANATOMIC PATHOLOGY DEPARTMENT
1235 East Cherokee, Springfield, Missouri 65804      Ph: 417-885-2961    Fax: 417-888-7790

Page 1 of 1

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

EYE EXAM: HTN

SUBJECTIVE: *[illegible]*

PROVISIONAL DIAGNOSIS

*age* 40

| DOCTOR'S SIGNATURE D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☒ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☒ YES ☐ NO

Visual Acuity Distance OD 20/70 OS 20/70

Near OD .37m OS .37m

TONOMETRY: OD / OS *uncorrected*

External normal OU

Internal

Refraction OD -1.25   20/20
           OS -1.25   20/20

Diagnosis *myopia*

Analysis *requires eyeglasses*

Plan *order eyeglasses*

40×24×6'4"

(Continue on reverse side)

| SIGNATURE AND TITLE *[signature]* | DATE 11/24/04 |
|---|---|
| IDENTIFICATION NO.   ORGANIZATION **FCI McKean** | REGISTER NO. 40428-053   WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Reviewed by D. Olson, MD   Date 11/24/04

Allen, Anthony

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

U.S. Bureau of Prisons
Dental/Medical History Form

|   |   | Yes | No |
|---|---|---|---|
| 1. | Are you presently taking any medication? If so, what? _Yes High Blo___ | ✓Yes | No |
| 2. | Are you allergic to or have you had a reaction to any medication or drug? If so, what?____ | Yes | No |
| 3. | Have you been under the care of a physician during the past two years? If so, why?____ | Yes | No |
| 4. | Have you been hospitalized in the past two years? If so, why?____ | Yes | No |
| 5. | When you walk upstairs or take a walk, do you ever have to stop because of pain in your chest, shortness of breath, or because you feel very tired? | Yes | No |
| 6. | Do your ankles ever swell during the day? | Yes | No |
| 7. | Have you ever been treated for a tumor or growth? | Yes | No |
| 8. | Have you ever had abnormal bleeding? | Yes | No |
| 9. | Have you had any serious difficulty with any previous dental treatment? | Yes | No |

Circle any of the following that you have or have had:

Congenital heart defects
Heart attack or heart trouble
Rheumatic Fever
Stroke
Asthma
Anemia (blood problems)
Hepatitis
Thyroid problems
Chronic bronchitis
Venereal disease (syphilis, gonorrhea)
Arthritis
Artificial Heart Valve

Heart murmur
Angina
(High blood pressure) O.1
Heart pacemaker
Epilepsy or seizures
Diabetes
AIDS or HIV infection
Emphysema
Tuberculosis (TB)
Psychiatric treatment
Artificial Joint Prosthesis

Do you have any disease, condition, or problem not listed?    Yes    No

WOMEN ONLY: Are you pregnant?    Yes    No

Name _Anthony Allen_    Reg. No. _40428052_

Institution _FCI McKean_    Date _1-7-94_