**INFORMATION FOR DENTAL SERVICE** *(To be filled in by referring agency)*

27. CHECK HERE IF HOSPITALIZED
☐ FOR DENTAL TREATMENT ONLY

DIAGNOSIS

31. DATE | 32. SIGNATURE OF PHYSICIAN

**AUTHORIZATION**

OF HOSPITALIZATION

AUTHORIZED

35. SIGNATURE OF AUTHORIZING DENTIST

## 36. TREATMENT RECORD

DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE

**ROBERT KIERSTEAD, DDS**

O exam, HHx Reviewed, Sc, Co and — R.F. KIERSTEAD
cost explained, STWNR, OHF — R. Kierstead, DDS

bumps on front teeth

#9-11 little rough spots

smooth ling. #9 & 11

smooth ling #9 & 11 part of crown **ROBERT KIERSTEAD, DDS**
and are rough. R. Kierstead, DDS

cast Temp IRM Lower left

#31 cast IRM

#31 Place IRM **ROBERT KIERSTEAD, DDS**

Place IRM - appt for canal R. Kierstead, DDS
per canal #31, new deep root

canal on teeth, 1.8 of Lidocaine 2% **ROBERT KIERSTEAD, DDS**
per canal capality. Setting to do
crown when he is released. R. Kierstead

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| 09/03/04 0705 hrs | S: "My gum is sensitive." (Pt. points area over #05) PT#: 1/10 O: Med. Hx. rev'd: NKDA Gingiva above #05 area appears reddened (erythematous) Area in size: approximately 1/2 c.m. Pt. admits to having placed aspirin tablets on gingival tissue A: #05 Gingival tissue: Chemical burn from use of aspirin being placed topically on tissues for relief of pain P: Instructed patient to cease use of placing aspirin on gingiva and explained that aspirin becomes acidic in presence of a solution. Use warm (not hot) salt water rinses 2-3 x/day and tissue should heal. Use for 3 days. Take medication that was prescribed yesterday and started today. Patient rendered stable. | W.R. Collins, DDS Chief Dental |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Allen, Anthony

| REGISTER NO. | WARD NO. |
|---|---|
| 40628-053 | |

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

FCI McKean

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS · TREATMENT · REMARKS | SIGNATURE |
|------|---------------------------------|-----------|
| 9/10/04 12:36 hrs | **Continuation of Comprehensive Exam** 1. Charting    3. ~~Oral Cancer Exam~~ 2. Oral Exam    4. Consultation Pt to return to clinic for rct procedures | ~~A. Greer N.D.S~~ G.F. Greer, D.D.S W.K. Collins, DDS CDO FCI McKean |
| 9/20/04 12:04 hrs | SOAP: Pt. Care Pt. Med. Hist. Rvd NKDA P: Xylocaine 1:100 000 2% epi x 2 occ. pt. amalgam c̄ copalite varnish #2 Pt. completed | A. Greer N.D.S G.F. Greer, D.D.S W.K. Collins, DDS CDC FCI McKean |

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

9-10-04

| Examination:  ☐ Screening  ☑ Comprehensive  ☐ Periodic |
|---|



| | RIGHT | 1 ② X 4 5 6 7 8 9 10 11 12 13 14 15 16 | LEFT |
| | | 32 X X 29 28 27 26 25 24 23 22 21 20 19 18 17 | |

**Occlusion**
Class I

**Oral Hygiene**
(Good)    Fair    Poor

**CPITN**

| | | ) | ) |
|---|---|---|---|
| | | ) | 2 |

**Head & Neck/Soft Tissue**
Fistula located B to #5 No exudate

**Additional Findings**

D: 1

M: 5

F: 10

---

| Treatment Completed | Recommended Treatment Plan |
|---|---|



RIGHT  1 ② 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

☑ Radiographs 7-8-04

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☑ Periodontal Evaluation  (0)  I  II  III
re eval

