| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Beam. | 3-5-05 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: CIA    Cell 104 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, For The PAST 4 dAy's I have not used The Toilette Because I am Clog-up. The situation That I am in For The going Three weeks eating white bread cheese causes such Problem. I am Alergis To Milk of Magnesia, MeTamucil only makes things worsen. Please understand I can Aford The above item's, I have bought Them before And experienced The above, while I were in Springfield Medical instiTution The doctor's recommen I use Bisacodyl 5mg Tab.

Thank you very much For your cooperation.

(Do not write below this line)

DISPOSITION:

Increase The amount of water you drink To Take care of This problem

| Signature Staff Member | Date 3/10/05 |
|---|---|

Record Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr colin dental department | 10-14-04 |
| **FROM:** Anthony Allen | **REGISTER NO.:** 40428-053 |
| **WORK ASSIGNMENT:** Unicor | **UNIT:** CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Please Forward To me A Copy of My dental record From January First 2000 Through September 13 of 2004. Please include copies of X-RAY And nAme (s) of medication (s) That were Prescribe iF Any.
Thank you For your earliest Reply.

(Do not write below this line)

DISPOSITION:

See Attached 7 pp.

(Cannot Copy) X-rays

FCI McKean

| Signature Staff Member | Date |
|---|---|
| T. Cobra | 10/14/04 |

Record Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| To The STAFF incharge | 10 - 14 - 04 |
| FROM: | REGISTER NO.: |
| Anthony Allen | 40428-053 |
| WORK ASSIGNMENT: | UNIT: |
| Unicor | CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day This is My Second request For

A copy of The record From The doctor when

I WAS ill and have To went To The out-side hospital

IN 2003 in bradford.

Waiting For your earliest Reply

### (Do not write below this line)

DISPOSITION:

See attached
13 Pgs.

FCI mckea

| Signature Staff Member | Date |
|---|---|
| | 10/14/04 |

Record Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

Reg. No. 40428-053
MCK 353209-F2

## PART B-RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on September 27, 2004 in which you claim denial of proper dental treatment. Specifically, you request a root canal.

An investigation of your complaint reveals you first complained of tooth pain on September 19, 2000. Examination revealed your upper right premolar had a cavity involving the front and back of the tooth. At that time, the decay was removed and a special medication, Dycal, was placed permanently in the tooth with a temporary filling over it. You were advised to fill out a cop-out for routine care so the temporary filling could be replaced with a permanent filling. You were not seen again with complaints of this tooth until December 9, 2002. At that visit it was found the decay had reoccurred and most of the temporary filling was missing. An abscess was also identified in the pulp of the tooth at that time. Due to the extent of decay you were informed the tooth would most likely not be able to support a permanent filling. Extraction of the tooth was recommended. You refused to have the tooth extracted, so the decay was again removed, Dycal placed in the tooth, and a semi-permanent filling was again placed over the tooth as much as possible. On August 18, 2003, you presented to the dental clinic with a complaint of swelling above this same tooth. The restoration placed in the tooth on December 9, 2002, was still in place. The swelling occurring was coming from above the affected tooth. You were advised medication could be used to treat the tooth; however, you could not be maintained on the medication if the swelling were to persist or reoccur. You indicated that you understood and a prescription for Penicillin and Motrin was ordered. On October 22, 2003, you presented to the dental clinic again. At this time a fistula was observed above the tooth with the abscess still present at the apex of the root. You still refused to have the tooth extracted.

