U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# INMATE REQUEST TO STAFF MEMBER

DATE: Apr 25 2000

TO: _Hospital_
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give Details).

Good day I have request a blood test and were told to look at the call-out, please look at attach copy. Thank you for your earliest reply.

Name: Anthony Allen    No: 40428-053

Work Assignment: Unicor    Unit: CIA

NOTE: If you follow instructions in preparing your request, it can be disposes of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    Date: 10/26/01

You will be scheduled. A+O. physicals are being done first. watch the callout.

T. _____
Officer

Original-File
Canary-Inmate

FCI McKean

FCI McKean    Previously BP-Admin-70    BP-148(70) July 1999

LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE 11/3/99

TO: Ms. Rymer Hospital R.N.
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Good day, I would like to send for my glasses from the optical, so I'm asking for your permission at the earliest time. Thank you very much.

Prism Optical, Inc.
P.O Box 680030
10992 NW 7th Ave.
N. Miami, Florida 33168

(Use other side of page if more space is needed)

NAME: Anthony Allen                    No.: 40428 053
Work assignment: Unicor                 Unit: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        DATE 11/10/99

The form has been completed & sent to the Mail room.

C. Rymer, RN
C. Rymer, RN
Officer

DATE _____

TO: _____
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like a copy of my eye priscreption, also I would appreciate it if you could give me the approval so my family can send me a glasses from the streets. Thank you very much

(Use other side of page if more space is needed)

NAME: Anthony Allen            No.: 40428-053
Work assignment: Unicor          Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        DATE 7/29/99

See attached

_____
Officer

Original - File
Canary - Inmate



Previous editions not usable

BP-148(55)
OCTOBER 1986

| CDFRM | | |
|---|---|---|
| BP-S148.70 | INMATE REQUEST TO STAFF MEMBER | P.S. 5511.05 March 3, 1994 |
| Oct. 1986 | FCI MCKEAN HEALTH SVC. | Attachment A-Page 1 |
| U.S. DEPARTMENT OF JUSTICE | 99 JUN 14 AM 7:23 | FEDERAL BUREAU OF PRISONS |

TO: Dr. or PA: Hospital   DATE: June 14/99
[Name and Title of Staff Member]

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done. [Give details]

Good day, About four (4) months ago I wrote you concerning my glasses and you told me I am on the waiting list, but all I need is a copy of the same glass because I know that my vision is the same. Hoping for your earliest reply.

Thank you very much,

[Use other side of page if more space is needed]

NAME: Anthony Allen                NUMBER: 40428-053
WORK ASSIGNMENT: Unicor            UNIT: 3A

NOTE: If you follow instructions in preparing your request it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: [Do not write in this space]

It is the optometrist who may refuse to make glasses from an old prescription but your copy is attached

C. Rymer RN                        6/29/99
Staff Member Signature             Date

C. Rymer, RN

BP-S148.070   INMATE REQUEST TO STAFF MEMBER   CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE           FEDERAL BUREAU OF PRISONS

TO: __PA_____ __Hospital_____   DATE  March 18/99
                    (Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

I lost my glasses and would like for you to replace it for me. Thank very much.

(Use other side of page if more space is needed)

NAME: Anthony Allen           NO.: 40428-053
WORK ASSIGNMENT: Unicor       UNIT: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)
                                              DATE  3-19-99

**Your name has been added to the waiting list. Please watch the call-outs.**

                                              _D. Tanner, HIT_
                                                  Officer

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)  Replaces BP-148 of Oct 86

D. Tanner, HIT

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE: 10/26/97

TO: The hospital
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like for you to replace my glasses, it have been broken for the passed three (3) months. Thank you very much.

(Use other side of page if more space is needed)

NAME: Anthony Allen      No.: 40428053
Work assignment: Unicor      Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)      DATE 10/31/97

The prescription in your medical record is approximately 1½ yrs old. Your vision probably has changed, therefore I am placing your name on the list for the eye doctor.

Charles E Church PA/SA
Officer

Original – File
Canary – Inmate

U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

FCI MCKEAN HEALTH SVC.
97 AUG 15 AM 11:27

TO: Hospital

DATE 8/15/97

(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to know the result of my X-Ray. Thank you.

(Use other side of page if more space is needed)

NAME: Anthony Allen                                No.: 40428053
Work assignment: Unicor                            Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        DATE 9/5/97

Your x-ray was within normal limits

Officer
D. OLSON, M.D.
CLINICAL DIRECTOR

Original - File
Canary - Inmate

BP-148(7?)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

FCI MCKEAN HEALTH SVC.
97 AUG 21 PM 1:05

TO: Hospital

DATE 8/21/97

(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to get the result of my X-Ray thank you.

(Use other side of page if more space is needed)

NAME: Anthony Allen          No.: 40428053
Work assignment: Unicor      Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE 8-22-97

X-ray of left knee taken 8-4-97 shows no fracture or dislocation. There is no significant change from 6-15-95 examination (normal)

Officer
RAINELDO SAQUIN, M.D.
STAFF PHYSICIAN


Original - File
Canary - Inmate

USP LVN    Printed on Recycled Paper    Previous editions not usable    BP-148(55) OCTOBER 1982

U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE: 11/8/95

TO: To Dentist  
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details)

I would like my teeth to be clean also xtray. Thank you very much

(Use other side of page if more space is needed)

NAME: Anthony Allen     No. 40428053  
Work assignment: Unicor Asm I     Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to further handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)     DATE: 11-13-95

Your name is now on the dental treatment list.

K. Whitmore CDA  
Officer

Original - File  
[illegible] - Inmate

U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE  9-2-94

TO: Dentist
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like my tooth to clean, x tray, And fill

(Use other side of page if more space is needed)

NAME: Anthony Allen            No.: 40428053
Work assignment: None as yet   Unit: 4 B

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE  9-7-94

Your name is now on the Dental treatment list.

Officer

Original – File  
Canary – Inmate

USP LVN

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE 8-11-94

TO: P.A.
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I need a copy of my lab work

Blood result Thank you.

(Use other side of page if more space is needed)

NAME: Anthony Allen                             No.: 40428053
Work assignment: _____   Unit: _____

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)                  DATE  8-11-94

A copy was given to you on 8-11-94

MARCOS A. ANDUJAR
F.M.C. FORT WORTH, TX

Officer

Original – File
Canary – Inmate

USP LVN                        Previous editions not usable

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Memorandum of Law in Support of Motion to Dismiss, or in the Alternative, Motion for Summary Judgment,* was mailed, postage prepaid, this 7th day of July, 2005, to the following:

Anthony George Allen
Register No. 40420-053
FCI McKean
P.O. Box 8000
Bradford, PA 16701

JESSICA LIEBER SMOLAR
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY GEORGE ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-31E |
| ) | |
| UNITED STATES OF AMERICA, ) | Judge Sean J. McLaughlin |
| ) | Magistrate Judge Susan Paradise Baxter |
| Defendant. ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, and upon further consideration of any response thereto,

IT IS FURTHER ORDERED that the Complaint heretofore filed by Plaintiff is hereby dismissed, with prejudice.

_____
UNITED STATE DISTRICT JUDGE