IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY GEORGE ALLEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-31E |
| v. | ) | |
| | ) | Judge McLaughlin |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | *(Electronic Filing)* |

## NOTICE OF ENTRY OF APPEARANCE

TO: Clerk of Court
United States District Court
Western District of Pennsylvania

And now comes Jessica Lieber Smolar, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as counsel for Defendant United States of America in the above-captioned case, in order to ensure that she receives electronic notice of all documents filed in this proceeding.

Please add Assistant United States Attorney Jessica Lieber Smolar as counsel in the above-captioned case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Jessica Lieber Smolar
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
PA ID No. 65406
(412)894-7419

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

        Anthony George Allen
        40420-053
        FCI McKean
        Bradford, PA 16701

        /s/ Jessica Lieber Smolar
        JESSICA LIEBER SMOLAR
        Assistant U.S. Attorney

Dated: July 22, 2005