IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Anthony George Allen,                )
                                     )
            Plaintiff,               )
                                     )
    vs.                              )    C.A. No. 05-31 Erie
                                     )    District Judge McLaughlin
                                     )    Magistrate Judge Baxter
United States of America,            )
                                     )
            Defendant.               )
                                     )

MOTION FOR ENLARGEMENT OF TIME TO
SUBMIT RESPONSIVE PLEADINGS

The Plaintiff, Anthony Allen, proceeding pro se, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves the court to extend the August 1, 2005 filing deadline by sixty (60) days to include September 22, 2005, within which plaintiff may respond to the defendant's motion and comply with the court's Order.

Because plaintiff has never received any formal training in the science of law and slightly understands complex nature surrounding the preparation of pleadings, this extension is needed in order to allow plaintiff enough time to properly prepare an adequate response to defendant's motion for summary judgment.

Moreover, additional time is required to allow plaintiff the opportunity to also gather important documents that may aid in rebutting the defendant's motion. No previous extensions have been requested.

Because plaintiff is currently incarcerated and is proceeding pro se, he has not contacted the defendant regarding this motion.

WHEREFORE, plaintiff respectfully request that the court grant this motion for a sixty (60) enlargement of time to include September 22, 2005 within which plaintiff may respond to the defendant's motion.

Dated: July 22, 2005

Respectfully submitted

Anthony G. Allen (Pro se)
Reg. #40428-053
FCI - McKean
P.O. Box 8000
Bradford, PA 16701

## CERTIFICATE OF SERVICE

I, Anthony Allen, hereby certify that a true and correct copy of the attached Motion for Enlargement of Time to Submit Responsive Pleadings was served via First Class U.S. Mail on this 21 day of July, 2005, upon the following:

        Jessica Lieber Smolar
        Assistant U.S. Attorney
        Western District of Pennsylvania
        U.S. Post Office & Courthouse
        700 Grant Street, Suite 400
        Pittsburgh, PA 15219

*Anthony Allen* (Pro se)