IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY GEORGE ALLEN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-31E |
| UNITED STATES OF AMERICA, | ) Judge Sean J. McLaughlin |
| | ) Magistrate Judge Susan Paradise Baxter |
| Defendant. | ) |

### DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

AND NOW, comes Defendant, the United States of America, by and through its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania and Jessica Lieber Smolar, Assistant United States Attorney, and pursuant to Fed.R.Civ.P. 12(b)(1), (6) and 56 respectfully moves the Court to issue an Order dismissing the Amended Complaint heretofore filed by Plaintiff Anthony George Allen, with prejudice, because this Court lacks jurisdiction over the subject matter therein. Plaintiff's negligence claims are barred by the discretionary function exception to the Federal Tort Claims Act, 28 U.S.C. § 2680(a). The United States has not waived its sovereign immunity with regard to these types of tort allegations, and as a result, these claims must fail. Moreover, even if the Court had jurisdiction, Plaintiff's negligence claim fails as a matter of law.

Alternatively, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant moves the Court to enter summary judgment in favor of Defendant, upon the grounds that there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law.

A brief is support of this motion is filed contemporaneously herewith.

A proposed order is attached.

                          Respectfully submitted,

                          MARY BETH BUCHANAN
                          UNITED STATES ATTORNEY


                           /s/ Jessica Lieber Smolar
By:    JESSICA LIEBER SMOLAR
        Assistant United States Attorney
        Western District of Pennsylvania
        700 Grant Street, Suite 400
        Pittsburgh, PA 15219
        (412) 644-3500
        PA I.D. No. 65406

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing *Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment,* was mailed, postage prepaid, this 2nd day of September, 2005, to the following:

      Anthony George Allen
      Register No. 40420-053
      FCI McKean
      P.O. Box 8000
      Bradford, PA 16701

      /s/ Jessica Lieber Smolar
      JESSICA LIEBER SMOLAR
      Assistant United States Attorney