IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY GEORGE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  05-31E |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| Defendant. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, and upon further consideration of any response thereto,

IT IS FURTHER ORDERED that the Amended Complaint heretofore filed by Plaintiff is hereby dismissed, with prejudice.

_____
UNITED STATE DISTRICT JUDGE