**Document 1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY GEORGE ALLEN,
    Plaintiff,

v.                                      Civil Action No. 05-31 (Erie)

UNITED STATES of AMERICA,
    Defendant.

## DECLARATION OF MONICA RECKTENWALD

I, Monica Recktenwald, make the following declaration under penalty of perjury:

1. I am employed as an Executive Assistant, for the United States Department of Justice, Federal Bureau of Prisons, Federal Correctional Institution (FCI), McKean, Pennsylvania. As an Executive Assistant, I have access to most documents maintained in the ordinary course of business at FCI McKean.

2. Attached hereto, please find a true and correct copy of Institution Supplement, MCK 1640.03, <u>Smoking and Non-Smoking Areas</u>, which is maintained in the ordinary course of business at FCI McKean.

I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 23 day of May, 2005.

                                                    Monica Recktenwald
                                                   Executive Assistant
                                                   Federal Correctional Institution
                                                   McKean, Pennsylvania