**Document 2a**

TRT-NGR-2004-01997

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 3-11-91 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency:<br>REGIONAL COUNSEL, HENRY J. SADOWSKI<br>U.S. CUSTOMS HOUSE - 7TH FLOOR<br>2ND & CHESTNUT STREET<br>PHILADELPHIA, PA. 19106 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)<br>Anthony Allen 40428-053<br>P.O. Box 8000<br>Bradford PA. 16701 | |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>5/2/64 | 5. MARITAL STATUS<br>MARRIED | 6. DATE AND DAY OF ACCIDENT<br>JANUARY 2003 -PRESENT DATE | 7. TIME (A.M. OR P.M.)<br>DAILY |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

PLEASE SEE ATTACHED

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

PLEASE SEE ATTACHED            FEB 12

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| N/A | N/A   FEB 12 2004 |

12. (See Instructions on reverse)    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
|---|---|---|---|
| N/A | $5. MILLION | N/A | $5. MILLION |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE, AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b. Phone number of signatory<br>N/A | 2/7/04 |
|---|---|---|

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM

The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States (See 31 U.S.C. 3729.)

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS

Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-108
Previous editions not usable    NSN 7540-00-634-4046

INSTITUTION SUPPLEMENT NO: MCK 1640.3 -SMOKING AND NON-SMOKING AREAS issued December 8, 1997 stated <u>inter</u> <u>alia</u> that

<u>Staff</u>: FCI, McKean and FPC, McKean have been designated as non-smoking institutions. Staff are prohibited from smoking inside of buildings or entrance-ways of the camp facility or main institution.

Notwithstanding this designation, and because of the profit generated from tobacco products BOP FCI-McKean staff continue to negligently pump secondhand smoke inside the housing units and at all the entrance of all buildings in Mckean, to include but not limited to the health services and staff continue to negligently sale tobacco products to smoking-inmates at unprecedented high level. BOP FCI-McKean staff negligently distribute tobacco products to the inmate general population than any other items sold in inmate commissary.

Notwithstanding the amount of tobacco products BOP FCI-McKean staff negligently pump into the inmate general population, and more importantly, and most significantly, notwithstanding the fact that BOP FCI-McKean staff knew the unprecedented health problems caused by Environmental Tobacco Smoke (ETS), BOP FCI-McKean staff have negligently refused to control and/or separate the smoking-inmate and the smoking-staff, from non-smoking inmates. BOP McKean staff have negligently refused to house non-smoking-inmates in a separate housing unit from smoking staff and inmates. BOP McKean staff have negligently refused to stop selling tobacco products in the inmate commissary because of the unprecedented high profit BOP staff generate from tobacco products.

BOP McKean Warden have negligently refused to instruct his staff not to smoke inside the housing units and all buildings in McKean nor did he tried to stop the inmates from smoking in all areas of the units.

In FCI-McKean BOP staff have forced and continue to force me to breath only one type of air, i.e. secondhand smoke (ETS). No alternative. Since January 2003, to present date, and continue, the unprecedented amount of ETS in FCI-McKean caused by staff and inmate smoking and also cause by all aforementioned staff actions, have caused me to suffer and continue to cause me to suffer and will cause me to suffer in the future bronchogenic carcinoma or lung cancer of all types; chronic obstructive pulmonary disease of all types, including emphysema,




chronic bronchitis, and reversible airway obstruction; cardio-vascular disease including irreversible hardening of the arteries (atherosclerosis) and its consequences, including myocardial infarction (heart attack); cerebrovascular accident (stroke), peripheral vascular diseases, aneurysm/other conditions; cancers of the kidney, bladder, brain, larynx, oral cavity, esophagus, pancreas, stomach, cervix, breast and other organs; impairment of lung function; Peptic ulcer, tuberculosis, dizziness, chronic headaches, watery eyes, ear infections, memory loss, depression, intrauterine growth retardation, infertility, and other conditions, including psychological problems; emotional disorder; insanity; psychopathic behavior; psychosis; paranoia; shock; fear; mental depression, sleeplessness; shortening of life expectancy; irreversible health problems; fear of subsequent disease and/or complication, from injury; loss of enjoyment of life; anxiety from fear of disease; neurosis or depression - distress or worry and grief from fear of disease; current and future pain and suffering from mental and physical injury; and other types of damages.