**Document 2c**

```
NERH4           *        PUBLIC INFORMATION           *    08-24-2005
PAGE 001        *           INMATE DATA              *    15:52:42
                         AS OF 08-24-2005

REGNO..: 40428-053 NAME: ALLEN, ANTHONY GEORGE
                   RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 814-362-8900   FAX: 814-363-6821
                                           RACE/SEX...: BLACK / MALE
FBI NUMBER.: 712893HA9                     DOB/AGE....: 05-02-1964 / 41
PROJ REL MT: LIFE                          PAR ELIG DT: N/A
PROJ REL DT: LIFE                          PAR HEAR DT:
---------------------------- ADMIT/RELEASE HISTORY ----------------------------
                                                   START DATE/TIME  STOP DATE/TIME
FCL    ASSIGNMENT  DESCRIPTION
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL   02-02-2004 1759  CURRENT
4-U    RELEASE     RELEASED FROM IN-TRANSIT FACL   02-02-2004 1759  02-02-2004 1759
4-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  02-02-2004 1335  02-02-2004 1759
SPG    TRANSFER    TRANSFER                         02-02-2004 1235  02-02-2004 1235
SPG    A-DES       DESIGNATED, AT ASSIGNED FACIL   12-18-2003 1020  02-02-2004 1235
B11    RELEASE     RELEASED FROM IN-TRANSIT FACL   12-18-2003 1120  12-18-2003 1120
B11    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  12-18-2003 0535  12-18-2003 1120
OKL    HLD REMOVE  HOLDOVER REMOVED                12-18-2003 0435  12-18-2003 0435
OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF   12-15-2003 1800  12-18-2003 0435
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL   12-15-2003 1900  12-15-2003 1900
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  12-15-2003 0954  12-15-2003 1900
LEW    HLD REMOVE  HOLDOVER REMOVED                12-15-2003 0954  12-15-2003 0954
LEW    A-BOP HLD   HOLDOVER FOR INST TO INST TRF   12-11-2003 1242  12-15-2003 0954
3-N    RELEASE     RELEASED FROM IN-TRANSIT FACL   12-11-2003 1242  12-11-2003 1242
3-N    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  12-11-2003 0930  12-11-2003 1242
MCK    TRANSFER    TRANSFER                         12-11-2003 0930  12-11-2003 0930
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL   11-01-2003 2335  12-11-2003 0930
MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   11-01-2003 2045  11-01-2003 2335
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL   10-27-2003 1205  11-01-2003 2045
MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN   10-27-2003 1010  10-27-2003 1205
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL   08-25-1994 1200  10-27-2003 1010
S03    RELEASE     RELEASED FROM IN-TRANSIT FACL   08-25-1994 1200  08-25-1994 1200
S03    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  08-25-1994 0615  08-25-1994 1200
LEW    HLD REMOVE  HOLDOVER REMOVED                08-25-1994 0615  08-25-1994 0615
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED    08-22-1994 1728  08-25-1994 0615
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL   08-22-1994 1728  08-22-1994 1728
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  08-22-1994 0650  08-22-1994 1728
ERE    HLD REMOVE  HOLDOVER REMOVED                08-22-1994 0550  08-22-1994 0550
ERE    A-HLD       HOLDOVER, TEMPORARILY HOUSED    08-12-1994 1635  08-22-1994 0550
B04    RELEASE     RELEASED FROM IN-TRANSIT FACL   08-12-1994 1735  08-12-1994 1735
B04    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  08-12-1994 1300  08-12-1994 1735
FTW    HLD REMOVE  HOLDOVER REMOVED                08-12-1994 1200  08-12-1994 1200
FTW    A-PRE       PRE-SENTENCE ADMISSION          07-15-1994 2030  08-12-1994 1200
FTW    ADM CHANGE  RELEASE FOR ADMISSION CHANGE   07-15-1994 2029  07-15-1994 2030
FTW    A-DES       DESIGNATED, AT ASSIGNED FACIL   07-15-1994 2028  07-15-1994 2029
FTW    COURT       COURT APPEARANCE W/SCHED RETRN  07-15-1994 0800  07-15-1994 2028


G0002       MORE PAGES TO FOLLOW . . .
