**Document 4**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY GEORGE ALLEN,<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | :　　Civil Action No. 05-31 (Erie) |
| UNITED STATES OF AMERICA,<br>　　　　Defendant. | :<br>:<br>:<br>: |

## DECLARATION OF DENNIS OLSON, M. D.

1. I, Dennis Olson, M.D., do hereby declare that I am the Clinical Director at the Federal Correctional Institution (FCI), McKean County, Bradford, Pennsylvania.

2. The medical records of the inmates incarcerated at FCI McKean are maintained in the Health Services Unit (HSU) at FCI McKean in the ordinary course of business. As the Clinical Director at FCI McKean, I have access to the medical records of all the inmates incarcerated at FCI McKean, that are maintained in the ordinary course of business, including the medical record of inmate Anthony George Allen, Register Number 40428-053, the Plaintiff in the above-captioned civil action.

3. I have reviewed a inmate Allen's prison medical records, including written requests submitted to health services staff, as well as verbal reports to health services staff during his sick call visits to the Health Services Unit at FCI McKean, and observed no medical entries between July 15, 2002, and January 20, 2005, in which inmate Allen complained of medical issues related to exposure to environmental tobacco smoke.

4. Attached hereto, please find a true and correct copy of the prison medical record of inmate Anthony George Allen, Reg. No.40428-053, including all written requests to health

services staff of, spanning the period of time between July 15, 2002, and January 20, 2005.

These records are maintained in the ordinary course of business at FCI McKean.

> Pursuant to the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of May, 2005.

*Dennis Olson, MD*
Dennis Olson, M.D.
Clinical Director
Federal Bureau of Prisons
Federal Correctional Institution
McKean County, Pennsylvania

-2-