**Document 4a**

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|----------|

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other:  HTN

SUBJECTIVE: (Chief Complaint)

1/20/05
1030
feel ok — worse unicor

Med. Compliance:

OBJECTIVE: (Review System)   Age: 40yr   Sex: Male   Race:

B/P: 120/70   P: 70   Wt 205#   T:   R/R:   SO2%:   Peak Flow:

HEENT: OK   Last Op / Opth. Eval.: —

Heart: OK

Lungs: CL

Abdomen:

Genital / Rectal:

Extremities:

Neuro:

Recent Lab Results:

ASSESSMENT(S):

DSM IV Classification

Axis I:                          Axis IV:

Axis II:                         Axis V: GAF Score:

Axis III: BPH

Preventive Care:   Diet: watch   Exercise: yes

Tobacco Use: no          Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; grade; rank; date; hospital or medical facility)   REGISTER NO. 48928-053   WARD NO.

Anthony Allen

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-97)
Prescribed by GSA / ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----|

Pain Level:  1  2  3  4  5  6  7  8  9  10

PLAN:

Patient Education:

(  ) Discussed Test Results   ( ✓ ) Discussed Tx Plan

( ✓ ) Etiology, Complications, Prognosis, Prevention

( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   (  ) No Smoking

( ✓ ) Medication Dosage / Administration / Compliance / Side Effects

( ✓ ) Patient Understood Topics   ( ✓ ) Verbalized Understanding

( ✓ ) Instructed If Problems or if running out of medication, should sign up for sick-call or send cop-out.

Diagnostic Studies:  (  ) CBC / Dif (  ) U / A (  ) LFT (  ) Chem. Profile (  ) Lipids ( ✓ ) HgAlc
(  ) PSA (  ) Viral Load (  ) CD4 (  ) Toxo Igg. (  ) Hepatitis Panel
(  ) CXR (  ) EKG (  ) Others:

Consultations:  (  ) Optometrist (  ) Ophthalmologist (  ) Orthopedic Surgeon
(  ) Others:

Referral for Vaccination:  (  ) Influenza (  ) Pneumococal (  ) Other:

Return to Clinic for routine Follow-Up on:  5 mo

Treatments(s):

NSN 7540-00-634-4176    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11/29/04 1030h | Admin. Note – ↑BP's c̄ ∅ Hx meds on HTN |
| | RTC – BP ✓ |
| | feels well – Exercising & adjust. diet ↓ ∅salt |
| | (V SS) 147/93, 74, 12    Mechanical Auto DinAMAP |
| | 132/92, 72, 12    Manual Rt Arm |
| | 134/88, 74, 12    Manual Lt. Arm |
| | RTC per schedule & F/y c̄ CCC of. if appropriate |
| | Counsel / educate  Understand / agree |
| | Robert E. Piotrowski, PA-C FCI McKean |
| 12-6-04 1115h | Admin Note – Elev. BP c̄ ∅ med |
| | RTC – BP ✓    Wt. 202# |
| | Continues Diet Ctr — ∅ Sodium ↑ Exercise |
| | DinAMAP 136/88 |
| | Manual 138/90 |
| | Refer CCC – HTN — RTC Per Schedule ∼ PRN |
| | Edu /underst /agree |
| | Robert E. Piotrowski FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 40428-053    WARD NO.

Allen, Anthony

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|
| 12/27/04 0800 | No show for scheduled appt must reschedule _J. Glenn, FNP-C_ |

N 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/?/04 | Intake Screening, EHM  J. Fleming, EMT-P  FCI McKean  Reviewed by D. Olson, MD  Dated 2/10/04 |
| 2/31/04 0700 | Non PCN  Rx (1) PCN 500g QID #12  Steven Labrozzi, RPh  Pharmacist  D. Olson, MD  Clinical Director |
| 2/31/04 0835 | Inmate requested H&P completed Hx. ct. inguinal hernia repair ∅ problem. EHM  J Glenn FNP-C  J. Glenn, FNP-C  FCI McKean |
| 7/1/04 1000 | (S) Wants information on kidney failure, states saw people in hospital c̄ kidney failure, he has no symptoms  (O) exam deferred no symptoms  (A) requests information  (P) Educated on kidneys & failure  J Glenn FNP-C |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Allen, Anthony

