| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |

NSN 7540-00-634-4176                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

11-1-03   Ⓢ Emergency → called to UNICOR by LT Glenn.

2015        IM c/o abdominal pain, profuse sweating, many
            episodes of vomiting.
            See J. Glenn's SOAP note earlier today
            ( 11-1-03  1240)

            No complaints of chest pain

          Ⓞ IM in UNICOR on stretcher. Not very responsive.
            Sweating profusely. Does not respond 100% to
            vocal commands.   Later on: IM awake + fully responsive

            T = 97.7°F    HR = 60    BP = 113/72    SaO₂ = 99%

            ECGs, serial: Multiple abnormalities, including
                    Possible Afib A flutter
                       "    LVH
                    Anterior Q waves
                    Consider Anteroseptal infarct
                    Incomplete Ⓡ Bundle branch block

          Ⓐ Abnormal ECG findings. Abd pain; N/V; Diaphoresis.

          Ⓟ 1. Consulted Dr. Olson: Send IM out

             2. IM sent by paramedics/ambulance to BRMC

             3. BRMC ER notified.

                                    REVIEWED BY:
                                    H. BEAM, MD
                                    FCI McKEAN
                                              Steven Labrozzi, PA-C
                                              Physician Assistant

11-2-03   ADMIN NOTE:  IM returned from ER last night after 11 PM. ER report not yet available
1600      to Duty PA's. Per LTs office: EKGs in ER were normal. IM treated for adverse
          drug reactions. Penicillin + Flagyl confiscated + submitted to Pharmacy. Dr. Collins notified
          + asked to check IM + devise new Tx plan.  IDLE given thru midnight 11-3-03

                                    S. Labr                Steven Labrozzi, PA-C
                                                           Physician Assistant

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | REVIEWED BY: H. BEAM, MD FCI McKEAN RECORDS MAINTENANCE AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Greda.)

| REGISTER NO. | WARD NO. |
|---|---|
| 40428-053 | |

Allen, Anthony

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| | Chalk back Hospitalization |
| 11/3/03 0940 | S/3940 c HA present - when oli said of Doxn © CC Goal - Side effect of Erythromycin |
| | O Looks well · feels all belly HEent aleran pointing R upper maxilla chest clear heart ove AbdSoft BS+O |
| | A Resolved SE's from Erythromycin Dental place cm |
| | P PTcd · med o's - Doxycycline 100 mg ; po Bid #20 CB ~ 1 mo Cennet on Collin ROY p Medvat |
| | Reviewed By: V. Geza, PharmD |
| | H. BEAM, MD FCI MCKEAN |
| 11/24/03 1600 | Adm need to reschedule |
| | H. BEAM, MD FCI MCKEAN |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

Check back Surgical consult RTA

S/ 39408? in good condition — saw
Dr Graham, Surgeon / yesterday
who believes Hernia needs to be
fixed, a mesh plug will be used
& I'm having a Tooth which
should be quieted down before
Surgery

T 96 8
BP 110/80
P 60
NKDA

O) Pointing Abcess @ upper incisor
Tooth is filled & good.

Hernia @ Ing not examined Today

A) Abcessed Tooth ; R Ing Hernia

P) Pt ed — med compliance, Plan for Tx
Pen VK 500 mg ; po Qid # 40 RF ○
metronidazole 250 mg ; po tid # 30 RF ○
CBS 1md & PRN Sign obstruction
& Dental F/U

H. Beard MD
FCI/McKean                    Dr McKean

REVIEWED

Reviewed By:
V. Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | | STATUS | | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.
40428-053

WARD NO.

Anthony Allen

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

11/1/03  (S) Admin. Note - called by unit
1270   officer inmates states cant come
to HSU "too ill"; officer states
inmate was walking around
earlier s problem. Brought
inmate to HSU for exam via
ambulance (cart); inmate states
had stomach pains earlier now
at this time ambulates s problem
pain 2 on 1-10 scale now vomiting
(O) NAD  976-70-16  118/76
abd soft, non-tender (+) BS
Taking flagyl + PCN at this
time
(A) Abd. discomfort 2° to antibiotic
use
(P) 1) D/C Flagyl cont. PCN
   2) ↑ fluids
   3) F/U 11/3/03 sick call
                        J Glenn FNP-c
                        J Glenn FNP-c

