Case 1:... SJM SS5    Document 10-2    Filed 09/02/2005    Page 1 of 25



01-Nov-2003  20:04:25

FCI MC KEAN

| | |
|---|---|
| Rate | 69 |
| PR | 0 |
| QRSD | 114 |
| QT | 365 |
| QTc | 391 |

--Axis--
P
QRS   23
T     43

AGE NOT ENTERED, ASSUMED TO BE 50 YEARS FOR PURPOSE OF ECG INTERPRETATION
POSSIBLE ATRI FLUT/FIB, A-RATE 444 V-RATE 69....................multiple P's
ANTERIOR Q WAVES, POSSIBLY DUE TO LVH.....................Q>30mS V1 V2 & LVH

- ABNORMAL ECG -

Unconfirmed diagnosis.



Case 6c73c1e6f1731047 · SJMHS · Document ID 05 · Printed 09/02/2005 Page 2 of 25

40428 053

01-Nov-2003 20:07:17 ALLEN Male
39 Years

Operator: SL

FCI MC KEAN

| Rate | 65 |
| PR | 169 |
| QRSD | 101 |
| QT | 361 |
| QTc | 375 |

--Axis--
| P | 89 |
| QRS | 34 |
| T | 36 |

NORMAL SINUS RHYTHM, RATE 65...............................normal P axis, PR, rate & rhythm
BORDERLINE LEFT ATRIAL ABNORMALITY.....................P>30ms, <-10uV V1
CONSIDER ANTEROSEPTAL INFARCT.........................Q>30mS, S>30mS, V1 V2

- ABNORMAL ECG -

Unconfirmed diagnosis.



48428 053

01-Nov-2003  20:10:05    AILEN
39 Years              Male

Operator: SL

FCI MC KEAN

| | | | |
|---|---|---|---|
| Rate | 65 | : IRREG RH'M OF UNCERT ORIGIN, VAR'D RATE 58- 79......................V-rate variation>10% |
| PR | 160 | : BORDERLINE LEFT ATRIAL ABNORMALITY......................P>30mS, <-.10mV V1 |
| QRSD | 109 | : INCOMPLETE RIGHT BUNDLE BRANCH BLOCK.............QRS>100, terminal axis(90,270) |
| QT | 419 | : PROBABLE LEFT VENTRICULAR HYPERTROPHY.................LVH voltage with LAA or LAD |
| QTc | 436 | : ANTERIOR Q WAVES, POSSIBLY DUE TO LVH..................Q>30mS V1 V2 & LVH |
| --Axis-- | | |
| P | 65 | |
| QRS | 15 | |
| T | 22 | |

- ABNORMAL ECG -          Unconfirmed diagnosis

BRADFORD NURSING PAVILION

| DATE | Note progress of case, complication, consultations, change in diagnosis, condition on discharge, instructions to patient |
|------|--------------------------------------------------------------------------------------------------------------------------|

ECG    HR:    67    BPM        SpO2:    --- %        Resp:    17    RPM



NIBP:    ---  / ---  ( --- )  mmHg        *        Interval:  OFF        E*

IBP1:    --- / ---  ( --- )  mmHg



min.            Temp:    * ---  * F    IBP2:    --- / ---  ( --- )  mmHg

**PROGRESS RECORD**

124        6000-124    10/01

# BRADFORD REGIONAL MEDICAL CENTER
## EMERGENCY DEPARTMENT
### INSTRUCTIONS FOR FOLLOW-UP CARE

**1**

EMERGENCY ROOM
PHONE (814) 362-8274

Name *Anthony Allen*

THANK YOU FOR CHOOSING BRMC EMERGENCY DEPARTMENT FOR YOUR MEDICAL NEEDS. WE HOPE YOU ARE SATISFIED WITH THE CARE YOU RECEIVED. PLEASE CALL THE EMERGENCY ROOM AT (814) 362-8274 OR THE PATIENT REPRESENTATIVE AT (814) 362-8670 IF THERE IS ANY PROBLEM. YOU HAVE RECEIVED CARE FOR AN ACUTE CONDITION. DIAGNOSIS IS NOT ALWAYS CLEAR-CUT UNDER THESE CIRCUMSTANCES AND INDIVIDUAL RESPONSE TO ILLNESS, INJURY AND TREATMENT IS UNPREDICTABLE AT TIMES. THEREFORE, SHOULD ANY OF THE FOLLOWING OCCUR, PLEASE CONTACT OR REPORT TO THE EMERGENCY ROOM  OR YOUR PRIVATE PHYSICIAN.

Your current symptoms persist or worsen _____ ☐ card given
New symptoms develop particularly _____
You feel you are having difficulty with medication
You have any questions that you feel are important,

**Other instructions:**

① Diet as tolerated

② Nothing but small amts of clear liquids tonight

③ Follow up with regular MD

④ Return if any problem

☐ **MEDICATION**
* The medication you have been prescribed may cause drowsiness. Do not drink alcohol, operate machinery or drive a vehicle while using.                    ☐ medication information sheet given.

☐ **CULTURE REPORTS**
* You will be contacted if your culture results indicate that a change in your treatment will be needed.

☐ **X-RAY REPORTS**
* Your x-rays have been read by the Emergency Room physician. They will also be interpreted by a radiologist tomorrow. Should there by a significant change in diagnosis, you will be notified.

