**NOTES**

0820 Received pt from OR post-op inguinal hernia repair. Pt arousable on cart. Dsg ↓ reinforced to verbal stimuli. Monitor for s/sx BP ↑ 105, pulse 90, 100% on O₂ 10 liters per mask. Lungs clear.
0835 Pt still resting quietly. Resp deep even, unlabored. Orients to quiet surroundings day. Instruct pt to relax. Encouraged to cough intermittently O₂ ↓.
Weaned O₂ sat ↓ 99 % on room air 0905. A-- pt continues
Pt also ∆ instructions given to OR. Reinforced understanding
Discharged from PACU. VS remain stable ---

**DISPOSITION OF PATIENT**
☑ PATIENT ROOM 504
☐ TRANSFER TO LOCAL HOSPITAL
☐ OTHER

POST OPERATIVE RECOVERY

**REPORT GIVEN TO:**
A. Wilkening

RN/PN  Wilkening

---

**Discharge Notes**

Dressings   ∅ gro. i

Drains   ∅

Tubes   ∅

IV   Saline lock

IV'S   Saline lock

**INTAKE/OUTPUT** Void
OR  450  PO  ∅
PACU 100     ∅

**POST OPERATIVE INSTRUCTIONS**

Medications   Percocet i - ii PO
q 6° prn pain

Intake/Output

Wound Care   Ice to incision x 24°

Activity   Clean/dry c Health
No tub/wash

Diet   resume prior diet

Safety Measures

Other

Patient's Statement of Understanding   Verbalized Understanding

40428-053
DOB 3-2-54

MEDICAL CENTER
FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

PATIENT IMPRINT

## PACU RECORD

| | | | | |
|---|---|---|---|---|
| PRE-OP DIAGNOSIS Hernia | | AGE 39 | SEX M | HT | WT |

| | SaO2 99 | BP 139/81 | T 96 | P 70 | R 20 |
|---|---|---|---|---|---|

ANESTHETIST Hipskind

SURGEON ASSTS Rotton, D.                        PS 1 (2) 3 4 5 E      ALLERGY NKDA

OPERATION Repair Right Inguinal Hernia w/ plug & patch

PATIENT HISTORY HTN Hemorrhoids,

MD/CRNA    RECEIVED BY Scott Giffin    R.N

Hipskind

Other ☐
IV Sed. ☐

E.T.T. ☐   None

___ @ 10 l/min

LR

FE groch

| POST-ANESTHESIA RECOVERY SCORE | | IN | 15 | 30 | 45 | HR | OUT |
|---|---|---|---|---|---|---|---|
| ACTIVITY Able to move voluntarily or on command | 4 EXTREMITIES 2 EXTREMITIES 0 EXTREMITIES | 2 (1) 0 | 2 (1) 0 | (2) 1 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| RESPIRATON | Able to deep breathe and cough freely Dyspnea, shallow, or limited breathing Apnea | 2 (1) 0 | (2) 1 0 | (2) 1 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| CIRCULATION Pre-Op BP 139/81 | BP ± 20mm of Preanesthesia Level BP ± 20-50 mm of Preanesthsia Level BP ± 50 mm of Preanesthesia Level | (2) 1 0 | (2) 1 0 | (2) 1 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| CONSCIOUSNESS | Fully Awake Arousable on calling Not Responding | 2 (1) 0 | 2 (1) 0 | 2 (1) 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| COLOR | Normal Pale, Dusky, Blotchy, Jaundiced, Other Cyanotic | (2) 1 0 | (2) 1 0 | (2) 1 0 | (2) 1 0 | 2 1 0 | 2 1 0 |
| | TOTAL | 8 | 9 | 9 | 10 | | |

| Route | Time | Given By | Medication/Dose | Route | Time | Given By |
|---|---|---|---|---|---|---|
| | | | | | | |

0930 0945 1000 1015



| 250 |
| 200 |
| 150 |
| 100 |
| 50 |

| R | X |
| MONITORS | R |
| BP | L |
| EKG |
| ALARM |

| Pulse Oximeter | 100 | 100 | 100 | 100 |
| Temperature | 95.7 |
| Urine | |
| NG | |
| Drains | |
| Other | |

SPG-51 Revised 06/00-jdd

## U. S. MEDICAL CENTER for FEDERAL PRISONERS
### Springfield, Missouri

### INDIVIDUAL EVALUATION/TREATMENT/MANAGEMENT PLAN

Goal Statement #1: Recovery from anesthesia.

1.    The patient recovers from anesthesia without untoward effects.

Objectives:

1.    The patient will remain free of respiratory distress.
2.    Maintain stable Vital Signs (VS).
3.    Maintain control of bleeding and dysrythmias.
4.    Maintain adequate urinary output.
5.    Maintain a reasonable level of comfort and be discharge instructions.
6.    Able to express an understanding of discharge instuctions.

Action Plan: (*Include staff name and title*)  *Scott Griffith RN*    S. GRIFFITH, RN, C

1.    Maintain airway.  Suction prn.  Assess respirations and monitor SaO₂.  Give O₂ per
      anesthesia.
2.    VS every 5-15 minutes.  Continuous cardiac monitor.  I&O.
      ❑     IV fluids: _____
      ❑     Blood: _____
      ❑     Medications: _____
3.    Assess level of consciousness (LOC) and ability to move extremities.  Turn, cough, and
      deep breathe (TCDB) on command.
4.    Gag and swallowing reflexes returned
5.    Assess comfort measures:
      ❑     Positioning: _____
      ❑     Elevation: _____
      ❑     Ice bag: _____
      ❑     Medictions per anesthesia: _____
            _____
5.    Briefly explain to the patients subject related to the; treatment, plan, medications, diet,
      activity, and tubes.  Answer questions.
6.    Discharge when criteria met to ward of residence or 1-4.
7.    Assess special needs:_____

Target Date: _1/9/0?_____    Treatment Review: _____

NAME/REGISTER NUMBER    ALLEN, ANTHONY                USMCFP-Springfield, MO/jdd
                        40428-053
                        MCFP SPG MO
                        DOB 3-2-54

U.S. Medical Center for Federal Prisoners
SPG-52 (Rev. 91)

# ANESTHESIA RECORD

| Date | OR No. | Page | of |
|------|--------|------|-----|
| 1-9-04 | | 1 | 1 |

