BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

Examination: ☑ Screening    ☐ Comprehensive    ☐ Periodic

Occlusion *Class I*

Oral Hygiene
*Good*    Fair    Poor

CPITN

Head & Neck/Soft Tissue
*W/N/L*

Additional Findings *Calc, Sl.*

D: —
M: 6
F: 9

RIGHT / LEFT
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**

**Recommended Treatment Plan**

☑ Radiographs
*Pan + BW*

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☑ Periodontal Evaluation   O ☑ I  II  III

☐ Oral Surgical Procedures

☑ Endodontic
*Eval #5*

☐ Restorative

☐ Prosthodontic Evaluation

RIGHT / LEFT
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Patient Name        Number    Sex: M  F    Age:

40428-053
ALLEN, ANTHONY (5/2/1964)
HARE, S03 / SURGICAL, IN/MEDIUM

Dentist Signature        Date
PAT J. McDERMOTT, D.D.S.    1-07-04
CHIEF DENTAL OFFICER
MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| | | Admitted MCFP 12-18-03 |
| 1/21/04 | | 3" *(illegible)* *(illegible)*       *(illegible)* PAT D. McDERMOTT, D.D.S. CHIEF DENTAL OFFICER |
| 1-7-04 0800 hrs | | Exam, mobis, med Hx - OHI LEA*(illegible)* Den*(illegible)* ght CPITN. *(illegible)* PAT D. McDERMOTT, D.D.S. CHIEF DENTAL OFFICER |
| 1/23/04 | | 14:00 W reports immediate attention on abscessed tooth. On list. Advised to note until for an emergency. PAT D. McDERMOTT, D.D.S. CHIEF DENTAL OFFICER |
| 1-27-04 1300 | | S - has had abcess w/ drainage for several months (NR) *(illegible)* JAN M. GRAVES DENTAL ASSISTANT O - hard lump emerge buccal of #5 - took pan xray. and PA xray fistula #5 A. Periapical abscess #5 R. Pen VK 500mg qid x 10 days. Reviewed above. Next 1½ *(illegible)* *(illegible)* PAT D. McDERMOTT, D.D.S. CHIEF DENTAL OFFICER |

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|

Cont'd

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 08/18/03 0637 hrs | A: #05, Cellulitis 2° previous caries<br>T: Patient does not desire tooth ext. Advised patient that at this time, medication would be prescribed but that he cannot be maintained on prescriptions if swelling continues to reoccur or persist. Patient understands<br>Rx: PenVK 500mg × 30, ī q12h (refill)<br>Ibuprofen 800 mg × 20, ī q8h (refill)<br><br>Reviewed By:<br>V. Geza, PharmD | William K. Collins, D.D.S.<br>CDO<br>FCI McKean |
| 10/23/03 1254 hrs | S: R/V for F/U on #05<br>O: PI #0, Med. Hx. Rev'd: NKDA<br>Fistula present between #'s 05 & 06<br>#05: (?) Percussion, (?) Palpation<br>⊖ mobility<br>PA x: Radiolucency on one of roots<br>No decay | W. K. Collins, DDS<br>CDO<br>FCI McKean |

*(Continued On Reverse Side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Allen, Anthony

REGISTER NO.
40428-053

WARD NO.
FCI McKean    cont'd
over

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

HRSA-237 (4/95)
(REVERSE)

FCI McKean

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
| 10/22/03 1254 hrs | A: #05, Periapical abscess 2° previous caries infecting pulp. P: Patient still does not desire tooth extracted. Patient to RTC if symptoms continue and/or worsen. Patient understands. Rx: None | William K. Collins, D.D.S. CDO FCI McKean |

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☐ Screening | ☐ Comprehensive | ☐ Periodic |
|---|---|---|---|

**Occlusion** — Class I

**Oral Hygiene** — (Good) ⟵⟶ (Fair)  Poor

**CPITN**

| 2 | 2 | 2 |
|---|---|---|
| 2 | 2 | 2 |

**Head & Neck/Soft Tissue** — STWNL

**Additional Findings**

D: 2
M: 6
F: 9

#4 tooth brush abrasion
#13

RIGHT  1 2 X 4 5 6 7 8 9 X 11 12 13 X X 16 LEFT
32 X X 29 28 27 26 25 24 23 22 21 20 19 18 17

SS.

