## BP-8 Response attachment

**Name:**  ALLEN, A.

**Reg. #:** 40428-053

**Date:**  09-22-2004

**Concern:**  DENTAL CARE

In your attached concern, you state that after being seen by the dentist for intense pain in your front tooth, you were told that the necessary procedure would be extraction, to which you are in question of.

Upon speaking with Dr. Collins (FCI Mckean dentist) today, I was informed that the tooth in mention is abscessed, and that extraction of that tooth is the only means available to alleviate the pain. If this were performed, he would create a " partial" to fill in for the extracted tooth, along with the other missing teeth you already have. The reason for the partial is to prevent the other teeth from "drifting". Root-canals are not routine practice for these types of infections. Any further clarification should be directed to Dr. Collins at sick call.

R. Falvo
Unit CA Counselor
09-22-2004

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Medica department Drs.* | DATE: *9-20-04* |
|---|---|
| FROM: *Anthony Allen* | REGISTER NO.: *40428-053* |
| WORK ASSIGNMENT: *Unicor* | UNIT: *CA* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

*Good day this is my second request asking about the result of my blood Cholesterol Test which were Taken about Five (5) or So weeks ago. Thank you very much For your earliest respond.*

(Do not write below this line)

DISPOSITION:

*See attached*
*(1)*

*FCI McKean*

| Signature Staff Member | Date *9/22/04* |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

*Printed on Recycled Paper*

503

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                     **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical Records | DATE: 1/15/04 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: N/A | UNIT: 1-3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, I would like to have a copy of my
full medical including my operation And all the blood
Test, purposes And results.
        Thank you very much Also hoping
for your earliest reply.

Medical Center for Federal Prisoners
MEDICAL RECORDS

JAN 2 1 2004
(Do not write below this line)

RECEIVED

SENSITIVE - LIMITED OFFICIAL USE
The attached copies are subject to
Privacy Act/FOIA screening and are
considered SENSITIVE

DISPOSITION:

Attached are copies as requested, excluding HIV results.  These copies include:
Labs 12-29-03 to 12-22-03;  Surgical Consultation 12-23-03;  Operation Report
01-09-04.  Total of 9 pages copied.

| Signature Staff Member C. Hendon RHIT | Date: |
|---|---|
| C. Hendon, RHIT, Medical Records Administration Specialist | 01-28-04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Date: 11 | 11 | 03                    Unit: ( 0 |

To: Allen                            Reg. #: 40428-053

Your case has been reviewed by our Utilization Review Committee and the
decision was:

You have been approved for the repair of
your hernia. A request for final approval has
been sent to the Central Office.

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dr's or PA's | 11-3-03 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unior | UNIT: C-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day I request to get the blood Test that I Took at bradford hospital on the 11-1-03 between 9,10-oclock Pm.

Thank you very much

(Do not write below this line)

DISPOSITION:

Please Request at a later date. Nothing has been received yet.

FCI McKean

| Signature Staff Member | Date 11/3/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



SEP 98

U.S. DEPARTMENT OF JUSTICE   Document 19-17   Filed 09/02 FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
| --- | --- |
| Dentist | 5-15-03 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: C-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good dAy Concerning our lAst meeting my Teeth were clean on 4-28-03 you Also inspecT my Teeth And you say That A few have cAvity So I Am Asking you For your earliesT date For Such Fixing. Thank You Very much.

(Do not write below this line)

DISPOSITION:

Please continue to watch the call outs. We will get you in as soon as possible

| Signature Staff Member | Date |
| --- | --- |
| J. Batista | 5-16-03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



SEP 98
U.S. DEPARTMENT OF JUSTICE     FEDERAL BUREAU OF PRISONS
Case 0051-SJM-DFB    Document 19-17    Filed 09/02/2005    Page 7 of 21

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr Beam | 5-15-03 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unit or | UNIT: (A) |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day Sir. I am Asking You For your earliest date to have a discussion concerning my health. Very important

Thank You very much

(Do not write below this line)

DISPOSITION:

Set it up for 6/23/03 @ 12:50

Watch The callouts

| Signature Staff Member | Date |
|---|---|
| | 5/15/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *Dentist* | 03 APR 28 ~~AM 8~~ *4-28-03* |
| FROM: *Anthony Allen* | REGISTER NO.: *40428053* |
| WORK ASSIGNMENT: *Unicor* | UNIT: *C A* |

