DATE _____

TO: _____
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like a copy of my eye priscreption, Also I would appreciate if you could give me the approval so my family can send me a glasses from the streets. Thank you very much

(Use other side of page if more space is needed)

NAME: Anthony Allen                           No.: 40428-053
Work assignment: Unicor                       Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)           DATE 7/29/99

See attached

_[signature]_
Officer

Original - File
Canary - Inmate



Previous editions not usable

BP-148(55)
OCTOBER 1986

| | | |
|---|---|---|
| CD-FRM<br>BP-S148.70<br>Oct. 1986 | INMATE REQUEST TO STAFF MEMBER<br>FCI MCKEAN HEALTH SVC.<br>99 JUN 14 AM 7:23 | P.S. 5511.05<br>March 3, 1994<br>Attachment A-Page 1 |

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

TO: _Dr. or PA: Hospital_     DATE: _June 14/99_
   [Name and Title of Staff Member]

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done. [Give details]

Good day, About four (4) months ago I wrote you concerning my glasses and you told me I am on the waiting list, but all I need is a copy of the same glass because I know that my vision is the same. hoping for your earliest reply. Thank you very much.

[Use other side of page if more space is needed]

NAME: _Anthony Allen_                NUMBER: _40428-053_
WORK ASSIGNMENT: _Unicor_            UNIT: _3A_

NOTE: If you follow instructions in preparing your request it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: [Do not write in this space]

It is the Optometrist who may refuse to make glasses from an old prescription but your copy is attached

_C. Rymer RN_                        _6/29/99_
Staff Member Signature                Date

C. Rymer, RN

BP-S148.070  INMATE REQUEST TO STAFF MEMBER  CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

TO: _PA_____ _Hospital_____  DATE _March 18/99_
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

I lost my glasses and would like for you to replace it for me. Thank very much.

(Use other side of page if more space is needed)

NAME: _Anthony Allen_____  NO.: _40428-053_
WORK ASSIGNMENT: _Unicor_____  UNIT: _CA_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

DATE _3-19-99_

**Your name has been added to the waiting list. Please watch the call-outs.**

_D. Tanner, HIT_
Officer

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

**D. Tanner, HIT**

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

DATE: 10/26/97

TO: The hospital
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like for you to replace my glasses, it have been broken for the passed three (3) months. Thank you very much.

(Use other side of page if more space is needed)

NAME: Anthony Allen         No.: 40428053
Work assignment: Unicor     Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)     DATE: 10/31/97

The prescription in your medical record is approximately 1½ yrs old. Your vision probably has changed, therefore I am placing your name on the list for the eye doctor.

Charles Echnoch HKSA
Officer

Original – File
Canary – Inmate

U.S. DEPARTMENT OF JUSTICE                                             INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

FCI MCKEAN HEALTH SVC.
97 AUG 15 AM 11:27                    DATE 8/15/97

TO: Hospital
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to know the result of my X-Ray. Thank you.

(Use other side of page if more space is needed)

NAME: Anthony Allen                                                    No.: 40428-053
Work assignment: Unicor                                                Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)                              DATE 9/5/97

Your x-ray was within normal limits

Officer
D. OLSON, M.D.
CLINICAL DIRECTOR

Original - File
Canary - Inmate

BP-148(70)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO STAFF MEMBER**

FCI MCKEAN HEALTH SVC.
97 AUG 21 PM 1:05

TO: Hospital
(Name and title of officer)

DATE 8/21/97

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to get the result of my X-Ray thank you.

(Use other side of page if more space is needed)

NAME: Anthony Allen                             No.: 40428053
Work assignment: Unicor                         Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)                DATE 8-22-97

X-ray of left knee taken 8-4-97 shows no fracture or dislocation. There is no significant change from 6-15-95. Examination (normal)

Officer
RAINELDO SAQUIN, M.D.
STAFF PHYSICIAN

Original - File
Canary - Inmate

Printed on Recycled Paper    Previous editions not usable    BP-148(55) OCTOBER 1

U.S. DEPARTMENT OF JUSTICE                                                INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

TO: To Dentist                                                    DATE 11/8/95
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details)

I would like my teeth to be clean also xtray. Thank you very much.

(Use other side of page if more space is needed)

NAME: Anthony Allen                                               No. 40428053
Work assignment: Unicor Asm I                                     Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)                         DATE 11-13-95

Your name is now on the dental treatment list.

K. Wilmore CDA
Officer

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST ~~TO~~ STAFF MEMBER**

DATE 9-2-94

TO: Dentist
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like my Tooth to clean, X Tray, And Fill

(Use other side of page if more space is needed)

NAME: Anthony Allen                                No.: 40928053
Work assignment: None as yet                       Unit: 4 B

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE 9-7-94

Your names is now on the Dental treatment list.

D. Wilmore CDT
Officer

Original – File
Canary – Inmate

USP LVN

U.S. DEPARTMENT OF JUSTICE                           INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

---

DATE 8-11-94

TO: P.A
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I need a copy of my lab work

Blood result Thank you.

(Use other side of page if more space is needed)

NAME: Anthony Allen                                          No.: 40428053
Work assignment: _____                        Unit: _____

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)                    DATE 8-11-94

A copy was given to you on 8-11-94

MARCOS A. ANDUJAR
F.M.C. FORT WORTH, TX

/Officer

Original - File
Canary - Inmate

USP LVN                          Previous editions not usable

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Memorandum of Law in Support of Motion to Dismiss, or in the Alternative, Motion for Summary Judgment,* was mailed, postage prepaid, this 7th day of July, 2005, to the following:

>Anthony George Allen
>Register No. 40420-053
>FCI McKean
>P.O. Box 8000
>Bradford, PA 16701

JESSICA LIEBER SMOLAR
Assistant United States Attorney