IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY ALLEN, )<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA., )<br>    Defendant. ) | Civil Action No. 05-31 Erie |

**O R D E R**

    AND NOW, to with, this 13TH day of February, 2006 upon consideration of the Plaintiff's letter (Document 27)

    IT IS HEREBY ORDERED that this case be reopened.

    IT IS FURTHER ORDERED that the Plaintiff has 10 days to file written objections to the Magistrate Judge's Report and Recommendation per 28 U.S.C. section 636(b)(1) (B)and (C) and local rule 72.1.4B.  Failure to timely file objections may constitute a waiver of any appellate rights.

                                                                             S/Sean J. McLaughlin
                                                                             Sean J. McLaughlin
                                                                             United States District Judge

cc: all parties of record
enclosure: R & R dated 01/20/06