☐ Oral Surgical Procedures

☐ Endodontic

☑ Restorative
2-0 pt ci. 20-04

☐ Prosthodontic Evaluation

| Patient Name | Number | Sex: M F | Age: |
|---|---|---|---|
| Allen, Anthony | 40428-053 | | 40 |
| | | | 5-2-04 |

Dentist Signature                    Date
                                      7-8-04

**W. K. Collins, DDS**
CDO
FCI McKean

FCI McKean

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 09/02/04 1530 hrs | | S: Patient seen on 09/01/04, complaining of pain in upper (R) jaw. P1 # 04 ? #05 |
| | | O: Med Hx Rev'd, NKDA, Patient seen at open house; patient has been complaining of painful tooth for awhile. |
| | | A: #05, Periapical abscess |
| | | P: Explained to patient that the tooth #05 needs to be extracted. Afterwards, a partial denture could be made to replace not only #05, but the rest of the missing teeth in his maxillary arch. Upon release from prison, implants could be an option. Patient understands but still did not say that he would allow #05 to be extracted. Rx: Amoxicillin 500mg x 30, ____ ____ (____) Ibuprofen 800mg x 26, ____ (____) |

Reviewed By:
V. Geza, PharmD

William K. Collins, D.D.S.
CD,
FCI McKean

DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

...ge template provided in Spanish ____, or _____

| | | YES | | NO |
|---|---|---|---|---|
| ...e your currently taking any medication? | | YES | | NO |
| ...f so, what? | | | | |
| ...e you allergic to or have you had a reaction to any medication or drug? | | YES | | NO |
| ...f so, what? Antibiotic (unknown) | | | | |
| ...ave you been under the care of a physician during the past two years? | | YES | | NO |
| ...f so, why? Same | | | | |
| ...ave you been hospitalized in the past two years? | | YES | | NO |
| ...f so, why? allergic reaction to Meds | | | | |
| ...o you have or have you ever had a heart murmur or been treated for a heart condition? | | YES | | NO |
| ...ave you ever been treated for a tumor, growth, or cancer? | | YES | | NO |
| ...ave you ever had excessive or prolonged bleeding as a result of a medical ...dition or medication (ex. Hemophilia or blood thinners)? | | YES | | NO |
| ...o you have a latex allergy? | | YES | | NO |
| ...o you currently use tobacco products? | | YES | | NO |
| WOMEN ONLY: Are you pregnant? | | YES | | NO |

...k any of the following that you have had:

| | | | | | |
|---|---|---|---|---|---|
| Congenital heart defects | NO | Arthritis | NO | Epilepsy or seizures |
| Heart attack or heart problems | NO | Artificial heart valve | NO | Diabetes |
| Stroke | NO | Hepatitis (☐A ☐B ☐C) | NO | AIDS or HIV infection |
| Rheumatic fever | NO | Any type of transplant | NO | Emphysema |
| Mitral Valve Prolapse | NO | Steroid treatment | NO | Tuberculosis (TB) |
| Anemia (blood problems) | NO | Sickle Cell Anemia | NO | Psychiatric treatment |
| Thyroid problems | NO | Angina | NO | Artificial joint |
| Chronic bronchitis | | High blood pressure maybe | NO | Radiation therapy |
| STD (syphilis, gonorrhea, herpes) | NO | Heart pacemaker | NO | Asthma |
| Angio edema | | Glucose - 6-phosphate dehydrogenase deficiency | | |

...you have any disease, condition, or problem not listed? _____
...ck any of the following that you have had or applies to you:

| | | | | | |
|---|---|---|---|---|---|
| Sensitive teeth not now | NO | Unusual sounds while eating | NO | Burning tongue |
| Bleeding gums | NO | Snoring | NO | Bad breath |
| Food impaction | NO | Blisters on lips or mouth | x | Decayed teeth not now |
| Pain around ear | NO | Clenching or grinding | NO | Loose teeth |
| Tooth ache | NO | Swelling or lumps in mouth/throat | NO | Wear dentures |
| Wear partial dentures | Abcess before | | | |
| Crown - Cap | | | | |

| | | | |
|---|---|---|---|
| ...inted Name: Anthony Allen | | Signature: Anthony Allen | |
| ...eg. No.: 404 28053 | | Institution: FCI McKean | |
| ...ate: 7/8/04 | | Updated: | |