On December 18, 2003, you were transferred to FMC Springfield for other reasons not pertaining to your tooth. While there, you were seen on January 23, 2004, in the dental clinic for emergency care of the same tooth. On January 27, 2004 you were seen by a dentist and diagnosed with an abscess and fistula. A prescription for Penicillin and Motrin was given at that time. On September 2, 2004, you presented back at FCI McKean dental clinic with complaints of right upper jaw pain in the area of the abscessed tooth. You were encouraged to have the tooth extracted and again refused. A prescription for Penicillin and Motrin was again ordered. You again presented to the dental clinic on the next day, September 3, 2004. At this time you complained of sensitivity to your gums around the affected tooth. It was revealed you had been placing aspirin above your tooth to relieve the pain. You were educated this will cause chemical burns to your gums. You were advised to use warm salt water rinses and take the medication prescribed. For almost four years you have neglected your tooth and not followed the recommended treatment.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP- DIR-230 to the regional director.

_10/8/04_
Date

_James F. Sherman_
James F. Sherman, Warden



# FEDERAL BUREAU OF PRISONS
# m e m o r a n d u m
**FCI McKean, Pennsylvania**

**DATE:** September 30, 2004

**REPLY TO
ATTN OF:** Rosemary Dean, Warden's Secretary

**SUBJECT:** ADMINISTRATIVE REMEDY (BP-9)
MCK 353209-F2

**TO:** Rodney Smith, Health Service Administrator

Please investigate the attached BP-229 filed by inmate **ALLEN, Anthony; reg. no.: 40428-053.** Route your response through your Associate Warden and Camp Administrator/Legal Liason.  Your administrative remedy response is due in the warden's office no later than **October 7, 2004.**

---

**Sensitive Limited Official Use Only**

## REQUEST FOR ADMINISTRATIVE REMEDY

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | ALLEN, ANTHONY | 40428-053 | CA | FCI MCKEAN |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

For the past several weeks I have been experiencing intense pain in my front tooth. After being seen by the dentist, I was told that I have developed an infection in my tooth and as a remedy, my only options are: (1) I would have to wait until I am released to have the infection in my tooth properly addressed; or (2) have the tooth removed. Because I am currently serving a life sentence, the first option clearly isn't viable. The second option, however, poses several problems. What happens should another one of my tooth become infected? Do you continue to pull each individual tooth until I am left with just gums? Where do you draw the line? Because I am guaranteed proper and adequate medical treatment (dental included) that is commensurate to that which is being extended to the surrounding community, arbitrarily pulling my tooth rather than properly treating the infection is wholly intrusive and an affront to sound and proper medical treatment.
**(PLEASE SEE ATTACHED)**

9-25-04
DATE

_Anthony Allen_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: 355207

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C– RECEIPT**

| Return to: | | | | |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(1)

This Informal Resolution was issued by Correctional Counselor, Falvo on ___9/09/04___ and returned to the counselor on ___9/13/04___.
Date                                                                                          Date

Inmate's Name___Anthony Allen___        Reg. No.___40428-053___        Unit___CA___

1.    Complaint: _____

_____-PLEASE SEE ATTACH-_____

_____

_____

2.    Efforts made to informally resolve and staff contacted: _____

_____-PLEASE SEE ATTACH-_____

_____

Inmate's Signature                                    4042 8053
                                                      Inmate's Reg. No.

**************************************************************

**PART 2 Correctional Counselor's Comments:**

1.    Efforts made to informally resolve: _SEE ATTACHED (JUST Notified
by Dr Collins today (9-22-04)._

_____

_____

Date informally resolved or BP-9 issued: ___09-22-04___

Counselor's Signature: _____

**************************************************************

**Distribution:** If complaint is **NOT** informally resolved, forward original Administrative Remedy to the Warden (attn: Warden's Secretary) through your unit team.

## INFORMAL ADMINISTRATIVE REQUEST

For the past several weeks I have been experiencing intense pain in my front tooth. After being seen by the dentist, I was told that I have developed an infection in my tooth and as a remedy, my only options are: (1) I would have to wait until I am released to have the infection in my tooth properly addressed; or (2) have the tooth removed. Because I am currently serving a life sentence, the first option clearly isn't viable. The second option, however, poses several problems. What happens should another one of my tooth become infected? Do you continue to pull each individual tooth until I am left with just gums? Where do you draw the line? Because I am guaranteed proper and adequate medical treatment (dental included) that is commensurate to that which is being extended to the surrounding community, arbitrarily pulling my tooth rather than properly treating the infection is wholly intrusive and an affront to sound and proper medical treatment. Certainly no one around these parts are being subjected to the inferior and perfunctory terms regarding dental care that is being extended to me. Removing my tooth at this stage is undoubtedly unwarranted and clearly arbitrary.