```

```
  NERH4              *        PUBLIC INFORMATION           *   08-24-2005
  PAGE 002           *           INMATE DATA               *   15:52:42
                              AS OF 08-24-2005

REGNO..: 40428-053 NAME: ALLEN, ANTHONY GEORGE
                     RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 814-362-8900   FAX: 814-363-6821
                                                  06-10-1994 1445 07-15-1994 0800
FTW   A-PRE        PRE-SENTENCE ADMISSION        03-10-1994 1006 06-10-1994 1445
CDA   UNCOMT RMV   UNCOMMITTED CASE REMOVED      03-10-1994 0952 03-10-1994 1006
CDA   A-UNCOMMIT   UNCOMMITTED PERSON            03-10-1994 1052 03-10-1994 1052
P93   RELEASE 03   RELEASED FROM IN-TRANSIT, MAR 02-27-1993 0510 03-10-1994 1052
P93   A-ADMIT 02   ADMITTED TO IN-TRANSIT, FEB   02-27-1993 0510 02-27-1993 0510
I-T   RELEASE      RELEASED FROM IN-TRANSIT FACL 10-30-1992 0342 02-27-1993 0510
I-T   A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 10-30-1992 0342 10-30-1992 0342
B04   RELEASE      RELEASED FROM IN-TRANSIT FACL 10-29-1992 0620 10-30-1992 0342
B04   A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL 10-29-1992 0520 10-29-1992 0520
ERE   HLD REMOVE   HOLDOVER REMOVED              10-22-1992 2100 10-29-1992 0520
ERE   A-HLD        HOLDOVER, TEMPORARILY HOUSED  10-22-1992 1032 10-22-1992 2100
NYM   PRE REMOVE   PRE SENT DETAINEE REMOVED     10-15-1992 1844 10-22-1992 1032
NYM   A-PRE        PRE-SENTENCE ADMISSION




G0002         MORE PAGES TO FOLLOW . . .
```

```
NERH4              *        PUBLIC INFORMATION           *    08-24-2005
PAGE 003           *           INMATE DATA               *    15:52:42
                            AS OF 08-24-2005

REGNO..: 40428-053 NAME: ALLEN, ANTHONY GEORGE
                   RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 814-362-8900    FAX: 814-363-6821
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  LIFE

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: TEXAS, NORTHERN DISTRICT
DOCKET NUMBER....................: 3:92-CR-365-D(01)
JUDGE............................: FITZWATER
DATE SENTENCED/PROBATION IMPOSED: 07-15-1994
DATE COMMITTED...................: 08-25-1994
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.: $50.00         $00.00          $3,000.00      $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 391
OFF/CHG: 21:846 - CONSP./PWID COCAINE BASE

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.: LIFE
  TERM OF SUPERVISION............:      5 YEARS
  CLASS OF OFFENSE...............: CLASS A FELONY
  DATE OF OFFENSE................: 06-28-1991




G0002        MORE PAGES TO FOLLOW . . .
```

```
NERH4               *       PUBLIC INFORMATION        *    08-24-2005
PAGE 004 OF 004 *              INMATE DATA            *    15:52:42
                             AS OF 08-24-2005

REGNO..: 40428-053 NAME: ALLEN, ANTHONY GEORGE
                   RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 814-362-8900    FAX: 814-363-6821
-------------------------CURRENT COMPUTATION NO: 010 ---------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-08-1994 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-15-1994
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 06-28-1991

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     10-29-1992     07-14-1994

TOTAL PRIOR CREDIT TIME.........: 624
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: LIFE


PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```