| REGISTER NO. | WARD NO. |
|---|---|
| 40422-053 |  |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 4/24/04 (0800) | S: Requests Bisacodyl. States one in commissary does not work well enough for him. States vitamins cause him constipation. States fiber is too slow |
| | O: NAD |
| | Heart: RRR |
| | Lungs: CTA bilateral |
| | Abd: soft, nontender |
| | A: medicine request |
| | P: ① Education — don't take vitamins, ↑ fluids, exercise Pt understan... |
| | ② Flu PRN |
| | Eric Asp, PA-C FCI McKean |
| 10-18-04 0810 | ③ WANTS EKG ... worried about C-V disease (⊕ Fam Hx) |
| | ⊙ NAD    BP = 120/86    HR = 60    SaO₂ = 99% |
| | 135/85 |
| | ⊘ Suspected Condition, nothing found. Cardiovascular ✓ |
| | ⑦ 1. EKG |
| | 2. Lipids already done "6 wks ago" (not yet in record) |
| | 3. Pt ED: CV health  diet smoking exercise  ↓ salt |
| | 4. Pt understands |
| | 5. C/C prn |
| | 6. BP re✓ ×2 at           [signature] |
| | 3 wk intervals |
| 11/8/04 1100 | Admin nts. |
| | BP ✓  140/80  sitting ® arm |
| | Eric Asp PA-C |

USMCFP SPRINGFIELD          MEDICATION SUMMARY          PAGE: 1
01/30/2004              THRU: ZZZ              06:44
USMCFP - SPRINGFIELD          SPRINGFIELD, MO

ALLEN, ANTHONY, 40428-053, SPG, S03-013L

**Active Prescriptions**

PENICILLIN VK 500 MG TAB
TAKE ONE TABLET BY MOUTH FOUR TIMES DAILY FOR 10  DAYS
Dr: MCDERMOTT DS
ORDERED: 01/27/2004   EXP: 02/05/2004          40.0 TAB in 3 day(s)
RENEWED:          EXP: 02/05/2004          13.3 / 24 hours

*Rx for Tra-stol*
*on §*
*1/30/04*

*Transfer MCK*
*via air*
*2-2-04*

7540-00-634-4176                                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

| Date | 1/27/04 | Inmate Name | Allen, Anthony | Register Number | 40428-053 |

Time 0820

S  C/o painful dry, cracking, peeling soles
   of feet; no relief c̄ vaseline

O  products

chart
N 1A

A

FAXED
Pharm 503
DATE: 1-27-04   INIT: ꟷ
0821

P  A + D ointment: apply to areas B10 × 7d

Provider  KEVIN J. KELLY, PA-C

USP LVN      Federal Bureau of Prisons

MCFP - SPFD          BP-355(60) January 1981

---

01-28-04

0945

ADMINISTRATIVE NOTE:  Copies were made per patient request, excluding

HIV results.  These copies include:  Labs 12-29-03 to 12-22-03;  Surgical

Consultation 12-23-03;  Operation Report 01-09-04.  A total of 9 pages

Copied. CH--- RHIT  Chip Hendon, RHIT, Medical Records Administration Specialist

---

| Date | 1/27/04 | Inmate Name | Allen, Anthony | Register Number | 40428-053 |

Time 1450

S  Swelling buccal #5

exam
AH
So 1

O  Fistula #5

FAXED
DATE: 1/27/04   INIT: ꟷ

A  Periapical abscess #5          Pen VK 500mg q.i.d. ↓ today

P  Will call for endo procedure
   E. Personnel alone

Provider  PAT D. McDERMOTT, D.D.S.
CHIEF DENTAL OFFICER

HOSP
SPON
USP LVN      Federal Bureau of Prisons          BP-355(60) January 1981