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/27/03 0700 | Admitt<br>Inmate on transfer for surg. appt<br><br>D. Olson, MD<br>Clinical Director |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Allen, Anthony

REGISTER NO. 40428-053   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

| | |
|---|---|
| 8/25/03 | S: C/o hemorroids. wants refill of suppositories |
| 1445 | O: deferred |
| | A: hemorroids. |
| | P: O Education - f/u PRN - Pt understands |
| | ② Anusol HC supp, insert † rectly BID dispense #12 R-O |

Eric Asp
PA-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 40428-053 | WARD NO. |
|---|---|---|

Allen, Anthony

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
|      |                                                                        |

SYMPTOMS, SIGNS, TREATMENT (HEALING ORDER, sign each entry)

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infectious ( ) Endocrine

( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General

( ) Other: HTN  R Inguinal Hernia

**1/22/03**
**1242**

SUBJECTIVE: (Chief Complaint)
He's using hemorrhoid belt but the hernia won't stay reduced. Has low back pain also c/o hemorrhoids  c/o constipation

OBJECTIVE: (Review System) Age: 39  Sex: Male  Race: ⊕ Bunion Scale

B/P: 116/80  P: 70  Wt: 201  T:  R/R:  SO2%: Question Slip

HEENT: OK      Last Op/Opht. Eval:

Heart: ⊘

Lungs: Clear

Abdomen: soft NBS R inguinal hernia – large partially reducible

Genital/Rectal:

Extremities:

Neuro:     folliculitis back of neck

Recent Lab Results:

ASSESSMENT(S): No HTN  R inguinal hernia only partially reducible – hemorrhoids  folliculitis

Preventative Care: Diet water diet  Exercise walks a lot

Tobacco NO     Medication Side Effects: 0

| OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |

| NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)  REGISTER NO. 40428-053  WARD NO.

Anthony Allen

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|

Pain Level:   1   2   3   4   5   6   7   (8)  (9)   10

PLAN:

Patient Education:

( )Etiology, Complications, Prognosis, Prevention ( )Diet, Diabetic/Cardiac/ ·

Disease, Lifestyle Changes ( )No Smoking ( )Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgA

( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Pane

( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:   util review

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on:   3 mos

Treatment(s):

Fibertabs → ii tid # 90 RF2
Hydrocortison Suppos → Bid # 20 RF2
Bacitracin ount line bid # 1 RF2

Steven Labrozzi, RPh
Pharmacist

H. BEAM, MD
FCI MCKEAN

HYPERTENSION CLINIC

Subjective Findings:

a.  Medical complaints or concerns of patient:

6/23/03  39 y/o feels well         c/o hernia ® inguel
25°     b.  Health Promotion/Disease Prevention Assessment:       for 7 years
        1. Cessation of smoking; no                       never had hernia before
        2. Diet: Watching diet
        3. Activity: daily
        4. Medications:
            (1) Drug side effects: } none well
            (2) Drug interactions:
        5.  Patient Compliance with Therapeutic Regimen:
c.  Impact of Condition on Activities of Daily Living:
d.  Need for special accommodations:

Objective Findings:

a.  Temp:      Pulse: 70   Resp:      BP: 134/80  Weight: 202 #
b.  Funduscopic Examination:

| Thick, Dull Vessels |        | Localized or Generalized |        |
|---------------------|--------|--------------------------|--------|
| (Copper Wire)       |        | Narrowing of Arterioles  |        |
| Present             | Absent | Present                  | Absent |
| A-V Nicking         |        | Flame Shaped Hemorrhages |        |
| Present             | Absent | Present                  | Absent |
| Cotton-wool patches |        | Optic Disk Swelling      |        |
| Present             | Absent | Present                  | Absent |

'S IDENTIFICATION (Use this space for
 Imprint)

Anthony Allen

RECORDS MAINTAINED AT:          FCI McKEAN HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle Initial)                          SEX

RELATIONSHIP TO SPONSOR          STATUS                  RANK/GRADE

SPONSOR'S NAME   40428 - 053   ORGANIZATION

DEPART./SERVICE  SSN/IDENTIFICATION NO.                  DATE OF BIRTH

CHRONOLOGICAL RECORD OR MEDICAL CARE        STANDARD FORM 600 (Rev. 5-84)
                                            Prescribed by GSA and ICMR
                                            FIRMR (41 CFR) 201-45.505