☐ **TETANUS TOXOID**   ☐ **DIPTHERIA TETANUS**
☐ **DIPTHERIA, PERTUSSIS, TETANUS**
☐ **VACCINE INFORMATION GIVEN**
Lot # _____ Manufacturer _____

Date *11-01-03*

Physician Signature _____
Nurse Signature _____
I understand the instructions given to me by the physician.
Patient Signature _____

431

6780-431 4/99

MC 90-436 Rel'd 11/03/03 09:35 From RADT To ER  4361609-3

```
                    *** BRADFORD REGIONAL MEDICAL CENTER ***
                        116 INTERSTATE PARKWAY
                        BRADFORD, PA   16701

                    *****  DIAGNOSTIC IMAGING DEPARTMENT *****
```

| Patient | FC | Admit | Birth Dt | Age | Sex | SSN | Room | PT | MR Number |
|---|---|---|---|---|---|---|---|---|---|
| 4361609 | 11 | 11-01-03 | 05-02-64 | 39 | M | | | E | 000223187 |

ALLEN,ANTHONY
BOX 500                    BRADFORD          Phone#: (814) 362-8900      Date: 11/01/03
Ref Phys:                                    PA 16701                    Time: 21:51
Att Phys: IRWIN,GLENN,,DR.
Adm Phys:                                    Adm Dx:
Procedure: 0865   DX - Chest                                             Tech: AY/SG

```
      Req Phys: IRWIN,GLENN,,DR.             Explained to Pt: Y
        Reason: ILLNESS                      Preg: NA       Shielded: Y
      Priority: ASAP                         2nd Chk LMP: MALE
   Date to do: 11-01-03                      AP ERECT CXR PORTABLE
 Preg Status: Patient is Male
  LMP Status:                                # Views: 1
     Portable: Y                             Student:
     Comments:                               AP: MAS 5      KvP 76     SID 60
                                             PA: MAS        KvP        SID
     Handicap:                               LAT: MAS       KvP        SID
   Resuscitate:          High Risk Falls:    OTH: MAS       KvP        SID
 Radiologist: Mark J. Welch, MD
======================= R A D I O L O G Y   R E S U L T ======================
0865 DX - Chest
```

Date Typed: 11/2/2003        Date Dictated: 11/2/2003

CHEST:

The heart is not enlarged.  Hyperaeration is noted.  No failure or
pneumonia is seen.

IMPRESSION:

No acute disease.

kte


                    Electronic verification by  Mark J. Welch, MD

BRADFORD REGIONAL MEDICAL CENTER
116-156 Interstate Parkway Bradford PA 16701
**LAB REPORT**

# ALLEN, ANTHONY

BIRTHDATE:        05/02/1964 M 39
PATIENT #:        000223187
PT PHONE#:        (814)362-8900
COLLECTED:        11/01/03  21:40
REPORT TO:        IRWIN JR, GLENN J

REQ.PHYSICIAN: IRWIN JR, GLENN J

| TEST NAME | RESULTS | REFERENCE VALUES | UNITS | TS |
|-----------|---------|------------------|-------|-----|

### CPK MB'S AND ISOENZYMES

| | | | |
|---|---|---|---|
| CPK | 185 | 5-202 | U/L |
| CPK MB | 1.0 | 0.0-5.0 | ng/mL |

A value greater than 5.0 ng/ml or a % ratio of MB to total CK greater than
2.5 is suggestive of an M.I. when the total CPK exceeds 100.

Interpretation should be based on a MINIMUM of 2 samples collected 4 to 6
hours apart.

| | | | |
|---|---|---|---|
| CPK/MB RATIO | 0.5 | 0.0-2.5 | % |
| TROPONIN-I | 0.00 | 0.00-1.50 | ng/mL |

EMERGENCY DEPARTMENT

LAB #D1010172

PRINTED 11/01/03 22:47 Page: 1

BRADFORD REGIONAL MEDICAL CENTER
116-156 Interstate Parkway Bradford PA 16701
**LAB REPORT**

# ALLEN, ANTHONY

| | |
|---|---|
| BIRTHDATE: | 05/02/1964 M 39 |
| PATIENT #: | 000223187 |
| PT PHONE#: | (814)362-8900 |
| COLLECTED: | 11/01/03  21:40 |
| REPORT TO: | IRWIN JR, GLENN J |