**Diagnosis:** RIH

**Procedure:** Repair RIH Plug & Mesh
Rotton

**Surgeon(s):**

|  | START | STOP |
|---|---|---|
| Anesthesia | 0820 | 0910 |
| Procedure | 0832 | 0910 |

### RECOVERY
Location: PACU  Time: 0920
B/P: 130/80  O₂ Sat: 100
P: 46  R: 18  T: 95.8
Awake / Stable / Nasal Oxygen
Drowsy / Unstable / Mask Oxygen
Somnolent / Intubated / T-piece Oxygen
Unarousable / Ventilator / Oral-nasal airway

Recovery Notes: Responds

### MONITORS AND EQUIPMENT
- Steth: Precord Esoph Other
- Non-invasive B/P: Left Right
- Continuous EKG  V Lead EKG
- Pulse Oximeter  Oxygen Sensor
- End Tidal CO₂  BIS Analyzer
- Temp.  Nerve Stimulator
- Warming Blanket  EEG  Doppler
- Airway Humidifier  Fluid Warmer
- NG / OG Tube  Foley Catheter
- Art Line
- CVP
- PA Line
- IV(s)  22ga (hand)

### ANESTHETIC TECHNIQUE
General: Pre-Oxygenation  L.T.A.
- Rapid Sequence  Cricoid Pressure
- Intravenous  Inhalation
- Intramuscular  Rectal
Regional: Spinal  Epidural
- Axillary  Bier Block  Ankle Block
- Position
- Prep  Local
- Needle  25% Marcaine
- Drug(s)  10 cc
- Dose  Attempts x
- Site  Level
- Catheter  See Remarks
Other:  M.A.C.

### AIRWAY MANAGEMENT
Intubation: Oral  Tube size 8
- Stylet used  Nasal  Regular
- Magill's  Direct  RAE
- Fiber optic  Blind  Armored
- Blade 4  LMA  Laser
- Secured at 22 cm  Endobronch
- Attempts x 1  EtCO₂ present
- Breath sounds 2
- Uncuffed, leaks at ___ cm H₂O
- Cuffed  Min. occ. pres.  Air  NS
Airway: Oral  Nasal  Difficult,
Circuit: Circle  NRB  see Remarks
- Mask Case  Nasal Cannula
- Via Tracheostomy  Simple O₂ mask

### FLUID TOTALS
| Crystalloid | 450 | EBL | — |
| Blood | — | Urine | — |

### PRE-OP PATIENT EVAL:
ASA 1 2 3 4 5 6
AGE 39  HT. 6'1
WTG 196  KG
ALLERGIES NKDA
Hgb 15.6  Hct 40.3
K⁺ 5  PLT 234

### REMARKS
Machine Monitor
apney ned
@ pt in room
Monitored positions
Pre O₂ Indub
Et tube Difficulty
① Roccuronia 2nd tube
Spont Resp
Extubated
Responds to
PAR

---

### PREPROCEDURE
- Identified  Questioning
- Chart Reviewed  Questioned
- NPO Since  Permit Si

### Pre-anesthesia:
- Awake  Calm
- Apprehensive  Asleep
- Uncooperative  Confused

### PATIENT SAFETY
- Anes. Machine  Checked
- Safety Belt on  Roll
- Armboards  Axillary  Tucked
- Pressure  Arms T  ded
- Eye Care:  ointment  Sat
- Taped  Goggles

### FLUIDS/AGENTS

### TIME
0₂ X 2 2 X
090 X
1/0 1/0 0/1
0/0 0/0 0/45
Oxygen
N₂O
Versed 2
Propofol 100
Fentanyl
Robst 20 50 1:1000  Rocuronium 50 50  4

LR 1000
Urine
EBL

EKG
% O₂ Inspired  SR 30 3L 4L 3L
O₂ Saturation  100 71  100
End Tidal CO₂  37 36  35
Temp.  36.7 36.7 36.6
52  42 37
BIS

### MONITORS / VITAL SIGNS

Baseline Values
130/77
B/P
61 P
R

| TIME | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |

Tidal Volume  750 750 750 800
Resp. Rate  12 12 12 12
Peak Pressure  15 15 16 16
PEEP

### SYMBOLS
X ANESTHESIA
O OPERATION
∨ B/P CUFF PRESSURE
⊥ ARTERIAL LINE PRESSURE
▲ MEAN ARTERIAL PRESSURE
● PULSE
⊙ SPONT. RESP
⊠ ASSISTED RESP
⊡ CONTROLLED RESP
T TOURNIQUET

*All Rx's REC. IN "ML"

| TOURNIQUET # 1 | | |
|---|---|---|
| ↑ ___ HRS. | ↓ ___ TORR | |
| ___ HRS. | ___ MIN | |

| TOURNIQUET # 2 | | |
|---|---|---|
| ↑ ___ HRS. | ↓ ___ TORR | |
| ___ HRS. | ___ MIN | |

**Anesthesia Provider:** J Hipskind DO

**PATIENT IDENTIFICATION:**
Allen, Anthony
40428-053

**DO NOT THIN**

White- Chart Copy ● Pink- Department Copy

FPI-LOM

Developed by the American Association of Nurse Anesthetists - 1991

# PREANESTHESIA EVALUATION

| Age 38 | Sex M / F | Height 6'1" in / cm | Weight 196 / kg |

**Proposed Procedure** 1/9 RIH Repair

**Pre-Procedure Vital Signs** B/P 145/90 P 80 R T 97.5

| Previous Anesthesia / Operations | None ☐ | Current Medications | None ☐ |
| | | | |

| Family History of Anesthesia Complications | None ☐ | Allergies | NKDA ☑ |

## AIRWAY / TEETH / HEAD / NECK

**History From:**
- ☑ Patient  ☐ Significant Other
- ☐ Parent / Guardian  ☐ Chart
- ☐ Communication / Language Problems
- ☐ Poor Historian