PVC  PVC PVC

---

**Treatment Completed**

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☐ Radiographs  4-28-03

☐ Dental Prophylaxis  2-26-03
☐ Oral Hygiene Instruction  4-28-03

☐ Periodontal Evaluation   O   I   II   III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative
4-occ
#9 lingual (under margin)

☐ Prosthodontic Evaluation

**Patient Name**  Allen, Anthony
**Number**  40428-053
**Sex:** (M) F
**Age:** 3/2/4

FCI McKean

**Dentist Signature** _____
**Date** 2-26-03

William K. Collins, D.D.S.
CDO
FCI McKean



| Federal Bureau of Prisons Clinical Dental Records | | |
|---|---|---|
| Date/Time | # | Diagnosis - Treatment - Remarks |
| 2-26-03 1130 hrs | | SOA: Routine care patient. p: update med hist. Soft tissue exam. Scale with ultrasonic scaler, 2 up/2 wire oral hygiene instruc. Mist scale, polish 4 bite wing x-rays topical fluoride application Jody L Batista RDH Jody L Batista RDH William K. Collins DDS **William K. Collins, D.D.S. CDO FCI McKean** |
| 4-28-03 0930 hrs | | SOA: Routine care patient. p: update med hist, 4 bite wing x-rays scale polish, topical fluoride applied Comp exam per Dr Collins   Jody L Batista Jody L Batista William K. Collins DDS **William K. Collins, D.D.S. CDO FCI McKean** |
| 08/18/03 0637 hrs | | S: " I have some swelling right here. The tooth where the filling was out." (Patient points to to #5, PI #: 3) O: Med. Hx Rev'd: NKDA #05, DO amalgam restoration is present. Swelling above #05. W K Collins DDS **William K. Collins, D.D.S. CDO FCI McKean** |

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| 09/19/2000 1030 hrs | S: "My tooth is chipped and is sensitive to cold liquids" <br> O: #4, (1) (2) carious lesion <br> (3) percussion, (4) palpation <br> Med Hx. reviewed <br> A: #4, reversible pulpitis <br> P: Lidocaine 2% c 1:50,000 epinephrine x3, caries removal, dycal, IRM for a DO provisional restoration, occlusal adjustment. | William Collins <br> **W.K. COLLINS, DDS** <br> C D O <br> FCI McKean |
| 01/19/2001 0715 hrs | S: "My filling is out." <br> O: Med Hx. reviewed <br> Patient points to #17 <br> #17, appears normal <br> A: #17, WNL <br> P: Patient assured that #17 is WNL | William Collins <br> **W.K. COLLINS, DDS** <br> C D O <br> FCI McKean |

(Continued On Reverse Side)

PATIENTS IDENTIFICATION (For typed or written entries give. Name - last, first, middle; grade; date; hospital or medical facility)

Ellen, Anthony

FCI McKean

REGISTER NO. 402668 - 053

WARD NO.

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS · TREATMENT · REMARKS | SIGNATURE |
|---|---|---|
| 12/09/02 1300 hrs | S: "My tooth has been hurting for a long time" (Patient points to #05) P.T. #8 | |
| | O: Med Hx Rev'd: NKDA | |
| | #05, DO carious lesion | |
| | ⊖ Percussion, ⊖ Palpation | |
| | P/A X: Radiolucency at apex | |
| | radiolucency in crown | |
| | A: #05 Periapical abscess 2° chronic caries | |
| | P: Patient does not desire tooth extracted. Advised patient that a restoration would be attempted but could not predict if tooth would accept it. Patient understands. | |
| | Lidocaine 2% c̄ 1:100,000 epinephrine × 2½; caries removal, dycal, etching agent (Ketac), Ketac Silver restorative material for DO restoration. Occlusal adjustment. | W.R. Collins, DDS Chief Dental |