SUBJECT: Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

*I would like to get My Teeth*

*Clean*



*Thank you very much*




_____
(Do not write below this line)

DISPOSITION:

*Your name has been added to the
dental waiting list. Please watch
the call-outs.*

*Thank-You*


| Signature Staff Member *J. Colvin DA*  **J. L. Colvin, CDA**  **FCI McKean** | Date *4/29/03* |
|---|---|

Record Copy - File; Copy - Immate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Dentist | 02 NOV 25   11-25-2002 |
| FROM: Anthony Allen | REGISTER NO.: 40425-053 |
| WORK ASSIGNMENT: Uni | UNIT: C-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day, this is my third cop-out to you since last month complaining about the braking out of my filling which we spoke about over 18 months Ago and it hurt whenever I eat or drink Anything Cold, So please I am Asking for your help.

Thank you, hoping for your earliest reply.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

# FCI McKean
## Inmate Sick Call Sign-Up Sheet
### (Formulario y Registro para Atencion Medica de Confinados)

*Duenttal*
*12/9/02*
*at*
*10:30 am*

## INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name: _Allen_
    (Nombre)
2.  Reg. Number: _404 23-053_
    (Numero de Registro)
3.  Date: _10/25-2002_
    (Fecha)
4.  Housing unit and Unit Team: _C4_    TEAM: A  B  C  D
    (Unidad y equipo de la unidad)
5.  Complaint. What is your problem ?
    (Queja). (Cual es su problema?)
    _____
    _____
    _____

6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days_____ Months _3_ Years _1_
    (Dias)      (Meses)      (Anos)
7.  Are you on any medication(s) at present? Yes_____ No _✓_
    (Esta usted tomando alguna(s) medicinas actualmente?)

8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?
    Yes_____ No_____

9.  Signature _Anthony Allen_
    (Firma)

### TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:

10.  Date Seen: _12/09/02_

11.  Time Seen: _1130 Am_

12.  Subjective: _Performed Holiday_
     _____
     _____

13.  Objective:    Temp._____ Pulse_____ Respirations_____ B/P_____

13.  Appointment Date: _____ Appointment Time_____

14.  Triage Personnel's Signature: _____

| TO:(Name and Title of Staff Member) | DATE: |
| --- | --- |
| Dentist | 10/28/02 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: C-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

Good day, this is my second copeout to you concerning the the broke-away of my tooth its either the filling on the tooth itself is damage. Thank you very much for your earliest reply.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
| --- | --- |

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER** CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS**

DATE _10/16/2002_

TO: _Mr Dentist_
(Name and Title of Officer)

SUBJECT:   State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

_My Filling drops out And I would
like For it to be replace, I Also put in
A cop-out for cleaning About 2yrs Ago
And I Am still # 73. Thank you
For your help_

(Use other side of page if more space is needed)

NAME: _Anthony Allen_     NO: _40428-053_

WORK ASSIGNMENT: _Unicor_     UNIT: _C·A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.   Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

DATE _____

Record Copy - File; Copy - Inmate

Officer

BP-S148.055

SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Beem | DATE: 10/25/2002 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: worker | UNIT: C.A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Good day sir, I would like to get some gas pills or liquid because the commissary does not sell anything for gas relief, if that should be of any problem please make an appointment for me to explain my situation with you.
Thank you very much, hoping for your earliest reply

(Do not write below this line)

DISPOSITION:

\* Pick up med at pill line
10/30 or 10/31

| Signature Staff Member | Date 10/28/02 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**U.S. DEPARTMENT** OF JUSTICE                    **FEDERAL BUREAU OF PRISONS**

---

| TO:(Name and Title of Staff Me er) | DATE: 7/-1/2002 |
|---|---|
| Hospital | |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: leuice | IT: CA |

SUBJECT: (Briefly ate your qu tion co ern an the solution you are requesting.
Continue on back, nece ary. our ilu to be pecific may result in no action being
taken. If necessa you will int iew or r to successfully respond to your
request.)

Good day, I would like to get my blood
cholesterol level check As soon As its possible
for you.

Thank you very much

---

not ite ow t s line)

DISPOSITION:

**Please Make a sick call appointment**

_Herbert Beam_ 7/2/02

Signatur Staff Membe          Date          H. BEAM, MD
                                             FCI MCKEAN

---

Record Copy - File opy Inma
(This form may be lica d v ?)              This orm replaces BP-148.070 dated
                                           an -S148.070 APR 94

Printed on Recycled Paper

BP-S148.055 **INMATE REQUE** **TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr. Oslon | DATE: 4/8/2002 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Unicor | UNIT: C A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, in my Medical records you stated that I
can't work in the kitchen because, I have been
expose to T·B - Tuberculosis it have been (9) years
now and all the test that I have taken Are negative
so please I am asking you to take such report from
my medical Jacket. thank you very much Mr. Oslon,
also waiting your earliest reply.