...his form may be replicated via WP)

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

| | | |
|---|---|---|
| 5/24/04 0845 HRS | SOA Rt. care pt.<br>Med Hist Rvd<br>P. Lidocaine 1:100,000 2% epi x1<br>L amal rest. #6<br>Pt. completed | HQ Green DDS<br>G.F. Green DDS<br>W.K. Collins DDS<br><br>William K. Collins, D.D.S.<br>CDO<br>FCI McKean<br><br>K. Collins, D.D.S.<br>McKean |
| 07-8-04 1400h | SOA: Rt care pt<br>P: Comp. HH, Soft tissue exam, assesment,<br>VBWx4. Pt presents w/ mod → heavy<br>calc. Ultrasonic Q1-4 selective hand<br>scale, polish, OHI on brushing +<br>flossing. NEXT: Comp Exam | J. Schroll RDH<br>J.L. Schroll, RDH<br>FCI McKean<br><br>W.K. Collins DDS<br>W.K. Collins, D.D.S.<br>CDO<br>FCI McKean |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical

Allen, Anthony

FCI McKean

REGISTER NO. 40428-053

WARD NO.

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

| CLINICAL RECORD | DENTAL |
|---|---|

**1. CHART**



RIGHT

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16

32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

LEFT

N.R.

**2. ROENTGENOGRAMS**
☐ PERIAPICAL  ☐ BITE WINGS  ☐ OTHER

**3. PERIODONTOCLASIA**
☐ INCIPIENT  ☐ MODERATE  ☐ SEVERE
☐ LOCAL  ☐ GENERAL

**4. CALCULUS**
☐ SLIGHT  ☐ MODERATE  ☐ HEAVY

**5. GINGIVAL PATHOLOGY**
☐ GINGIVITIS  ☐ VINCENT'S INFECTION
☐ STOMATITIS (Specify)

**6. DENTURE INDICATED (Include dentures needed after indicated extractions)**
☐ FULL UPPER  ☐ FULL LOWER
☐ PARTIAL UPPER  ☐ PARTIAL LOWER  ☐ REPAIR

**7. ABNORMALITIES OF OCCLUSION. ANGLES CLASSIFICATION**

**8. DENTAL CLASSIFICATION**

**9. TYPE OF EXAMINATION**

**10. ADDITIONAL FINDINGS**

D – 2
m – 6
f – 7

* ↑ BP meds

2 | 1 | 2
─────────
1 | 1 | 2

STWNL

**11. RECOMMENDATIONS**

Tx Plan
1.)

| 12. APPROXIMATE TIME REQUIRED FOR DENTAL TREATMENT | 13. DATE 9-7-94 | 14. SIGNATURE ROBERT KIERSTEAD, DDS |
|---|---|---|
| 15. GRADE, RATING, OR POSITION | 16. TYPE OF BENEFICIARY | 17. SEX ☐M ☐F | 18. RACE | 19. AGE | 20. SERVICE ☐INPATIENT ☐OUTPATIENT ☐OTHER |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Allen, Anthony
40428-053
FCI McKean

| 22. IDENTIFICATION NO. | 23. REGISTER NO. | 24. WARD NO. |
|---|---|---|

**DENTAL**

Standard Form 521
521-108

GENERAL SERVICES ADMINISTRATION AND
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FIRMR (41 CFR) 201-45.505
OCTOBER 1975

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Examination:  ☑ Screening    ☐ Comprehensive    ☐ Periodic