## RELIEF

The infection in my tooth, I am told, requires a root-canal. I am requesting that the root-canal be performed on my tooth rather than having the tooth removed. If cost is a factor, I offer to pay for it.

_Anthony Allen 40428-053_

Dated: September 13, 2004

### BP-8 Response attachment

**Name:**  ALLEN, A.

**Reg. #:** 40428-053

**Date:**  09-22-2004

**Concern:**  DENTAL CARE

In your attached concern, you state that after being seen by the dentist for intense pain in your front tooth, you were told that the necessary procedure would be extraction, to which you are in question of.

Upon speaking with Dr. Collins (FCI Mckean dentist) today, I was informed that the tooth in mention is abscessed, and that extraction of that tooth is the only means available to alleviate the pain.  If this were performed, he would create a " partial" to fill in for the extracted tooth, along with the other missing teeth you already have.  The reason for the partial is to prevent the other teeth from "drifting".   Root-canals are not routine practice for these types of infections.   Any further clarification should be directed to Dr. Collins at sick call.

R. Falvo
Unit CA Counselor
09-22-2004

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 9-20-04 |
|---|---|
| Medical department  Drs. | |
| FROM: Anthony Allen | REGISTER NO.: 404 28-053 |
| WORK ASSIGNMENT: Unicor | UNIT: C A |

SUBJECT: {Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.}

Good day This is my Second request Asking About
The result of my blood Cholesterol Test which were Taken
About Five (5) or So weeks ago. Thank you very much
For your earliest respond.

(Do not write below this line)

DISPOSITION:

See attached
(1)

FCI McClean

| Signature Staff Member | Date 9/22/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

503

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical Records | DATE: 1/15/04 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: N/A | UNIT: 1-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

Good day, I would like to have a copy of my full medical including my operation and all the blood test, purposes and results.

Thank you very much also hoping for your earliest reply.

Medical Center for Federal Prisoners
MEDICAL RECORDS

JAN 2 1 2004
(Do not write below this line)

DISPOSITION:      RECEIVED

SENSITIVE - LIMITED OFFICIAL USE
The attached copies are subject to
Privacy Act/FOIA screening and are
considered SENSITIVE

Attached are copies as requested, excluding HIV results.  These copies include: Labs 12-29-03 to 12-22-03;  Surgical Consultation 12-23-03;  Operation Report 01-09-04.  Total of 9 pages copied.

| Signature Staff Member C. Hendon RHIT | Date: 01-28-04 |
|---|---|
| C. Hendon, RHIT, Medical Records Administration Specialist | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Date: 11 | 11 | 03                    Unit: ( 01

To: Allen                            Reg. #: 40428-053

Your case has been reviewed by our Utilization Review Committee and the decision was:

You have been approved for the repair of your hernia. A request for final approval has been sent to the Central Office.

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr's or PA's | DATE: 11-3-03 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: C-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day, I request to get the blood Test that I Took at bradford hospital on the 11-1-03 between 9,10 oclock pm.

Thank you very much

(Do not write below this line)

DISPOSITION:

Please request at a later date. Nothing has been recieved yet.

FCI McKean

| Signature Staff Member | Date 11/3/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dentist | 5-15-03 |
| FROM: | REGISTER NO.: |
| Anthony Allen | 40428-053 |
| WORK ASSIGNMENT: | UNIT: |
| Unicor | C·A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day Concerning our last meeting my teeth were clean on 4-28-03 you Also inspect my teeth and you say that a few have cavity so I am asking you for your earliest date for such fixing.
Thank you very much.