PATIENT'S IDENTIFICATION: (For typed or written entries, give   Name - last, first, middle, ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

| REGISTER NO | WARD NO |

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-54

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIR--- 41 CFR) 201-9.202-1

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

**DATE:** 1/12/04  0710

S - POD # 3   No c/o - still draining   Dr Taki

O - T-97° Arc. C, D + I   no current
drainage noted @ RIH   intact

A - S/P RIH

P ① May RTD
② Percocet / Tylenol #3 i-ii po flex 48° prn
③ Convalescence - No heavy lifting > 10# x 4 wks
④ F/U in Dr Brent Rotton clinic     KEVIN J. KELLY, P.A.-C

Spoke c/w Becky @

1/20/04

---

**DATE:** 1/12/04  1315

Adm Note

Refill Tylenol #3 i-ii po
TID prn x 14 days

FAXED
PHARM 503
DATE: 1-12-04   INIT: 719w
1332

THOMAS HARE, D.O.
USMCFP
AU 717850ITEH

---

**DATE:** 1-13-04  1000

Conv Surg
Doing well   Min. Swelling   pain controlled
Incision OK   RTC in next wk

David Brent Rotton, DC
Consultant

---

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART /SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION *(For typed or written entries, give Name last, first, middle, ID No or SSN, Sex, Date of Birth, Rank/Grade.)*

| | REGISTER NO | WARD NO |
|---|---|---|

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV 6-97)
Prescribed by GSA/ICMR
FIP   41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
| 1/14/04 1230 | S/P Colon 10kg   ⊤ p.o. q.d x 7d |

FAXED
PHARM 503
DATE: 1-14-04 INIT: [illegible]
1315

K. KELLY. P.A.C [signature]

| 1-20-04 0920 | Gen Surg |

Pt Doing very well

Incision looks great ∅ evidence of
hernia recurrence.
will DC staples this PM

Orders [illegible] DC Skin Staples

David Brent Rotton, DO
Consultant

[signature]

P: Transfer + Discharge Summary Dictated
RTC - prn

KEVIN J. KELLY P.A.-C
[signature]

| 1/21/04 1000 | SOAP: C/o constipation 2° meds
P: ⊕ Dulcolax 5mg  --- ⊤ p.o. q.d prn x 3d #
E - ⊕ ↑ fluids |

KEVIN J. KELLY, P.A.-C
[signature]

FAXED
PHARM 503
DATE: 1-21-04 INIT: [illegible]
1017

STANDARD FORM 600 (REV. 6-97) BACK

ALLEN, ANTHONY
40428-053
MCFP SPG MO

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |

1/10/04 cont 0730  ART surgical procedure s/p RIH pro #1 O/Cont. to monitor for changes et monito pain response. B Colton RN  — B. COLTON, RN

1/10/04 0800  S) No c/o voiced. O) Awake, resting quietly in bed, reports being pain free, VSS, assessment essentially unchanged. A) Stable c̄ @ pain intervention. P)Cont to monitor. B Colton RN  — B. COLTON, RN

1-10-04 0800  D/c q̄ 4 hr vital signs.
Noted
1-10-04
1520  RTO. Dr. Hare / A Wilkening RN  — A. WILKENING, RN
A Wilkening

THOMAS HARE, D.O.
USMCFP
AU 71/8901 TEH

1-10-04  1100  S: No complaints voiced O/A: Alert + oriented x 3. Up ad lib ambulating on unit. Skin W/D Color WNL. Resp. regular + nonlabored. ® ing. hernia drsg c̄ sm. amt pink drng to drsg. Instructed to shower today. Had last dose of MSO4 4mg IVP @ 0955 + heplock D/c'd c̄ cath intact. NAD noted. P: Cont to monitor. A Wilkening RN  A. WILKENING, RN

1-10-04  1400  S: No complaints voiced. O/A: No change in assessment. NAD noted. P: Cont to monitor. A Wilkening RN  A. WILKENING, RN

1-10-04  1700  S: No complaints voiced O/A: No change in assessment. NAD noted. Showered. P: Cont to monitor.
A Wilkening RN  A. WILKENING, RN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give  Name - last, first, middle; ID No or SSN, Sex;  Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO |
| --- | --- |