SYMPTOMS, DIAGNOSIS, TREAT...                              ...ATION (Sign each entry)

c.  Cardiac Examination:

    Loud Aortic Second Sound                         Left Ventricular Heave          *large*
    Present        Absent                            Present        Absent           *tremendous*
                                                                                     *R in long*
    Ejection Click                                   Presystolic Gallop              *not capable*
    Present        Absent                            Present        Absent           *even one*
                                                                                     *but not today*
d.  Lungs:      Clear      Wheezes      R...         Rhonchi

e.  Thyroid Gland:                                                                   *S/o Blvating*
                                                                                     *f Intestine*
f.  Diagnostic Studies                  Result               Date of Exam           *gas*

    CBC                          WNL              Abnormal
    UA                           WNL              Abnormal
    SMA 20                  WNL         Abnormal
    Lipids             WNL           Abnormal
    ECG                          WNL              Abnormal
    CXR                          WNL              Abnormal
    Optometry Consult            WNL              Abnormal

Assessment:

a.  Diagnosis: *No evidence HTN on exam & chart review*

b.  Disease Progression or Complications: *① UR/Sx    ② drug hernia*
                                                              *not today*
c.  Therapeutic Efficacy:                                     *valuate*

Plan:

a.  Medications: *Hernia beet*

Reviewed By: *V. Geza?? *
V. Geza, PharmD    6/24/02
                                         *CTM 4 mg — until # 15 R=0*

b.  Next Diagnostic Studies Due:

c.  Return to Clinic: *3 mo - hernia check*

d.  Patient Education: (Check Topics Discussed)

    ( ) Complications of Hypertension

    ( ) Diet

    ( ) Exercise                                     *[signature]*

    ( ) Avoidance of Tobacco

    ( ) Therapeutic Compliance                       H. BEAM, MD
                                                     FCI MCKEAN
    ( ) Drug Interac...ions

    ( ) Target Or...

/540-00-534-4176

AUTHORIZED FOR LOCAL REPRODUCTION.

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/15/02 0905 | S: Is here to request BP ✓, cholesterol ✓ + fn toenail fungus |
| | O: BP 116/78. Heart reg rhythm. Rate 72. Feet - toenails #2 + 8 on bil. feet discolored + hypertrophic. |
| | A: Onychomycosis |
| | P: Lamisil tab #1 spray to all bid x 2R Labs lipid profile. Pt educ Water callous fn bld. will Use medic as directed. RTC prn  Pt understands |
| | Gracia Fairbanks PA |
| | **GRACIA FAIRBANKS** Physician Assistant |
| | Reviewed by D. Olson, MD Date 7/15/02 |
| 10/30/02 1300 | Admin. Note - Inmate requests gas pills until sick call appt. Rx simethicone tabs ii po QID prn #30 NR |
| | J. Glenn FNP-C |
| | J. GLENN, FNP-C FCI McKEAN |
| 10/31/02 | V. Ga PharmD. Violette Geza, PharmD. RPh Chief Pharmacist |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Allen Anthony
40429-083

| | REGISTER NO. | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------|

12/4/02
1030

S) c/o dry nose, and H/A x > 1 wk. Pain 3 on 1-10 scale.

O) NAD ⊖ sinus tenderness
nose - clear drainage, pink membranes
throat - erythema ⊖ exudate
lungs - CTA ⊖ wheeze

A) sinus pressure / H/A

P) 1) CTM 4mg ī po TID prn #15 NR
2) Tylenol 500 mg #? po TID prn #20 NR
3) M Fluids
4) Educated on Rx, plan of care & F/U
5) F/U prn, sick, call

— J Glenn FMP-C

12/5/02
V Geza PharmD
**Violette Geza, PharmD. RPh**
**Chief Pharmacist**

6/12/03
0850

S: c/o hemorroids,
State gets them off and on. States that the suppositories work best.