REQ.PHYSICIAN: IRWIN JR, GLENN J

| TEST NAME | RESULTS | REFERENCE VALUES | UNITS | TS |
|---|---|---|---|---|

## ROUTINE CHEMISTRY

### ROUTINE CHEMISTRY

| TEST NAME | | RESULTS | REFERENCE VALUES | UNITS |
|---|---|---|---|---|
| GLUCOSE | | 104 | 70-120 | mg/dl |
| BUN | L | 7.0 | 8.0-20.0 | mg/dl |
| CREATININE | | 1.3 | 0.7-1.5 | mg/dl |
| SODIUM | | 139 | 135-147 | mEq/l |
| POTASSIUM | | 4.2 | 3.5-5.5 | mEq/L |
| CHLORIDE | | 100 | 98-108 | mEq/L |
| CARBON DIOXIDE | | 27.4 | 24.0-30.0 | mEq/L |
| ANION GAP | | 12 | | |
| CALCIUM | | 9.7 | 8.4-10.7 | mg/dl |
| TOTAL PROTEIN | | 8.0 | 6.0-8.0 | g/dl |
| ALBUMIN | | 4.4 | 3.0-5.0 | g/dl |
| CHOLESTEROL | | 165 | 110-200 | mg/dl |
| TRIGLYCERIDES | | 53 | 35-230 | mg/dl |
| BILIRUBIN, TOTAL | | 0.9 | 0.0-1.0 | mg/dl |
| AST | | 22 | 10-42 | U/L |
| CPK | | 185 | 5-202 | U/L |
| STAT - CPK MB | | ORDERED | | |
| ALK PHOSPHATASE | | 112 | 17-120 | U/L |
| ALT | | 36 | 10-60 | U/L |
| AMYLASE | | 81 | 20-140 | U/L |
| LIPASE | H | 291 | 114-286 | U/L |
| MAGNESIUM | | 2.1 | 1.3-2.4 | mg/dL |

EMERGENCY DEPARTMENT

BRADFORD REGIONAL MEDICAL CENTER
116-156 Interstate Parkway Bradford PA 16701
**LAB REPORT**

## ALLEN, ANTHONY

| | |
|---|---|
| BIRTHDATE: | 05/02/1964 M 39 |
| PATIENT #: | 000223187 |
| PT PHONE#: | (814)362-8900 |
| COLLECTED: | 11/01/03  21:40 |
| REPORT TO: | IRWIN JR, GLENN J |

REQ.PHYSICIAN: IRWIN JR, GLENN J

| TEST NAME | | RESULTS | REFERENCE VALUES | UNITS | TS |
|---|---|---|---|---|---|

### HEMATOLOGY

**CBC WITH AUTOMATED DIFFERENTIAL**

| TEST NAME | | RESULTS | REFERENCE VALUES | UNITS |
|---|---|---|---|---|
| WBC | | 10.7 | 4.8-10.8 | |
| RBC | | 5.25 | 4.70-6.10 | X 1 millio |
| HEMOGLOBIN | | 16.4 | 14.0-18.0 | g/dl |
| HEMATOCRIT | | 46.5 | 42.0-52.0 | % |
| MCV | | 88.6 | 80.0-94.0 | fL |
| MCH | H | 31.3 | 27.0-31.0 | pg |
| MCHC | | 35.3 | 33.0-37.0 | g/dl |
| RDW | | 13.6 | 11.5-14.5 | % |
| PLATELET COUNT | | 280 | 130-400 | X 1000/uL |
| NEUTROPHILS | H | 75.6 | 40.0-74.0 | % |
| LYMPHOCYTES | L | 13.1 | 19.0-48.0 | % |
| MONOCYTES | | 6.2 | 5.6-11.6 | % |
| EOSINOPHIL | | 3.1 | 0.0-7.0 | % |
| BASOPHILS | | 0.9 | 0.0-1.5 | % |
| LUC | | 1.1 | 0.0-4.0 | % |

EMERGENCY DEPARTMENT

LAB #D1010172
PRINTED 11/01/03 21:51 Page: 1

BRADFORD REGIONAL MEDICAL CENTER
116-156 Interstate Parkway Bradford PA 16701
**LAB REPORT**

# ALLEN, ANTHONY

| | |
|---|---|
| BIRTHDATE: | 05/02/1964 M 39 |
| PATIENT #: | 000223187 |
| PT PHONE#: | (814)362-8900 |
| COLLECTED: | 11/01/03  21:40 |
| REPORT TO: | IRWIN JR, GLENN J |

REQ.PHYSICIAN: IRWIN JR, GLENN J

| TEST NAME | RESULTS | REFERENCE VALUES | UNITS | TS |
|---|---|---|---|---|

## COAGULATION / SEROLOGY

**COAGULATION**

| TEST NAME | RESULTS | REFERENCE VALUES | UNITS |
|---|---|---|---|
| APTT | 22.1 | 0.0-40.0 | seconds |
| PROTIME CONTROL | 11.7 | | seconds |
| PROTHROMBIN TIME | 12.4 | 10.0-13.0 | seconds |
| INR | 1.1 | 0.0-4.5 | |

Recommended Ranges for Coumarin Using INR
------------------------------------------------------------

| | INR | Target |
|---|---|---|
| 1. Preoperative oral anticoagulant started two weeks before surgery | | |
|     Non-hip surgery | 1.5-2.5 | 2 |
|     Hip surgery | 2-3 | 2.5 |
| 2. Primary and secondary prevention of deep vein thrombosis | 2-3 | 2.5 |
| 3. Prevention of recurrent deep vein thrombosis (two or more episodes) | 2.5-4.0 | 3 |
| 4. Prevention of arterial thrombosis including patients with mechanical heart valves | 3.0-4.5 | 3.5 |

EMERGENCY DEPARTMENT

LAB #D1010172
PRINTED 11/01/03 22:21 Page: 1



43601604

7561609



BRADFORD REGIONAL MEDICAL CENTER
Department: ER
Room: 2
Operator: AMB

01-Nov-2003 21:26:18
39 Years

ANTHONY ALLEN
Male

0174
EK-1

SINUS RHYTHM WITH NORMAL EKG.