| SYSTEM | WNL | COMMENTS |
|---|---|---|
| **RESPIRATORY** Asthma / Productive Cough, Bronchitis / Recent URI, COPD / SOB, Dyspnea / Tuberculosis, Orthopnea, Pneumonia | ☐ | Tobacco Use: ☐ Yes ☐ No _____ Packs / Day for _____ Years |
| **CARDIOVASCULAR** Abnormal EKG / Hypertension, Angina / MI, ASHD / Murmur, CHF / Pacemaker, Dysrhythma / Rheumatic Fever, Exercise Tolerance / Valvular Disease | ☐ | HTN & Tx'ned |
| **HEPATO / GASTROINTESTINAL** Bowel Obstruction, Cirrhosis, Hepatitis / Jaundice, Hiatal hernia / Reflux, Nausea & Vomiting, Ulcers | ☐ | Ethanol Use: ☐ Yes ☐ No Frequency _____  "Street Drug" Use: ☐ Yes ☐ No Frequency _____  RIH demonstrad |
| **NEURO / MUSCULOSKELETAL** Arthritis / Muscle Weakness, Back Problems / Neuromuscular Dis., CVA / Stroke / TIAs / Paralysis, DJD / Paresthesia, Headaches / ↑ ICP / Syncope, Loss of Consciousness / Seizures | ☐ | |
| **RENAL / ENDOCRINE** Diabetes, Renal Failure / Dialysis, Thyroid Disease, Urinary Retention, Urinary Tract Infection, Weight Loss / Gain | ☐ | |
| **OTHER** Anemia / Immunosuppressed, Bleeding tendencies / Pregnancy, Cancer / Sickle Cell Dis. / Trait, Chemotherapy / Recent Steroids, Dehydration / Transfusion History, Hemophilia | HIV ⊘ HEP ⊘ | |

### DIAGNOSTIC STUDIES

EKG 11/03 NSR R75

Chest X-ray

Pulmonary Studies

Other

### LABORATORY STUDIES

Hgb / Hct / CBC 12/29/03
13.6 / 47.3 / 7.3 / 234

Electrolytes
144 / 104 / 6
5 / 28 / 1.2 / 85

Urinalysis

Other

**Problem List / Diagnoses**

RIH

**PHYSICAL STATUS** 1 ②(circled) 3 4 5 E

**Planned Anesthesia / Special Monitors**

IV Gen EA w/leg, nsl

Dem 75
Phen 25 I PR

Pre-Anesthesia Medications ordered: permit — of above discuss
○ pts appears & understanding & consent
for planned anesth.

PATIENT PRE OP Evaluation Completed - Date: 1/9/04 Time: 0730

**Evaluator Signature** A HIPSKIND DO
**Date** 1/7/04
**Time** 0815

# U.S. MEDICAL CENTER SPRINGFIELD, MISSOURI
## PERIOPERATIVE NURSING ASSESSMENT AND CARE PLAN

*Check or circle the appropriate answer.*

| PRE-OP ASSESSMENT | INTRA-OP ASSESSMENT | POST-OP ASSESSMENT |
|---|---|---|

**PRE-OP ASSESSMENT** Date 1-9-04 Time 0730

Patient's Statement of Procedure: "Fix my hernia - right Inguinal"

### VERIFICATION OF
Patient by: ☒ Picture
☒ ID Band
☒ Consent ☒ Surgical Site

### PRE-OP TEACHING
Date 1-9-04 Time 0730

Interpreter: ∅

### MENTAL/EMOTIONAL STATUS
☒ Alert ☐ Sedated
☐ Confused ☐ Comatose
☐ Apprehensive
☒ Oriented by person, place, time

### SKIN
Intact (yes) no
COLOR: ☒ Pink ☐ Pale
☐ Flushed ☐ Jaundiced ☐ Cyanotic
TEMPERATURE/CONDITION:
☐ Cool ☒ Warm ☐ Hot
☒ Dry ☐ Diaphoretic

### RESPIRATORY
☒ Unlabored ☐ Labored
☐ Minimal Distress ☐ Ambu Bag
☐ Trach ☐ ET Tube
☐ Oxygen @ _____ 1/min

### CATHETERS/DRAINS/IVS
Present ☒ yes ☐ no
Describe: IV Left hand

### NPO ☐ NA ☒ yes ☐ no
Since: 2400 per patient
Allergies: None known

### AGE SPECIFIC ASSESSMENT
☒ Young Adult ☐ Older Adult
☐ Middle Adult

COMMENTS:
No Dentures
Operative Site marked
by D. Rotton

**R.N. Signature**
Linda Ray (Linda Ray)
USP LVN

---

### POSITIONS
Positioned by: Self to Bed
☒ Supine ☐ Prone
☐ Lithotomy ☐ Jacknife
☐ L ☐ R Lateral
Other: _____
Placement of Safety Strap: Thighs

### ARM POSITION
| | L | R | |
|---|---|---|---|
| along side | | | |
| armboard | X | X | |
| across chest | | | |

### POSITIONING AIDS
☐ Ax. Roll ☐ Pillows
☐ Chest Roll ☐ Shoulder Roll
☐ Stirrups ☐ Heel/Elbow Pads
☒ Gel Pads

Other: _____

### PREP
Betadine ☐ Gel ☐ Soap ☒ Solution
Other: _____
Shave/☒ Clippers ☐ N/A
by: C. Ray
area: Right Inguinal area

### CATHETER ☒ N/A
Size: _____
Inserted by: _____
Color/Amount: _____
COMMENTS: _____

COMMENTS: _____

**R.N. Signature**
Linda Ray (Linda Ray)

---

### TRANSFERRED BY: Dr Hyskind/IRay
TO: ☒ PACU VIA: ☒ OR Cart
☐ I - 4 ☐ Bed
☐ Qtrs. 0920 ☐ Other:
Report Given to: B. Painter RN

### SKIN INTEGRITY
☒ Same as Pre-Op
☒ Grounding Pad Site Checked
Other: _____

### RESPIRATORY STATUS
☒ Spontaneous ☐ Assisted
☐ Oral Airway ☐ ET Tube
☐ Trach ☐ Ambu Bag
☒ Oxygen @ 10 1/min

### LINES/DRAINS ☐ NA
☒ Peripheral IV ☐ NG Tube
☐ CVP ☐ Foley Catheter
☐ J-P Size: ☐ Penrose

Location: _____
Other: _____

### DRESSINGS/PACKINGS
☐ NA
Type: Primapore
Tape: _____

### LOCAL ANESTHESIA
DISCHARGE INSTRUCTIONS ☒ N/A
Instructions as per physician's orders discussed with pt. ☐ yes ☐ no

COMMENTS: _____

**R.N. Signature**
Linda Ray (Linda Ray)

ADDRESSOGRAPH:

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 3-2-64

SPG - 80
Revised December 1998

# U.S. MEDICAL CENTER SPRINGFIELD, MISSOURI
## INTRAOPERATIVE REPORT

| Date: 1-9-04 | | OR # 1 | | Wound Class: 1 |
|---|---|---|---|---|

**TIMES:**

| | Pt. In | Induction | Incision | Closure | Pt. Out |
|---|---|---|---|---|---|
| Procedure #1 | 0820 | 0820 | 0822 | 0910 | 0920 |
| Procedure #2 | | | | | |

Pre-Operative Dx. : Right Inguinal hernia

Procedure: Repair of right Inguinal hernia with insertion of mesh Plug and patch

Post-Operative Dx. : Same

Anesthesia   Type:   General  X   ,   Regional _____   ☐ IV Sed.   ☒ Local   ☐ None

Anesthesia   Staff: Dr Hipskind   ☐ Topical

Surgeon: D. Patton   First Assistant: S. Slous RN

Second Assistant: _____

Circulator: L. Ray RN   Relief: _____   In: _____ Out: _____

Scrub: M. Crom ST   Relief: _____   In: _____ Out: _____

Other Persons Present: _____   Title: _____

| COUNTS | Correct | Incorrect | NA |
|---|---|---|---|
| Sponge | X | | |
| Sharps | X | | |
| Instr. | | | X |
| Verified by: M. Crom ST / L Ray RN | | | |

**ESU**   ☐ Bipolar   ☐ NA
Serial # CU118711
Coag @ 36   Cut @ 30

**TOURNIQUET**   ☒ NA
Applied by: _____
L   R   Arm   Leg _____ MM/Hg _____
L   R   Arm   Leg _____ MM/Hg _____

**SPECIMENS**   Source: Right Inguinal
Pathology  ☐ NA   hernia sac
Cytology  ☒ NA _____
Culture  ☒ NA   ☐ Routine   ☐ Aerobic
   ☐ Fungus   ☐ AFB   ☐ Anaerobic
Site: _____

**INDICATORS**
EKG Lead   o
ESU Pad   ▭
IV   x
Safety Strap   +
Elbow Pads   ◯

X-ray / C-arm During Procedure
☐ Yes   ☒ No   X-ray Staff: _____

**COMMENTS:** _____

**IMPLANTS:**
Bard® Mesh PerFix® Plug,
Large, Monofilament
Knitted Polypropylene
Size: Large Plug
REF 0112770
LOT 43CND094

Right Inguinal
Exp 3-2008

| MEDICATIONS | ☐ NA | | |
|---|---|---|---|
| Medication | Dose | Route | |
| Bacitracin 50,000 U / 1000CC saline | | Irrigation | |
| Marcaine 0.25% Plain 10cc | | Injection | |

**ADDRESSOGRAPH**

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 3-2-54

USP LVN   ® PRINTED ON RECYCLED PAPER

5PG-79
Revised December 1998

MEDICAL RECORD

**REQUEST FOR ADMINISTRATION OF ANESTHESIA
AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES**

## A. IDENTIFICATION
1. OPERATION OR PROCEDURE

REPAIR OF *Right Inguinal* HERNIA *with plug and patch*

## B. STATEMENT OF REQUEST

I. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that not guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be: _____

*(Description of operation or procedure in layman's language)*

The surgical procedure of repairing a protrusion of an organ or tissue through an abnormal opening

which is to be performed by or under the direction of Dr. *Bolton, D.*
On *as scheduled* _____ (date)

2. I request the performance of the above - named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below - named medical facility, during the course of the above - named operation or procedure.

3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below - named facility.

4. Exceptions to surgery or anesthesia, if any, are:_____

*(If none, so state)*

5. I request the disposal by authorities of the below - named medical facility of any tissues or parts which it may be necessary to remove.

6. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions.

    a. The name of the patient and his\her family is not used to identify said pictures.

    b. Said pictures be used only for purposes of medical/dental study or research.

*(Cross out any parts above which are not appropriate)*

## C. SIGNATURES    *(Appropriate items in Parts A and B must be completed before signing)*

I. COUNSELING PROVIDER - I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

*(Signature of Counseling Provider)*

2. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

Signature of Witness, excluding members of operating team)    X _____ *(Signature of Patient)*    1/9/04    0700 *(Date and Time)*

SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent): I, sponsor/guardian of understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

Signature of Witness, excluding members of operating team)    (Signature of Sponsor or Legal Guardian)    (Date and Time)

PATIENT'S IDENTIFICATION   *(For typed or written entries give: Name-last, first, middle, grade; date; hospital or medical facility)*

** Mire el reverso para el español **

"This is a translation of an English-language document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language document."

"La siguiente es una traducción de un documento en ingles que se provee como cortesía a los que no hablan o son fluentes en ingles. Si existe alguna deferencia o mal entendido, el documento original en ingles es el válido."

ALLEN, ANTHONY
40428-053
MCFP SPG MO
DOB 3-2-54

**DO NOT THIN**

Institution Form No. SPG-8
Revised 1-30-97
Medical Center for Federal Prisoners, Springfield, Mo.

**DOCUMENTO**

**MEDICO**

**CARTA DE SOLICITUD**
**PARA LA ADMINISTRACION DE ANESTHESIA, PARA OBTENER TRATAMIENTOS**
**QUIRURGICOS, O PARA OTROS PROCEDIMIENTOS MEDICOS**

**A. IDENTIFICACION**

. Operacion a Procedimiento (Tratamiento)
   (Ver al reverso)

**B. DECLARACION DE SOLICITUD**

1. Me han explicado completamente la necesidad y el caracter (clase) de tal operacion (procedimiento quirurgico) o tratamiento medico (procedimeinto). Igualmente, me han explicado metodos alternativos de tratamiento; y entiendo los riesgos y las complicaciones que pueden ocurir. estoy de acuerdo, que no se me ha hecho ninguna garantia con respecto a los resultados de tal operacion o procedimiento. Entiendo que la operacion o tratamiento medico es el siguiente.

La cual sera ejecutada por/con la dirrection del Dr. ___(Ver al reverso)___

En ___(Ver al reverso)___ fecha

2. Solicito la operacion o tratamiento medico, mencionado anteriomente, y ademas, cualguier otra wperacion o procedimiento que se encuentre necesario o deseable, conforme la opinion del cuerpo medico de la institucion medica, aqui nombrada; mientras que se ejecute tal operacion a tratamiento.

3. solicito la administraciion de cual anestesia se considere necesaria o recomendable, conforme la opinion de los medicos profesionistas de la institution medica, aqui nombrada.

4. Contradicciones o exclusiones, a esta cirugia o adminstracion de anestesia son, (si las hubiera): __(Ver al reverso)__
                                                                                  *(si ninguna, declarelo as!)*

5. Solicito que las autoridades de la institucion medica, dispongan el destino final de los tejidos, o partes/miembros del cuerpo, que sea necesario extirpar (remover).

6. Entiendo que es posible, que tomen fotografias y peliculas de esta operacion; y que se pueden usar por raxones de entrenamiento o instuccion, con estudiantes y empleados nuevos de esta o otra institucion. Doy permiso para que tomen estas fofografias y peliculas durante la operacion; y para que personas autorizadas puedan observar la operacion, de acuerdo con las siguientes condiciones:
   a. Esta prohibido, usar el nombre del paciente o do su familia, para identificar tal pelicula o fotos.
   b. dichas peliculas y fotos, se usaran unicamente por razones de estudio medico/dental y para investigaciones escolares de la medicina.

**C. FIRMAS (Ver al reverso)**

1. CONSEJERO: He consejado a este paciente sobre la necesidad y el caracter del procedimiento(s) anticipado, los riesgos, y el resultado posible de tal procedimiento(s), segun como esta aqui escrito anteriormente.

2. PACIENTE: Comprendo la necesidad y el caracter del procedimiento(s) anticipado, los riesgos, y el resultado posible de tal procedimiento, segun como esta aqui escrito anteriormente; y solicito tal operacion o procedimiento(s).

3. TUTOR O PERSONA RESPONSABLE: (Cuando el paciente sea menor de edad, o no sea capaz de dar su consentimiento): Yo, (Ver al reverso) Tutor/Person Responsable por __Ver al reverso__ entiendo la necesidad y el caracter del procedimiento(s).

(FIRMA - VER AL REVERSO)

NSN 7540-00-634-4176                                                                600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

## SAME DAY SURGERY ASSESSMENT

**1/9/04**

**0705**

Mode of Arrival:     Ambulatory ✓ Wheelchair_____ Gurney_

Reason for Admission: Repair of (R) Inguinel Hernia w/ plug & patch

Medical/Surgical History: See H+P

Allergies: NKDA

If Allergic, Reaction:

NPO since 1·08·04 VS: BP 139/81 P 70 R 20 T96.1 SaO2 99 % RA

Height 6'1    Weight 198

### Pain Assessment

Are you Having Pain?    Yes    (No)    0  1  2  3  4  5  6  7  8  9  10

Location          Intensity          Frequency          Duration

Pre-op Teaching: Handout given: ✓   Post-op Teaching: Handout given: ✓

Verbalizes understanding of pre and post-operative teaching:

Permit Signed: ✓ Bracelet identification ✓ To OR via gurney

Discharge from PACU: (*See PACU Record*)    Signature S. Robinson CRNA

### DISCHARGE FROM 1-4:

Mode of Transportation:    Ambulatory____ Wheelchair_____ Gurney_____

Condition on Discharge:

Post op Teaching: (*see Discharge Summary*)

Admission to 1-4: (*see Nurses Note*)

INDIVIDUAL EVALUATION/TREATMENT/MANAGEMENT PLAN (see on back)

| PATIENT'S IDENTIFICATION (*Use this space for Mechanical imprint*) | RECORDS MAINTAINED AT | | |
|---|---|---|---|
| | PATIENT'S NAME (*Last, First, Middle initial*) | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| ALLEN, ANTHONY 40428-053 MCFP SPG MO DOB 3-2-54 | SPONSOR'S NAME | ORGANIZATION | |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV.5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-454.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

## INDIVIDUAL EVALUATION/TREATMENT/MANAGEMENT PLAN

### CONTINUATION SHEET

Goal Statement: PATIENT EDUCATION/DISCHARGE PLANNING for SAME-DAY SURGERY:(*name of procedure*)

The patient will verbalize/communicate an understanding of the pre-operative procedure and any medications/treatments and discharge plan before discharge from the hospital as by:

1. Patient will be able to communicate basic concepts taught.

2. Patient will demonstrate self-care skills prior to discharge.

    Action Plan: (Include staff name and title)

    A. Assess Educational Level upon Admission.

    B. Collaborate with Other Health Care Members on Educational Needs

    (Lab, Xray, Pt, Rehab, Physicians)

    C. Encourage and Answer Questions about Procedures and Test.

    D. Evaluate Ability to Perform Self Care.

**3. Post Procedure Pain Assessment**

Are you Having Pain?    Yes        No        0   1   2   3   4   5   6   7   8   9   10

Location            Intensity        Frequency        Duration

Target Date:

Treatment Review:

Nurses Signature:

MEDICAL RECORD                                CONSULTATION SHEET

| REQUEST | | |
|---|---|---|
| TO: _Dr Rotton_ | FROM: _Kury_ | DATE OF REQUEST: |

REASON FOR REQUEST:

39 y/o ♂ c̄ large Rt scrotal-inguinal hernia partially reducible

PROVISIONAL DIAGNOSIS:

| DOCTOR'S SIGNATURE _Kury_ | APPROVED | PLACE OF CONSULT ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ TODAY ☐ 72-HRS ☐ EMERGENCY |
|---|---|---|---|

CONSULTATION REPORT

EXAMINATION:

Pt examined chest _____

Temp R&H

Rec R&H

_Dictated_

| SIGNATURE AND TITLE | | 12 2303 DATE |
|---|---|---|

| IDENTIFICATION NO. | ORGANIZATION **MCFP Springfield, MO** | REGISTER NO. | WARD NO. |
|---|---|---|---|

PATIENT'S IDENTIFICATION

_Allen, Anthony_
_40128-053_

CONSULTATION SHEET
STANDARD FORM 513

NATHUM-SHEL GRAHAM, M.D., F.A.C.S.

BOARD CERTIFIED, AMERICAN BOARD OF SURGERY

| | |
|---|---|
| SURGICAL ASSOCIATES OF BRADFORD | OFFICE TELEPHONE (814) 368-7125 |
| 51 BOYLSTON STREET | OFFICE FAX (814) 368-9156 |
| BRADFORD, PA 16701 | |

ANTHONY ALLEN  10/27/03

**CHIEF COMPLAINT:**  Large right inguinal hernia.

**HISTORY:**  Mr. Allen is a 39-year old, Jamaican man who has had a slowly enlarging right inguinal hernia for a number of years.  It is getting larger.  It is no longer fully reducible and has been giving him more pain.  He is referred appropriately for hernia evaluation and repair.  He moves his bowels well, has no signs of constipation or bowel obstruction.  No nausea, vomiting, diarrhea, or any other GI symptoms.  He eats well and has maintained a stable weight.  He has no difficulty with urination.  He also does not have a chronic cough.  Source of the history is the patient is the patient and records from FCI McKean.

**PAST MEDICAL HISTORY:**

**MEDICATIONS:**  None.

**ALLERGIES:**  None.

**PREVIOUS SURGERY:**  None.

**MEDICAL PROBLEMS:**  None.

**REVIEW OF SYSTEMS:**  IN GENERAL:  No acute change in weight in the last six months, no change in energy level, no recent fall, and no depression.  HEAD: No head injuries, chronic headaches, or seizures.  EYES: No difficulty with vision, floaters, or bright lights.  EARS: No tinnitus or decreased hearing acuity.  THROAT: No difficulty with swallowing, difficulty speaking, or thyroid problems.  PULMONARY: No chronic cough, phlegm production, hemoptysis, or shortness of breath.  CARDIAC: No chest pain, angina, or history of myocardial infarction.  GASTROINTESTINAL: No history of peptic ulcer disease, hematemesis, nausea, or vomiting.  COLON: No rectal bleeding, change in bowel habits, or colitis.  HEPATOBILIARY: No cholecystitis, cholelithiasis, jaundice, hepatitis, or pancreatitis.  RENAL: No nephrolithiasis or hematuria. MUSCULOSKELETAL: No decrease in exercise tolerance or focal weakness. EXTREMITIES:  No lateralizing weakness or changes in endurance.  HEMATOLOGIC: No easy bleeding, bruising, or serious infections.  VASCULAR: No amaurosis fugax, TIA, stroke, no history claudication, skin ulcers, rest pain, or tissue loss.

**SOCIAL HISTORY:**  Patient is at FCI McKean and does not smoke.

**PHYSICAL EXAM:**  GENERAL:  Patient is a medium height, large boned, muscular male who is in no acute distress.  He weighs 200 lbs.  HEENT:  He a crew cut and does not wear glasses.  EARS, EYES, NOSE, and THROAT have no lesions.  NECK:  No adenopathy. LUNGS:  Clear.  HEART:  Regular rhythm and rate with no murmurs,

Evaluation/A. Allen
October 27, 2003
Page 2

gallops, or rubs.  ABDOMEN:  Soft and nontender with no masses.  Normal bowel sounds.  GENITALIA:  Normal uncircumcised penis, two descended testes, and a large soft partially reducible right inguinal hernia, which is inguinoscrotal.  It extends down covering the testicle.  Testicular atrophy cannot be well evaluated because of the bowel loops, which are around this, cannot be completely removed for full evaluation.

**IMPRESSION**:  (1) Large right inguinoscrotal hernia, which should be repaired.  Procedure, risks, and benefits are explained to the patient including, but not limited to bleeding, infection, testicular loss or atrophy, recurrence, and pain.  He gives informed consent.

(2) He has been having some pain in the teeth along the right side.  This is possibly a dental abscess.  This needs to be evaluated and corrected if there is an abscess prior to placement of a prosthetic permanent mesh, which could get contaminated by bacterial seeding at the time of manipulation of the dental abscess.

Thank you very much for the consult.

Nathaniel L. Graham, M.D.

NLG/pl

cc: Dr. Beam

Reviewed by D. Olson, MD
Date: 11/25/03

# ST. JOHN'S REGIONAL HEALTH CENTER
1235 E. Cherokee ~ Springfield, Mo. 65804-2263

### ANATOMIC PATHOLOGY

| | | |
|---|---|---|
| Name: **ALLEN, 40428-053** | Location: | SJ LAB |
| SJRHC EMR:090122235 | Client: | H MCFP Sensitive L.O.U. |
| Pt. Fin No: 12857325 | Collected: | 01/09/2004 |
| Age: 39 Years | Received: | 01/10/2004 |
| Birthdate: 03/02/1964 | Printed: | 02/18/2004 |
| Sex: Male | Order Physician: | Rotton, D. Brent |
| | Copy To: | |
| | Admit Physician: | Rotton, D. Brent |

*503 Dr. Hare*

## SURGICAL PATHOLOGY FINAL REPORT

**PATHOLOGY NO:**
**S-04-000614**

## Specimen Source
A     Hernia Sac, Inguinal, Right

**MCFP-#8162**
**Dr. Rotton**

## Clinical Information
Right inguinal hernia.

## Gross Description
Part A. Submitted in a container of formalin labelled "right inguinal hernia" is a tan
membranous fragment of tissue measuring 5.4 x 2.2 x 0.4 cm. Representative sections are
submitted in A1.

PR /SDC

## Microscopic Description
Microscopic examination was performed.

## Diagnosis
**Hernia sac, right, inguinal, herniorrhaphy**
**- fibroadipose tissue consistent with hernia sac.**

DeFlorio, Daniel, M.D.
(Electronically signed by)
Verified: 01/12/04
DD /AGS

---

MEDICAL RECORD                          CONSULTATION SHEET

| REQUEST | | |
|---|---|---|
| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |

REASON FOR REQUEST (Complaints and findings)

EYE EXAM : HTN

SUBJECTIVE : @PPD   blurred far

PROVISIONAL DIAGNOSIS

G-ge 40

| DOCTOR'S SIGNATURE D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY |
|---|---|---|---|

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity Distance OD 20/50   OS 20/70                    OD
                                                  TONOMETRY:      OS
              Near  OD .37m  OS .37m   √ uncorrected

External  normal 70

Internal

Refraction  OD  -1.25  20/20
            OS  -1.25  20/20

Diagnosis  myopia                                   OD 24+6'4

Analysis   requires eyeglasses

Plan       order eyeglasses

(Continue on reverse side)

| SIGNATURE AND TITLE  Christos J. Howard | | DATE 11/24/04 |
|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION FCI McKean   REGISTER NO. 40428-053 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Reviewed by D. Olson, MD
Date 11/24/04          Allen, Anthony

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

U.S. Bureau of Prisons
Dental/Medical History Form

1. Are you presently taking any medication?                    Yes        No
   If so, what?___Yes___High Blo___

2. Are you allergic to or have you had a reaction to any        Yes        No
   medication or drug? If so, what?_____

3. Have you been under the care of a physician during the
   past two years? If so, why?_____         Yes        No

4. Have you been hospitalized in the past two years?           Yes        No
   If so, why?_____

5. When you walk upstairs or take a walk, do you ever have
   to stop because of pain in your chest, shortness of
   breath, or because you feel very tired?                      Yes        No

6. Do your ankles ever swell during the day?                   Yes        No

7. Have you ever been treated for a tumor or growth?           Yes        No

8. Have you ever had abnormal bleeding?                        Yes        No

9. Have you had any serious difficulty with any previous
   dental treatment?                                            Yes        No

Circle any of the following that you have or have had:

Congenital heart defects                Heart murmur
Heart attack or heart trouble           Angina
Rheumatic Fever                         (High blood pressure) O.1
Stroke                                  Heart pacemaker
Asthma                                  Epilepsy or seizures
Anemia(blood problems)                  Diabetes
Hepatitis                               AIDS or HIV infection
Thyroid problems                        Emphysema
Chronic bronchitis                      Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea)  Psychiatric treatment
Arthritis                               Artificial Joint Prosthesis
Artificial Heart Valve

Do you have any disease, condition, or problem not listed?     Yes        No

WOMEN ONLY: Are you pregnant?                                  Yes        No

Name_Anthony Allen_          Reg. No._40407 P05 2_

Institution_FCI McKean_      Date_1-7-94_

INFORMATION FOR DENTAL SERVICE (To be filled in by referring agency)

DIAGNOSIS

**27. CHECK HERE IF HOSPITALIZED FOR DENTAL TREATMENT ONLY** ☐

HOSPITALIZATION

| 31. DATE | 32. SIGNATURE OF PHYSICIAN |
|---|---|

**AUTHORIZATION**

AUTHORIZED

35. SIGNATURE OF AUTHORIZING DENTIST

**36. TREATMENT RECORD**

| DIAGNOSIS—TREATMENT—REMARKS | SIGNATURE |
|---|---|
| O exam, HHx Reviewed, Sc, CO and best explained, STWNL, OHF | **ROBERT KIERSTEAD, DDS** R.F. KIERSTEAD R.F. Kierstead DDS |
| bumps on front teeth #9-11 little rough spots smooth temp. #9 & 11 smooth line #9 & 11 post of composite and are rough | **ROBERT KIERSTEAD, DDS** R Kierstead DDS |
| best temp IRM Lower left #21 best IRM #21 Place IRM | **ROBERT KIERSTEAD, DDS** |
| Place IRM - appt for amal place amal #21, new deep root canal on tooth 1.8 cc Lidocaine 2% nu anes capable. Attempt to see crown when he is released. | **ROBERT KIERSTEAD, DDS** R Kierstead DDS |

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) |
| --- | --- |

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| --- | --- | --- |
| 09/03/04 0705 hrs | S: "My gum is sensitive." (Pt. points area over #05) PI#: 1/10 O: Med Hx Rev'd: NKDA Gingiva above #05 area appears reddened (erythematous) Area in size approximately ½ c.m. Pt. admits to having placed aspirin tablets on gingival tissue A: #05 Gingival tissue: Chemical burn from use of aspirin being placed topically on tissues for relief of pain P: Instructed patient to cease use of placing aspirin on gingiva and explained that aspirin becomes acidic in presence of a solution Use warm (not hot) salt water rinses 2-3 x/day and tissue should heal. Use for 3 days. Take medication that was prescribed yesterday and that he got today Patient rendered time [illegible] | W.K. Collins, DDS Chief Dental |

Continued On Reverse Side

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)*

Allen, Anthony

| REGISTER NO. | WARD NO. |
| --- | --- |
| 40428-053 | |

**DENTAL TREATMENT RECORD**
HRSA-237 (4/95)

EF

**FCI McKean**

HRSA-237 (4/95)
(REVERSE)

FCI MCKEAN

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 9/10/04 1236 hrs | **Continuation of Comprehensive Exam** <br><br> 1. Charting    3. Oral Cancer Exam <br> 2. Oral Exam    4. Consultation <br><br> Pt to return to clinic for rest procedure | G.F. Greer D.D.S. <br> W. K. Collins, DDS <br> CDO <br> FCI McKean |
| 9/20/04 1204 hrs | SOA: Rt. Care Pt. <br> Med. Hist. Rvd NKDA. <br> P: Xylocaine 1:100,000 2% spir x 2 <br> occ. pit amalgam ē <br> copalite varnish #2 <br> Pt. completed | G.F. Greer, D.D.S. <br> W. K. Collins, DDS <br> CDC <br> FCI McKean |

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

4-10-04

| Examination: | ☐ Screening | ☑ Comprehensive | ☐ Periodic |
| --- | --- | --- | --- |



Occlusion  Class I

Oral Hygiene
(Good)   Fair   Poor

CPITN

Head & Neck/Soft Tissue

Fistula located B to #5. No endate

Additional Findings

D: 1
M: 5
F: 10

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☑ Radiographs 7-8-04

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☑ Periodontal Evaluation  ⓪ I  II  III
re eval

☐ Oral Surgical Procedures

☐ Endodontic

☑ Restorative
2-0 pr ex-20-04

☐ Prosthodontic Evaluation

| Patient Name | Number | Sex: M F | Age: |
| --- | --- | --- | --- |
| Allen, Anthony | 40408-053 | | 40 |

5-2-04

Dentist Signature                    Date
7-8-04

FCI McKean                    **W. K. Collins, DDS**
CDO
FCI McKean

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 09/02/04 1530 hrs | | S: Patient seen on 09/01/04, complaining of pain in upper (R) jaw. |

S: Patient seen on 09/01/04, complaining of
pain in upper (R) jaw.
~ pt # 04 #05

O: Med. Hx. new #. NKDA.
Patient seen at open house; patient has been
complaining of painful tooth for awhile.

A: #05, Periapical abscess

P: Explained to patient that the tooth #05 needs
to be extracted. Afterwards, a partial
denture could be made to replace not
only #05, but the rest of the missing
teeth in his maxillary arch. Upon
release from prison, implants could be
an option. Patient understands but still
did not say that he would allow #05
to be extracted.

Rx: Amoxicillin 500mg x 30, i q12h (refill)
Ibuprofen 800mg x 20, i q8h (refill)

Reviewed By:
V. Geza, PharmD

                                          K. Collins, D.D.S.
                                          CD
                                          FCI McKean

DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

...ge template provided in Spanish _____, or _____

| | | |
|---|---|---|
| ...e your currently taking any medication? If so, what? | ___ YES | ___ NO |
| ...e you allergic to or have you had a reaction to any medication or drug? If so, what? Antibiotic (weakness) | ___ YES | ___ NO |
| ...ve you been under the care of a physician during the past two years? If so, why? Same | ___ YES | ___ NO |
| ...ve you been hospitalized in the past two years? If so, why? allergic reaction to Meds | ___ YES | ___ NO |
| ...o you have or have you ever had a heart murmur or been treated for a heart condition? | ___ YES | ___ NO |
| ...ave you ever been treated for a tumor, growth, or cancer? | ___ YES | ___ NO |
| ...ave you ever had excessive or prolonged bleeding as a result of a medical ...dition or medication (ex. Hemophilia or blood thinners)? | ___ YES | ___ NO |
| ...o you have a latex allergy? | ___ YES | ___ NO |
| ...o you currently use tobacco products? | ___ YES | ___ NO |
| WOMEN ONLY: Are you pregnant? | ___ YES | ___ NO |

...k any of the following that you have had:

| | | | | | |
|---|---|---|---|---|---|
| Congenital heart defects | NO | Arthritis | NO | Epilepsy or seizures | NO |
| Heart attack or heart problems | NO | Artificial heart valve | NO | Diabetes | NO |
| Stroke | NO | Hepatitis (☐A ☐B ☐C) | NO | AIDS or HIV infection | NO |
| Rheumatic fever | NO | Any type of transplant | NO | Emphysema | NO |
| Mitral Valve Prolapse | NO | Steroid treatment | NO | Tuberculosis (TB) | NO |
| Anemia (blood problems) | NO | Sickle Cell Anemia | NO | Psychiatric treatment | NO |
| Thyroid problems | NO | Angina | NO | Artificial joint | NO |
| Chronic bronchitis | | High blood pressure | maybe | Radiation therapy | NO |
| STD (syphilis, gonorrhea, herpes) | NO | Heart pacemaker | NO | Asthma | NO |
| Angio edema | | Glucose – 6-phosphate dehydrogenase deficiency | | | |

...you have any disease, condition, or problem not listed? ___
...ck any of the following that you have had or applies to you:

| | | | | | |
|---|---|---|---|---|---|
| Sensitive teeth not now | NO | Unusual sounds while eating | NO | Burning tongue | NO |
| Bleeding gums | NO | Snoring | NO | Bad breath | NO |
| Food impaction | NO | Blisters on lips or mouth | NO | Decayed teeth not now | X |
| Pain around ear | NO | Clenching or grinding | NO | Loose teeth | NO |
| Tooth ache | NO | Swelling or lumps in mouth/throat | | Wear dentures | NO |
| Wear partial dentures | Abscess before | | | | |
| Crowns - cap | | | | | |

| | | |
|---|---|---|
| ...inted Name: Anthony Allen | Signature: Anthony Allen | |
| ...eg. No.: 40428053 | Institution: FCI McKean | |
| ...ate: 7/8/04 | Updated: | |

...his form may be replicated via WP)

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

**5/24/04**
**0845 HRS**

SOA Rt. care pt.
Med Hist Rvd
P. Lidocaine 1:100,000 2% epi x1
L canal rest. #6
Pt. completed

*[signature]* DDS
G.F. GREER DDS
*[signature]*
K. Collins, D.D.S.
McKean

William K. Collins, D.D.S.
CDO
FCI McKean

**7-8-04**
**1400h**

SOA: Rt Care pt
P: Comp HH, soft tissue exam, assessment,
VBWx4. Pt presents w/ mod → heavy
calc. Ultrasonic Q1-4, selective hand
scale, polish, OHI on brushing +
flossing. NEXT: Comp Exam

*[signature]* J Schroll RDH
J.L. Schroll, RDH
FCI McKean

*[signature]*
W. K. Collins, DDS
CDO
FCI McKean

(Continued On Reverse Side)

PATIENTS IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Allen, Anthony

REGISTER NO. 40428-053    WARD NO.

FCI McKean

DENTAL TREATMENT RECORD
HRSA-237 (4/95)
EF

| CLINICAL RECORD | DENTAL |
|---|---|

**1. CHART**



RIGHT  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  LEFT

32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

N.R.

**2. ROENTGENOGRAMS**
☐ PERIAPICAL  ☐ BITE WINGS  ☐ OTHER

**3. PERIODONTOCLASIA**
☐ INCIPIENT  ☐ MODERATE  ☐ SEVERE
☐ LOCAL  ☐ GENERAL

**4. CALCULUS**
☐ SLIGHT  ☐ MODERATE  ☐ HEAVY

**5. GINGIVAL PATHOLOGY**
☐ GINGIVITIS  ☐ VINCENT'S INFECTION
☐ STOMATITIS (Specify)

**6. DENTURE INDICATED (Include dentures needed after indicated extractions)**
☐ FULL UPPER  ☐ FULL LOWER
☐ PARTIAL UPPER  ☐ PARTIAL LOWER  ☐ REPAIR

**7. ABNORMALITIES OF OCCLUSION. ANGLES CLASSIFICATION**
☐ NORMAL

**8. DENTAL CLASSIFICATION**   **9. TYPE OF EXAMINATION**

**10. ADDITIONAL FINDINGS**

D – 2
m – 6
E – 7

* ↑ BP med

2 | | 3
1 | | 2

STWNL

**11. RECOMMENDATIONS**

Tx Plan
1.)

| **12. APPROXIMATE TIME REQUIRED FOR DENTAL TREATMENT** | **13. DATE** 9-7-94 | **14. SIGNATURE OF Dentist**  ROBERT KIERSTEAD, DDS |
|---|---|---|
| **15. GRADE, RATING, OR POSITION** | **16. TYPE OF BENEFICIARY** | **17. SEX** ☐ M ☐ F | **18. RACE** | **19. AGE** | **20. SERVICE** ☐ INPATIENT ☐ OUTPATIENT ☐ OTHER |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

**22. IDENTIFICATION NO.**   **23. REGISTER NO.**   **24. WARD NO.**

Allen, Anthony
46428-053
FCI McKean

**DENTAL**

Standard Form 521
521-108

GENERAL SERVICES ADMINISTRATION AND
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FIRMR (41 CFR) 201-45.505
OCTOBER 1975