U.S. Bureau of Prisons
Dental/Medical History Form

MEDICAL CENTER FEDERAL PRISONERS 1900 WEST SUNSHINE - SPRINGFIELD MO 65807

1.   Are you presently taking any medication?              Yes      (No)
     If so, what?_____

2.   Are you allergic to or have you had a reaction to     Yes      No
     any medication or drug?  If so, what?_____

3.   Have you been under the care of a physician during the Yes     No
     past two years?  If so, why?_____

4.   Have you been hospitalized in the past two years?     Yes      No

5.   When you walk upstairs or take a walk, do you ever have
     to stop because of pain in your chest, shortness of
     breath, or because you feel very tired?              Yes      (No)

6.   Do your ankles ever swell during the day?            Yes      (No)

7.   Have you ever been treated for a tumor or growth?     Yes      (No)

8.   Have you ever had abnormal bleeding?                  Yes      (No)

9.   Have you had any serious difficulty with any previous
     dental treatment?                                    Yes      (No)

Circle any of the following that you have or have had:

Congenital heart defects          Heart Murmur
Heart Attack or heart trouble     Angina
Rheumatic Fever                   High blood pressure
Stroke                            Heart pacemaker
Asthma                            Epilepsy or seizures
Anemia (blood problems)           Diabetes
Hepatitis                         AIDS or HIV infection
Thyroid problems                  Emphysema
Chronic bronchitis                Tuberculosis (TB)
Venereal disease (syphilis, gonorrhea) Psychiatric Treatment
Arthritis                         Artificial Joint Prosthesis
Artificial Heart Valve            Dialysis
Cancer

Do you have any disease, condition, or problem not listed?    Yes    No

40428-053
ALLEN, ANTHONY (5/2/1964)              Reg. No. 40428·053
HARE, S03 / SURGICAL, IN/MEDIUM        Date  1-7-04

U.S. BUREAU OF PRISONS
Historia Clínica de Odontología Y Médica

MEDICAL CENTER FEDERAL PRISONERS 1900 WEST SUNSHINE SPRINGFIELD, MO 65807

1.   ¿Que medicinas esta´tomando actualmente ?     SI          NO
     Si es sí, el nombre – _____

2.   ¿A que medicinas está  ALÈRGICO ?             SI          NO

3.   ¿Tuvo alguna enfermedad los últimos
     dos años que requirio´ ver un doctor ?        SI          NO
     Si es sí, por qué ?_____

4.   ¿Ha estado en el Hospital durante los
     ultimos dos años ¿Si es sí, por qué ?         SI          NO

5.   ¿Tiene alguna dificultad para respirar,
     dolor en el pecho o se siente agotado cuando
     cuando sube las escaleras ?                   SI          NO

6.   ¿Se le hinchan los piés ?                     SI          NO

7.   ¿Tiene cancer? ¿Desde cuando ?_____      SI          NO

8.   ¿Sangra con exceso ?                          SI          NO

9.   ¿Ha tenido problemas con los dientes ?        SI          NO

Que enfermedades o sintomas tiene, o tuvo que sepa usted, ponga una marca:

Defectos del corazón                Soplo cardiaco
Ataque del corazón                  Angina
Fiebra Reumatica                    Presión alta
Apoplejia o Derrame Cerebral        Marcapasos
Asma o Fatiga                       Convulsiones
Anemia (problemas de sangre)        Diabetes
Hepatitis                           SIDA o HIV infection
Problemas de tiroides               Enfisema
Bronquitis                          Tuberculosis
Enfermedad Venerea (Gonorrea/Sifilis) Desórdenes psiquiatras
Artritis                            Coyunturas artificiales
Valvulas artificiales               Diálisis
Cancer
¿Tiene otras enfermedades que no están en esta lista ?  SI          NO

Nombre_____  Número_____

Institución_____  Fecha_____

## FEDERAL BUREAU OF PRISONS
### DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____    yes    no ____

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _____                          yes    no _____

3. Have you been under the care of a physician during
   the past two years? If so, why? _____    yes    no

4. Have you been hospitalized in the past two years?
   If so, why? _____    yes    no ____

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?               yes    no ____

6. Do your ankles ever swell during the day?            yes    no ____

7. Have you ever been treated for a tumor or growth?    yes    no ____

8. Have you ever had abnormal bleeding?                 yes    no ____

9. Have you ever had serious difficulty with any
   dental treatment?                        maybe       yes    no

10. Have you ever had clicking, popping, or pain
    in your jaw joint?                          yes    no ____

Circle any of the following that you have had:

Congenital heart defects                 Heart murmur
Heart attack or heart problems           Angina
Stroke                                   High Blood pressure
Rheumatic Fever                          Heart pacemaker
Asthma                                   Epilepsy or seizures
Anemia (blood problems)                  Diabetes
Thyroid problems                         AIDS or HIV infection
Chronic bronchitis                       Emphysema
Venereal disease (syphilis, gonorrhea)   Tuberculosis (TB)
Arthritis                                Psychiatric treatment
Artificial heart valve                   Artificial joint
Hepatitis

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?                                   yes    no

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant?

Name: Anthony Allen          Reg No. 40420 053

Institution: McKean          Date: 2-26-03

521~109                                                                 NSN 7540-00-634-4164

| **MEDICAL RECORD** | **DENTAL** |
|---|---|

**1. CHART**



PVC

PV bridge

SSC

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**2. ROENTGENOGRAMS**
- [ ] PERIAPICAL   [ ] BITEWINGS   [ ] OTHER

**3. PERIODONTOCLASIA**
- [ ] INCIPIENT   [ ] MODERATE   [ ] SEVERE
- [ ] LOCAL   [ ] GENERAL

**4. CALCULUS**
- [ ] SLIGHT   [ ] MODERATE   [ ] HEAVY

**5. GINGIVAL PATHOLOGY**
- [ ] GINGIVITIS   [ ] VINCENT'S INFECTION
- [ ] STOMATITIS (Specify)

**6. DENTURE INDICATED** (Include dentures needed after indicated extractions.)
- [ ] FULL UPPER   [ ] FULL LOWER
- [ ] PARTIAL UPPER   [ ] PARTIAL LOWER   [ ] REPAIR

**7. ABNORMALITIES OF OCCLUSION, ANGLES CLASSIFICATION**
- [ ] I   [ ] II   [ ] III   [ ] NORMAL

**8. DENTAL CLASSIFICATION**   **9. TYPE OF EXAMINATION**

**10. ADDITIONAL FINDINGS**

H2R

D    0
M    5
F    8

**11. RECOMMENDATIONS**

Tx-PLAN

1) Prophy
2) Re-Cement SSC #21.

| **12. APPROXIMATE TIME REQUIRED FOR DENTAL TREATMENT** | **13. DATE** 8/20/96 | **14. SIGNATURE OF PHYSICIAN** R. CABANAS, D.M.D. CHIEF DENTAL OFFICER |
|---|---|---|
| **15. GRADE, RATING OR POSITION** | **16. TYPE OF BENEFICIARY** | **17. SEX** [ ] M [ ] F | **18. RACE** | **19. AGE** | **20. SERVICE** [ ] INPATIENT [ ] OUTPATIENT [ ] OTHER |

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)    **22. IDENTIFICATION NO.**   **23. REGISTER NO.**   **24. WARD NO.**

Allen, Anthony
40428-053
FCI McKean

**DENTAL**
Medical Record

STANDARD FORM 521 (Rev. 3-94)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

## INFORMATION FOR DENTAL SERVICE (To be filled in by referring agency)

26. PRINCIPAL MEDICAL DIAGNOSIS

27. CHECK HERE IF HOSPITALIZED ☐ FOR DENTAL TREATMENT ONLY

28. PATIENT REFERRED FOR

29. REMARKS

| 30. APPROXIMATE PERIOD OF HOSPITALIZATION | 31. DATE | 32. SIGNATURE OF PHYSICIAN |
|---|---|---|
| | | |

## AUTHORIZATION

33. DENTAL TREATMENT AUTHORIZED

| 34. DATE | 35. SIGNATURE OF AUTHORIZING DENTIST |
|---|---|
| | |

## 36. TREATMENT RECORD

| DATE | DIAGNOSIS–TREATMENT–REMARKS | SIGNATURE |
|---|---|---|
| 8/20/96 0835 | Comprehensive exam.; OHI, Prophy; Re-cemented SSC #21 c̄ ZnPO₄ cem. + (Select), Tx Complete. | *A. CABANAS, DMD CHIEF DENTAL OFFICER* |
| 10/8/98 0930 | (S) Crown come uncemented (o) #21 c̄ RCT SSC cemented c̄ IRM. (A) - (P) Pro Core Ketac Bur Cre B/U Photac-fil. recement SSC c̄ Ketac Cem. | W.G. STERBA DDS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

F.C.I. McKEAN

Bradford, PA  16701

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS – TREATMENT – REMARKS | SIGNATURE |
| CO 12:30 1-23-95 | Cavitron, Prophy, Fl tx 4min OHI Pt has GOH needs appt to eval #21 | Kelly Gilmore Gilmore CDA |
| CO 12:30 3-1-95 1330 | Rescheduled Pt due to Parole | Gilmore CDA |
| 3-2-95 | O f APPt – PA x #21 – Ct Complete, SSC #21 – Cmt ‗ I RMGI 102 90 C ‗ 100,000 Epi x 1.8cc | Emily Hansen RDH |
| 4 17 96 1030 | No Show for 0930 Call out | Rx |

DAVID HARRIS, D.D.S.
CHIEF DENTAL OFFICER

R. CABANAS, D.M.D.
CHIEF DENTAL OFFICER

DENTAL

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name – last, first, middle; grade; date; hospital or medical facility)

Allen, Anthony
40428-053
FCI McKean

| REGISTER NO. | WARD NO. |
|---|---|

DENTAL TREATMENT RECORD
HSA-237 (6-74)

HSA-237 (6-74)
(Reverse)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS — TREATMENT — REMARKS | SIGNATURE |
|------|---------------------------------|-----------|
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |
|      |                                 |           |

# FEDERAL BUREAU OF PRISON'S DENTAL CLINICAL RECORD

**GM**



RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**GM**

CPITN:

| I | II | III |
|---|----|----|
| 2 | 2 | 2 |
| IV | V | VI |
| 2 | 2 | 2 |

D: 1     M: 5     F: 8

Oral Hygiene: P (A) E

Gingival/Soft Tissue:

Other Findings:

TMJ Function:

Recommended Treatment: PNTN

Oral Health Education: ✓
Radiographs:
Prophylaxis: ✓
Additional Perio.:
Oral Surgery:

Restorations: ✓ #21
Endodontics:
Prosthetics:
Other:

Medical/Dental Health History Review:
Allergies: No
Medications: Meds for ↑BP
Blood Pressure: ↑BP
Cardiovascular Disease: No
Diabetes: No
Other: —

Date: 6/23/94

Signature of Examiner:
BRENDA BURGES, D.D.S.
*Brenda S. Burges*

Patient's Identification:
Name: Allen        Number: 40428-053        Unit:

Institution:
FCI, Ft. Worth, TX

521-FTW

| PLANNED TREATMENT | TREATMENT |
|---|---|
| Radiographs:——————————— Prophy/Perio:——————————— Restorations:——————————— Oral Surgery:——————————— Endodontics:——————————— Prosthetics:——————————— Other:——————————— |  |

| DATE/TIME | TREATMENT | SIGNATURE/ STAMP |
|---|---|---|
| 6/23/94  1000 | (S) " my filling broke out of my tooth" | |
| | (O) CE: #21 Previous RCT. Large restoration | |
| | missing. | |
| | (A) #21 Fractured amalgam. | |
| | (P) Advised Mr. Allen to place his name | |
| | on tx ment list once assigned to an | BRENDA BURGES, D.D.S. |
| | Institution . | BAB~~QR |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PATIENT:                          NUMBER:                          521-FTW

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Beam. | 3-5-05 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: CIA    Cell 104 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, For The Past 4 days I have not used The
Toilette Because I am Clog-up. The situation That I
Am in For The going Three weeks eating white bread cheese
Causes such Problem. I am alergic To Milk of Magnesia
Metamucil only Makes things worsen. Please understand
I can Aford the Above item's, I have bought Them before and
experienced the Above, while I were in springField Medical
Institution the doctor's recommen I use Bisacodyl 5mg Tab.

Thank you very much For your Cooperation.

(Do not write below this line)

DISPOSITION:

Increase The amount of Water
you drink To Take care
of This problem

| Signature Staff Member | Date 3/10/05 |
|---|---|

BEAM, MD
FCI McKEAN

Record Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Colin dental department | 10-14-04 |
| FROM: | REGISTER NO.: |
| Anthony Allen | 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: CA |

UBJECT: (Briefly state your question or concern and the solution you are requesting.
ontinue on back, if necessary.  Your failure to be specific may result in no action being
aken.  If necessary, you will be interviewed in order to successfully respond to your
equest.)

Please Forward To me A Copy of My dental record From January First 2000 Through september 13 of 2004. Please include copies of X-Ray and name(s) of medication(s) That were Prescribe if Any.
Thank you For your earliest Reply.

---

**(Do not write below this line)**

DISPOSITION:

See Attached

(Cannot Copy)
X-rays

FCI McKean

| Signature Staff Member | Date |
|---|---|
| T. Lebung | 10/14/04 |

ecord Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

.

BP 98

.S. DEPARTMENT OF JUSTICE    Case 1:05-cv-00337-CKM-SPB    Document 19-16    FEDERAL BUREAU OF PRISONS    Filed 05/24/2006    Page 20 of 25

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| To The STAFF incharge | 10-14-04 |

| FROM: | REGISTER NO.: |
|---|---|
| Anthony Allen | 40428-053 |

| WORK ASSIGNMENT: | UNIT: |
|---|---|
| Unicor | CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day This is My Second request For

A copy of The record From The doctor when

I WAS ill and have To went To The out-side hospital

IN 2003 in bradford.

                    Waiting For your earliest Reply

---

(Do not write below this line)

DISPOSITION:

See attached
3 Pgs.

FCI mcKean

| Signature Staff Member | Date |
|---|---|
| | 10/14/04 |

Record Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

Reg. No. 40428-053
MCK 353209-F2

---

## PART B-RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on September 27, 2004 in which you claim denial of proper dental treatment. Specifically, you request a root canal.

An investigation of your complaint reveals you first complained of tooth pain on September 19, 2000. Examination revealed your upper right premolar had a cavity involving the front and back of the tooth. At that time, the decay was removed and a special medication, Dycal, was placed permanently in the tooth with a temporary filling over it. You were advised to fill out a cop-out for routine care so the temporary filling could be replaced with a permanent filling. You were not seen again with complaints of this tooth until December 9, 2002. At that visit it was found the decay had reoccurred and most of the temporary filling was missing. An abscess was also identified in the pulp of the tooth at that time. Due to the extent of decay you were informed the tooth would most likely not be able to support a permanent filling. Extraction of the tooth was recommended. You refused to have the tooth extracted, so the decay was again removed, Dycal placed in the tooth, and a semi-permanent filling was again placed over the tooth as much as possible. On August 18, 2003, you presented to the dental clinic with a complaint of swelling above this same tooth. The restoration placed in the tooth on December 9, 2002, was still in place. The swelling occurring was coming from above the affected tooth. You were advised medication could be used to treat the tooth; however, you could not be maintained on the medication if the swelling were to persist or reoccur. You indicated that you understood and a prescription for Penicillin and Motrin was ordered. On October 22, 2003, you presented to the dental clinic again. At this time a fistula was observed above the tooth with the abscess still present at the apex of the root. You still refused to have the tooth extracted.

On December 18, 2003, you were transferred to FMC Springfield for other reasons not pertaining to your tooth. While there, you were seen on January 23, 2004, in the dental clinic for emergency care of the same tooth. On January 27, 2004 you were seen by a dentist and diagnosed with an abscess and fistula. A prescription for Penicillin and Motrin was given at that time. On September 2, 2004, you presented back at FCI McKean dental clinic with complaints of right upper jaw pain in the area of the abscessed tooth. You were encouraged to have the tooth extracted and again refused. A prescription for Penicillin and Motrin was again ordered. You again presented to the dental clinic on the next day, September 3, 2004. At this time you complained of sensitivity to your gums around the affected tooth. It was revealed you had been placing aspirin above your tooth to relieve the pain. You were educated this will cause chemical burns to your gums. You were advised to use warm salt water rinses and take the medication prescribed. For almost four years you have neglected your tooth and not followed the recommended treatment.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP- DIR-230 to the regional director.

_10/5/04_
Date

_James F. Sh_____
James F. Sherman, Warden



# FEDERAL BUREAU OF PRISONS
# m e m o r a n d u m
**FCI McKean, Pennsylvania**

DATE:  September 30, 2004

REPLY TO
ATTN OF:  Rosemary Dean, Warden's Secretary

SUBJECT:  ADMINISTRATIVE REMEDY (BP-9)
MCK 353209-F2

TO:  Rodney Smith, Health Service Administrator


Please investigate the attached BP-229 filed by inmate **ALLEN, Anthony; reg. no.: 40428-053.**  Route your response through your Associate Warden and Camp Administrator/Legal Liason.  Your administrative remedy response is due in the warden's office no later than **October 7, 2004.**

---
Sensitive Limited Official Use Only
---

**REQUEST FOR ADMINISTRATIVE REMEDY**

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | ALLEN, ANTHONY | 40428-053 | CA | FCI MCKEAN |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

For the past several weeks I have been experiencing intense pain in my front tooth. After being seen by the dentist, I was told that I have developed an infection in my tooth and as a remedy, my only options are: (1) I would have to wait until I am released to have the infection in my tooth properly addressed; or (2) have the tooth removed. Because I am currently serving a life sentence, the first option clearly isn't viable. The second option, however, poses several problems. What happens should another one of my tooth become infected? Do you continue to pull each individual tooth until I am left with just gums? Where do you draw the line? Because I am guaranteed proper and adequate medical treatment (dental included) that is commensurate to that which is being extended to the surrounding community, arbitrarily pulling my tooth rather than properly treating the infection is wholly intrusive and an affront to sound and proper medical treatment.
**(PLEASE SEE ATTACHED)**

9-25-04
DATE

*Anthony Allen*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: 355207

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____ LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

y 1 **MUST** attempt to inform     resolve your complaint through you                           Briefly state complaint below, and list what          ts you have made to resolve your complaint informally, stating names of staff contacted.

This Informal Resolution was issued by **Correctional Counselor,** Falvo on ___9/09/04___ and returned to the counselor on ___9/13/04___.

           **Date**                                          **Date**

Inmate's Name___Anthony Allen___   Reg. No.___40428-053___   Unit CA

1.    **Complaint:** _____

_____ -PLEASE SEE ATTACH- _____

_____

_____

2.    **Efforts made to informally resolve and staff contacted:** _____

_____

_____ -PLEASE SEE ATTACH- _____

_____

_____

_____          40428053
**Inmate's Signature**                   **Inmate's Reg. No.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PART 2 Correctional Counselor's Comments:**

1.    **Efforts made to informally resolve:** SEE ATTACHED (JUST Notified by Dr. Collins today (9-22-04).

_____

_____

**Date informally resolved or BP-9 issued:** ___09-22-04___

**Counselor's Signature:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Distribution:** If complaint is **NOT** informally resolved, forward original Administrative Remedy to the Warden (attn: Warden's Secretary) through your unit team.

## INFORMAL ADMINISTRATIVE REQUEST

For the past several weeks I have been experiencing intense pain in my front tooth.  After being seen by the dentist, I was told that I have developed an infection in my tooth and as a remedy, my only options are: (1) I would have to wait until I am released to have the infection in my tooth properly addressed; or (2) have the tooth removed.  Because I am currently serving a life sentence, the first option clearly isn't viable.  The second option, however, poses several problems.  What happens should another one of my tooth become infected?  Do you continue to pull each individual tooth until I am left with just gums?  Where do you draw the line? Because I am guaranteed proper and adequate medical treatment (dental included) that is commensurate to that which is being extended to the surrounding community, arbitrarily pulling my tooth rather than properly treating the infection is wholly intrusive and an affront to sound and proper medical treatment.  Certainly no one around these parts are being subjected to the inferior and perfunctory terms regarding dental care that is being extended to me.  Removing my tooth at this stage is undoubtedly unwarranted and clearly arbitrary.

## RELIEF

The infection in my tooth, I am told, requires a root-canal.  I am requesting that the root-canal be performed on my tooth rather than having the tooth removed.  If cost is a factor, I offer to pay for it.


Anthony Allen 40428-053


Dated: September 13, 2004