(Do not write below this line)

DISPOSITION:      I will discontinue this restriction

FCI McKean

| Signature Staff Member | Date 4|10|02 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 date
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055  **INMATE REQ...  TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| doris or pa's | '2-2-05 |
| FROM: Anthony Allen | REGISTER NO.: 404 28-053 |
| WORK ASSIGNMENT: Unicor | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, on November 1, I went to the hospital in brad-
ford A few sample of my blood were Taken, so I'm Asking
For The result it's my second request. Thank you very
much for your earliest reply.

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

Please request at a
later date. Not returned
from outside yet.

FCI McKean

| Signature/Staff Member | Date 12-13-03 |
|---|---|
| J. Delong | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Dentist | 11-29-2001 |
| FROM:  Anthony Allen | REGISTER NO. 40428-053 |
| WORK ASSIGNMENT: unicor | UNIT:  C.A |

SUBJECT: Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Good day, last year late september i got my teeth fill, i did not get them clean

on that same day i put in a cop-out for that reason, while waiting for so long

i decide to go and speak with a staff at the hospital on the 11-27-2001 she told

me that i was not on the list.  I would like to be on the list and get my tooth

clean as soon as posible.  Thank you very much.

(Do not write below this line)

DISPOSITION:

Your name has been added to
the waiting list.  Please
watch the call-outs.

FCI McKean

| Signature Staff Member | Date |
|---|---|
| D. Tanner, HET  D. Tanner, HIT | 12-4-01 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical Records | DATE: 8/30/201 |
|---|---|
| FROM: Anthony Allen | REGISTER NO.: 40428053 |
| WORK ASSIGNMENT: Unit | UNIT: C/A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have been here for over 7 years now. And I would like to get A biAnnual physical exAm. As Seen As possible.

Thank You

(Do not write below this line)

DISPOSITION:

You will be Scheduled. Watch the Call-out.

**FCI McKean**

| Signature Staff Member | Date 9/4/01 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

## U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Doctor that test blood Hospital | 8-22-01 |
| FROM: Anthony Allen | REGISTER NO.: 40428-053 |
| WORK ASSIGNMENT: Usher | UNIT: C A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

Good day, I would like my blood to be tested for

all the possible disease that can be check by blood. I'm

not sick. Thank you very much hoping for your earliest reply

(Do not write below this line)

DISPOSITION:

**Please Make a sick call appointment**

**FCI McKean**

| Signature Staff Member Dr. Olson, MD Clinical Director | Date 8/28/01 |
|---|---|

Record Copy - File; Copy - Inmate
This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

U S. DEPARTMENT OF JUSTICE   **INMATE REQUEST TO STAFF MEMBER**
Federal Bureau of Prisons

DATE: _Apr 25 2000_

TO: _Hospital_

(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done(Give Details).

Good day I have request a blood test And were told to look At the call-out, Please look at attach copy. Thank you For your earliest reply.

Name: _Anthony Allen_          No: _40428-053_

Work Assignment: _Clinical_          Unit: _C/A_

NOTE:    If you follow instructions in preparing your request, it can be disposes of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          Date: _10/26/61_

You will be scheduled.
A+O. Physicals are being
done first. watch
the call-out.

_T. Pbug_
Officer

Original-File
Canary-Inmate

FCI McKean

_FCI McKean_

Previously BP-Admin-70

BP-148(70)
July 1999

LEAVENWORTH, KANSAS

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE _11/5/99_

TO: _Ms. Rymer Hospital R.N_
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Good day, I would like to send for my glasses from the Optical, so I'm asking for your permission at the earliest time. Thank you very much.

Prism Optical, Inc.
P.o Box 680030
10992 NW 7th Ave.
N. Miami, Florida 33168

(Use other side of page if more space is needed)

NAME: _Anthony Allen_            No.: _40423 053_

Work assignment: _Unicor_          Unit: _CA_

NOTE: If you follow instructions in preparing your request. it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE _11/10/99_

The form has been completed & sent to the Mail Room.

_C. Rymer, RN_
Officer            C. Rymer, RN