**Occlusion** *Class I*

**Oral Hygiene**
Good    Fair    Poor

**CPITN**

**Head & Neck/Soft Tissue**
W/N/L

**Additional Findings** Calc, Sl.

D:
M: 6
F: 9

**Treatment Completed**



**Recommended Treatment Plan**

☑ Radiographs
PAN + BW

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☑ Periodontal Evaluation   O  ☑I  II  III

☐ Oral Surgical Procedures

☑ Endodontic
Eval #5

☐ Restorative

☐ Prosthodontic Evaluation

Patient Name        Number        Sex: M  F   Age:

40428-053
ALLEN, ANTHONY (5/2/1964)
HARE, S03 / SURGICAL, IN/MEDIUM

**Dentist Signature**                **Date**
PAT A. McDERMOTT, D.D.S.            1-07-04
CHIEF DENTAL OFFICER
MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| | | Admitted MCFP 12-18-03 |
| 1/21/04 | | *[illegible]* → *[illegible]* PAT D. McDERMOTT, D.D.S. CHIEF DENTAL OFFICER |
| 1-?-04 0800 b/s | | Exam, *notii*, med Hx - OHI CPITN. *[illegible]* LEAD [illegible] Dent [illegible] PAT D. McDERMOTT, D.D.S. CHIEF DENTAL OFFICER |
| 1/23/04 | | 14⁰⁰ W requests immediate attention on abscessed tooth. On list. Advised to *[illegible]* if an emergency PAT D. McDERMOTT, D.D.S. CHIEF DENTAL OFFICER |
| 1-27-04 1300 | | S - has had abcess w/ drainage for several months NKA [illegible] O - hard lump *emer* buccal of #5 - took pan xray. and PA xray fistula #5 A. Periapical abscess #5 R. Pen VK 500mg. qid x 10 days. Examined above. *[illegible]* JAN M. GRAVES DENTAL ASSISTANT PAT D. McDERMOTT, D.D.S. CHIEF DENTAL OFFICER |

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| Cont'd<br>DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

| | | |
|---|---|---|
| 08/18/03<br>0637 hrs | A: #05, Cellulitis 2° Previous caries<br>P: Patient does not desire tooth<br>out. Advised patient that at<br>this time, medication would<br>be prescribed but that he cannot<br>be maintained on prescriptions<br>if swelling continues to reoccur or<br>persist. Patient understands.<br>Rx: Pen VK 500mg × 30, i q12h (refill)<br>Ibuprofen 800 mg. × 20, i q8h (refill)<br><br>Reviewed By:<br>**V. Geza, PharmD** | **William K. Collins, D.D.S.**<br>**CDO**<br>**FCI McKean** |
| 10/23/03<br>1254 hrs | S: R/V for F/U on #05<br>O: PI#: 0, Med. Hx. Rev'd.: NKDA<br>Fistula present between #'s 05&06<br>#05: ⊖ Percussion, ⊖ Palpation<br>⊖ Mobility<br>PAR: Radiolucency on one of<br>roots<br>No decay | W. K. Collins, DDS<br>CDO<br>FCI McKean |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Allen, Anthony

REGISTER NO. 40428-053     WARD NO. cont'd over

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

FCI McKean

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|-------------------------------|-----------|
| 10/22/03 1254 hrs | A: #05, Periapical abscess 2° previous caries infecting pulp. P: Patient still does not desire tooth extracted. Patient to RTC if symptoms continue and/or worsen. Patient understands. Rx: None | |

William K. Collins, D.D.S.
CDO
FCI McKean

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: ☐ Screening ☒ Comprehensive ☐ Periodic | Occlusion    Class I |
|---|---|

Oral Hygiene
(Good) ⟵⟶ (Fair)    Poor

| CPITN | 2 | 2 | 2 |
|---|---|---|---|
|  | 2 | 2 | 2 |

Head & Neck/Soft Tissue

STWNL



RIGHT  1  2  X̶  ④  5  6  7  8  ⑨  X̶0  11  12  13  X̶4  X̶5  16  LEFT
       32  X̶1  X̶0  29  28  27  26  25  24  23  22  21  20  19  18  17