(Do not write below this line)

DISPOSITION:

Please continue to watch the call outs. We will get you in as soon as possible

| Signature Staff Member | Date |
|---|---|
| J Batista | 5-16-03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



| TO:(Name and Title of Staff Member) | DATE: |
| Dr Beam | 5-15-03 |
| FROM: | REGISTER NO. |
| Anthony Allen | 40428-053 |
| WORK ASSIGNMENT: | UNIT: |
| Unicor | CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day Sir: I Am Asking You For Your earliest date to have A discussion Concerning my health. Very important Thank you very much

(Do not write below this line)

DISPOSITION:

Set try for 6/23/03 @ 12⁵⁰

Watch the callouts

| Signature Staff Member | Date |
| | 5/15/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dentist | 03APR28 4-28-03 |
| FROM: Anthony Allen | REGISTER NO.: 40428053 |
| WORK ASSIGNMENT: Unicor | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to get My Teeth
Clean

Thank you very Much

(Do not write below this line)

DISPOSITION:

Your name has been added to the dental waiting list. Please watch the call-outs.

Thank-You

| Signature Staff Member J. L. Colvin, CDA  FCI McKean | Date 4/29/03 |
|---|---|
| J Colvin DA | |

Record Copy - File; Copy. - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Jun 16
and BP-S148.070 APR 94

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Dentist | 11-25-2002 |
| FROM: Anthony Allen | REGISTER NO.: 40425-053 |
| WORK ASSIGNMENT: UNI | UNIT: C.A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

Good day this is my third cop-out to you since last Month complaining About the braking out of My filling which we spoke About over 18 months' Ago and it hurt whenever I eat or drink anything cold, So please I am asking for your help.

Thank you, hoping for your earliest reply.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

♺ Printed on Recycled Paper

# FCI McKean

## Inmate Sick Call Sign-Up Sheet
### (Formulario y Registro para Atencion Medica de Confinados)

*Dental*
*12/9/02*
*at 10:30 am*

## INSTRUCTIONS:

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name: _Allen_
    (Nombre)
2.  Reg. Number: _404 28-053_
    (Numero de Registro)
3.  Date: _10/25-2002_
    (Fecha)
4.  Housing unit and Unit Team: _C W_ TEAM: A  B  C  D
    (Unidad y equipo de la unidad)
5.  Complaint. What is your problem ?
    (Queja). (Cual es su problema?)
    _____
    _____

6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days_____ Months _3_ Years _1_
    Dias)      (Meses)      (Anos)
7.  Are you on any medication(s) at present? Yes_____ No _✓_
    (Esta usted tomando alguna(s) medicinas actualmente?)
8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?
    Yes_____ No_____
9.  Signature _Anthony Allen_
    (Firma)

## TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:

10. Date Seen: _12/09/02_

11. Time Seen: _11:30 am_

12. Subjective: _Performed fillings_
    _____
    _____

13. Objective: Temp._____ Pulse_____ Respirations_____ B/P_____

13. Appointment Date: _____ Appointment Time _____

14. Triage Personnel's Signature: _____

| TO:(Name and Title of Staff Member) Dentist | DATE: 10/28/02 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: C-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day, this is my Second copi-cut to you Concerning the the brake-Away of my tooth its either the filling on the tooth itself is damage.

Thank you very much for your earliest Reply.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



BP-S148.070  INMATE REQUEST TO STAFF MEMBER CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS

DATE  10/16/2002

TO: Mr Dentist
_____
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

My Filling drops out And I would
like for it to be replace, I Also put in
A cop-out for cleaning About 2yrs Ago
And I Am still # 73. Thank you
For your help

(Use other side of page if more space is needed)

NAME: Anthony Allen    NO: 40428-053

WORK ASSIGNMENT: Unicor    UNIT: C·A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:    Do not write in this space)
                                    DATE _____

Record Copy - File; Copy - Inmate                    Officer

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Been | 10/25/2002 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Cook | UNIT: C-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day sir, I would like to get some gas pills or liquid because the commissary does not sell anything for gas relief, if that should be of any problem please make an appointment for me to explain my situation with you.