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Pres    1 by GSA/ICMR
FIF    11 CFR) 201-9.202-1

| DATE | SYMPTONS. : GNOSIS. TREATMENT. TREATING ORG ZATION(Sign each entry) |
|---|---|
| 1-10-04 2100 | SOAP: Resp even/nonlabored, A+O x3, Quiet voice is hard to hear. Primapore x2 dry & intact to ® ↓ abdomen. Took po pain meds, Cont to monitor, liver — N. WELLS RN |
| 1-11-04 | 24°C — |
| 1-11-04 0015 | SOAP: Resting quietly, No changes, liver |
| 1-11-04 0600 | SOAP: Resp even/nonlabored, A+O x3, Primapore x2 C/D/I to ® ↓ abdomen, Cooperative, Cont to monitor, —— |
| 1-11-04 1100 | S: No complaints voiced. O/A: Alert & oriented x3. Up ad lib ambulating on unit. Skin W/D. Color WNL. Resp. regular & nonlabored. ® I+H drsg C/D/I ®LE neurovascular status WNL. Instructed to shower & change drsg. Verbalized understanding. NAD noted. P: Cont to monitor. —— A. Wilkening RN   A. WILKENING, RN |
| 1-11-04 1400 | S: No complaints voiced. O/A: No change in assessment. NAD noted. P: Cont to monitor A. Wilkening RN   A. WILKENING, RN |
| 1-11-04 1700 | S: No complaints voiced. O/A: No change in assessment. NAD noted. P: Cont to monitor. A. Wilkening RN   A. WILKENING, RN |
| 1-11-04 2400 | SOAP: Resp even/nonlabored, A+O x3, Polite. Dsg C/D/I to ® ↓ Abdomen, Cont to monitor, —— N. WELLS RN |
| 1-12-04 | 24°C — |
| 1-12-04 0015 | Resting quietly, No changes noted, —— N. WELLS RN |
| 1-12-04 0600 | SOAP: Resp even/nonlabored, A+O x3, Dsg C/D/I to ® ↓ Abdomen, Cooperative, Cont to monitor, —— N. WELLS RN |

ALLEN, ANTHONY
40428-053
MCFP SPG MO

NSN 7540-00-634-4176                                                      AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

1-9-04

1030    STAY ASSESSMENT

Mode of Arrival: gurney

T 98³  P 101  R 20   BP 136/77   SAO₂ 97% RA

REASON FOR ADMISSION: S/P ® ing. hernia repair

ALLERGIES: NKA

REACTIONS: N/A

MEDICAL/SURGICAL HISTORY: See chart.

VP COMMENTS: Alert + oriented x3. Resting in bed. Skin W/D. Color WNL. Resp. regular + nonlabored. ® ing drsg. C/D/I. ® LE neurovascular status. Ice pack in place. Ø void @ this time. Monitor.

E EDUCATION: Oriented to unit policy, call light, bed controls & post-op orders. Verbalized understanding.

A. WILKENING, RN
A Wilkening RN

1-9-04 1330  S: No complaints voiced. O/A: No change in assessment. VAD noted. ® groin drsg c̄ scant amt. pink drng. showing thru drsg. Ice pack refilled & in place. No void yet. P: Cont to monitor.  A Wilkening RN  A. WILKENING, RN

1/9/04 1700  S) "Can he have something for the pain?" O/A) Resting in bed. Resp eupneic on RA. Skin W/D, color WNL. (L) hand heplock intact - flushes easily c̄ brisk blood return - site s̄ redness, edema or drainage. Abd. dsg (Primapore) intact - scant amt. Ø pink drainage noted thru dsg. SR ↑ x 2, call light in

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|

| SPONSOR'S NAME | SSN ID NO | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION *(For typed or written entries, give Name - last, first, middle, ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO | WARD NO |
|---|---|---|

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV 6-97)
Prescribed by GSA/ICMR
FIRM  11 CFR) 201.9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION(Sign each entry) |
|------|--------------------------------------------------------------------------|

1/9/04 1700  reach. Urinal @ bedside c̄ approx 200cc of clear yellow urine. P) Med for c/o pain - see MAR & pain mgmt. flowsheet for times et responses. —D Spaulding RN

— D. SPAULDING, RN —

1/9/04 2100  S) "I'm alright." O/A) Resting in bed. Essentially no Δ in prior assessment. Declines need for pain rx @ present. Voiding s̄ difficulty, adeq. amts. of clear yellow urine via Urinal. NAD noted @ this time. P) Cont. to monitor —

— D Spaulding RN  D. SPAULDING, RN —

1/10/04 0055  24° chart √ et  **MEDICATION AUDIT** 1/3 - 1/10/04   B Colton RN  B. COLTON, RN

1/10/04 0310  S) ∅ c/o voiced. O) Awake, alert during count. pt. asked if he was in pain to which he shakes his head in a "yes" fashion. Offered choice of pain med to which he requested the injection. After retrieving the requested med, @ bedside he denies having pain, MS withheld. Heplock to R hand c̄ dsg C/D/I, et √ S/S of infection. Respers. eupnic, skin W/D, color WNL, NAD noted. A) Communication mis-understanding. P) Will cont. to monitor for changes.

B. Colton RN  B. COLTON, RN

1/10/04 0420  S) "Can I get my pain medicine - the shot." O) Dozing @ intervals s̄ acute distress; heplock flushed per protocol c̄ ∅ bld return noted, MS 4mg given SIV et flushed per protocol. See pain management flow sheet for pain assessment. Dsg to R inguinal area c̄ sm amt. of pink drainage noted to dsg. A) Pain

Allen, Anthony
40428-053

STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176                                        AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 1-9-04 / 0820 | Pt here for TRH<br>P/B Inguire all Q's Answered<br>H/P / permit on chart<br>Site Signed<br>Ready for Surg<br>BBz |
| 1-9-04 | OPERATIVE NOTE:<br>PRE-OP RIH<br>POST-OP RIH<br>OPERATION RIH<br>ANESTHESIA Gen.<br>SURGEON Brent Rotton<br>FINDINGS Weak Indirect<br>CONDITON Edge in<br>PROGNOSIS<br>PLAN Tol well RTC PRN Strs |
| 1-9-04 / 0915 | POST-OP ORDERS<br>1) To Rd S/P RIH<br>2) VS q 4°<br>3) Ice to incision x 24 Hrs<br>4) Cleanse incision daily c̄ Soap / H₂O<br>5) Phenergan 12.5 mg IV q 4° prn N/V<br>6) MS 4 mg IV q 1° prn Breakthru pain<br>7) Percocet 1-2 po q 6° prn pain BR |

FAXED (stamp)
DATE: 1/10
TIME:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

noted BParnet 1/9/04 8P

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.                    WARD NO.

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 05-02-64

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRM 41 CFR) 201-9.202-1          USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

1-9-04
0915
noted
BRainturk
1/9/04
SPO

⟨ Con't ⟩ physician orders

8) Resume green meds / orders
9) F/u Clinic next wk.
                                    _(signature)_

1-9-04  S/ Anxious, resting, pt wish discharged
0920   O/ BP 136/80  HR 46  suer/od
       A/ tolerate _ _ 3 apparent complication
       P  Release from PAOR
       S/ Above discussed _ pts apparent understanding
                    J HIPSKIND D.O.    _(signature)_ DO

1/9/04  Give MS as previously ordered X 24 hrs
        Give Percocet as previously ordered X 7 days
           TO BRotton / BRainturk
noted
BRainturk
1/9/04 0930

**FAXED**
to Pharm
DATE: 1/16  INIT: _SO_

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DJB 05-02-64

**1-4**

PHARMACY COPY
STANDARD FORM 600 (REV. 6-97) BACK

NSN7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

## R & D ORDERS

**12/18/03**
**1030**

Assigned to _Surg._      Service

Admission Diagnosis:

(R) Inguinal hernia.

## INSTITUTION ADMISSION ORDERS:

**Profile A, CBC, RPR, TSH (Mental Health Only), UA, and Drug Screen if Self-Surrender,**

**Hepatitis Markers B & C (unless positive), *HIV (unless Positive),**

**EKG (regardless of age - 10 Building/Mental Health) and (over 40 years of age Medical/Surgical)**

**Chest X-ray (if over 50 y/o)**

**To be done by next working day after admission.**

     ***[HIV & HbsAg are tested if: break in service or greater than 30 days old]**

**Diet:** No meat

**Medication/Procedures:** NKA

1 - Dulcolax 5 mg II P.O. H.S. x 1

T. Alburquerque
Physician Assistant

| PATIENT'S IDENTIFICATION (Use this space for Mechanical imprint) | RECORDS MAINTAINED AT | | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| ALLEN, ANTHONY 40428-053 MCFP SPG MO DOB 05-02-64 | ALLEN ANTHONY GEORGE   40428-053 B/M/0/05-02-1964 HT/511   WT/200   HR/BK   EY/BN CUSTODY/IN | | RANK/GRADE |
| | | | IZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

MCFP Springfield, Missouri

CHRONOLOGICAL RECORD OF MEDICAL C/

STANDARD FORM 600 (REV.5-84)
Prescribed by GSA and ICMR

FIRMR (41 CFR) 201-454.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**12/23/03 0920**

S - 39 y/o Jamaican ♂ c̄ RIH x 6-7 yrs partially reducible, getting larger

O+A - ⊕ RIH
⊕ Bos. H.M.     Hx Pupdated

P - Admit to Surg Service
① Routine Lab
② Consult to consultant surgeon eval for RIH repair

THOMAS HARE, D.O.
MEDICAL OFFICER

KEVIN J. KELLY, P.A.-C
MCFP - SPED

**12/23/03 1030**

SOA - See consultation sheet by Dr Rotton
P ① Schedule c̄ Dr. Brent Rotton on 1-4 for RIH repair c̄ plug + patch

THOMAS HARE, D.O.
MEDICAL OFFICER

KEVIN J. KELLY, P.A.-C
MCFP - SPED

**1/7/04 0845**

Adm Note Hombrein preop 39 y/o → for RIH repair
PH HTN Hemorrhoids Lab Ḡ old c̄ NL
ASA II adequate risk IV general ETT NKDA
① NPO p̄ 12 mn 1/8 for 1/9 surgery
② Demerol 75 mg - Ph c̄ 25mg IM 1° preop

Noted
B Rhinkin 1/7/03 1400

Rhinkin D.O.
HIPSKIND D.O.

ALLEN, ANTHONY
40428-053
MCFP SPD MO
DOB 05-02-64

U.S. Government Printing Office: 4996 - 404-763/4001

STANDARD FORM 600 BACK (REV. 5-84

SN7540-00-634-4176                                                                                      600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

## INITIAL NURSING NOTE

12/16/03
7830

S:   Reason for admission (in patient's own words) *(pt. has (R) inguinal hernia*
"*Hernia surgery*"

Medication/treatment(s):

Previous Hospitalization/Surgery(s):

O:   TPR   98 - 18        B/P 124/76   Height/weight 6'1" 1196

**Pain Assessment**

Are you Having Pain?   Yes   (No)        0   1   2   3   4   5   6   7   8   9   10

Location        Intensity        Frequency        Duration

**FALL RISK ASSESSMENT**

[  ]History of falls, #'s    [  ]Dizziness/imbalance, [  ]General Weakness, [  ]Incontinence, [  ]Decreased mobility

**SKIN INTEGRITY RISK ASSESSMENT**

[  ]Bed/Chair confined, [  ]Inability to move, [  ]Incontinent, [  ]Poor Nutrition (intake), [  ]Lowered mental

## ALLERGIES:

Foods:   (NKA)  (List)

Medications:   NKA  (List)

*(Continued on back side)*

| PATIENT'S IDENTIFICATION (Use this space for Mechanical imprint)  Allen, Anoiny  40428-053  5/2/64 | RECORDS MAINTAINED AT | | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV.5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-454.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | **A:**    (check one) |
| 12/14/07 | _____ Notify Doctor of Admission |
| 1820 | _____ Notify MOD for Further Orders |
| | ___✓ Notify appropriate Clinic on next duty day |
| | |
| | **P:**    Orient to the following: (check off when completed) |
| | ___✓ Call light |
| | ___✓ Smoking Policy |
| | ___✓ Unit Orientation |
| | |
| | **E:** |

BP-S659.6U **MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT** CDFRM
MAY 99
**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

| TB Clearance Yes X No __ | Name Allen, Anthony | Prisoner/Alien Reg.# 40428-053 | D.O.B. 3/2/64 |
|---|---|---|---|
| 1. PPD Completed: 9/3/03 Date | Departed From McKean | Date Departed 12/11/03 | |
| Results: 0X0 mm | Destination SPG MS | Reason for Transfer SPG MS (medical) | |
| 2. CXR Completed: ___ Date | Dist. Name | Dist.# | Date in Custody __/__/__ |

Results: _____

3. Health Authority

Clearance: Cleared

HBell 12/9/03
Sign                Date

Note:
Dates listed above must be within
one year of this transfer.

Current     1. (R) Inguinal Hernia
Medical     2. Recurrent Abscessed tooth
Problems    3. Fct Bowel Synd    URI

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** (7AM, 12:00, 7PM) | |
| | | | CTM 4mg i po tid #15  Then Discontinue | |
| | | | Simethicone 80 mg i po tid #30 Then Discontinue | |
| | | | (7AM, 12:00, 7PM) | |
| | | | no meds needs on route | |
| | | | | |
| | | | Ivan Navarro, P.A. | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority HBell, MD McKean FCI | Phone Number 814-362-8900 | Date Signed 12/9/03 |
|---|---|---|

Record copy - Transporting Officer: Copy - Health Record (Top page Position one); Copy - Transferring Institution

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine |
| | ( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General |
| | ( )Other: ℗ Inguinal hernia |
| 12/9/03 | SUBJECTIVE: (Chief Complaint) |
| 1245 | Still draining ℗ upper incision on A&K |
| | Hernia stable - ambivalent |
| | about having tooth pulled |
| | OBJECTIVE: (Review System) Age: 39   Sex: Male   Race: |
| | B/P: 120/90 P: 70   Wt: 202   T:   R/R:   SO2%:   Peak Flow: |
| | HEENT: OK   Last Op/Opht. Eval: |
| | Heart: OK   less redness ℗ upper |
| | Lungs: clear   incision |
| | Abdomen: |
| | Genital/Rectal: |
| | Extremities: |
| | Neuro: |
| | Recent Lab Results: |
| | ASSESSMENT(S): |
| | DSM IV Classification |
| | Axis I: |
| | Axis II: |
| | Axis III: ℗ Ing Hernia   Abscessed tooth |
| | Preventative Care: Diet  written   Exercise  some |
| | Tobacco Use?: no   Medication Side Effects: no |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 40420-053 | WARD NO. |
|---|---|---|

Anthony Allen

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

Pain Level:  1    2    3    4    5    6    7    8    9    10

PLAN:

Patient Education:

( ✓ )Etiology, Complications, Prognosis, Prevention ( ✓ )Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes ( ✓ )No Smoking ( ✓ )Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( ✓ )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgAlc

                    ( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel

                    ( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

                    ( )Others:

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on:

Treatment(s):

H. BEAM, MD
FCI MCKEAN

FPI. LEX.    Printed on Recycled Paper

NSN 7540-00-634-4176                                                                AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

12/1/03
1200

(S) c/o abscess in gumline ... is seeing Dr. Bean for follow up next week. Needs Doxy refill until then

(O) NAD    bluish white lesion upper white (R) gumline

(A) r/o Mucocele

(P) PER DR. BEAM:
1. Doxycycline 100mg    T po BID x10d    #20 NR

2. F/u with Dr. Beam per Dr. Beams call-outs next week.

3. Pt understands Tx plan.

_____ Steven Labrozzi, PA-C
Physician Assistant

Reviewed By:
V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.
⋯ )428-053

WARD NO.

*Anthony Allen*

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1