O: NAD        BP
Rectal deferred,
Rest of exam wnl

A: hemorroids,

P: ① Education - diet - Pt understands
② Pm PRN
③ Annual HC supp insert ī rectally BID dispense #12 R-O

— Eric Asp
PA-C

6/12/03
Reviewed By: V Geza PharmD
V. Geza, PharmD

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

===========================================================================
### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT
===========================================================================

Register Number : 40428-053
Name            : ALLEN, ANTHONY
Location        : FCI MCKEAN (MCK)
Admit. Physician: BEAM, MD
Order. Physician: BEAM, MD
Collected       : 08/04/04 @ 06:25 by: REFE

Age     : 40yr
Sex     : M
Room    :
Accession Number : 2701

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| Collection Cmt. | Fasting | | | RY |
| **COMP. METABOLIC** | | | | |
| Glucose | 81 | | 70 - 110 mg/dL | KS TE |
| Urea Nitrogen | 10 | | 7 - 22 mg/dL | KS TE |
| Creatinine | 1.2 | | 0.6 - 1.6 mg/dL | KS TE |
| SodiumI | 142 | | 137 - 148 mmol/L | KS TE |
| Potassium | 4.2 | | 3.5 - 5.0 mmol/L | KS TE |
| Chloridel | 104 | | 99 - 114 mmol/L | KS TE |
| Calcium1 | 9.1 | | 8.5 - 10.9 mg/dL | KS TE |
| Total Protein | 7.8 | | 6.0 - 8.2 g/dL | KS TE |
| Albumin | 4.2 | | 3.6 - 5.1 g/dL | KS TE |
| Alkaline Phos. | 92 | | 41 - 133 U/L | KS TE |
| AST(SGOT) | 33 | | 11 - 55 U/L | KS TE |
| Total Bilirubin1 | 1.1 | | 0.2 - 1.3 mg/dL | KS TE |
| Cholesterol | 164 | | 140 - 200 mg/dL | KS TE |
| ALT1(SGPT) | 37 | | 11 - 66 U/L | KS TE |
| **CBC** | | | | |
| White Blood Cell | 6.0 | | 4.3 - 11.1 10^3/uL | RS RY |
| Red Blood Cells | 5.02 | | 4.46 - 5.78 10^6/uL | RS RY |
| Hemoglobin | 15.5 | | 13.6 - 17.6 g/dL | RS RY |
| Hematocrit | 46.9 | | 40.2 - 51.4 % | RS RY |
| MCV | 93.3 | | 82.5 - 96.5 fL | RS RY |
| MCH | 30.8 | | 27.1 - 34.3 pg | RS RY |
| MCHC | 33.0 | | 33.0 - 35.0 g/dL | RS RY |
| RDW | 12.6 | | 12.0 - 14.0 % | RS RY |
| PLT | 220 | | 130 - 374 10^3/uL | RS RY |
| MPV | 10.3 | | 6.9 - 10.5 fL | RS RY |
| **AUTODIFF** | | | | |
| Neutrophils | 35.6 | LO | 43.0 - 67.0 % | RS RY |
| Lymphocytes | 50.1 | HI | 21.0 - 45.0 % | RS RY |
| Monocytes | 10.9 | | 5.0 - 13.0 % | RS RY |
| Eosinophils | 3.2 | | 0.0 - 7.0 % | RS RY |
| Basophils | 0.2 | | 0.0 - 1.0 % | RS RY |
| Neutrophil # | 2.1 | | 1.9 - 6.7 10^3/uL | RS RY |
| Lymphocyte # | 3.0 | | 1.3 - 3.7 10^3/uL | RS RY |
| Monocyte # | 0.7 | | 0.3 - 1.1 10^3/uL | RS RY |
| Eosinophil # | 0.2 | | 0.0 - 0.5 10^3/uL | RS RY |

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AE=Abnormal

Name            : ALLEN, ANTHONY
Register Number : 40428-053
Printed         : 08/06/2004 @ 09:06

Location : MCK
Page     : 1 of 2

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

*** SENSITIVE-LIMITED OFFICIAL USE ***
FINAL REPORT

Register Number : 40428-053                          Age
Name            : ALLEN, ANTHONY                      Sex                : 40yr
Location        : FCI MCKEAN (MCK)                    Room               : M
Admit. Physician: BEAM, MD                            Accession Number : 2701
Order. Physician: BEAM, MD
Collected       : 08/04/04 @  06:25 by:  REFE

Anal
Hospital #      Result                    Flag        Reference Range/Units    Tech
                0.0                                   0.0 - 0.1 10^3/uL        RS RY

*S. Czekai, MT*

S. Czekai, Med Tech.

Legend
EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

Number : ALLEN, ANTHONY                               REVIEWED BY
       : 40428-053                                    Location  : MCK    BEAM, MD  FCI MCKEAN
       : 08/06/2004 @ 09:06                           Page      : 2 of 2

Page: 1

```
              U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
                      LABORATORY, 1900 W. SUNSHINE
                      SPRINGFIELD, MISSOURI  65808
                        (417) 862-7041, EXT. 454

===================== F I N A L   R E P O R T ======================
Register Number: 40428-053                    Age              : 39
Name            : ALLEN,ANTHONY               Sex              : M
Location        : S03                         Accession Number: 4219
Physician       : DR. HARE                    "X" if Complete :  [X]
Collection Date: 12/29/2003
Collection Time: 12:01
Tests  ¦ MHATP
Ordered¦
====================================================================

Test Name          Result          Flag     Reference Range              Tech

Collection Cmt.

                      RPR 1:1
MHATP                 Non-Reactive                      NR              JE RY
                   -- End of Laboratory Report --
```



Allen, Anthony
40428-053

FCI McKean
P.O. Box 5000
Bradford, PA 16701

SPECIMEN/LAB RPT NO

URINALYSIS
URGENCY
☐ ROUTINE
TODAY ☑
☐ PRE-OP
☐ STAT ☐

PATIENT STATUS
☐ BED    ☐ AMB.
OUTPATIENT ☑
☐ NP      ☐ DOM

SPECIMEN SOURCE
☑ ROUTINE
☐ OTHER (Specify)

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE          REPORTED BY          MD DATE      LAB. ID NO.

Dr. Beam                                                      8/5/04

REMARKS                                 S. Czekai, Med Tech.

ATTACH ALL TEST REPORTS TO THIS SHEET

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first,
middle; grade; date; hospital or medical facility)

Allen, Anthony

REGISTER NO.
40428-053

WARD NO.

LABORATORY REPORTS
Standard Form 514
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201–45.605
October 1975      514–108

GPO : 1996 O – 169–817

MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

==========================  F I N A L   R E P O R T  ==========================

| | |
|---|---|
| Register Number: 40428-053 | Age : 39 |
| Name : ALLEN,AHTHONY | Sex : M |
| Location : S03 | Accession Numbe : 2535 |
| Physician : ALBURQUERQUE P.A. | "X" if Complete : [X] |
| Collection Date: 12/22/2003 | |
| Collection Time: 06:50 | |

Tests Ordered: KOD. PANEL; TSH; CBC; ROUTINE URINE; RPR

==============================================================================

| Test Name | Result | Flag | Reference Range | Tech |
|---|---|---|---|---|
| Collection Cmt. | Drawn by PB | | | |
| | New Admit Lab | | | |
| KOD. PANEL | | | | |
| Glucose | 81 | | mg/dL | 70 - 110 | SY RY |
| Urea Nitrogen | 8 | | mg/dL | 7 - 22 | SY RY |
| Creatinine | 1.3 | | mg/dL | 0.6 - 1.6 | SY RY |
| Uric Acid | 5.7 | | mg/dL | 3.7 - 8.6 | SY RY |
| Sodium1 | 141 | | mmol/L | 137 - 148 | SY RY |
| Potassium | 4.0 | | mmol/L | 3.5 - 5.0 | SY RY |
| Chloride1 | 103 | | mmol/L | 99 - 114 | SY RY |
| Phosphorus | 3.2 | | mg/dL | 2.5 - 4.5 | SY RY |
| Calcium1 | 8.7 | | mg/dL | 8.5 - 10.9 | SY RY |
| Total Protein | 6.7 | | g/dL | 6.0 - 8.2 | SY RY |
| Albumin | 3.8 | | g/dL | 3.6 - 5.1 | SY RY |
| Alkaline Phos. | 83 | | U/L | 41 - 133 | SY RY |
| AST(SGOT) | 28 | | U/L | 11 - 55 | SY RY |
| LDH | 439 | | U/L | 354 - 705 | SY RY |
| Total Bilirubin1 | 0.80 | | mg/dL | 0.20 - 1.30 | SY RY |
| Cholesterol | 144 | | mg/dL | 140 - 200 | SY RY |
| Triglycerides | 90 | | mg/dL | 30 - 200 | SY RY |
| Carbon Dioxide1 | 29 | | mmol/L | 22 - 30 | SY RY |
| A/G Ratio | 1.31 | | | 1.00 - 2.30 | TX RY |
| Globulin | 2.9 | | | 2.0 - 3.7 | TX RY |
| TSH | 4.02 | | uIU/mL | 0.30 - 7.00 | SY RY |
| CBC | | | | |
| White Blood Cell | 6.3 | | 10^3/uL | 4.3 - 11.1 | WL RY |
| Red Blood Cells | 4.82 | | 10^6/uL | 4.46 - 5.78 | WL RY |
| Hemoglobin | 14.7 | | g/dL | 13.6 - 17.6 | WL RY |
| Hematocrit | 44.9 | | % | 40.2 - 51.4 | WL RY |
| MCV | 93.1 | | fL | 82.5 - 96.5 | WL RY |
| MCH | 30.6 | | pg | 27.1 - 34.3 | WL RY |
| MCHC | 32.8 | LO | g/dL | 33.0 - 35.0 | WL RY |
| RDW | 12.1 | | % | 12.0 - 14.0 | WL RY |
| PLT | 250 | | 10^3/uL | 130 - 374 | WL RY |
| MPV | 8.9 | | fL | 6.9 - 10.5 | WL RY |
| MANUAL DIFF | | | | |

| | |
|---|---|
| Name : ALLEN,AHTHONY | Doctor : ALBURQUERQUE P.A. |
| Register#: 40428-053 | Location: S03 |
| Printed : 12/22/2003 @ 13:45 | |
| | Sensitive L.O.U. |

MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY,   1900 W. SUNSHINE
SPRINGFIELD,   MISSOURI   65808
(417) 862-7041, EXT. 454

========================= F I N A L   R E P O R T =========================

Register Number: 40428-053
Name          : ALLEN, AHTHONY
Location      : S03
Physician     : ALBURQUERQUE P. A.
Collection Date: 12/22/2003
Collection Time: 06:50
Tests  | KOD. PANEL; TSH; CBC; ROUTINE URINE; RPR
Ordered|

Age             : 39
Sex             : M
Accession Numbe : 2535
"X" if Complete    [X]

==========================================================================

| Test Name | Result | Flag | Reference Range | | | Tech |
|-----------|--------|------|-----------------|---|---|------|
| Neutrophils | 39 | LO | % | 50 | - 70 | WL RY |
| Lymphocytes | 43 | HI | % | 20 | - 40 | WL RY |
| Monocytes | 11 | HI | % | 2 | - 8 | WL RY |
| Eosinophils | 5 | HI | % | 1 | - 3 | WL RY |
| Basophils | 2 | HI | % | 0 | - 1 | WL RY |
| Morphology | Platelets Appear Adequate | | | | | WL RY |
| | Hypochromia 1+ | | | | | |

ROUTINE URINE
| | | | | | | |
|---|---|---|---|---|---|---|
| Color | Yellow | | | | Strw/Ylw | KS RY |
| Appearance | Clear | | | | Clear | KS RY |
| Glucose | Negative | | | | Negative | KS RY |
| Bilirubin | Negative | | | | Negative | KS RY |
| Ketone | Negative | | | | Negative | KS RY |
| Specific Gravity | 1.020 | | | | Less1.03 | KS RY |
| pH | 6.5 | | | 5.0 | - 8.0 | KS RY |
| Protein | Negative | | | | Negative | KS RY |
| Urobilinogen | 0.2 | | | | 0.2-1.0 | KS RY |
| Nitrite | Negative | | | | Negative | KS RY |
| Blood | Negative | | | | Negative | KS RY |
| Leuk. Esterase | Negative | | | | Negative | KS RY |
| RPR | Non-Reactive | | | | NR | KS RY |

-- End of Laboratory Report --

Name      : ALLEN, AHTHONY
Register#: 40428-053
Printed  : 12/22/2003 @ 13:45

Doctor  : ALBURQUERQUE P. A.
Location: S03
.........
Sensitive L. O. U.

LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

===========================  F I N A L   R E P O R T  ==========================

```
Register Number: 40428-053                   Age
Name            : ALLEN,AHTHONY               Sex              : 39
Location        : S03                         Accession Numbe: M
Physician       : ALBURQUERQUE P.A.           "X" if Complete  2536
Collection Date: 12/22/2003                                    [X]
Collection Time: 06:50
Tests  | HBsAg; HBsAb; HBcAb; Anti-HCV
Ordered|
```

================================================================================

| Test Name | Result | Flag | Reference Range | Te== |
|---|---|---|---|---|
| Collection Cmt. | Drawn by PB | | | |
| | New Admit Lab | | | |
| HBsAg | Negative | | Negative | SY RY |
| HBsAb | Negative | | Negative | SY RY |
| HBcAb | Negative | | Negative | SY RY |
| Anti-HCV | Negative | | Negative | SY RY |
| | -- End of Laboratory Report -- | | | |

```
Name      : ALLEN, AHTHONY              Doctor  : ALBURQUERQUE P.A.
Register#: 40428-053                    Location: S03
Printed  : 12/22/2003 @ 14:38                     .........
                                        Sensitive L.O.U.
```

MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

Page: 1

```
==========================  F I N A L   R E P O R T  =====================================
Register Number: 40428-053                          Age         :
Name            : ALLEN,AHTHONY                     Sex         : 39
Location        : S03                               Accession Numb: M
Physician       : ALBURQUERQUE P. A.                "X" if Complete 2537
Collection Date: 12/22/2003                                      [X]
Collection Time: 06:50
Tests  : HIV
Ordered
==========================================================================================
```

| Test Name | Result | Flag | Reference Range | T |
|-----------|--------|------|-----------------|---|
| Collection Cmt. | Drawn by PB | | | |
| | New Admit Lab | | | |
| HIV | Negative | | NR | SY C. |
| | DO NOT REMOVE REPORT FROM PATIENT CHART | | | |
| | -- End of Laboratory Report -- | | | |

Name     : ALLEN,AHTHONY
Register#: 40428-053
Printed  : 12/23/2003 @ 15:19

Doctor  : ALBURQUERQUE P. A.
Location: S03
. . . . . . . .
Sensitive L. O. U.

U. S. Medical Center for Federal Prisoners
Laboratory, 1900 W. Sunshine
Springfield, Missouri 65808
417-862-7041 Ext. 454

Patient: ALLEN,AHTHONY
Register No: 40428-053
Location: S03
SENSITIVE L.O.U.

Doctor: ALBURQUERQUE P.A.
DOB: 5 -2 -1964
Sex: M

--------------------------------------------------------------------------------
                              HIV SCREENING
--------------------------------------------------------------------------------

_X_ The above patient has tested NEGATIVE for the Human Immunodeficiency
    Antibody (HIV).

Projected Release Date: _____.

================================================================================

_____ The above inmate has tested POSITIVE for the Human Immunodeficiency
      Antibody (HIV).

Per Bureau of Prisons policy, this inmate has received repeat Human
Immunodeviciency Antibody testing and confirmatory antibody testing.

Initial HIV Specimen Date: _____    Result: _____

Repeat HIV Specimen Date: _____    Result: _____

Western Blot Date:        _____    Result: _____

Laboratory Comments:


PEND = PENDING
NEG  = NEGATIVE
POS  = POSITIVE
UNK  = UNKNOWN


-------------------------------------------------------------------------------
  Date Drawn:              |  Test Completion Date    |  Performed by
    12/22/03               |      12/22/03            |
                           |                          |  Reviewed by:
-------------------------------------------------------------------------------

2537



40428053

27-Oct-2004   08:49:22     ALLEN
40 Years                    Male

Rate   68    · NORMAL SINUS RHYTHM, RATE   68................normal P axis, PR, rate & rhythm
PR     176
QRSD   92
QT     350
QTc    372

--Axis--
P      71
QRS    25
T      45

-  NORMAL ECG  -

Unconfimed diagnosis.

Reviewed by D. Olson, MD
Date: 10/28/04

Operator: JTF

FCI MC KEAN

25 mm/s    10 mm/mV    ~ 0.15 Hz — 40 Hz    HP 709   0 2326

**BRADFORD REGIONAL MEDICAL CENTER EMERGENCY DEPARTMENT**

| FIN. CL. | ADMIT BY | | TIME | | AGE | |
|---|---|---|---|---|---|---|
| 4361609 | 11 | KRY | 11/01/03 | 21:19 | AMBL | 05/02/64 | 39 | 000223187 |

CERT

| PATIENT MIDDLE NAME | SEX | M/S | RACE | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| ALLEN | ANTHONY | | M | | B | |

| PATIENT ADDRESS | CITY | STATE | ZIP CODE | COUNTY | A/C TELEPHONE NO. | ACCIDENT DATE & TIME | CODE |
|---|---|---|---|---|---|---|---|
| BOX 500 | BRADFORD | PA | 16701 | MCK | 814 362-8900 | 11/01/03    09:00pm | 11 |

| GUARANTOR NAME | | GUARANTOR ADDRESS | GUARANTOR TELEPHONE | GUARANTOR S/S NO. |
|---|---|---|---|---|
| FCI MCKEAN | | BOX 500 BRADFORD,PA 16701 | 814 362-8900 | |

| EMERGENCY CONTACT NAME/NEAREST RELATIVE | RELATIONSHIP | ADDRESS | EMERGENCY TELEPHONE |
|---|---|---|---|
| FCI MCKEAN | GUARDIAN | BRADFORD, PA 16701 | 814 362-8900 |

| EMPLOYER OF PATIENT | EMPLOYER ADDRESS | EMPLOYER TELEPHONE |
|---|---|---|
| FCI MCKEAN INM | PO BOX 5000 BRADFORD,PA 16701 | 814 362-8900 |

NOTIFIED: ☐ POLICE  ☐ CORONER  ☐ RELATIVE   TIME: _____

| EMPLOYER OF GUARANTOR | EMPLOYER ADDRESS | EMPLOYER TELEPHONE |
|---|---|---|
| FCI MCKEAN INM | PO BOX 5000 BRADFORD,PA 16701 | 814 362-8900 |

| INSURANCE NAME | SUBSCRIBER NAME | REL | POLICY/CERTIFICATE ID | GROUP NO. |
|---|---|---|---|---|
| FCI MCKEAN INMATE | MCKEAN,FCI | GU | INMATE # 40426 | |

| REFERRING PHYSICIAN | P/T | SERVICE | E.R F |
|---|---|---|---|
| DR. GLENN IRWIN | E | EMERGE | |

| FAM NO. | FAMILY PHYSICIAN | PRE CERTIFICATION |
|---|---|---|
| | | |

| ADM DIAG | DIAG DESC |
|---|---|
| | |

**STATUS**

**MEDICAL RECORD**

☐ OP Discharged

☐ IP Admission

Admitting Physician _____    Please do not admit to "Covering" phy.

Admitting Diagnosis _____

*99284* *85*

Room Number [_____]    Status  ☐ Inpatient Admit
                                  ☐ Telemetry        1) 787.03
Nursing Supervisor Notified  ☐ Yes  ☐ No  ☐ Isolation
Patient Transported to       ☐ Yes  ☐ No  ☐ Infection    2) 558.9
                                  ☐ O2 Needs
Patient is able to sign      ☐ Yes  ☐ No  ☐ Patient Request Private
Family Member Available      ☐ Yes  ☐ No  ☐ Outpatient - SDS
    Please route family to the Admitting Office   ☐ Outpatient - Observation

Comments [_____]

**AUTHORIZATION TO RELEASE INFORMATION** - I hereby authorize the above named hospital to release the medical information to my insurance company for the services rendered this date _____.

SIGNED

**ASSIGNMENT OF INSURANCE BENEFITS** - I hereby authorize payment directly to the above named hospital for benefits herein specified and otherwise payable to me but not to exceed the hospital's regular charges for this period of hospitalization. I understand that these benefits will be applied to these charges and any other balance due the hospital. I also understand that a COPY of this authorization is as valid as the original. Date _____

SIGNED

CMRE 13