Normal sinus rhythm, rate 75...........
Early transition..........................Normal P axis, PR, rate & rhythm
.........................................QRS positive in V2

| Rate | 75 |
| PR | 167 |
| QRSD | 101 |
| QT | 341 |
| QTc | 381 |

--Axis--
P    56
QRS  -16
T    47

INTERPRETED BY:O. JAMIL, OTHERWISE NORMAL ECG -

Requested by:
IRWIN /Jamil

Unconfirmed MD must review.

01-Nov-2003  20:02:57

| Rate | 62 |
| PR | 0 |
| QRSD | 101 |
| QT | 366 |
| QTc | 372 |

--Axis--
P
QRS    27
T       35

AGE NOT ENTERED. ASSUMED TO BE 50 YEARS FOR PURPOSE OF ECG INTERPRETATION
POSSIBLE ATRI FLUT/FIB, A-RATE 431 V-RATE 62 . . . . . . . . . . . . . . .multip P's
PROBABLE LEFT VENTRICULAR HYPERTROPHY . . . . . . . . . . . . . LVH voltage with LAA LAD
ANTERIOR Q WAVES, POSSIBLY DUE TO LVH . . . . . . . . . . . . Q>30mS V1 V2, LVH
MINIMAL ST ELEVATION, INFERIOR LEADS . . . . . . . . . . . . . . ST> .06mV II III aVF

- ABNORMAL ECG -

Unconfirmed diagnosis.

25 mm/s    10 mm/mV    ~  0.15 Hz  —  40 Hz    HP709

REVIEWED BY:

H. BEAM, MD
FCI

FCI MCKEAN



01-Nov-2003  20:02:57

Rate    62    .  AGE NOT ENTERED. ASSUMED TO BE 50 YEARS FOR PURPOSE OF ECG INTERPRETATION
PR      0     .  POSSIBLE ATRI FLUT/FIB, A-RATE 431 V-RATE 62............................multiple P's
QRSD    101   .  PROBABLE LEFT VENTRICULAR HYPERTROPHY..........................LAA or LAD
QT      366   .                                                    LVH voltage with LAA & LVH
QTc     372   .  ANTERIOR Q WAVES, POSSIBLY DUE TO LVH............................Q>30mS V1 V2 & LVH
              .  MINIMAL ST ELEVATION. INFERIOR LEADS............................ST>.06mV II III aVF

--Axis--
P
QRS     27
T       35

- ABNORMAL ECG -

Unconfirmed diagnosis.

PCI MC KEAN

**PROBLEM LIST**

| APPROX. DATE ONSET | NO. | ACTIVE PROBLEMS | DATE NOTED | INACTIVE/RESOLVED PROBLEMS | DATE IF RESOLVED |
|---|---|---|---|---|---|
| | 1 | ? HTN — s̄ evidence found | | | |
| | 2 | hx of ⊕ PPD | | | |
| | | Neg PPD on 6/10/94 | | | |
| | 3 | NKDA | | | |
| | ~~4~~ | ~~+ Gastic HCV~~ ERROR AFM 7-12-95 A. GUNTHER, MD | 3/95 | | |
| 6/7/01 | 4 | Hemorrhoids | | | |
| 11/20/01 | 5 | RIH | | | |
| 1-27-04 | | Right inguinal hernia | | Repair of right inguinal hernia | 1-9-04 |
| | | Positive RPR at 1:1 ratio, with NHA-TA negative | | | |
| | | | | | |

Care Level I

| | |
|---|---|
| NAME | Allen, Anthony |
| BIRTH DATE | 40428-053 |
| SS/REG. NO. | 3/2/64 |

IHS-126
(REV. 01/89)

PROBLEM LIST

# Medication Summary Sheet

| | |
|---|---|
| Ord.Date 08/19/03 | ALLEN, ANTHONY GEORGE   W. COLLINS |
| | 40428-053   (1)Refills |
| Exp.Date 10/17/03 | TAKE TWO TABLETS EVERY TWELVE HOURS |
| Rx # 153309 | PENICILLIN VK 800 MG TAB   #30 |

| | |
|---|---|
| Ord.Date 08/19/03 | ALLEN, ANTHONY GEORGE   W. COLLINS |
| | 40428-053   (1)Refills |
| Exp.Date 10/17/03 | TAKE ONE TABLET EVERY EIGHT HOURS AS NEEDED |
| Rx # 153310 | IBUPROFEN 800 MG TAB   #20 |

Ord.Date 09/22/03   ALLEN, ANTHONY GEORGE   H. BEAM,MD
40428-053   (2)Refills
Exp.Date 12/20/03   TAKE 1 TABLET WITH A FULL GLASS OF WATER 3 TIMES DAILY. IMPORTANT: INCREASE YOUR DAILY FLUID AND WATER INTAKE.
Rx # 155292   FIBER TABLET   #90

Ord.Date 09/22/03   ALLEN, ANTHONY GEORGE   H. BEAM,MD
40428-053   (2)Refills
Exp.Date 12/20/03   UNWRAP AND INSERT 1 SUPPOSITORY INTO YOUR RECTUM 2 TIMES DAILY.
Rx # 155293   HYDROCORTISONE ACET. SUPPS, 24 25 MG SUPP   #20

Ord.Date 09/22/03   ALLEN, ANTHONY GEORGE   H. BEAM,MD
40428-053
Exp.Date 12/20/03   APPLY VERY SMALL AMOUNT TO THE AFFECTED AREA(S) 2 TIMES DAILY.
Rx # 155294   BACITRACIN OINT   #1

Ord.Date 10/28/03   ALLEN, ANTHONY GEORGE   H. BEAM,MD
40428-053   (0)Refills
Exp.Date 11/10/03   TAKE ONE TABLET THREE TIMES DAILY
Rx # 157572   nochart
METRONIDAZOLE 250 MG TAB   #30

Ord.Date 10/28/03   ALLEN, ANTHONY GEORGE   H. BEAM,MD
40428-053   (0)Refills
Exp.Date 11/10/03   TAKE ONE TABLET FOUR TIMES DAILY
Rx # 157571   nochart
PENICILLIN VK 500 MG TAB   #40

Ord.Date 11/03/03   ALLEN, ANTHONY GEORGE   H. BEAM,MD
40428-053   (0)Refills
Exp.Date 11/17/03   TAKE ONE CAPSULE TWICE DAILY UNTIL FINISHED
Rx # 157849   DOXYCYCLINE 100 MG CAP   #20

Ord.Date 12/01/03   ALLEN, ANTHONY GEORGE   S. LABROZZI
40428-053   (0)Refills
Exp.Date 12/14/03   TAKE ONE CAPSULE TWICE DAILY FOR 10 DAYS
Rx # 159449   DOXYCYCLINE 100 MG CAP   #20

Ord.Date 12/10/03   ALLEN, ANTHONY GEORGE   H. BEAM,MD
40428-053   (0)Refills
Exp.Date 12/17/03   TAKE ONE TABLET AT 7 AM, 12:00, AND 7 PM
Rx # 160137   SIMETHICONE (QUAL) 80 TAB   #30

Ord.Date 12/10/03   ALLEN, ANTHONY GEORGE   H. BEAM,MD
40428-053   (0)Refills
Exp.Date 12/17/03   TAKE ONE TABLET AT 7 AM, 12:00, 7 PM THEN DISCONTINUE
Rx # 160136   CHLORPHENIRAMINE 4 MG TAB   #15

Ord.Date 02/03/04   ALLEN, ANTHONY GEORGE   D. OLSON
40428-053   (0)Refills
Exp.Date 03/03/04   TAKE 1 TABLET 4 TIMES DAILY. DO NOT SKIP DOSES. (ANTIBIOTIC)
Rx # 162851   PENICILLIN VK 500 MG TAB   #12

Ord.Date 09/03/04   ALLEN, ANTHONY GEORGE   W. COLLINS
40428-053   (1)Refills
Exp.Date 11/01/04   TAKE TWO CAPSULES EVERY TWELVE HOURS
Rx # 172632   AMOXICILLIN 500 MG CAP   #30

Ord.Date 09/03/04   ALLEN, ANTHONY GEORGE   W. COLLINS
40428-053   (1)Refills
Exp.Date 11/01/04   TAKE ONE TABLET EVERY 8 HOURS WITH FOOD AS NEEDED
Rx # 172633   IBUPROFEN 800 MG TAB   #20

ALLEN, ANTHONY GEORGE
40428-053
MCKEAN HOUSING FACILITY - C01
08/19/2003

**FCI
McKean**

BP-S619.060
AUG 96

**IMMUNIZATION RECORD**  CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| 8/20/97 | coNN | 2460.11 | Nov. 25.98 | L.F | 0.1cc 1D | W. HAMANDi FCT MCKEAN | 8/22/97 | 0 x 0 mm | Bell |
| 8/4/98 | Conn. | 2478-11 | 7-7-99 | L FA | 0.1/1D | Matan FCl McKean | 8/6/98 | O X U | MG |
| 8/3/99 | Connaught | 2493.11 | 1/12/00 | N FA | 5TH ID | C. Seymore R.N. FCI McKean | 8/5/99 | 0X O | W. Howard |
| 8/30/00 | Pavis/A | CU149AA | 9/01 | L FA | 0.1/1D | Gary McKean | 9-1-00 | 0 X U | Guey |
| 9/5/01 | Aventis | C0B357A | 9/10/04 | LFA | 0.1cc 1D | Rhonabaker FCI McKean | 9/7/01 | 0 X U | Lindberg |
| 9/10/02 | Aventis | C0984AA | 5/4/04 | CFA | 0.1cc 1D | Lindburg McKean | 9/12/02 | 0 X O | MMSMith |
| 9/9/03 | Park | OUI13P | 5/04 | LFA | 0.1cc 1D | McKean | 9-11-03 | 0 X 0 | MMSmith |
| 9/13/04 | Park | 30154P | 8/05 | L FA | 0.1cc I.D | McKean | 9/15/04 | 0 |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Patient Identification
(Name, Reg #)                              (This form may be replicated via WP)

Allen, Anthony
44428-053

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 3-31-04 |
|---|---|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME**
Allen, Anthony

**2. IDENTIFICATION NUMBER**
40428-053

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP code)
1175 Park Place
Brooklyn

**5. EMERGENCY CONTACT** (Name and address of contact)
1175 Park Place
Brooklyn ny 11213

**6. DATE OF BIRTH** 3-2-64 **7. AGE** 40 **8. SEX** ☐ FEMALE ☑ MALE **9. RELATIONSHIP OF CONTACT** Wife

**10. PLACE OF BIRTH** Kingston Jamaica

**11. RACE** ☐ WHITE ☑ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOP DOJ

**12b. ORGANIZATION UNIT** FCI McKean

**13. TOTAL YEARS GOVERNMENT SERVICE** a. MILITARY / b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
P.O. Box 5000
Bradford, PA 16701

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION**
A+O   Bi-Annual

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | ~ | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | ✓ | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | BB. BREASTS | |
| | | | N/A | CC. PELVIC (Females only) | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

X - tattoo x1

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth)

| | 0 1 2 3 | Restorable Teeth | / 1 2 3 | Non-restorable teeth | X 1 2 3 | Missing Teeth | X X X 1 2 3 | Replaced by Dentures | 1 X 3 2 | Fixed Partial Dentures | | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 31 30 | | 32 31 30 | | 32 31 30 | | 32 31 30 | | 32 31 30 | | | |

R 32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 L
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

*540-00-634-4038

**STANDARD FORM 38** (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

26

BP-S354.060  **INTAKE SCREENING (MEDICAL)**  CDFRM
NOV 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution _McKean_ | Date of Arrival _2/2/04_ | Time of Arrival |
|---|---|---|

| Inmate's Name _Allen, Anthony_ | Register Number _40428-053_ |
|---|---|

**M E D I C A L     C L E A R A N C E**

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)


2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)


3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)


4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)


5. Disabilities?  ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
                                     Code(s)


6. Remarks:

   _EtHM , NKDA_

Medical Staff Signature _J. Fleming, EMT-P_  | Date _2/2/04_ | Time _1800_

Medical Staff Title _FCI McKean_
              _Paramedic_

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

NAME: Allen, Anthony

IDENTIFICATION NUMBER: 40428-053

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 6' 1" | 204 | Black | Brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | | | | 95.4 |

### 26. BLOOD PRESSURE (Arm at heart level) / 27. PULSE (Arm at heart level)

| A. SITTING SYS. | DIAS. | B. RECUMBENT SYS. | DIAS. | C. STANDING (5 mins.) SYS. | DIAS. | A. SITTING | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|---|---|---|---|---|---|---|---|---|---|---|
| 134 | 82 | | | | | 70 | | | | |

### 28. DISTANT VISION / 29. REFRACTION / 30. NEAR VISION

| | | | S. | CX | | CORR. TO | BY |
|---|---|---|---|---|---|---|---|
| RIGHT 20/ 70 | CORR. TO 20/ Forgot BY | | | | | | |
| LEFT 20/ 30 | CORR. TO 20/ glasses BY | | S. | CX | | CORR. TO | BY |

### 31. HETEROPHORIA (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### 32. ACCOMMODATION / 33. COLOR VISION (Test used and result) / 34. DEPTH PERCEPTION (Test used and score)

| 32. ACCOMMODATION | 33. COLOR VISION | 34. DEPTH PERCEPTION | |
|---|---|---|---|
| RIGHT WNL LEFT WNL | Passed | UNCORRECTED | |
| | | CORRECTED | |

### 35. FIELD OF VISION / 36. NIGHT VISION / 37. RED LENS TEST / 38. INTRAOCULAR TENSION

| 35. FIELD OF VISION | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|
| RIGHT WNL LEFT WNL | | | RIGHT | LEFT |

### 39. HEARING / 40. AUDIOMETER / 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

| | | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | 41. PSYCHOLOGICAL AND PSYCHOMOTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | | | |

### 42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

Fam. Hx – none

Med/Surg Hx – rt. inguinal hernia repair 1/04

*(Use additional sheets if necessary)*

### 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

EHM   no medical concerns

Rt. inguinal hernia repair ∅ problems

### 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

None at this time

### 45A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

### 46. EXAMINEE (Check)

A. ☒ IS QUALIFIED FOR   Reg. housing, duty,

B. ☐ IS NOT QUALIFIED FOR

### 45B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

48. TYPED OR PRINTED NAME OF PHYSICIAN   J. Glenn, FNP-C   FCI McKean
SIGNATURE   J. Glenn FNP-C

49. TYPED OR PRINTED NAME OF PHYSICIAN
SIGNATURE

50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which)   J. ___, MD   Clinical Director
SIGNATURE

51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY
SIGNATURE

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 11-20-01 |

**1. LAST NAME–FIRST NAME–MIDDLE NAME** Allen, Anthony

**2. IDENTIFICATION NUMBER** 40428-053

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)* Same

**5. EMERGENCY CONTACT** *(Name and address of contact)* 305 legion st Brooklyn N.Y 11212  Vyvonie Allen mother  Teddy Allen brother

**6. DATE OF BIRTH** 5-2-64

**7. AGE** 37

**8. SEX** ☐ FEMALE ☒ MALE

**9. RELATIONSHIP OF CONTACT** Mother or brother

**10. PLACE OF BIRTH** Jamaica W.I.

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOP DOJ

**12b. ORGANIZATION UNIT** McKean

**13. TOTAL YEARS GOVERNMENT SERVICE** a. MILITARY N/A  b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS** FCI McKean Box 5000 Bradford, PA

**15. RATING OR SPECIALTY OF EXAMINER** Hiv+ Hcd sugar or necessaries

**16. PURPOSE OF EXAMINATION** Bi Annual

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| | A. HEAD, FACE, NECK AND SCALP | | N/A | O. PROSTATE (Over 40 or clinically indicated) | |
| | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | N/A | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | NE | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| | F. MOUTH AND THROAT | (1) | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | (2) |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | (3) | N/A | BB. BREASTS | |
| | | | N/A | CC. PELVIC (Females only) | |

**NOTES:** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

1) - missing teeth ↑ ~ ↓

3) pt. has extremely large inguinal hernia (R) which extends down into scrotal sac. PT. states it causes no problems unless he eats "greasy foods" which causes pain in this area.

(2)- L Knee scar → pike accident  
Rt elbow  
- facial scars from childhood  
Tattoo ① chest

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)*

| | Restorable Teeth | Non-restorable Teeth | Missing Teeth | Replaced by Dentures | Fixed Partial Dentures |
|---|---|---|---|---|---|

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

A. URINALYSIS  
1) SPECIFIC GRAVITY  
2) ALBUMIN  
3) SUGAR  
4) MICROSCOPIC  

B. CHEST X-RAY OR PPD (Place, date, film number and result)  

C. BLOOD TYPE AND RH FACTOR  
D. SEROLOGY  
E. HIV  
F. OTHER TESTS

| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|
| Allen Critzman | 70428-003 | 5 |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|---|
| 72½ | 210 lbs | Brown | Brown | SLENDER | MEDIUM ✓ | HEAVY | OBES: | | 97° |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | |
|---|---|---|---|---|---|---|---|---|
| A. SITTING SYS / DIAS | B. RECUM-BENT SYS / DIAS | SYS / DIAS C. STANDING (3 mins.) | 124/82 | 1A. SITTING | 1B. RECUMBENT 72 R&R | 1C. STANDING (3 mins) R&R | 1D. AFTER EXERCISE | 1E. 2 MINS. AFTER |

### 28. DISTANT VISION
| RIGHT 20/ 10· | CORR. TO 20/ | BY | | 29. REFRACTION S | CX | | 30. NEAR VISION CORR. TO | BY |
| LEFT 20/ 100 | CORR. TO 20/ | BY | | S | CY | | CORR. TO | BY |

### 31. HETEROPHORIA (Specify distance)
3 glasses

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT WNL | LEFT WNL | Snellen pass | | CORRECTED |
| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION |
| RIGHT WNL | LEFT WNL | | | RIGHT / LEFT |

| 39. HEARING | | | 40. AUDIOMETER | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |

| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | |

### 42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY
E.H. 37 yr old c̄ no major health concerns or recurrent problems.

(Use additional sheets if necessary)

### 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)
- Pt. is non-smoker. Normally wears glasses to correct 20/100 vision bil.
- Extremely large, asymptomatic R inguinal hernia
- Pt is concerned about a reported ⊕ PPD from 1994. IM states this was an error and would like it corrected.

### 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)
N/A

| | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| | P | U | L | H | E | S |

### 46. EXAMINEE (Check)
A. ☑ IS QUALIFIED FOR  *full duty*
B. ☐ IS NOT QUALIFIED FOR

45B. PHYSICAL CATEGORY

### 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER
N/A

| A | B | C | E |
|---|---|---|---|

| 48. TYPED OR PRINTED NAME OF PHYSICIAN Bonnie A Saylor, NP | SIGNATURE Bonnie A Saylor, NP   Bonnie Saylor, NP |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| 50. TYPED OR PRINTED NAME OF DENTIST ___ MD (Indicate which) Clinical Director | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

*U.S. Government Printing Office: 1996 - 404-763/20080

STANDARD FORM 88 (Rev. 10-94) BACK

## REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| Allen Anthony | | 40428-053 |

| 4. HOME ADDRESS (Number, Street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| 305 lesion St Brooklyn, N.Y | A+O | 9-7-94 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE | | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| M | Blk | MILITARY / CIVILIAN | | BOP | FCT McKean |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 5-2-64 | Jamaica | |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| P.O. Box 5000, Bradford, PA 16701 | |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|

### CLINICAL EVALUATION

| NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL | NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary) |
|---|---|---|---|
| ✓ | 18. HEAD, FACE, NECK AND SCALP | | |
| ✓ | 19. NOSE | ✓ | ① Nose 1cm scar on anterior aspect due to trauma 8 years ago. |
| ✓ | 20. SINUSES | | |
| ✓ | 21. MOUTH AND THROAT | | |
| ✓ | 22. EARS—GENERAL (Internal canals) (Auditory acuity under items 70 and 71) | | |
| ✓ | 23. DRUMS (Perforation) | | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | | |
| | 25. OPHTHALMOSCOPIC | | |
| ✓ | 26. PUPILS (Equality and reaction) | | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, Fistulas) (Prostate, if indicated) | | |
| ✓ | 33. ENDOCRINE SYSTEM | | |
| ✓ | 34. G-U SYSTEM | | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | | |
| ✓ | 36. FEET | | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | | |
| ✓ | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | | |
| ✓ | 40. SKIN, LYMPHATICS | | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | | (Continue in item 73) |

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

| R I G H T | 1 32 | 2 31 | 3 30 | 4 29 | 5 28 | 6 27 | 7 26 | 8 25 | 9 24 | 10 23 | 11 22 | 12 21 | 13 20 | 14 19 | 15 18 | 16 17 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LABORATORY FINDINGS

| 45. URINALYSIS  A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | D. MICROSCOPIC | |
| C. SUGAR | | |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|

Standard Form 88 (Rev. 3-89)
General Services Administration
Interagency Comm. on Medical Records
FIRMR (41CFR) 201-45.505

MEASUREMENTS AND OTHER FINDINGS

| 51 HEIGHT | 52 WEIGHT | 53 COLOR HAIR | 54 COLOR EYES | 55 BUILD | | | | | 56 TEMPERATURE |
|---|---|---|---|---|---|---|---|---|---|
| 6'0 | 204 | Brown | Brown | ☐ SLENDER | ☒ MEDIUM | ☐ HEAVY | ☐ OBESE | | 95.0 |

| 57 | BLOOD PRESSURE (Arm at heart level) | | | | 58. | PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|---|---|
| A SITTING | SYS 130 DIAS 90 | B RECUMBENT | SYS DIAS | C STANDING (5 min.) | SYS DIAS | A SITTING 84/min | B AFTER EXERCISE | C 2 MIN. AFTER | D RECUMBENT | E AFTER STANDING 3 MIN |

| 59 | DISTANT VISION | | 60 | REFRACTION | | | 61 | NEAR VISION | |
|---|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | | CORR. TO | | BY |

| 62. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ES* | EX* | R.H. | L.H. | PRISM DIV | PRISM CONV. CT | PC | PD |

| 63. ACCOMMODATION | | 64. COLOR VISION (Test used and result) | 65 DEPTH PERCEPTION Test used and score | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|

| 70. HEARING | | | 71. AUDIOMETER | | | | | | | | 72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| | | | LEFT | | | | | | | | |

73 NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

① Hypertension since 5 years
② T.B. : denied
   HIV : denied
   Hepatitis : denied
   IVDA : denied

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

① Hypertension

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

None

| 76. A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |

77. EXAMINEE (Check)

A. ☒ IS QUALIFIED FOR    Regular Duty
B. ☐ IS NOT QUALIFIED FOR

B. PHYSICAL CATEGORY

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| A | B | C | E |
|---|---|---|---|

79. TYPED OR PRINTED NAME OF PHYSICIAN                    SIGNATURE

80. TYPED OR PRINTED NAME OF PHYSICIAN                    SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN    SIGNATURE
CLINICAL DIRECTOR

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY    SIGNATURE    NUMBER OF ATTACHED SHEETS

# REPORT OF MEDICAL EXAMINATION

| 1. LAST NAME–FIRST NAME–MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| Allen, Anthony | | 40428-053 |

| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| 289 Empire Blvd Brooklyn, NY 11225 | Nuclear Rehab | 16 Oct 92 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|
| Male | Black | Military N/A Civilian | BOP | MCC NY |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 2 May 64 (28) | KINGSTON, JAMAICA | ALLEN, Diana same as #4 |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| MCC - NEW YORK HEALTH SERVICES UNIT 150 PARK ROW NEW YORK, NEW YORK 10007 | |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |
|---|---|---|
| | | |

## CLINICAL EVALUATION

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

| | NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|---|
| | ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| | ✓ | 19. NOSE | |
| | ✓ | 20. SINUSES | |
| | ✓ | 21. MOUTH AND THROAT | |
| | ✓ | 22. EARS – GENERAL (INTERNAL CANALS) (Auditory acuity under items 70 and 71) | |
| | ✓ | 23. DRUMS (Perforation) | |
| | ✓ | 24. EYES – GENERAL (Visual acuity and refraction under items 58, 60 and 67) | |
| | ✓ | 25. OPHTHALMOSCOPIC | |
| | ✓ | 26. PUPILS (Equality and reaction) | |
| | ✓ | 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | |
| | ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| | ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| | ✓ | 30. VASCULAR SYSTEM (Varicosities,etc.) | |
| | ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| | ✓ | 32. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Prostate, if indicated) | |
| | ✓ | 33. ENDOCRINE SYSTEM | |
| | ✓ | 34. G-U SYSTEM | |
| | ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| | ✓ | 36. FEET | |
| | ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| | ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | ✓ | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| | ✓ | 40. SKIN, LYMPHATICS | |
| | ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| | ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL  ☐ RECTAL | |

Notes: BBR, 

rectal - 

1½" eliptical scar - old

ALCOHOL HX

DRUG HX

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

## LABORATORY FINDINGS

| 45. URINALYSIS.  A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN | D. MICROSCOPIC | |
| C. SUGAR | | |
| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR   50. OTHER TESTS |

Standard Form 88 (Rev. 3-89)
General Services Administration
Interagency Comm. on Medical Record
FIRMR (41CFR) 201-45.505