Additional Findings
#4: tooth brush abrasion
D: 2
M: 6    #13
F: 9

Treatment Completed



RIGHT  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  LEFT
       32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

Recommended Treatment Plan

☒ Radiographs  4-28-03

☒ Dental Prophylaxis  2-26-03
☒ Oral Hygiene Instruction  4-28-03
☐ Periodontal Evaluation  0  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative
4-OCC
#9 lingual (under margin)

☐ Prosthodontic Evaluation

| Patient Name | Number | Sex: Ⓜ F | Age: |
|---|---|---|---|
| Allen, Anthony | 40428-053 |  | 3/2/64 |

FCI McKean

Dentist Signature _____    Date  3-26-03

**William K. Collins, D.D.S.**
CDO
FCI McKean

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 2-26-03 | | S0a: Routine care patient |
| 1130 hrs | | p: update med hist. soft tissue exam |
| | | scale with ultrasonic scaler, prophy jet. oral hygiene instr |
| | | hand scale, polish 4 bite wing x-rays. topical |
| | | fluoride application |
| | | Jody L Batista RDA |
| | | Jody L Batista RDH |
| | | [signature] |
| | | **William K. Collins, D.D.S.** CDO FCI McKean |
| 4-28-03 | . | S0a: Routine Care patient |
| 0930 hrs | | p: update med hist, 4 bite wing x-rays |
| | | scale polish, topical fluoride applied |
| | | Comp exam per Dr Collins     Jody L Batista |
| | | Jody L Batista |
| | | [signature] |
| | | **William K. Collins, D.D.S.** CDO FCI McKean |
| 08/18/03 | | S: " I have some swelling right here. The |
| 0637 hrs | | tooth where the filling was out." |
| | | (Patient points to #05) PT #-3) |
| | | O: Med Hx Rev'd: NKDA |
| | | #05, DO amalgam restoration is present. |
| | | Swelling above #05. |
| | | [signature] |
| | | **William K. Collins, D.D.S.** CDO FCI McKean |

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

| | | |
|---|---|---|
| 09/19/2000 1030 hrs | S: "My tooth is chipped, and is sensitive to cold liquids" O: #04, DO carious lesion ⊖ percussion, ⊖ palpation Med Hx. reviewed A: #04, reversible pulpitis P: Lidocaine 2% c 1:50,000 epinephrine x3, caries removal, dycal IRM for a DO provisional restoration, occlusal adjustment | William Collins DDS W.K. COLLINS, DDS C.D.O. FCI McKean |
| 01/19/2001 0715 hrs | S: "My filling is out." O: Med Hx reviewed Patient points to #17 #17, appears normal A: #17, WNL P: Patient assured that #17 is WNL. | William Collins DDS W.K. COLLINS, DDS C.D.O. FCI McKean |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Ellen, Anthony

FCI McKean

| REGISTER NO. | WARD NO. |
|---|---|
| 40468 - 053 | |

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
| 12/09/02 1300 hrs | S: "My tooth has been hurting for a long time" (Patient points to #05) P.T. #8 <br><br> O: Med. Hx. Revd: NKDA <br> #05, DO carious lesion <br> ⊖ Percussion, ⊖ Palpation <br> X/X: Radiolucency at apex <br> Radiolucency in crown <br><br> A: #05, Periapital abscess 2° Chronic caries <br> P: Patient does not desire tooth extracted. Advised patient that a restoration would be attempted but could not predict if tooth would accept it. Patient understands. <br> Lidocaine 2% c 1:100,000 epinephrine × 2½; caries removal, dycal, etching agent (Ketac) Ketac Silver Restorative Material for DO restoration. Occlusal adjustment. <br><br> W.K. Collins, DDS <br> Chief Dental | |

U.S. Bureau of Prisons
Dental/Medical History Form

MEDICAL CENTER FEDERAL PRISONERS 1900 WEST SUNSHINE - SPRINGFIELD MO 65807

1.  Are you presently taking any medication?          Yes    No
    If so, what?_____

2.  Are you allergic to or have you had a reaction to   Yes    No
    any medication or drug?  If so, what?_____

3.  Have you been under the care of a physician during the Yes    No
    past two years?  If so, why?_____

4.  Have you been hospitalized in the past two years?   Yes    No

5.  When you walk upstairs or take a walk, do you ever have
    to stop because of pain in your chest, shortness of
    breath, or because you feel very tired?           Yes    No

6.  Do your ankles ever swell during the day?          Yes    No

7.  Have you ever been treated for a tumor or growth?   Yes    No

8.  Have you ever had abnormal bleeding?               Yes    No

9.  Have you had any serious difficulty with any previous
    dental treatment?                                  Yes    No

Circle any of the following that you have or have had:

Congenital heart defects               Heart Murmur
Heart Attack or heart trouble          Angina
Rheumatic Fever                        High blood pressure
Stroke                                 Heart pacemaker
Asthma                                 Epilepsy or seizures
Anemia (blood problems)                Diabetes
Hepatitis                              AIDS or HIV infection
Thyroid problems                       Emphysema
Chronic bronchitis                     Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea) Psychiatric Treatment
Arthritis                              Artificial Joint Prosthesis
Artificial Heart Valve                 Dialysis
Cancer

Do you have any disease, condition, or problem not listed?    Yes    No

40428-053                          ___Reg. No. 40428.053
ALLEN, ANTHONY (5/2/1964)
HARE, S03 / SURGICAL, IN/MEDIUM    ___Date  1  7 - 0 4

U.S. BUREAU OF PRISONS
Historia Clínica de Odontología Y Médica

MEDICAL CENTER FEDERAL PRISONERS 1900 WEST SUNSHINE SPRINGFIELD, MO 65807

1.    ¿Que medicinas esta´tomando actualmente ?     SI          NO
      Si es sí,. .el nombre - _____

2.    ¿A que medicinas está  ALÈRGICO ?             SI          NO

3.    ¿Tuvo alguna enfermedad los últimos
      dos años que requirio´ ver un doctor ?        SI          NO
      Si es sí, por qué ?_____

4.    ¿Ha estado en el Hospital durante los
      ultimos dos años ¿Si es sí, por qué ?         SI          NO

5.    ¿Tiene alguna dificultad para respirar,
      dolor en el pecho o se siente agotado cuando
      cuando sube las escaleras ?                   SI          NO

6.    ¿Se le hinchan los piés ?                     SI          NO

7.    ¿Tiene cancer? ¿Desde cuando ?_____      SI          NO

8.    ¿Sangra con exceso ?                          SI.         NO

9.    ¿Ha tenido problemas con los dientes ?        SI          NO

Que enfermedades o sintomas tiene,o tuvo que sepa usted, ponga una marca:

Defectos del corazón                Soplo cardiaco
Ataque del corazón                  Angina
Fiebra Reumatica                    Presión alta
Apoplejia o Derrame Cerebral        Marcapasos
Asma o Fatiga                       Convulsiones
Anemia (problemas de sangre)        Diabetes
Hepatitis                           SIDA o HIV infection
Problemas de tiroides               Enfisema
Bronquitis                          Tuberculosis
Enfermedad Venerea (Gonorrea/Sifilis)  Desórdenes psiquiatras
Artritis                            Coyunturas artificiales
Valvulas artificiales               Diálisis
Cancer
¿Tiene otras enfermedades que no están en esta lista ? SI          NO
_____

Nombre_____ Número_____

Institución_____ Fecha_____

September 15, 1996

## FEDERAL BUREAU OF PRISONS
### DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____     yes    no ___

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?          yes    no_____

   _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____   yes    no ___

4. Have you been hospitalized in the past two years?
   If so, why? _____   yes    no ___

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?            yes    no ___

6. Do your ankles ever swell during the day?          yes    no ___

7. Have you ever been treated for a tumor or growth?  yes    no ___

8. Have you ever had abnormal bleeding?               yes    no ___

9. Have you ever had serious difficulty with any
   dental treatment?                        maybe     yes    no

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                     yes    no ___

Circle any of the following that you have had:

Congenital heart defects          Heart murmur
Heart attack or heart problems    Angina
Stroke                            High Blood pressure
Rheumatic Fever                   Heart pacemaker
Asthma                            Epilepsy or seizures
Anemia (blood problems)           Diabetes
Thyroid problems                  AIDS or HIV infection
Chronic bronchitis                Emphysema
Venereal disease (syphilis, gonorrhea)  Tuberculosis (TB)
Arthritis                         Psychiatric treatment
Artificial heart valve            Artificial joint
Hepatitis

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                yes    no

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name: Anthony Allen          Reg No. 40428 053

Institution: McKean          Date: 2-26-03

521—109                                                                                  NSN 7540-00-634-4164

| MEDICAL RECORD | DENTAL |
|---|---|

**1. CHART**



PVC

PV bridge

SSC

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

**2. ROENTGENOGRAMS**
- [ ] PERIAPICAL   [ ] BITEWINGS   [ ] OTHER

**3. PERIODONTOCLASIA**
- [ ] INCIPIENT   [ ] MODERATE   [ ] SEVERE
- [ ] LOCAL   [ ] GENERAL

**4. CALCULUS**
- [ ] SLIGHT   [ ] MODERATE   [ ] HEAVY

**5. GINGIVAL PATHOLOGY**
- [ ] GINGIVITIS   [ ] VINCENT'S INFECTION
- [ ] STOMATITIS (Specify)

**6. DENTURE INDICATED** (Include dentures needed after indicated extractions.)
- [ ] FULL UPPER   [ ] FULL LOWER
- [ ] PARTIAL UPPER   [ ] PARTIAL LOWER   [ ] REPAIR

**7. ABNORMALITIES OF OCCLUSION, ANGLES CLASSIFICATION**
- [ ] I   [ ] II   [ ] III   [ ] NORMAL

| 8. DENTAL CLASSIFICATION | 9. TYPE OF EXAMINATION |
|---|---|

**10. ADDITIONAL FINDINGS**

A2R

D    O

M    5

F    8

**11. RECOMMENDATIONS**

Tx. PLAN

1) Prophy

2) Re-Cement SSC #21.

| 12. APPROXIMATE TIME REQUIRED FOR DENTAL TREATMENT | 13. DATE  8/20/96 | 14. SIGNATURE OF PHYSICIAN    R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
|---|---|---|

| 15. GRADE, RATING OR POSITION | 16. TYPE OF BENEFICIARY | 17. SEX [ ] M [ ] F | 18. RACE | 19. AGE | 20. SERVICE [ ] INPATIENT [ ] OUTPATIENT [ ] OTHER |
|---|---|---|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | 22. IDENTIFICATION NO. | 23. REGISTER NO. | 24. WARD NO. |
|---|---|---|---|

Allen, Anthony
40428-053
FCI McKean

**DENTAL**
Medical Record

STANDARD FORM 521 (Rev 3-94)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

INFORMATION FOR DENTAL SERVICE (To be filled in by referring agency)

| | |
|---|---|
| 26. PRINCIPAL MEDICAL DIAGNOSIS | 27. CHECK HERE IF HOSPITALIZED ☐ FOR DENTAL TREATMENT ONLY |

28. PATIENT REFERRED FOR

29. REMARKS

| 30. APPROXIMATE PERIOD OF HOSPITALIZATION | 31. DATE | 32. SIGNATURE OF PHYSICIAN |
|---|---|---|

## AUTHORIZATION

33. DENTAL TREATMENT AUTHORIZED

| 34. DATE | 35. SIGNATURE OF AUTHORIZING DENTIST |
|---|---|

## 36. TREATMENT RECORD

| DATE | DIAGNOSIS–TREATMENT–REMARKS | SIGNATURE |
|---|---|---|
| 8/20/96 0835 | Comprehensive exam.; OHI, Prophy; Re-cemented SSC #21 c̄ ZnPO₄ cem. + (Sealent), Tx Complete. | R. CABANAS D.M.D. CHIEF DENTAL OFFICER |
| 10/8/98 0930 | (S) Crown came uncemented (o) #21 c̄ RCT SSC cemented c̄ IRM. (A) – (P) Pr Cove Ketac Cem Pre B/U Photac-fil Recemt SSC c̄ Ketac Cem. | W.G. STERBA DDS |

F.C.I. McKEAN

Bradford, PA  16701

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| **DATE** | **DIAGNOSIS – TREATMENT – REMARKS** | **SIGNATURE** |
| CO 13:30 1-23-95 | Caviton, Prophy, Fl tx 4 min, OHE Pt has GOH needs appt to eval #21 | Kelly Gilmore Gilmore CDA |
| CO 13:30 3-10-95  1330 | Asked Pt we to Pencil | Gilmore CDA |
| 3-2-95 | ① PA Appt — PA X #21 — ② Ext complete, SSC #21 — Runt C I RMX, 10% 30 C 1:100,000 Epi X 1.8cc | David Harris DDS |
| | | DAVID HARRIS, D.D.S. CHIEF DENTAL OFFICER |
| 4/17/96 1030 | No Show for 0930 Call out. | R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |

*(Continued On Reverse Side)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name – last, first, middle; grade; date; hospital or medical facility)*

Allen, Anthony
40N38-053
FCI McKean

REGISTER NO.

WARD NO.

**DENTAL TREATMENT RECORD**
HSA-237 (6-74)

HSA-237 (6-74)
(Reverse)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
|------|------------------------------|-----------|
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |
|      |                              |           |

# FEDERAL BUREAU OF PRISON'S DENTAL CLINICAL RECORD

**GM** | | | | | | | | | | | | | | | | |

CPITN:

| I | II | III |
|---|---|---|
| 2 | 2 | 2 |
| IV | V | VI |
| 2 | 2 | 2 |

D: 1    M: 5    F: 8

Oral Hygiene: P (A) E

Gingival/Soft Tissue:

Other Findings:



RIGHT  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  LEFT
32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

**GM** | | | | | | | | | | | | | | | | |

TMJ Function:

Recommended Treatment: PNTN

Oral Health Education: ____
Radiographs:
Prophylaxis: ____
Additional Perio.:
Oral Surgery:

Restorations: ✓ #21
Endodontics:
Prosthetics:
Other:

Medical/Dental Health History Review:
Allergies: No
Medications: Meds for ↑BP
Blood Pressure: ↑BP
Cardiovascular Disease: No
Diabetes: No
Other: ____

Date: 6/23/94

Signature of Examiners.
BRENDA BURGES, D.D.S.
_Brenda S. Be_

Patient's Identification:
Name: Allen

Number: 40428-053

Unit:

Institution:
FCI, Ft. Worth, TX

521-FTW

| PLANNED TREATMENT | TREATMENT |
|---|---|
| Radiographs:——————— Prophy/Perio:——————— Restorations:——————— Oral Surgery:——————— Endodontics:——————— Prosthetics:——————— Other:——————— |  |

| DATE/TIME | TREATMENT | SIGNATURE/ STAMP |
|---|---|---|
| 6/23/94  1000 | (S) "my filling broke out of my tooth" | |
| | (O) CE: #21 Previous RCT. Large restoration | |
| | missing. | |
| | (A) #21 fractured amalgam. | |
| | (P) Advised Mr. Allen to place his name | |
| | on treatment list once assigned to an | BRENDA BURGES, D.D.S. |
| | institution. | B.A.B. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PATIENT:                    NUMBER:                    521-FTW