Thank you very much, hoping for your earliest reply

(Do not write below this line)

DISPOSITION:

✳ Pick up med at pill line 10/30 or 10/31

| Signature Staff Member | Date |
|---|---|
| | 10/28/02 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



**U.S. DEPARTMENT** OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO:(Name and Title of Staff Member) | DATE: 7/-1-/2002 |
| Hospital | |
| FROM: Anthony Allen | REGISTER NO.: 40478-053 |
| WORK ASSIGNMENT: (lauor | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, I would like to get my blood
Cholesterol level check, As soon As its possible
For you.

Thank you very much

_____ (Do not write below this line)

DISPOSITION:

Please Make a sick call appointment

_____ Herbe rt Beam ___ 7/2/02
Signature Staff Member        Date         H. BEAM, MD
                                           FCI McKEAN

Record Copy - File Copy    Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated
                                              and BP-S148.070 APR 94

♲ Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr. Oslow | DATE: 4/8/2002 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: C A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, in my medical records you stated that I
can't work in the kitchen because, I have been
expose to T.B-Tuberculosis it have been (9) years
now and all the test that I have taken are negative
so please I am asking you to take such report from
my medical Jacket. Thank you very much Mr. Oslow,
also waiting your earliest reply.

(Do not write below this line)

DISPOSITION:   I will discontinue this restriction

**FCI McKean**

| Signature Staff Member | Date 4/10/02 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055  **INMATE REQ   TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| doris or PA's | '2-2-05 |
| FROM: Anthony Allen | REGISTER NO.: 404 28-053 |
| WORK ASSIGNMENT: Unicor | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, on November 1, I went to the hospital in Brad-
ford A few sample of my blood were Taken, So I'm Asking
for the result it's my second request. Thank you very
much for your earliest reply.

(Do not write below this line)

DISPOSITION:

Please request at a
later date. Not returned
from outside yet.

FCI McKean

| Signature Staff Member | Date 12/3/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055    **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dentist | 11-29-2001 |
| FROM: Anthony Allen | REGISTER NO. 40428-053 |
| WORK ASSIGNMENT: unicor | UNIT: C.A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, last year late september i got my teeth fill, i did not get them clean

on that same day i put in a cop-out for that reason, while waiting for so long

i decide to go and speak with a staff at the hospital on the 11-27-2001 she told

me that i was not on the list.  I would like to be on the list and get my tooth

clean as soon as posible.  Thank you very much.

(Do not write below this line)

DISPOSITION:

Your name has been added to
the waiting list. Please
watch the call-outs.

FCI McKean

| Signature Staff Member | Date |
|---|---|
| D. Tanner HZT  D. Tanner IIIT | 12-4-01 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical Records | DATE: 8/30/201 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428053 |
| WORK ASSIGNMENT: Unit | UNIT: C/A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I have been here for over 7 years now and I
would like to get a biannual Physical exam. As
Soon as possible.

Thank You

(Do not write below this line)

DISPOSITION:

You will be Scheduled.
Watch the call-out.

**FCI McKean**

| Signature Staff Member | Date 9/4/01 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| doctor that test blood   Hospital | 8-22-01 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unitor | UNIT: C A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, I would like my blood to be tested for

all the possible disease that can be check by blood. I'm
not sick. Thank you very much hoping for your earliest reply.

(Do not write below this line)

DISPOSITION:

**Please Make a sick call appointment**

**FCI McKean**

| Signature Staff Member Dr Olson, MD Clinical Director | Date 8/28/01 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper